# EXHIBIT A

**SWORN CERTIFICATION OF PLAINTIFF**

**QUAD/GRAPHICS, INC. SECURITIES LITIGATION**

I, Dennis Born, certify that:

1.      I have reviewed the Complaint and authorize its filing and/or the filing of a Lead Plaintiff motion on my behalf.

2.      I did not purchase the Quad/Graphics, Inc. securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under this title.

3.      I am willing to serve as a representative party on behalf of a class and will testify at deposition and trial, if necessary.

4.      My transactions in Quad/Graphics, Inc. securities during the Class Period set forth in the Complaint are as follows:

        (See attached transactions)

5.      I have not sought to serve, nor served, as a representative party on behalf of a class under this title during the last three years.

6.      I will not accept any payment for serving as a representative party, except to receive my pro rata share of any recovery or as ordered or approved by the court, including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under penalty of perjury that the foregoing are true and correct statements.

11-21-2019
Date

Dennis Born

**Dennis Born's Transactions in Quad/Graphics, Inc. (QUAD)**

### Account 1

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 03/07/2019 | Bought | 1,000.0000 | $12.1200 |
| 03/11/2019 | Sold | -1,000.0000 | $12.4500 |
| 03/12/2019 | Bought | 1,000.0000 | $11.9700 |
| 03/12/2019 | Bought | 1,000.0000 | $12.1500 |
| 03/13/2019 | Sold | -2,000.0000 | $12.1800 |
| 03/14/2019 | Bought | 2,000.0000 | $11.9900 |
| 03/14/2019 | Bought | 1,000.0000 | $11.9900 |
| 03/14/2019 | Bought | 1,000.0000 | $12.0200 |
| 03/15/2019 | Bought | 600.0000 | $12.1400 |
| 03/15/2019 | Bought | 4,400.0000 | $12.1500 |
| 03/15/2019 | Sold | -100.0000 | $12.2150 |
| 03/15/2019 | Sold | -3,900.0000 | $12.2100 |
| 03/18/2019 | Bought | 2,000.0000 | $11.9200 |
| 03/18/2019 | Bought | 1,000.0000 | $11.8500 |
| 03/18/2019 | Bought | 2,000.0000 | $12.0000 |
| 03/19/2019 | Bought | 1,000.0000 | $11.5600 |
| 03/19/2019 | Bought | 1,000.0000 | $11.5600 |
| 03/19/2019 | Bought | 1,000.0000 | $11.5594 |
| 03/29/2019 | Bought | 1,000.0000 | $11.9100 |
| 03/29/2019 | Bought | 1,000.0000 | $11.9500 |
| 03/29/2019 | Bought | 2,000.0000 | $12.0155 |
| 05/13/2019 | Bought | 3,000.0000 | $10.3600 |
| 05/17/2019 | Bought | 6,280.0000 | $9.9000 |
| 05/17/2019 | Bought | 370.0000 | $9.8999 |
| 05/23/2019 | Bought | 8,200.0000 | $9.3200 |
| 05/23/2019 | Bought | 4,000.0000 | $9.3900 |
| 06/03/2019 | Bought | 750.0000 | $8.3700 |

### Account 2

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 02/05/2019 | Bought | 614.0000 | $13.9800 |
| 02/05/2019 | Bought | 1,353.0000 | $13.9655 |
| 02/05/2019 | Bought | 100.0000 | $13.9550 |
| 02/08/2019 | Bought | 40.0000 | $13.5500 |
| 03/05/2019 | Bought | 95.0000 | $13.2400 |
| 03/12/2019 | Bought | 53.0000 | $12.0000 |

### Account 2 Cont.

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 05/17/2019 | Bought | 2,660.0000 | $10.0000 |
| 09/06/2019 | Bought | 154.1735 | $9.5639 |

### Account 3

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 05/22/2019 | Bought | 625.0000 | $9.8500 |
| 09/06/2019 | Bought | 19.6050 | $9.5639 |

### Account 4

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 05/31/2019 | Bought | 1,746.0000 | $8.3570 |
| 09/06/2019 | Bought | 54.7685 | $9.5639 |

### Account 5

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 06/25/2019 | Bought | 1,909.0000 | $7.7800 |

### Account 6

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 05/31/2019 | Bought | 617.0000 | $8.3400 |
| 09/06/2019 | Bought | 19.3540 | $9.5639 |

## SWORN CERTIFICATION OF PLAINTIFF

## QUAD/GRAPHICS, INC. SECURITIES LITIGATION

I, Marilynn Born, certify that:

1.    I have reviewed the Complaint and authorize its filing and/or the filing of a Lead Plaintiff motion on my behalf.

2.    I did not purchase the Quad/Graphics, Inc. securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under this title.

3.    I am willing to serve as a representative party on behalf of a class and will testify at deposition and trial, if necessary.

4.    My transactions in Quad/Graphics, Inc. securities during the Class Period set forth in the Complaint are as follows:

      (See attached transactions)

5.    I have not sought to serve, nor served, as a representative party on behalf of a class under this title during the last three years.

6.    I will not accept any payment for serving as a representative party, except to receive my pro rata share of any recovery or as ordered or approved by the court, including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under penalty of perjury that the foregoing are true and correct statements.

11-21-19
Date

Marilynn Born

**Marilynn Born's Transactions in Quad/Graphics, Inc. (QUAD)**

**Account 1**

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 06/25/2019 | Bought | 1,563.0000 | $7.6162 |

**Account 2**

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 05/31/2019 | Bought | 2,981.0000 | $8.3436 |
| 09/06/2019 | Bought | 93.5079 | $9.5639 |