# EXHIBIT 1





# Glancy Prongay & Murray LLP Files Securities Class Action on Behalf of Quad/Graphics, Inc. Investors

November 07, 2019 10:35 PM Eastern Standard Time

LOS ANGELES--(BUSINESS WIRE)--Glancy Prongay & Murray LLP ("GPM") announces that it has filed a class action lawsuit in the United States District Court for the Southern District of New York captioned *Born v. Quad/Graphics, Inc., et al.*, (Case No. 1:19-cv-10376), on behalf of persons and entities that purchased or otherwise acquired Quad/Graphics, Inc. (NYSE: QUAD) ("Quad/Graphics" or the "Company") securities between **February 21, 2018 and October 29, 2019**, inclusive (the "Class Period"). Plaintiff pursues claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act").

Investors are hereby notified that they have **60 days from the date of this notice** to move the Court to serve as lead plaintiff in this action.

If you are a shareholder who suffered a loss, click here to participate.

On October 29, 2019, after the market closed, the Company slashed its quarterly dividend to $0.15 per share, announced plans to divest its book business, and reported third quarter 2019 financial results. Analysts were "absolutely shocked by these developments given the confidence management had just three months ago."

On this news, the Company's stock price fell $6.42 per share, or nearly 57%, to close at $4.85 per share on October 30, 2019, thereby injuring investors.

The complaint filed in this class action alleges that throughout the Class Period, Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors: (1) that the Company's book business in United States was underperforming; (2) that, as a result, the Company was likely to divest its book business; (3) that the Company was unreasonably vulnerable to decreases in market prices; (4) that, to remain financially flexible while market prices decreased, the Company was likely to cut its quarterly dividend and expand its cost reduction programs; and (5) that, as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects, were materially misleading and/or lacked a reasonable basis.

Follow us for updates on Twitter: twitter.com/GPM_LLP.

If you purchased Quad/Graphics securities during the Class Period, you may move the Court no later than **60 days from the date of this notice** to ask the Court to appoint you as lead plaintiff. To be a member of the Class you need not take any action at this time; you may retain counsel of your choice or take no action and remain an absent member of the Class. If you wish to learn more about this action, or if you have any questions concerning this announcement or your rights or interests with respect to these matters, please contact Lesley Portnoy, Esquire, of GPM, 1925 Century Park East,

Suite 2100, Los Angeles, California 90067 at 310-201-9150, Toll-Free at 888-773-9224, by email to shareholders@glancylaw.com, or visit our website at www.glancylaw.com. If you inquire by email please include your mailing address, telephone number and number of shares purchased.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

Contacts

Glancy Prongay and Murray LLP, Los Angeles

Lesley Portnoy, 310-201-9150 or 888-773-9224

www.glancylaw.com

shareholders@glancylaw.com

#Hashtags

#INVESTORS   #CLASSACTION   #FRAUD

$Cashtags

$QUAD

/