# EXHIBIT 2

## CERTIFICATION

Westmoreland County Employee Retirement Fund (the "Plaintiff") declares, as to the claims asserted under the federal securities laws, that:

1.      Plaintiff has reviewed a complaint against Quad/Graphics, Inc. and authorizes The Rosen Law Firm P.A. ("Rosen") to file a Lead Plaintiff motion on its behalf.

2.      Plaintiff did not engage in transactions in the securities that are the subject of this action at the direction of Plaintiff's counsel or in order to participate in this or any other litigation under the securities laws of the United States.

3.      Plaintiff is willing to serve as a lead plaintiff either individually or as part of a group. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial.

4.      The following schedule is a list of all of the purchases and sales Plaintiff has made in Quad/Graphics, Inc. stock during the Class Period set forth in the complaint.

5.      Plaintiff has not, within the three years preceding the date of this certification, sought to serve or served as a representative party on behalf of a class in an action involving alleged violations of the federal securities laws, except for the following company(ies):

> OvaScience, Inc.- Lead Plaintiff Motion
> Delaware Court of Chancery against the controlling stockholders of CBS Corporation – National Amusement, Inc., NAI Entertainment Holdings LLC, David R. Andelman, Robert N. Klieger and Shari Redstone

6.      Plaintiff will not accept any payment for serving as a representative party beyond its pro rata share of any recovery, except reasonable costs and expenses, such as travel expenses and lost wages directly related to the class representation, as ordered or approved by the court pursuant to law.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 19, 2019.

**Westmoreland County Employee Retirement Fund**

By the Westmoreland County Retirement Board

Gina Cerilli

Ted Kopas

Charles W. Anderson

_____
Jeffrey Balzer

_____
Jared Squires

PLEASE FAX CERTIFICATION TO ROSEN LAW FIRM at (212) 202-3827
OR MAIL TO:
THE ROSEN LAW FIRM PA
275 MADISON AVENUE, 40th FLOOR
NEW YORK, NY 10016

2

**SCHEDULE A**

**WESTMORELAND COUNTY EMPLOYEE RETIREMENT FUND**

TRANSACTIONS (FEBRUARY 22, 2017 THROUGH OCTOBER 29, 2019)

**PURCHASES**

| DATE | SHARES | PRICE |
|------|--------|-------|
| 3/9/2018 | 1,553 | ($26.53) |
| 3/12/2018 | 2,908 | ($26.70) |
| 3/13/2018 | 2,221 | ($26.82) |
| 3/14/2018 | 1,479 | ($26.77) |
| 3/15/2018 | 1,239 | ($26.70) |
| 3/16/2018 | 471 | ($26.69) |
| 3/19/2018 | 1,451 | ($27.00) |
| 5/4/2018 | 1,517 | ($18.64) |
| 8/21/2018 | 1,201 | ($23.60) |
| 7/31/2019 | 1,437 | ($11.26) |

1