# EXHIBIT 3

**Quad/Graphics, Inc. Loss Chart**
**Class Period: February 22, 2017 through October 29, 2019**

**Lookback Price**

| Name | Date Purchased | Shares | Price per share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | $4.3729 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Westmoreland County Employee Retirement Fund | 3/9/2018 | 1,553 | ($26.53) | ($41,207.77) | | | | | | | | |
| | 3/12/2018 | 2,908 | ($26.70) | ($77,640.40) | | | | | | | | |
| | 3/13/2018 | 2,221 | ($26.82) | ($59,559.67) | | | | | | | | |
| | 3/14/2018 | 1,479 | ($26.77) | ($39,595.05) | | | | | | | | |
| | 3/15/2018 | 1,239 | ($26.70) | ($33,084.77) | | | | | | | | |
| | 3/16/2018 | 471 | ($26.69) | ($12,570.00) | | | | | | | | |
| | 3/19/2018 | 1,451 | ($27.00) | ($39,173.95) | | | | | | | | |
| | 5/4/2018 | 1,517 | ($18.64) | ($28,277.18) | | | | | | | | |
| | 8/21/2018 | 1,201 | ($23.60) | ($28,345.88) | | | | | | | | |
| | 7/31/2019 | 1,437 | ($11.26) | ($16,173.44) | | | | | | | | |
| | | **15,477** | | **($375,628.11)** | | | | | **15,477** | **$67,679.20** | **($307,948.91)** | |