UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x

DENNIS BORN and MARILYNN BORN,      :    Civil Action No. 1:19-cv-10376-VEC
Individually and on Behalf of All Others      :
Similarly Situated,      :    CLASS ACTION
     :
                 Plaintiffs,      :    NOTICE OF MOTION FOR
     :    APPOINTMENT AS LEAD PLAINTIFF
   vs.      :    AND APPROVAL OF SELECTION OF
     :    LEAD COUNSEL
QUAD/GRAPHICS, INC., J. JOEL      :
QUADRACCI and DAVID J. HONAN,      :
     :
                  Defendants.      :
     :

———————————————————— x

TO:     ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that class member and proposed lead plaintiff Alaska Electrical

Pension Fund (the "Pension Fund") will move this Court, on a date and at such time as may be

designated by the Court, in Courtroom 443 of the Thurgood Marshall United States Courthouse, 40

Foley Square, New York, New York 10007, for an order: (1) appointing the Pension Fund as Lead

Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4, *et seq.*;

and (2) approving the Pension Fund's selection of Robbins Geller Rudman & Dowd LLP as Lead

Counsel for the proposed class.   In support of this Motion, the Pension Fund submits the

accompanying Memorandum of Law, the Declaration of David A. Rosenfeld, and a [Proposed]

Order.

DATED:  January 6, 2020                 ROBBINS GELLER RUDMAN
                                          & DOWD LLP
                                        SAMUEL H. RUDMAN
                                        DAVID A. ROSENFELD
                                        VINCENT M. SERRA


                                        *s/ David A. Rosenfeld*
                                        DAVID A. ROSENFELD

                                        58 South Service Road, Suite 200
                                        Melville, NY  11747
                                        Telephone:  631/367-7100
                                        631/367-1173 (fax)
                                        srudman@rgrdlaw.com
                                        drosenfeld@rgrdlaw.com
                                        vserra@rgrdlaw.com

- 1 -

ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS
DANIELLE S. MYERS
MICHAEL ALBERT
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
dmyers@rgrdlaw.com
malbert@rgrdlaw.com

[Proposed] Lead Counsel for [Proposed] Lead
Plaintiff

<u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on January 6, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ David A. Rosenfeld
DAVID A. ROSENFELD

ROBBINS GELLER RUDMAN
& DOWD LLP
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

E-mail:  drosenfeld@rgrdlaw.com

# Mailing Information for a Case 1:19-cv-10376-VEC Born et al v. Quad/Graphics, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Phillip C. Kim**
  pkim@rosenlegal.com

- **Lesley Frank Portnoy**
  LPortnoy@glancylaw.com,info@glancylaw.com,clinehan@glancylaw.com,charles-linehan-8383@ecf.pacerpro.com

- **Robert Allen Scher**
  rscher@foley.com,ebeer@foley.com,smorano@foley.com,docketflow@foley.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)