# EXHIBIT C

Movant's Purchases and Losses     Case 1:19-cv-10376-VEC     Document 15-3     Filed 01/06/20     Page 2 of 2     QuadGraphics, Inc.

Class Period: 02/21/2018 - 10/29/2019

| Name | Date | Shares Acquired | Price | Total Cost | Date | Shares Sold | Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| **Alaska Electrical Pension Fund** | 11/02/2018 | 2,300 | $17.86 | $41,073.17 | 07/31/2019 | 300 | $11.38 | $3,412.50 | |
| | 11/05/2018 | 7,200 | $16.42 | $118,206.72 | 07/31/2019 | 1,800 | $11.29 | $20,320.56 | |
| | 11/06/2018 | 14,500 | $16.85 | $244,371.40 | 08/01/2019 | 2,400 | $11.78 | $28,261.20 | |
| | 11/07/2018 | 14,500 | $16.59 | $240,541.95 | 08/02/2019 | 500 | $11.37 | $5,685.65 | |
| | 12/17/2018 | 200 | $12.90 | $2,579.90 | 08/05/2019 | 300 | $10.46 | $3,138.66 | |
| | 12/17/2018 | 600 | $12.90 | $7,738.02 | 08/06/2019 | 800 | $10.47 | $8,373.76 | |
| | 12/18/2018 | 500 | $13.40 | $6,701.00 | 08/12/2019 | 500 | $10.40 | $5,201.05 | |
| | 12/19/2018 | 2,400 | $12.94 | $31,046.40 | 08/13/2019 | 1,300 | $10.42 | $13,549.12 | |
| | 12/20/2018 | 1,800 | $12.44 | $22,392.00 | 08/13/2019 | 1,700 | $10.41 | $17,688.50 | |
| | 06/25/2019 | 900 | $7.59 | $6,835.32 | 08/14/2019 | 1,000 | $10.11 | $10,105.00 | |
| | 06/25/2019 | 1,900 | $7.60 | $14,439.24 | 08/15/2019 | 900 | $9.64 | $8,676.45 | |
| | | | | | 08/16/2019 | 800 | $9.38 | $7,500.96 | |
| | | | | | 08/19/2019 | 200 | $9.62 | $1,923.88 | |
| | | | | | 08/19/2019 | 700 | $9.45 | $6,612.48 | |
| | | | | | 08/20/2019 | 200 | $9.23 | $1,845.16 | |
| | | | | | 08/21/2019 | 1,200 | $8.87 | $10,643.28 | |
| | | | | | held | 32,200 | $4.36 | $140,457.86 | |
| **Movant's Total** | | **46,800** | | **$735,925.12** | | **46,800** | | **$293,396.07** | **($442,529.05)** |

*For shares held at the end of the class period, losses are calculated by multiplying the shares held by the average share price during the 90 calendar days after the end of the class period. The price used is $4.36 as of January 02, 2020 for common stock.

Prices listed are rounded up to two decimal places.