**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DENNIS BORN and MARILYNN BORN, Individually and On Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>          v.<br><br>QUAD/GRAPHICS, INC., J. JOEL QUADRACCI, and DAVID J. HONAN,<br><br>                    Defendants. | Civil Action No. 1:19-cv-10376-VEC<br><br>CLASS ACTION |
| VALERIE BLOOM, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>          v.<br><br>QUAD/GRAPHICS, INC., J. JOEL QUADRACCI, and DAVID J. HONAN,<br><br>                    Defendants. | Civil Action No. 1:19-cv-11860-VEC<br><br>CLASS ACTION |

**NOTICE OF MOTION OF HANI ANKLIS FOR APPOINTMENT AS LEAD
PLAINTIFF, APPROVAL OF HIS SELECTION OF LEAD COUNSEL AND
LOCAL COUNSEL, AND CONSOLIDATION OF RELATED ACTIONS**

PLEASE TAKE NOTICE that on a date and time that may be set by the Court, before the Honorable Valerie E. Caproni, at the United States District Court for the Southern District of New York, located at the Thurgood Marshall United States Courthouse, 40 Foley Square, Courtroom 443, New York, New York 10007, Hani Anklis ("Anklis"), by and through his undersigned counsel, will respectfully move this Court for an entry of an order, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"): (1) appointing Anklis as Lead Plaintiff in the above-captioned securities class actions; (2) approving his selection of Gibbs Law Group LLP as Lead Counsel for the Class and Bleichmar Fonti & Auld LLP ("BFA") as Local Counsel for the Class; (3) consolidating all related securities class actions; and (4) for any such further relief as the Court may deem just and proper.

This motion is made on the grounds that Anklis believes that he is the "most adequate plaintiff" under the PSLRA and should therefore be appointed Lead Plaintiff. Specifically, Anklis believes he has the largest financial interest in the relief sought by the Class in this action by virtue of, among other things, the approximately $1.7 million in losses as calculated on a first-in, first-out ("FIFO") basis, and the approximately $1 million in losses as calculated on a last-in, first-out ("LIFO") basis, that he incurred on his investments in Quad/Graphics, Inc. securities. Anklis also otherwise satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure because his claims are typical of other Class members' claims and because he will fairly and adequately represent the interests of the Class.

This Motion is based upon this Notice of Motion, the accompanying Memorandum of Law in support thereof, the Declaration of Javier Bleichmar filed herewith, the pleadings and other filings herein, and such other written or oral argument as may be permitted by the Court.

WHEREFORE, Anklis respectfully requests that the Court: (1) appoint him as Lead

Plaintiff pursuant to the PSLRA; (2) approve his selection of Gibbs Law Group as Lead Counsel

for the Class and BFA as Local Counsel for the Class; (3) consolidate all related securities class

actions; and (4) grant any such further relief as the Court may deem just and proper.


Dated:  January 6, 2020                                Respectfully Submitted,

                                                       **BLEICHMAR FONTI & AULD LLP**

                                                       */s/ Javier Bleichmar*
                                                       Javier Bleichmar
                                                       Ross Shikowitz
                                                       7 Times Square, 27th Floor
                                                       New York, New York 10036
                                                       Telephone: (212) 789-1340
                                                       Facsimile:  (212) 205-3960
                                                       jbleichmar@bfalaw.com
                                                       rshikowitz@bfalaw.com

                                                       *Local Counsel for Proposed Lead Plaintiff*
                                                       *Hani Anklis and Proposed Local Counsel*
                                                       *for the Class*

                                                       **GIBBS LAW GROUP LLP**
                                                       Eric H. Gibbs (*pro hac vice forthcoming)*
                                                       David Stein (*pro hac vice forthcoming*)
                                                       505 14th Street, Suite 1110
                                                       Oakland, CA 94612-1406
                                                       Telephone: (510) 350-9700
                                                       Facsimle: (510) 350-9701
                                                       ehg@classlawgroup.com
                                                       ds@classlawgroup.com

                                                       *Counsel for Proposed Lead Plaintiff Hani*
                                                       *Anklis and Proposed Lead Counsel for the*
                                                       *Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 6, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the registered participants.  Executed on January 6, 2020.

s/ *Javier Bleichmar*
Javier Bleichmar