**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DENNIS BORN and MARILYNN BORN, Individually and On Behalf of All Others Similarly Situated,<br><br>              Plaintiff,<br><br>    v.<br><br>QUAD/GRAPHICS, INC., J. JOEL QUADRACCI, and DAVID J. HONAN,<br><br>              Defendants. | Civil Action No. 1:19-cv-10376-VEC<br><br>CLASS ACTION |
| VALERIE BLOOM, individually and on behalf of all others similarly situated,<br><br>              Plaintiff,<br><br>    v.<br><br>QUAD/GRAPHICS, INC., J. JOEL QUADRACCI, and DAVID J. HONAN,<br><br>              Defendants. | Civil Action No. 1:19-cv-11860-VEC<br><br>CLASS ACTION |

**[PROPOSED] ORDER APPOINTING HANI ANKLIS AS LEAD PLAINTIFF, APPROVING HIS SELECTION OF LEAD COUNSEL AND LOCAL COUNSEL, AND CONSOLIDATING ALL RELATED ACTIONS**

Upon consideration of (1) the Motion of Hani Anklis ("Anklis") for appointment as Lead Plaintiff, approval of his selection of counsel, and for consolidation of all related actions; (2) the Memorandum of Law in support thereof; (3) the Declaration of Javier Bleichmar; and (4) all other pleadings and argument submitted to this Court; and for good cause shown;

**IT IS HEREBY ORDERED THAT:**

1.      Anklis' Motion is **GRANTED.**

2.      Anklis is **APPOINTED** to serve as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, in the above-captioned actions and all related actions consolidated pursuant to paragraph 5 of this Order.

3.      Anklis' selection of Lead Counsel is **APPROVED**, and Gibbs Law Group LLP is **APPOINTED** as Lead Counsel for the Class.

4.      Anklis' selection of Local Counsel is **APPROVED**, and Bleichmar Fonti & Auld LLP is **APPOINTED** as Local Counsel for the Class.

5.      Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, the above-captioned actions, and any subsequently filed, removed, or transferred actions that are related to the claims asserted in the above-captioned actions are **CONSOLIDATED** for all purposes.

6.      The consolidated action shall be captioned "*In re Quad/Graphics Inc., Securities Litigation*" and the file shall be maintained under Master File No. 1:19-cv-10376.

**IT IS SO ORDERED.**

Dated: _____, 2020

_____
HON. VALERIE E. CAPRONI
UNITED STATES DISTRICT JUDGE