UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DENNIS BORN and MARILYNN BORN, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> QUAD/GRAPHICS, INC., J. JOEL QUADRACCI, and DAVID J. HONAN, <br><br> Defendants. | Case No. 1:19-cv-10376-VEC <br><br> CLASS ACTION |
| VALERIE BLOOM, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> QUAD/GRAPHICS, INC., J. JOEL QUADRACCI, and DAVID J. HONAN, <br><br> Defendants. | Case No. 1:19-cv-11860-VEC <br><br> CLASS ACTION |

**[PROPOSED] ORDER GRANTING THE QUAD/GRAPHIC, INC. INVESTOR GROUP'S MOTION TO CONSOLIDATE RELATED CASES, APPOINT LEAD PLAINTIFF AND APPROVE SELECTION OF LEAD COUNSEL**

010875-11/1222254 V1

WHEREAS, the Court has considered the motion of class members Larry Ameling and Sameer Tuffaha (the "Quad/Graphics, Inc. Investor Group" or "Movants") for entry of an Order: (1) consolidating the above-captioned actions (the "Related Actions"); (2) appointing Movants as Lead Plaintiff on behalf of all persons or entities who purchased or otherwise acquired the securities of Quad/Graphics, Inc. ("Quad" or the "Company") from February 22, 2017 through October 29, 2019, both dates inclusive; (3) approving Movants' selection of the law firm of Hagens Berman Sobol Shapiro LLP ("Hagens Berman") as Lead Counsel for the class; and (4) granting such other and further relief as the Court may deem just and proper, and with good cause appearing therefor, IT IS HEREBY ORDERED THAT:

1.     Pursuant to Rule 42(a) of the Federal Rules of Civil Procedures, *Born v. Quad/Graphics, Inc., et al.,* No. 1:19-cv-10376-VEC, and *Bloom v. Quad/Graphics, Inc., et al.,* No. 1:19-cv-11860-VEC are consolidated as:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re QUAD/GRAPHICS, INC. SECURITIES LITIGATION* ) | Master File No.  1:19-cv-10376 |
| ) | |
| ) | CLASS ACTION |
| ) | |
| This Document Related to: ) | |
| ) | |
| ALL ACTIONS. ) | |
| ) | |

(a)     The file in Case No. 1:19-cv-10376 shall constitute the master file for every action in the consolidated action.  The Clerk shall administratively close the other actions. When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Document Relates To:".  When a pleading applies to some, but not all, of the actions, the document shall list, immediately after the phrase "This Document

Relates To:", the docket number for each individual action to which the document applies, along with the last name of the first-listed plaintiff in said action;

(b)    All securities class actions on behalf of purchasers of Quad securities subsequently filed in, or transferred to, this District shall be consolidated into this action. This order shall apply to every such action, absent an order of the Court. A party objecting to such consolidation, or to any other provision of this Order, must file an application for relief from this Order within ten days after the action is consolidated into this action; and

(c)    This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, with good cause shown.

2.    The Quad/Graphics, Inc. Investor Group is appointed to serve as Lead Plaintiff in the above-captioned action pursuant to Section 21D(a)(3)(B) of the Securities Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995.

3.    Lead Plaintiff's selection of Lead Counsel is approved. Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), Hagens Berman Sobol Shapiro LLP is approved as Lead Counsel for the Class in the action.

4.    Lead Counsel shall have authority to speak for the Plaintiffs in matters regarding pretrial and trial procedure and settlement negotiations, and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

5.    Lead Counsel shall be responsible for coordination of all activities and appearances on behalf of the Plaintiffs and for the dissemination of notices and orders of this Court. No motion, request for discovery or other pretrial proceedings shall be initiated or filed by Plaintiffs except through Lead Counsel.

6.    Lead Counsel shall also be available and responsible for communications to and from this Court.

7.    Defendants' counsel may rely upon all agreements made with Lead Counsel or other duly-authorized representatives of Plaintiffs, and such agreements shall be binding on Plaintiffs.

IT IS SO ORDERED.


Dated: _____          _____
                                    HON. VALERIE E. CAPRONI
                                    UNITED STATES DISTRICT JUDGE


Respectfully submitted,
HAGENS BERMAN SOBOL SHAPIRO LLP

By   *s/ Jason A. Zweig*
Jason A. Zweig, JZ-8107

555 Fifth Avenue, Suite 1700
New York, NY  10017
Telephone: (212) 752-5455
Facsimile:  (917) 210-3980
jasonz@hbsslaw.com

Reed R. Kathrein
Lucas E. Gilmore
Danielle Smith
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com
danielles@hbsslaw.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA  98101

Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

*Counsel for [Proposed] Lead Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 6, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

*/s/ Jason A. Zweig*
JASON A. ZWEIG