UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DENNIS BORN and MARILYNN BORN, Individually and On Behalf of All Others Similarly Situated, | Case No. 1:19-cv-10376-VEC |
| Plaintiff, | CLASS ACTION |
| v. | |
| QUAD/GRAPHICS, INC., J. JOEL QUADRACCI, and DAVID J. HONAN, | |
| Defendants. | |
| VALERIE BLOOM, Individually and On Behalf of All Others Similarly Situated, | Case No. 1:19-cv-11860-VEC |
| Plaintiff, | CLASS ACTION |
| v. | |
| QUAD/GRAPHICS, INC., J. JOEL QUADRACCI, and DAVID J. HONAN, | |
| Defendants. | |

**DECLARATION OF REED R. KATHREIN IN SUPPORT OF THE QUAD/GRAPHICS, INC. INVESTOR GROUP'S MOTION TO CONSOLIDATE RELATED CASES, APPOINT LEAD PLAINTIFF AND APPROVE SELECTION OF LEAD COUNSEL**

010875-11/1222256 V1

I, Reed R. Kathrein, declare as follows:

1.   I am a Partner at the law firm Hagens Berman Sobol Shapiro LLP ("Hagens Berman"), counsel for class members Larry Ameling and Sameer Tuffaha (the "Quad/Graphics, Inc. Investor Group" or "Movants").  I am an attorney licensed to practice law in the States of California, Illinois and Florida.  I make this declaration in support of Movants' Motion for Consolidation of Related Cases, Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.        Attached are true and correct copies of the following exhibits:

Exhibit A:     Movants' sworn Certifications;

Exhibit B:     Charts of Movants' estimated losses;

Exhibit C:     Notice of pendency of class action published in *BusinessWire*, a national business-oriented wire service, on November 7, 2019;

Exhibit D:     Hagens Berman's firm résumé; and

Exhibit E:     Joint Declaration of the Quad/Graphics, Inc. Investor Group in Support of Their Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Their Selection of Lead Counsel.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 6th day of January 2020, at Berkeley, California.

*/s/ Reed R. Kathrein*
REED R. KATHREIN

- 1 -

**CERTIFICATE OF SERVICE**

I hereby certify that on January 6, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

*/s/ Jason A. Zweig*
JASON A. ZWEIG
