# Exhibit B

| Account | Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price) | Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP) |
|---|---|---|
| Call 17 Jan 20 $12.50 | -$129.00 | -$129.00 |
| Call 17 Apr 20 $12.50 | -$320.00 | -$320.00 |
| Common Stock | $31,159.59 | $31,159.59 |

**Loss Analysis for Larry Arneling - Quad/Graphics, Inc. (QUAD)**
**Class Period 02/22/17 - 10/29/19**
**CALL 17 Jan 20 $12.50**

| | | **PURCHASES** | | | | | **SALES** | | |
|---|---|---|---|---|---|---|---|---|---|
| | Date | Shares | Share Price | Amount Paid | | Date | Shares | Share Price | Amount Received |
| Pre-Class Held | | | | | | | | | |
| Class Period Purchases | | | | | | 06/18/19 | 300 | $0.4300 | $129.00 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| Post Class Purchases | | | | | Post Class Sales | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| Total Shares Acquired in CP | 0 | Total Amount Paid in CP | $0.00 | |
| | | Total Shares Sold in CP | 300 | Total Amount Sold in CP | $129.00 |
| | | Post CP Shares Sold | 0 | Post CP Amount Sold | $0.00 |
| | | Total Shares Sold to Current | 300 | Total Amount Sold to Current | $129.00 ALTERNATIVE |

Actual Net Shares Acquired in CP    (300) (CP Retained Shares)

Net Amount Paid in CP    -$129.00
Net Amount Paid in CP Minus Sold to Current Date    -$129.00 ALTERNATIVE

**Calculation Using 90-Day Lookback**
Net Shares Acquired in CP (CP Retained Shares)    0 Automatically 0 if Negative
Net Shares Acquired During Class Period Held to Current Date    0 Automatically 0 if Negative (ALTERNATIVE)

90-Day Mean Share Price after last Day of CP    $0.00

Value of Net Shares Acquired in CP Using 90-Day Mean Share Price    $0.00
Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price    $0.00 ALTERNATIVE
Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price    -$129.00 ALTERNATIVE

Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price)    -$129.00
Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP)    -$129.00 ALTERNATIVE

As of 1/6/2020

**Loss Analysis for Larry Arneling - Quad/Graphics, Inc. (QUAD)**
**Class Period 02/22/17 - 10/29/19**
**CALL 17 Apr 20 $12.50**

| | PURCHASES | | | | | SALES | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Date | Shares | Share Price | Amount Paid | | Date | Shares | Share Price | Amount Received |
| Pre-Class Held | | | | | | | | | |
| Class Period Purchases | | | | | | 09/19/19 | 400 | $0.8000 | $320.00 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| Post Class Purchases | | | | | Post Class Sales | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| Total Shares Acquired in CP | 0 | Total Amount Paid in CP | $0.00 | |
| | | Total Shares Sold in CP | 400 | Total Amount Sold in CP $320.00 |
| | | Post CP Shares Sold | 0 | Post CP Amount Sold $0.00 |
| | | Total Shares Sold to Current | 400 | Total Amount Sold to Current $320.00 **ALTERNATIVE** |

Actual Net Shares Acquired in CP  (400) (CP Retained Shares)

Net Amount Paid in CP  -$320.00
Net Amount Paid in CP Minus Sold to Current Date  -$320.00 **ALTERNATIVE**

**Calculation Using 90-Day Lookback**
Net Shares Acquired in CP (CP Retained Shares)  0 Automatically 0 if Negative
Net Shares Acquired During Class Period Held to Current Date  0 Automatically 0 if Negative (ALTERNATIVE)

90-Day Mean Share Price after last Day of CP  $0.00

Value of Net Shares Acquired in CP Using 90-Day Mean Share Price  $0.00
Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price  $0.00 **ALTERNATIVE**
Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price  -$320.00 **ALTERNATIVE**

Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price)  -$320.00
Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP)  -$320.00 **ALTERNATIVE**

