**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DENNIS BORN and MARILYNN BORN, Individually and On Behalf of All Others Similarly Situated, | ) ) ) Civil Action No. 1:19-cv-10376-VEC ) |
| Plaintiff, | ) ) CLASS ACTION ) ) |
| v. | ) ) |
| QUAD/GRAPHICS, INC., J. JOEL QUADRACCI, and DAVID J. HONAN, | ) ) ) |
| Defendants. | ) ) |
| VALERIE BLOOM, individually and on behalf of all others similarly situated, | ) ) Civil Action No. 1:19-cv-11860-VEC ) ) |
| Plaintiff, | ) CLASS ACTION ) ) |
| v. | ) ) ) |
| QUAD/GRAPHICS, INC., J. JOEL QUADRACCI, and DAVID J. HONAN, | ) ) ) |
| Defendants. | ) ) ) |

**DECLARATION OF JAVIER BLEICHMAR IN SUPPORT OF THE MOTION OF HANI ANKLIS FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF HIS SELECTION OF LEAD COUNSEL AND LOCAL COUNSEL, AND FOR CONSOLIDATION OF RELATED ACTIONS**

I, Javier Bleichmar, declare as follows:

1.      I am a member in good standing of the bar of the State of New York and of this Court.  I am a Partner of the law firm of Bleichmar Fonti & Auld, LLP ("BFA").  I submit this declaration in support of the Motion filed by Hani Anklis ("Anklis") for: (1) appointment as Lead Plaintiff; (2) approval of his selection of Gibbs Law Group LLP to serve as Lead Counsel for the Class and BFA to serve as Local Counsel for the Class; (3) consolidation of all related securities class actions; and (4) any such further relief as the Court may deem just and proper.

2.      Attached as Exhibits A through F are true and correct copies of the following documents:

| | |
|---|---|
| EXHIBIT A: | Certification of Anklis; |
| EXHIBIT B: | Notice of pendency of *Born v. Quad/Graphics, Inc.*, 1:19-cv-10376-VEC (S.D.N.Y.) published on November 7, 2019; |
| EXHIBIT C: | Notice of pendency of *Bloom v. Quad/Graphics, Inc.*, 1:19-cv-11860-VEC (S.D.N.Y.) published on December 27, 2019; |
| EXHIBIT D: | Chart reflecting financial interest of Anklis; |
| EXHIBIT E: | Firm Resume of Gibbs Law Group; and |
| EXHIBIT F: | Firm Resume of BFA. |

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 6th day of January 2020.

*/s/ Javier Bleichmar*

Javier Bleichmar

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 6, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the registered participants.  Executed on January 6, 2020.

*/s/ Javier Bleichmar*
Javier Bleichmar