# EXHIBIT C

Wire: Business Wire (BUS) Date: Dec 27 2019  16:28:00
Gibbs Law Group Files Securities Class Action on Behalf of Quad/Graphics, Inc.
Investors Expanding Class Period Alleged in

   Gibbs Law Group Files Securities Class Action on Behalf of Quad/Graphics,
   Inc. Investors Expanding Class Period Alleged in Related Action

Business Wire

OAKLAND, Calif. -- December 27, 2019

Gibbs Law Group announces that it has filed a securities class action in the
United States District Court for the Southern District of New York captioned
Bloom v. Quad/Graphics, Inc. et al, No. 19-cv-11860 (S.D.N.Y.) on behalf
investors that purchased or otherwise acquired Quad/Graphics, Inc. (NYSE:
QUAD) securities between February 22, 2017 and October 29, 2019, inclusive
(the "Class Period"). The complaint asserts claims under Sections 10(b) and
20(a) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C.
§§ 78j(b) and 78t(a), and SEC Rule 10b-5 promulgated thereunder, 17 C.F.R. §
240.10b-5.

The Complaint expands the Class Period that was asserted in a related
securities class action filed against Quad, Born et al v. Quad/Graphics, Inc.
et al, No. 1:19-CV-10376 (S.D.N.Y.) ("Born"), which is the first-filed
securities class action in this matter. Pursuant to the notice published on
November 7, 2019 in connection with the filing of the Born action pursuant to
the Private Securities Litigation Reform Act of 1995, investors wishing to
serve as Lead Plaintiff must file a motion for appointment as Lead Plaintiff
by no later than January 6, 2020. The filing of this complaint does not alter
that deadline.

The complaint alleges that during the Class Period, Defendants made materially
false and/or misleading statements, as well as failed to disclose material
adverse facts about the Company's business, operations, and prospects.
Specifically, Defendants misrepresented and failed to disclose to investors:
(1) that the Company's book business in United States was underperforming; (2)
that, as a result, the Company was likely to divest its book business; (3)
that the Company was unreasonably vulnerable to decreases in market prices;
(4) that, to remain financially flexible while market prices decreased, the
Company was likely to cut its quarterly dividend and expand its cost reduction
programs; and (5) that, as a result of the foregoing, Defendants' positive
statements about the Company's business, operations, and prospects, were
materially misleading and/or lacked a reasonable basis.

Contrary to Quad's public statements, on October 29, 2019, after the market
closed, the Company cut its dividend by 50% to $0.15 per share, announced
plans to divest its book business, and lowered its fiscal 2019 guidance. On
this news, the Company's share price fell $6.42 per share, or nearly 57%, to

close at $4.85 per share on October 30, 2019, on unusually high trading volume.

To be a member of the class, you need not take any action at this time; you may retain counsel of your choice or take no action and remain an absent member of the Class. If you wish to learn more about the Quad/Graphics Class Action Lawsuit, or if you have any questions concerning this announcement or your rights or interests with respect to these matters, please contact ds@classlawgroup.com or (510) 350-9715.

About Gibbs Law Group

Gibbs Law Group represents individual and institutional investors in securities litigation to correct abusive corporate governance practices, breaches of fiduciary duty, and proxy violations. The firm has recovered over a billion dollars for its clients against some of the world's largest corporations, and our attorneys have received numerous honors for their work, including "Best Lawyers in America," "Top Plaintiff Lawyers in California," "California Lawyer Attorney of the Year," "Top Class Action Attorneys Under 40," "Consumer Protection MVP," and "Top Cybersecurity/ Privacy Attorneys Under 40."

This press release may constitute Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

View source version on businesswire.com:
https://www.businesswire.com/news/home/20191227005283/en/

Contact:

EILEEN EPSTEIN
PHONE: 510.350.9728
EMAIL: EJE@CLASSLAWGROUP.COM

-0- Dec/27/2019 21:28 GMT

```
-------------------------------=================================-----------------------------
                             Copyright (c) 2019
```

############################## END OF STORY 1 ##############################