As of 1/6/2020

**Loss Analysis for Larry Arneling - Quad/Graphics, Inc. (QUAD)**
**Class Period 02/22/17 - 10/29/19**
**COMMON STOCK**

| | **PURCHASES** | | | | | **SALES** | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Date | Shares | Share Price | Amount Paid | | Date | Shares | Share Price | Amount Received |
| **Pre-Class Held** | | | | | | | | | |
| **Class Period Purchases** | 06/18/19 | 300 | $9.4920 | $2,847.60 | | | | | |
| | 08/19/19 | 200 | $9.6686 | $1,933.72 | | | | | |
| | 09/05/19 | 100 | $9.5757 | $957.57 | | | | | |
| | 09/19/19 | 400 | $10.4400 | $4,176.00 | | | | | |
| | 09/20/19 | 500 | $10.3447 | $5,172.35 | | | | | |
| | 10/23/19 | 500 | $10.7547 | $5,377.35 | | | | | |
| | 10/24/19 | 1,000 | $10.6487 | $10,648.70 | | | | | |
| | 10/28/19 | 2,000 | $10.8519 | $21,703.80 | | | | | |
| **Post Class Purchases** | | | | | **Post Class Sales** | | | | |

| | | | | |
|---|---|---|---|---|
| **Total Shares Acquired in CP** | 5,000 | **Total Amount Paid in CP** | $52,817.09 | |
| | | | | |

| | | | |
|---|---|---|---|
| **Total Shares Sold in CP** | 0 | **Total Amount Sold in CP** | $0.00 |
| **Post CP Shares Sold** | 0 | **Post CP Amount Sold** | $0.00 |
| **Total Shares Sold to Current** | 0 | **Total Amount Sold to Current** | $0.00 **ALTERNATIVE** |

**Actual Net Shares Acquired in CP**   5,000 **(CP Retained Shares)**

**Net Amount Paid in CP** $52,817.09
**Net Amount Paid in CP Minus Sold to Current Date** $52,817.09 **ALTERNATIVE**

**Calculation Using 90-Day Lookback**
**Net Shares Acquired in CP (CP Retained Shares)**   5,000 **Automatically 0 if Negative**
**Net Shares Acquired During Class Period Held to Current Date**   5,000 **Automatically 0 if Negative (ALTERNATIVE)**

**90-Day Mean Share Price after last Day of CP**   $4.33

**Value of Net Shares Acquired in CP Using 90-Day Mean Share Price** $21,657.50
**Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price** $21,657.50 **ALTERNATIVE**
**Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price** $31,159.59 **ALTERNATIVE**

**Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price)** $31,159.59
**Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP)** $31,159.59 **ALTERNATIVE**

As of 1/6/2020

| Account | Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price) | Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP) |
|---|---|---|
| 16 Nov 18 $17.50 | -$268.00 | -$268.00 |
| 16 Nov 18 $20 | -$424.00 | -$424.00 |
| Common Stock | $27,604.40 | $27,604.40 |
| **TOTAL** | **$26,912.40** | **$26,912.40** |

**Loss Analysis for Sameer Tuffaha - Quad/Graphics, Inc. (QUAD)**
**Class Period 02/22/17 - 10/29/19**



| | **PURCHASES** | | | | | **SALES** | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Date | Shares | Share Price | Amount Paid | | Date | Shares | Share Price | Amount Received |
| Pre-Class Held | | | | | | | | | |
| Class Period Purchases | | | | | | 10/05/18 | 400 | $0.6700 | $268.00 |
| Post Class Purchases | | | | | Post Class Sales | | | | |

| | | | | |
|---|---|---|---|---|
| Total Shares Acquired in CP | 0 | Total Amount Paid in CP | $0.00 | |

| | | | |
|---|---|---|---|
| Total Shares Sold in CP | 400 | Total  Amount Sold in CP | $268.00 |
| Post CP Shares Sold | 0 | Post CP Amount Sold | $0.00 |
| Total Shares Sold to Current | 400 | Total  Amount Sold to Current | $268.00 ALTERNATIVE |

Actual Net Shares Acquired in CP        (400) (CP Retained Shares)

| | |
|---|---|
| Net Amount Paid  in CP | -$268.00 |
| Net Amount Paid in CP Minus Sold to Current Date | -$268.00 ALTERNATIVE |

**Calculation Using 90-Day Lookback**

Net Shares Acquired in CP (CP Retained Shares)        0 Automatically 0 if Negative

Net  Shares Acquired During Class Period Held to Current Date        0 Automatically 0 if Negative (ALTERNATIVE)

90-Day Mean Share Price after last Day of CP        $0.00

Value of Net Shares Acquired in CP Using 90-Day Mean Share Price        $0.00

Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price        $0.00 ALTERNATIVE

Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price        -$268.00 ALTERNATIVE

Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price)        -$268.00

Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP)        -$268.00 ALTERNATIVE

As of 1/6/2020

**Loss Analysis for Sameer Tuffaha - Quad/Graphics, Inc. (QUAD)**
**Class Period 02/22/17 - 10/29/19**



| | **P U R C H A S E S** | | | | | **S A L E S** | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Date | Shares | Share Price | Amount Paid | | Date | Shares | Share Price | Amount Received |
| **Pre-Class Held** | | | | | | | | | |
| **Class Period Purchases** | | | | | | 10/05/18 | 400 | $1.0600 | $424.00 |
| **Post Class Purchases** | | | | | **Post Class Sales** | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Total Shares Acquired in CP** | 0 | **Total Amount Paid in CP** | $0.00 | **Total Shares Sold in CP** | 400 | **Total Amount Sold in CP** | $424.00 |
| | | | | **Post CP Shares Sold** | 0 | **Post CP Amount Sold** | $0.00 |
| | | | | **Total Shares Sold to Current** | 400 | **Total Amount Sold to Current** | $424.00 ALTERNATIVE |

| | | |
|---|---|---|
| **Actual Net Shares Acquired in CP** | (400) | **(CP Retained Shares)** |

| | |
|---|---|
| **Net Amount Paid in CP** | -$424.00 |
| **Net Amount Paid in CP Minus Sold to Current Date** | -$424.00 ALTERNATIVE |

**Calculation Using 90-Day Lookback**

| | | |
|---|---|---|
| **Net Shares Acquired in CP (CP Retained Shares)** | 0 | **Automatically 0 if Negative** |
| **Net Shares Acquired During Class Period Held to Current Date** | 0 | **Automatically 0 if Negative (ALTERNATIVE)** |

| | |
|---|---|
| **90-Day Mean Share Price after last Day of CP** | $0.00 |

| | | |
|---|---|---|
| **Value of Net Shares Acquired in CP Using 90-Day Mean Share Price** | $0.00 | |
| **Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price** | $0.00 | ALTERNATIVE |
| **Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price** | -$424.00 | ALTERNATIVE |

| | | |
|---|---|---|
| **Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price)** | -$424.00 | |
| **Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP)** | -$424.00 | ALTERNATIVE |

As of 1/6/2020

**Loss Analysis for Sameer Tuffaha - Quad/Graphics, Inc. (QUAD)**
**Class Period 02/22/17 - 10/29/19**

| | Date | Shares | **P U R C H A S E S** Share Price | Amount Paid | | Date | Shares | **S A L E S** Share Price | Amount Received |
|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Held | | | | | | | | | |
| Class Period Purchases | 10/04/18 | 400 | $22.5000 | $9,000.00 | | 10/18/19 | 300 | $10.0000 | $3,000.00 |
| | 11/16/18 | 400 | $17.5000 | $7,000.00 | | | | | |
| | 01/02/19 | 400 | $17.5000 | $7,000.00 | | | | | |
| | 04/18/19 | 400 | $15.0000 | $6,000.00 | | | | | |
| | 05/17/19 | 700 | $10.0000 | $7,000.00 | | | | | |
| | 06/12/19 | 400 | $12.5000 | $5,000.00 | | | | | |
| Post Class Purchases | | | | | Post Class Sales | | | | |

| | | | | |
|---|---|---|---|---|
| Total Shares Acquired in CP | 2,700 | Total Amount Paid in CP | $41,000.00 | |

| | | | | | |
|---|---|---|---|---|---|
| Total Shares Sold in CP | 300 | Total Amount Sold in CP | $3,000.00 | |
| Post CP Shares Sold | 0 | Post CP Amount Sold | $0.00 | |
| Total Shares Sold to Current | 300 | Total Amount Sold to Current | $3,000.00 | ALTERNATIVE |

| | |
|---|---|
| Actual Net Shares Acquired in CP | 2,400 (CP Retained Shares) |

| | | |
|---|---|---|
| Net Amount Paid in CP | $38,000.00 | |
| Net Amount Paid in CP Minus Sold to Current Date | $38,000.00 | ALTERNATIVE |

**Calculation Using 90-Day Lookback**

| | |
|---|---|
| Net Shares Acquired in CP (CP Retained Shares) | 2,400 Automatically 0 if Negative |
| Net Shares Acquired During Class Period Held to Current Date | 2,400 Automatically 0 if Negative (ALTERNATIVE) |

| | |
|---|---|
| 90-Day Mean Share Price after last Day of CP | $4.33 |

| | | |
|---|---|---|
| Value of Net Shares Acquired in CP Using 90-Day Mean Share Price | $10,395.60 | |
| Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price | $10,395.60 | ALTERNATIVE |
| Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price | $27,604.40 | ALTERNATIVE |

| | | |
|---|---|---|
| Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price) | $27,604.40 | |
| Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP) | $27,604.40 | ALTERNATIVE |

As of 1/6/2020