# EXHIBIT D

**Hani Anklis**
**Class Period: February 22, 2017 - October 29, 2019**

**FIFO/LIFO -  Quad/Graphics, Inc. Common Stock (Charles Schwab Account)**

| TransType | TradeDate | Quantity | Price | Total Cost/Proceeds |
|---|---|---|---|---|
| Opening Position | 2/22/2017 | 0.00 | | |
| | | | | |
| Purchase | 2/22/2017 | 2,482.00 | $25.60 | ($63,539.20) |
| Purchase | 2/22/2017 | 100.00 | $25.60 | ($2,560.00) |
| Purchase | 2/22/2017 | 100.00 | $25.56 | ($2,556.00) |
| Purchase | 2/22/2017 | 100.00 | $25.55 | ($2,555.00) |
| Purchase | 2/22/2017 | 100.00 | $23.65 | ($2,365.00) |
| Purchase | 2/22/2017 | 200.00 | $23.62 | ($4,724.00) |
| Purchase | 2/22/2017 | 200.00 | $23.61 | ($4,722.00) |
| Purchase | 2/22/2017 | 100.00 | $23.62 | ($2,362.00) |
| Purchase | 2/22/2017 | 100.00 | $23.60 | ($2,360.00) |
| Purchase | 2/22/2017 | 100.00 | $23.64 | ($2,364.00) |
| Purchase | 2/22/2017 | 100.00 | $23.63 | ($2,363.00) |
| Purchase | 2/22/2017 | 200.00 | $23.61 | ($4,722.00) |
| Purchase | 2/22/2017 | 200.00 | $23.62 | ($4,724.00) |
| Purchase | 2/22/2017 | 200.00 | $23.61 | ($4,722.00) |
| Purchase | 2/22/2017 | 400.00 | $23.55 | ($9,420.00) |
| Purchase | 2/22/2017 | 100.00 | $23.54 | ($2,354.00) |
| Purchase | 3/13/2017 | 209.00 | $24.30 | ($5,078.70) |
| Purchase | 3/13/2017 | 500.00 | $24.30 | ($12,150.00) |
| Purchase | 3/13/2017 | 300.00 | $24.30 | ($7,290.00) |
| Purchase | 3/13/2017 | 100.00 | $24.30 | ($2,430.00) |
| Purchase | 3/27/2017 | 1,000.00 | $22.05 | ($22,050.00) |
| Purchase | 3/27/2017 | 9,900.00 | $22.07 | ($218,493.00) |
| Purchase | 3/27/2017 | 100.00 | $22.06 | ($2,206.00) |
| Purchase | 8/2/2017 | 1,300.00 | $19.67 | ($25,571.00) |
| Purchase | 8/15/2017 | 100.00 | $19.02 | ($1,902.00) |
| Purchase | 8/28/2017 | 4,684.00 | $19.00 | ($88,996.00) |
| Purchase | 8/31/2017 | 1,290.00 | $19.10 | ($24,639.00) |
| Purchase | 9/7/2017 | 2,795.00 | $18.76 | ($52,434.20) |
| Purchase | 9/7/2017 | 100.00 | $18.76 | ($1,876.00) |
| Purchase | 9/7/2017 | 2,322.00 | $18.76 | ($43,560.72) |
| Purchase | 9/7/2017 | 300.00 | $18.75 | ($5,625.00) |
| Purchase | 9/14/2017 | 3,160.00 | $19.55 | ($61,778.00) |
| Purchase | 9/14/2017 | 200.00 | $19.55 | ($3,910.00) |
| Purchase | 9/14/2017 | 100.00 | $19.53 | ($1,953.00) |
| Purchase | 5/2/2018 | 400.00 | $21.11 | ($8,444.00) |
| Purchase | 5/2/2018 | 200.00 | $21.11 | ($4,221.00) |
| Purchase | 5/2/2018 | 400.00 | $21.11 | ($8,444.00) |
| Purchase | 6/13/2018 | 500.00 | $20.11 | ($10,054.80) |
| Purchase | 6/13/2018 | 250.00 | $20.11 | ($5,027.48) |
| Purchase | 9/11/2018 | 399.00 | $20.29 | ($8,095.71) |
| Purchase | 11/20/2018 | 148.00 | $15.38 | ($2,276.24) |
| ***Total Class Period Purchases*** | | **35,539.00** | | **($746,918.05)** |
| | | | | |
| Sale | 3/10/2017 | -4,782.00 | $25.74 | $123,088.68 |
| Sale | 6/12/2017 | -1,000.00 | $22.53 | $22,530.00 |

| TransType | TradeDate | Quantity | Price | Total Cost/Proceeds |
|---|---|---|---|---|
| Sale | 11/16/2017 | -2,000.00 | $21.54 | $43,080.00 |
| Sale | 2/21/2018 | -160.00 | $27.22 | $4,355.20 |
| Sale | 2/21/2018 | -100.00 | $27.26 | $2,726.00 |
| Sale | 2/21/2018 | -100.00 | $27.27 | $2,727.00 |
| Sale | 2/21/2018 | -100.00 | $27.33 | $2,733.25 |
| Sale | 2/26/2018 | -500.00 | $28.64 | $14,320.00 |
| Sale | 6/21/2018 | -500.00 | $21.46 | $10,731.90 |
| Sale | 7/9/2018 | -750.00 | $21.83 | $16,368.75 |
| Sale | 2/11/2019 | -547.00 | $14.03 | $7,676.60 |
| *Class Period Sales Matching to Class Period Purchases* | | **-10,539.00** | | **$250,337.38** |
| | | | | |
| Sale[1] | 10/30/2019 | -100.00 | $5.46 | $545.50 |
| Sale[1] | 10/30/2019 | -293.00 | $5.41 | $1,585.13 |
| Sale[1] | 10/30/2019 | -800.00 | $5.40 | $4,320.00 |
| Sale[1] | 10/30/2019 | -600.00 | $5.35 | $3,210.00 |
| Sale[1] | 10/30/2019 | -100.00 | $5.36 | $536.00 |
| Sale[1] | 10/30/2019 | -100.00 | $5.35 | $535.00 |
| Sale[1] | 10/30/2019 | -594.00 | $5.30 | $3,148.20 |
| Sale[1] | 10/30/2019 | -6,000.00 | $5.28 | $31,680.00 |
| Sale[1] | 10/30/2019 | -500.00 | $5.25 | $2,625.00 |
| Sale[1] | 10/30/2019 | -100.00 | $5.29 | $529.00 |
| Sale[1] | 10/30/2019 | -500.00 | $5.21 | $2,605.00 |
| Sale[1] | 10/30/2019 | -10.00 | $5.20 | $52.00 |
| Sale[1] | 10/30/2019 | -1,600.00 | $5.19 | $8,304.00 |
| Sale[1] | 10/30/2019 | -100.00 | $5.18 | $518.00 |
| Sale[1] | 10/30/2019 | -100.00 | $5.39 | $538.63 |
| Sale[1] | 10/30/2019 | -20.00 | $5.21 | $104.20 |
| Sale[1] | 10/30/2019 | -20.00 | $5.21 | $104.10 |
| Sale[1] | 10/30/2019 | -10.00 | $5.20 | $52.00 |
| Sale[1] | 10/30/2019 | -100.00 | $5.17 | $517.00 |
| Sale[1] | 10/30/2019 | -200.00 | $5.16 | $1,032.00 |
| Sale[1] | 10/30/2019 | -200.00 | $5.15 | $1,030.00 |
| Sale[1] | 10/30/2019 | -200.00 | $5.16 | $1,032.00 |
| Sale[1] | 10/30/2019 | -200.00 | $5.15 | $1,030.00 |
| Sale[1] | 10/30/2019 | -200.00 | $5.14 | $1,028.00 |
| Sale[1] | 10/30/2019 | -100.00 | $5.16 | $516.00 |
| Sale[1] | 10/30/2019 | -100.00 | $5.26 | $525.60 |
| Sale[1] | 10/30/2019 | -100.00 | $5.26 | $525.50 |
| Sale[1] | 10/30/2019 | -100.00 | $5.26 | $526.00 |
| Sale[1] | 10/30/2019 | -100.00 | $5.24 | $524.00 |
| Sale[1] | 10/30/2019 | -100.00 | $5.23 | $523.00 |
| Sale[1] | 10/30/2019 | -100.00 | $5.25 | $525.00 |
| Sale[1] | 10/30/2019 | -100.00 | $5.24 | $524.00 |
| Sale[1] | 10/30/2019 | -400.00 | $5.23 | $2,092.00 |
| Sale[1] | 10/30/2019 | -400.00 | $5.22 | $2,088.00 |
| Sale[1] | 10/30/2019 | -100.00 | $5.21 | $521.00 |

| TransType | TradeDate | Quantity | Price | Total Cost/Proceeds |
|---|---|---|---|---|
| Sale[1] | 10/30/2019 | -500.00 | $5.20 | $2,600.00 |
| Sale[1] | 10/30/2019 | -500.00 | $5.17 | $2,585.00 |
| Sale[1] | 10/30/2019 | -50.00 | $5.23 | $261.28 |
| Sale[1] | 10/30/2019 | -200.00 | $5.29 | $1,058.00 |
| Sale[1] | 10/30/2019 | -200.00 | $5.28 | $1,056.00 |
| Sale[1] | 10/30/2019 | -100.00 | $5.30 | $530.00 |
| Sale[1] | 10/30/2019 | -300.00 | $5.29 | $1,587.00 |
| Sale[1] | 10/30/2019 | -200.00 | $5.28 | $1,056.00 |
| Sale[1] | 10/30/2019 | -300.00 | $5.27 | $1,581.00 |
| Sale[1] | 10/30/2019 | -100.00 | $5.16 | $516.00 |
| Sale[1] | 10/30/2019 | -100.00 | $5.22 | $522.00 |
| Sale[1] | 10/30/2019 | -8,103.00 | $5.14 | $41,649.42 |
| *Post-Class Period Sales Matching to Class Period Purchases* | | **-25,000.00** | | **$130,552.56** |
| | | | | |
| | Retained Shares [2] | 0.00 | $4.39 | $0.00 |
| | | | **FIFO/LIFO:** | **($366,028.11)** |

**FIFO/LIFO -  Quad/Graphics, Inc. 04/21/2017 25.00 Calls (Charles Schwab Account)**

| TransType | TradeDate | Quantity | Price | Total Cost/Proceeds |
|---|---|---|---|---|
| Opening Position | 2/22/2017 | 0.00 | | |
| | | | | |
| Purchase | 2/22/2017 | 5.00 | $1.95 | ($975.00) |
| Purchase | 2/22/2017 | 26.00 | $1.95 | ($5,070.00) |
| Purchase | 2/22/2017 | 19.00 | $1.95 | ($3,705.00) |
| Purchase | 2/22/2017 | 21.00 | $1.95 | ($4,095.00) |
| Purchase | 2/22/2017 | 4.00 | $1.95 | ($780.00) |
| Purchase | 2/22/2017 | 20.00 | $1.95 | ($3,900.00) |
| Purchase | 2/22/2017 | 1.00 | $1.95 | ($195.00) |
| Purchase | 2/22/2017 | 26.00 | $1.95 | ($5,070.00) |
| Purchase | 2/22/2017 | 1.00 | $1.95 | ($195.00) |
| Purchase | 2/22/2017 | 10.00 | $1.95 | ($1,950.00) |
| Purchase | 2/22/2017 | 8.00 | $1.95 | ($1,560.00) |
| Purchase | 2/22/2017 | 1.00 | $1.95 | ($195.00) |
| Purchase | 2/22/2017 | 358.00 | $1.95 | ($69,810.00) |
| Purchase | 2/22/2017 | 10.00 | $1.30 | ($1,300.00) |
| Purchase | 2/22/2017 | 4.00 | $1.30 | ($520.00) |
| Purchase | 2/22/2017 | 6.00 | $1.30 | ($780.00) |
| Purchase | 2/22/2017 | 16.00 | $1.30 | ($2,080.00) |
| Purchase | 2/22/2017 | 5.00 | $1.30 | ($650.00) |
| Purchase | 2/22/2017 | 10.00 | $1.30 | ($1,300.00) |
| Purchase | 2/22/2017 | 1.00 | $1.30 | ($130.00) |
| Purchase | 2/22/2017 | 10.00 | $1.30 | ($1,300.00) |
| Purchase | 2/22/2017 | 1.00 | $1.30 | ($130.00) |
| Purchase | 2/22/2017 | 34.00 | $1.30 | ($4,420.00) |
| Purchase | 2/22/2017 | 12.00 | $1.30 | ($1,560.00) |
| Purchase | 2/22/2017 | 2.00 | $1.30 | ($260.00) |
| Purchase | 2/22/2017 | 4.00 | $1.30 | ($520.00) |
| Purchase | 2/22/2017 | 4.00 | $1.30 | ($520.00) |

| TransType | TradeDate | Quantity | Price | Total Cost/Proceeds |
|---|---|---|---|---|
| Purchase | 2/22/2017 | 21.00 | $1.30 | ($2,730.00) |
| Purchase | 2/22/2017 | 4.00 | $1.30 | ($520.00) |
| Purchase | 2/22/2017 | 31.00 | $1.30 | ($4,030.00) |
| Purchase | 2/22/2017 | 4.00 | $1.30 | ($520.00) |
| Purchase | 2/22/2017 | 4.00 | $1.30 | ($520.00) |
| Purchase | 2/22/2017 | 1.00 | $1.30 | ($130.00) |
| Purchase | 2/22/2017 | 316.00 | $1.30 | ($41,080.00) |
| *Total Class Period Purchases* | | **1,000.00** | | **($162,500.00)** |
| | | | | |
| 1,000 contracts expired. | | | | |
| | | | **FIFO/LIFO:** | **($162,500.00)** |

**FIFO/LIFO -  Quad/Graphics, Inc.  01/19/2018 25.00 Calls (Charles Schwab Account)**

| TransType | TradeDate | Quantity | Price | Total Cost/Proceeds |
|---|---|---|---|---|
| Opening Position | 2/22/2017 | 0.00 | | |
| | | | | |
| Purchase | 11/29/2017 | 5.00 | $0.25 | ($125.00) |
| Purchase | 12/11/2017 | 4.00 | $0.30 | ($120.00) |
| Purchase | 12/11/2017 | 3.00 | $0.30 | ($90.00) |
| *Total Class Period Purchases* | | **12.00** | | **($335.00)** |
| | | | | |
| Sale | 11/29/2017 | -5.00 | $0.30 | $150.00 |
| Sale | 12/18/2017 | -7.00 | $0.21 | $147.00 |
| *Class Period Sales Matching to Class Period Purchases* | | **-12.00** | | **$297.00** |
| | | | | |
| | | | **FIFO/LIFO:** | **($38.00)** |

**FIFO/LIFO -  Quad/Graphics, Inc.  01/17/2020 10.00 Calls (Charles Schwab Account)**

| TransType | TradeDate | Quantity | Price | Total Cost/Proceeds |
|---|---|---|---|---|
| Opening Position | 2/22/2017 | 0.00 | | |
| | | | | |
| Purchase | 6/26/2019 | 137.00 | $0.40 | ($5,480.00) |
| *Total Class Period Purchases* | | **137.00** | | **($5,480.00)** |
| | | | | |
| Sale | 10/28/2019 | -53.00 | $1.40 | $7,420.00 |
| Sale | 10/28/2019 | -84.00 | $1.36 | $11,424.00 |
| *Class Period Sales Matching to Class Period Purchases* | | **-137.00** | | **$18,844.00** |
| | | | | |
| | | | **FIFO/LIFO:** | **$13,364.00** |

**FIFO -  Quad/Graphics, Inc. Common Stock (Wells Fargo Account)**

| TransType | TradeDate | Quantity | Price | Total Cost/Proceeds |
|---|---|---|---|---|
| Opening Position | 2/22/2017 | 10,000.12 | | |
| | | | | |
| Sale | 5/1/2019 | -1,300.00 | $11.19 | $14,547.00 |
| Sale | 5/1/2019 | -500.00 | $11.20 | $5,600.00 |
| Sale | 5/1/2019 | -100.12 | $11.20 | $1,121.43 |

| TransType | TradeDate | Quantity | Price | Total Cost/Proceeds |
|---|---|---|---|---|
| Sale | 9/6/2019 | -320.00 | $9.71 | $3,107.20 |
| *Class Period Sales Matching to Opening Position* | | **-2,220.12** | | **$24,375.63** |
| | | | | |
| Sale[1] | 10/30/2019 | -4,842.00 | $5.00 | $24,210.00 |
| Sale[1] | 10/30/2019 | -2,938.00 | $4.97 | $14,601.86 |
| *Post-Class Period Sales Matching to Opening Position* | | **-7,780.00** | | **$38,811.86** |
| | | | | |
| Purchase | 6/7/2019 | 272.38 | $8.92 | ($2,429.89) |
| Purchase | 6/24/2019 | 1,970.00 | $8.03 | ($15,812.60) |
| Purchase | 9/6/2019 | 61.30 | $9.64 | ($590.99) |
| Purchase | 9/6/2019 | 260.52 | $9.64 | ($2,511.68) |
| *Total Class Period Purchases* | | **2,564.20** | | **($21,345.17)** |
| | | | | |
| Sale[1] | 10/30/2019 | -360.00 | $4.97 | $1,789.20 |
| Sale[1] | 10/30/2019 | -1,704.00 | $5.01 | $8,537.04 |
| Sale[1] | 11/4/2019 | -500.20 | $5.01 | $2,506.00 |
| *Post-Class Period Sales Matching to Class Period Purchases* | | **-2,564.20** | | **$12,832.24** |
| | | | | |
| | Retained Shares [2] | 0.00 | $4.39 | $0.00 |
| | | | **FIFO:** | **($8,512.93)** |

**LIFO - Quad/Graphics, Inc. Common Stock (Wells Fargo Account)**

| TransType | TradeDate | Quantity | Price | Total Cost/Proceeds |
|---|---|---|---|---|
| Opening Position | 2/22/2017 | 10,000.12 | | |
| | | | | |
| Sale | 5/1/2019 | -1,300.00 | $11.19 | $14,547.00 |
| Sale | 5/1/2019 | -500.00 | $11.20 | $5,600.00 |
| Sale | 5/1/2019 | -100.12 | $11.20 | $1,121.43 |
| *Class Period Sales Matching to Opening Position* | | **-1,900.12** | | **$21,268.43** |
| | | | | |
| Sale[1] | 10/30/2019 | -2,597.80 | $5.00 | $12,989.00 |
| Sale[1] | 10/30/2019 | -3,298.00 | $4.97 | $16,391.06 |
| Sale[1] | 10/30/2019 | -1,704.00 | $5.01 | $8,537.04 |
| Sale[1] | 11/4/2019 | -500.20 | $5.01 | $2,506.00 |
| *Post-Class Period Sales Matching to Opening Position* | | **-8,100.00** | | **$40,423.10** |
| | | | | |
| Purchase | 6/7/2019 | 272.38 | $8.92 | ($2,429.89) |
| Purchase | 6/24/2019 | 1,970.00 | $8.03 | ($15,812.60) |
| Purchase | 9/6/2019 | 61.30 | $9.64 | ($590.99) |
| Purchase | 9/6/2019 | 260.52 | $9.64 | ($2,511.68) |
| *Total Class Period Purchases* | | **2,564.20** | | **($21,345.17)** |
| | | | | |
| Sale | 9/6/2019 | -320.00 | $9.71 | $3,107.20 |
| *Class Period Sales Matching to Class Period Purchases* | | **-320.00** | | **$3,107.20** |
| | | | | |

| TransType | TradeDate | Quantity | Price | Total Cost/Proceeds |
|---|---|---|---|---|
| Sale[1] | 10/30/2019 | -2,244.20 | $5.00 | $11,221.00 |
| **Post-Class Period Sales Matching to Class Period Purchases** | | **-2,244.20** | | **$11,221.00** |
| | | | | |
| | Retained Shares [2] | 0.00 | $4.39 | $0.00 |
| | | | **LIFO:** | **($7,016.97)** |


**FIFO - Quad/Graphics, Inc. Common Stock (Scottrade/TDAmeritrade Account) [3]**

| TransType | TradeDate | Quantity | Price | Total Cost/Proceeds |
|---|---|---|---|---|
| Opening Position | 2/22/2017 | 50,000.00 | | |
| | | | | |
| Sale | 3/15/2017 | -8,000.00 | $25.68 | $205,440.00 |
| Sale | 8/7/2017 | -5,000.00 | $20.57 | $102,832.50 |
| Sale | 8/7/2017 | -5,000.00 | $20.58 | $102,905.00 |
| Sale | 8/7/2017 | -600.00 | $20.59 | $12,354.48 |
| Sale | 8/8/2017 | -10,000.00 | $18.72 | $187,211.00 |
| Sale | 8/25/2017 | -5,000.00 | $18.67 | $93,365.00 |
| Sale | 10/19/2017 | -5,000.00 | $22.45 | $112,250.50 |
| Sale | 10/19/2017 | -5,000.00 | $22.54 | $112,707.00 |
| Sale | 10/20/2017 | -6,400.00 | $22.97 | $147,020.80 |
| **Class Period Sales Matching to Opening Position** | | **-50,000.00** | | **$1,076,086.28** |
| | | | | |
| Purchase | 2/27/2017 | 3,200.00 | $23.18 | ($74,168.00) |
| Purchase | 2/27/2017 | 34,800.00 | $25.20 | ($876,960.00) |
| Purchase | 2/27/2017 | 10,000.00 | $25.65 | ($256,490.00) |
| Purchase | 8/7/2017 | 600.00 | $20.56 | ($12,335.64) |
| Purchase | 10/23/2017 | 50,000.00 | $20.00 | ($1,000,000.00) |
| Purchase | 10/24/2017 | 50,000.00 | $20.00 | ($1,000,000.00) |
| Purchase | 10/27/2017 | 2,000.00 | $22.40 | ($44,793.60) |
| Purchase | 11/1/2017 | 1,000.00 | $22.81 | ($22,814.00) |
| Purchase | 11/1/2017 | 1,000.00 | $22.35 | ($22,351.20) |
| Purchase | 11/1/2017 | 1,000.00 | $22.09 | ($22,094.90) |
| Purchase | 11/3/2017 | 1,000.00 | $21.96 | ($21,962.00) |
| Purchase | 11/3/2017 | 1,000.00 | $21.97 | ($21,968.80) |
| Purchase | 11/9/2017 | 1,000.00 | $22.14 | ($22,143.20) |
| Purchase | 11/14/2017 | 1,000.00 | $22.21 | ($22,211.60) |
| Purchase | 11/15/2017 | 1,000.00 | $21.97 | ($21,972.00) |
| Purchase | 11/15/2017 | 1,000.00 | $22.00 | ($21,996.60) |
| Purchase | 11/15/2017 | 1,000.00 | $21.92 | ($21,921.80) |
| Purchase | 2/6/2018 | 1,000.00 | $21.31 | ($21,309.70) |
| Purchase | 2/6/2018 | 1,000.00 | $21.29 | ($21,292.80) |
| Purchase | 2/7/2018 | 1,000.00 | $20.39 | ($20,389.90) |
| Purchase | 7/19/2018 | 12,300.00 | $20.00 | ($246,000.00) |
| Purchase | 10/2/2018 | 8,400.00 | $19.72 | ($165,647.16) |
| Purchase | 10/2/2018 | 1,092.00 | $19.71 | ($21,523.32) |
| Purchase | 10/2/2018 | 8.00 | $19.70 | ($157.60) |
| Purchase | 10/2/2018 | 200.00 | $19.69 | ($3,938.00) |
| Purchase | 10/2/2018 | 300.00 | $19.68 | ($5,904.00) |
| Purchase | 11/5/2018 | 1,519.00 | $16.09 | ($24,440.71) |
| Purchase | 11/5/2018 | 1,065.00 | $16.09 | ($17,135.74) |

| TransType | TradeDate | Quantity | Price | Total Cost/Proceeds |
|---|---|---|---|---|
| Purchase | 11/5/2018 | 476.00 | $16.09 | ($7,656.46) |
| *Total Class Period Purchases* | | **188,960.00** | | **($4,041,578.73)** |
| | | | | |
| Sale | 10/20/2017 | -3,600.00 | $22.97 | $82,699.20 |
| Sale | 11/1/2017 | -2,000.00 | $22.95 | $45,896.00 |
| Sale | 11/1/2017 | -1,000.00 | $22.97 | $22,970.60 |
| Sale | 11/1/2017 | -1,000.00 | $22.94 | $22,938.00 |
| Sale | 11/2/2017 | -2,000.00 | $22.11 | $44,210.60 |
| Sale | 11/2/2017 | -2,000.00 | $22.14 | $44,270.60 |
| Sale | 11/2/2017 | -2,000.00 | $22.09 | $44,184.40 |
| Sale | 11/2/2017 | -2,000.00 | $22.10 | $44,203.00 |
| Sale | 11/2/2017 | -1,000.00 | $22.11 | $22,105.20 |
| Sale | 11/2/2017 | -2,000.00 | $22.47 | $44,940.80 |
| Sale | 11/10/2017 | -2,000.00 | $22.37 | $44,732.00 |
| Sale | 11/20/2017 | -94.00 | $21.18 | $1,990.92 |
| Sale | 11/20/2017 | -1,906.00 | $21.00 | $40,026.00 |
| Sale | 11/20/2017 | -1,000.00 | $21.56 | $21,562.20 |
| Sale | 11/20/2017 | -1,000.00 | $21.58 | $21,583.00 |
| Sale | 11/29/2017 | -100.00 | $21.77 | $2,177.00 |
| Sale | 11/29/2017 | -300.00 | $21.73 | $6,519.54 |
| Sale | 11/29/2017 | -3,600.00 | $21.70 | $78,120.00 |
| Sale | 11/29/2017 | -1,037.00 | $21.77 | $22,575.90 |
| Sale | 11/29/2017 | -3,963.00 | $21.73 | $86,115.99 |
| Sale | 11/29/2017 | -200.00 | $21.73 | $4,346.00 |
| Sale | 11/29/2017 | -2,021.00 | $21.70 | $43,855.70 |
| Sale | 11/29/2017 | -500.00 | $21.68 | $10,840.00 |
| Sale | 11/29/2017 | -4,279.00 | $21.63 | $92,554.77 |
| Sale | 11/30/2017 | -2,000.00 | $21.65 | $43,292.00 |
| Sale | 2/7/2018 | -1,243.00 | $21.21 | $26,357.94 |
| Sale | 2/7/2018 | -757.00 | $21.18 | $16,036.14 |
| Sale | 2/8/2018 | -1,000.00 | $20.38 | $20,380.00 |
| Sale | 2/13/2018 | -300.00 | $20.23 | $6,069.00 |
| Sale | 2/13/2018 | -2,700.00 | $20.12 | $54,324.00 |
| Sale | 2/13/2018 | -7,000.00 | $20.12 | $140,840.00 |
| Sale | 2/13/2018 | -100.00 | $20.15 | $2,015.00 |
| Sale | 2/13/2018 | -9,900.00 | $20.11 | $199,059.30 |
| Sale | 2/23/2018 | -4,135.00 | $28.00 | $115,780.00 |
| Sale | 2/23/2018 | -3,612.00 | $27.95 | $100,943.12 |
| Sale | 2/23/2018 | -8,243.00 | $27.80 | $229,157.05 |
| Sale | 2/23/2018 | -7,010.00 | $27.97 | $196,080.22 |
| Sale | 2/23/2018 | -5,000.00 | $27.98 | $139,915.00 |
| Sale | 2/27/2018 | -250.00 | $30.54 | $7,633.75 |
| Sale | 8/20/2018 | -2.00 | $23.10 | $46.20 |
| Sale | 8/20/2018 | -700.00 | $23.11 | $16,180.22 |
| Sale | 8/20/2018 | -298.00 | $23.11 | $6,887.14 |
| Sale | 8/20/2018 | -1,050.00 | $23.11 | $24,265.50 |
| Sale | 10/31/2018 | -5,575.00 | $15.52 | $86,524.00 |
| Sale | 10/31/2018 | -2,525.00 | $15.51 | $39,162.75 |
| Sale | 11/21/2018 | -500.00 | $15.11 | $7,555.00 |
| Sale | 11/21/2018 | -500.00 | $15.29 | $7,646.00 |
| Sale | 11/21/2018 | -652.00 | $15.28 | $9,962.56 |

| TransType | TradeDate | Quantity | Price | Total Cost/Proceeds |
|---|---|---|---|---|
| Sale | 11/21/2018 | -9,500.00 | $15.10 | $143,450.00 |
| Sale | 11/21/2018 | -1,348.00 | $15.29 | $20,610.92 |
| Sale | 11/21/2018 | -3,650.00 | $15.26 | $55,699.00 |
| Sale | 11/21/2018 | -3,850.00 | $15.22 | $58,597.00 |
| *Class Period Sales Matching to Class Period Purchases* | | **-124,000.00** | | **$2,669,886.22** |
| | | | | |
| Sale[1] | 10/30/2019 | -25,000.00 | $5.03 | $125,752.50 |
| Sale[1] | 10/30/2019 | -100.00 | $4.99 | $499.00 |
| Sale[1] | 10/30/2019 | -18,713.00 | $4.98 | $93,190.74 |
| Sale[1] | 10/30/2019 | -1,187.00 | $4.98 | $5,906.99 |
| Sale[1] | 10/30/2019 | -1,100.00 | $5.03 | $5,527.50 |
| Sale[1] | 10/30/2019 | -18,860.00 | $5.02 | $94,679.09 |
| *Post-Class Period Sales Matching to Class Period Purchases* | | **-64,960.00** | | **$325,555.81** |
| | | | | |
| | Retained Shares[2] | 0.00 | $4.39 | $0.00 |
| | | | **FIFO:** | **($1,046,136.70)** |

**LIFO -  Quad/Graphics, Inc. Common Stock (Scottrade/TDAmeritrade Account)[3]**

| TransType | TradeDate | Quantity | Price | Total Cost/Proceeds |
|---|---|---|---|---|
| Opening Position | 2/22/2017 | 50,000.00 | | |
| | | | | |
| Sale | 10/20/2017 | -1,400.00 | $22.97 | $32,160.80 |
| Sale | 10/20/2017 | -3,600.00 | $22.97 | $82,699.20 |
| *Class Period Sales Matching to Opening Position* | | **-5,000.00** | | **$114,860.00** |
| | | | | |
| Sale[1] | 10/30/2019 | -5,040.00 | $5.03 | $25,351.70 |
| Sale[1] | 10/30/2019 | -100.00 | $4.99 | $499.00 |
| Sale[1] | 10/30/2019 | -18,713.00 | $4.98 | $93,190.74 |
| Sale[1] | 10/30/2019 | -1,187.00 | $4.98 | $5,906.99 |
| Sale[1] | 10/30/2019 | -1,100.00 | $5.03 | $5,527.50 |
| Sale[1] | 10/30/2019 | -18,860.00 | $5.02 | $94,679.09 |
| *Post-Class Period Sales Matching to Opening Position* | | **-45,000.00** | | **$225,155.02** |
| | | | | |
| Purchase | 2/27/2017 | 3,200.00 | $23.18 | ($74,168.00) |
| Purchase | 2/27/2017 | 34,800.00 | $25.20 | ($876,960.00) |
| Purchase | 2/27/2017 | 10,000.00 | $25.65 | ($256,490.00) |
| Purchase | 8/7/2017 | 600.00 | $20.56 | ($12,335.64) |
| Purchase | 10/23/2017 | 50,000.00 | $20.00 | ($1,000,000.00) |
| Purchase | 10/24/2017 | 50,000.00 | $20.00 | ($1,000,000.00) |
| Purchase | 10/27/2017 | 2,000.00 | $22.40 | ($44,793.60) |
| Purchase | 11/1/2017 | 1,000.00 | $22.81 | ($22,814.00) |
| Purchase | 11/1/2017 | 1,000.00 | $22.35 | ($22,351.20) |
| Purchase | 11/1/2017 | 1,000.00 | $22.09 | ($22,094.90) |
| Purchase | 11/3/2017 | 1,000.00 | $21.96 | ($21,962.00) |
| Purchase | 11/3/2017 | 1,000.00 | $21.97 | ($21,968.80) |
| Purchase | 11/9/2017 | 1,000.00 | $22.14 | ($22,143.20) |
| Purchase | 11/14/2017 | 1,000.00 | $22.21 | ($22,211.60) |
| Purchase | 11/15/2017 | 1,000.00 | $21.97 | ($21,972.00) |

| TransType | TradeDate | Quantity | Price | Total Cost/Proceeds |
|---|---|---|---|---|
| Purchase | 11/15/2017 | 1,000.00 | $22.00 | ($21,996.60) |
| Purchase | 11/15/2017 | 1,000.00 | $21.92 | ($21,921.80) |
| Purchase | 2/6/2018 | 1,000.00 | $21.31 | ($21,309.70) |
| Purchase | 2/6/2018 | 1,000.00 | $21.29 | ($21,292.80) |
| Purchase | 2/7/2018 | 1,000.00 | $20.39 | ($20,389.90) |
| Purchase | 7/19/2018 | 12,300.00 | $20.00 | ($246,000.00) |
| Purchase | 10/2/2018 | 8,400.00 | $19.72 | ($165,647.16) |
| Purchase | 10/2/2018 | 1,092.00 | $19.71 | ($21,523.32) |
| Purchase | 10/2/2018 | 8.00 | $19.70 | ($157.60) |
| Purchase | 10/2/2018 | 200.00 | $19.69 | ($3,938.00) |
| Purchase | 10/2/2018 | 300.00 | $19.68 | ($5,904.00) |
| Purchase | 11/5/2018 | 1,519.00 | $16.09 | ($24,440.71) |
| Purchase | 11/5/2018 | 1,065.00 | $16.09 | ($17,135.74) |
| Purchase | 11/5/2018 | 476.00 | $16.09 | ($7,656.46) |
| *Total Class Period Purchases* | | **188,960.00** | | **($4,041,578.73)** |
| | | | | |
| Sale | 3/15/2017 | -8,000.00 | $25.68 | $205,440.00 |
| Sale | 8/7/2017 | -5,000.00 | $20.57 | $102,832.50 |
| Sale | 8/7/2017 | -5,000.00 | $20.58 | $102,905.00 |
| Sale | 8/7/2017 | -600.00 | $20.59 | $12,354.48 |
| Sale | 8/8/2017 | -10,000.00 | $18.72 | $187,211.00 |
| Sale | 8/25/2017 | -5,000.00 | $18.67 | $93,365.00 |
| Sale | 10/19/2017 | -5,000.00 | $22.45 | $112,250.50 |
| Sale | 10/19/2017 | -5,000.00 | $22.54 | $112,707.00 |
| Sale | 10/20/2017 | -5,000.00 | $22.97 | $114,860.00 |
| Sale | 11/1/2017 | -2,000.00 | $22.95 | $45,896.00 |
| Sale | 11/1/2017 | -1,000.00 | $22.97 | $22,970.60 |
| Sale | 11/1/2017 | -1,000.00 | $22.94 | $22,938.00 |
| Sale | 11/2/2017 | -2,000.00 | $22.11 | $44,210.60 |
| Sale | 11/2/2017 | -2,000.00 | $22.14 | $44,270.60 |
| Sale | 11/2/2017 | -2,000.00 | $22.09 | $44,184.40 |
| Sale | 11/2/2017 | -2,000.00 | $22.10 | $44,203.00 |
| Sale | 11/2/2017 | -1,000.00 | $22.11 | $22,105.20 |
| Sale | 11/2/2017 | -2,000.00 | $22.47 | $44,940.80 |
| Sale | 11/10/2017 | -2,000.00 | $22.37 | $44,732.00 |
| Sale | 11/20/2017 | -94.00 | $21.18 | $1,990.92 |
| Sale | 11/20/2017 | -1,906.00 | $21.00 | $40,026.00 |
| Sale | 11/20/2017 | -1,000.00 | $21.56 | $21,562.20 |
| Sale | 11/20/2017 | -1,000.00 | $21.58 | $21,583.00 |
| Sale | 11/29/2017 | -100.00 | $21.77 | $2,177.00 |
| Sale | 11/29/2017 | -300.00 | $21.73 | $6,519.54 |
| Sale | 11/29/2017 | -3,600.00 | $21.70 | $78,120.00 |
| Sale | 11/29/2017 | -1,037.00 | $21.77 | $22,575.90 |
| Sale | 11/29/2017 | -3,963.00 | $21.73 | $86,115.99 |
| Sale | 11/29/2017 | -200.00 | $21.73 | $4,346.00 |
| Sale | 11/29/2017 | -2,021.00 | $21.70 | $43,855.70 |
| Sale | 11/29/2017 | -500.00 | $21.68 | $10,840.00 |
| Sale | 11/29/2017 | -4,279.00 | $21.63 | $92,554.77 |
| Sale | 11/30/2017 | -2,000.00 | $21.65 | $43,292.00 |
| Sale | 2/7/2018 | -1,243.00 | $21.21 | $26,357.94 |
| Sale | 2/7/2018 | -757.00 | $21.18 | $16,036.14 |

| TransType | TradeDate | Quantity | Price | Total Cost/Proceeds |
|---|---|---|---|---|
| Sale | 2/8/2018 | -1,000.00 | $20.38 | $20,380.00 |
| Sale | 2/13/2018 | -300.00 | $20.23 | $6,069.00 |
| Sale | 2/13/2018 | -2,700.00 | $20.12 | $54,324.00 |
| Sale | 2/13/2018 | -7,000.00 | $20.12 | $140,840.00 |
| Sale | 2/13/2018 | -100.00 | $20.15 | $2,015.00 |
| Sale | 2/13/2018 | -9,900.00 | $20.11 | $199,059.30 |
| Sale | 2/23/2018 | -4,135.00 | $28.00 | $115,780.00 |
| Sale | 2/23/2018 | -3,612.00 | $27.95 | $100,943.12 |
| Sale | 2/23/2018 | -8,243.00 | $27.80 | $229,157.05 |
| Sale | 2/23/2018 | -7,010.00 | $27.97 | $196,080.22 |
| Sale | 2/23/2018 | -5,000.00 | $27.98 | $139,915.00 |
| Sale | 2/27/2018 | -250.00 | $30.54 | $7,633.75 |
| Sale | 8/20/2018 | -2.00 | $23.10 | $46.20 |
| Sale | 8/20/2018 | -700.00 | $23.11 | $16,180.22 |
| Sale | 8/20/2018 | -298.00 | $23.11 | $6,887.14 |
| Sale | 8/20/2018 | -1,050.00 | $23.11 | $24,265.50 |
| Sale | 10/31/2018 | -5,575.00 | $15.52 | $86,524.00 |
| Sale | 10/31/2018 | -2,525.00 | $15.51 | $39,162.75 |
| Sale | 11/21/2018 | -500.00 | $15.11 | $7,555.00 |
| Sale | 11/21/2018 | -500.00 | $15.29 | $7,646.00 |
| Sale | 11/21/2018 | -652.00 | $15.28 | $9,962.56 |
| Sale | 11/21/2018 | -9,500.00 | $15.10 | $143,450.00 |
| Sale | 11/21/2018 | -1,348.00 | $15.29 | $20,610.92 |
| Sale | 11/21/2018 | -3,650.00 | $15.26 | $55,699.00 |
| Sale | 11/21/2018 | -3,850.00 | $15.22 | $58,597.00 |
| *Class Period Sales Matching to Class Period Purchases* | | **-169,000.00** | | **$3,631,112.50** |
| | | | | |
| Sale[1] | 10/30/2019 | -19,960.00 | $5.03 | $100,400.80 |
| *Post-Class Period Sales Matching to Class Period Purchases* | | **-19,960.00** | | **$100,400.80** |
| | | | | |
| | Retained Shares [2] | 0.00 | $4.39 | $0.00 |
| | | | **LIFO:** | **($310,065.44)** |

**FIFO/LIFO - Quad/Graphics, Inc. 04/21/2017 25.00 Calls (Scottrade/TDAmeritrade Account) [3]**

| TransType | TradeDate | Quantity | Price | Total Cost/Proceeds |
|---|---|---|---|---|
| Opening Position | 2/22/2017 | 1,513.00 | | |
| | | | | |
| Purchase | 3/15/2017 | 382.00 | $0.60 | ($22,908.54) |
| *Total Class Period Purchases* | | **382.00** | | **($22,908.54)** |
| | | | | |
| 1,895 contracts expired. | | | | |
| | | | | |
| | | | **FIFO/LIFO:** | **($22,908.54)** |

**FIFO/LIFO - Quad/Graphics, Inc. 09/15/2017 20.00 Calls (Scottrade/TDAmeritrade Account) [3]**

| TransType | TradeDate | Quantity | Price | Total Cost/Proceeds |
|---|---|---|---|---|
| Opening Position | 2/22/2017 | 0.00 | | |
| | | | | |
| Purchase | 8/4/2017 | 249.00 | $0.30 | ($7,470.00) |

| TransType | TradeDate | Quantity | Price | Total Cost/Proceeds |
|---|---|---|---|---|
| Purchase | 8/4/2017 | 667.00 | $0.35 | ($23,345.00) |
| Purchase | 9/11/2017 | 100.00 | $0.05 | ($500.00) |
| *Total Class Period Purchases* | | **1,016.00** | | **($31,315.00)** |
| | | | | |
| 1,016 contracts expired. | | | | |
| | | | | |
| | | | FIFO/LIFO: | ($31,315.00) |

**FIFO/LIFO -  Quad/Graphics, Inc. 10/20/2017 20.00 Calls (Scottrade/TDAmeritrade Account)** [3]

| TransType | TradeDate | Quantity | Price | Total Cost/Proceeds |
|---|---|---|---|---|
| Opening Position | 2/22/2017 | 0.00 | | |
| | | | | |
| Purchase | 8/23/2017 | 113.00 | $0.55 | ($6,215.00) |
| Purchase | 8/23/2017 | 887.00 | $0.55 | ($48,785.00) |
| *Total Class Period Purchases* | | **1,000.00** | | **($55,000.00)** |
| | | | | |
| 500 contracts exercised on 10/19/2017. Remaining 500 contracts exercised on 10/20/2017. | | | | |
| | | | | |
| | | | FIFO/LIFO: | ($55,000.00) |

**FIFO/LIFO -  Quad/Graphics, Inc. 12/15/2017 20.00 Puts (Scottrade/TDAmeritrade Account)** [3]

| TransType | TradeDate | Quantity | Price | Total Cost/Proceeds |
|---|---|---|---|---|
| Opening Position | 2/22/2017 | 0.00 | | |
| | | | | |
| Purchase | 10/27/2017 | 500.00 | $0.60 | ($30,000.00) |
| *Total Class Period Purchases* | | **500.00** | | **($30,000.00)** |
| | | | | |
| 500 contracts expired. | | | | |
| | | | | |
| | | | FIFO/LIFO: | ($30,000.00) |

**FIFO/LIFO -  Quad/Graphics, Inc. 01/19/2018 25.00 Calls (Scottrade/TDAmeritrade Account)** [3]

| TransType | TradeDate | Quantity | Price | Total Cost/Proceeds |
|---|---|---|---|---|
| Opening Position | 2/22/2017 | 0.00 | | |
| | | | | |
| Purchase | 11/8/2017 | 153.00 | $0.40 | ($6,109.29) |
| Purchase | 11/8/2017 | 347.00 | $0.40 | ($13,880.00) |
| Purchase | 11/15/2017 | 75.00 | $0.25 | ($1,875.00) |
| *Total Class Period Purchases* | | **575.00** | | **($21,864.29)** |
| | | | | |
| 575 contracts expired. | | | | |
| | | | | |
| | | | FIFO/LIFO: | ($21,864.29) |

**FIFO/LIFO -  Quad/Graphics, Inc. 06/15/2018 20.00 Calls (Scottrade/TDAmeritrade Account)** [3]

| TransType | TradeDate | Quantity | Price | Total Cost/Proceeds |
|---|---|---|---|---|
| Opening Position | 2/22/2017 | 0.00 | | |

| TransType | TradeDate | Quantity | Price | Total Cost/Proceeds |
|---|---|---|---|---|
|  |  |  |  |  |
| Purchase | 5/4/2018 | 162.00 | $0.40 | ($6,480.00) |
| Purchase | 5/4/2018 | 11.00 | $0.39 | ($429.00) |
| Purchase | 5/7/2018 | 1,000.00 | $0.35 | ($35,000.00) |
| *Total Class Period Purchases* |  | **1,173.00** |  | **($41,909.00)** |
|  |  |  |  |  |
| Sale | 6/11/2018 | -73.00 | $0.55 | $4,015.00 |
| Sale | 6/14/2018 | -2.00 | $0.16 | $32.00 |
| Sale | 6/14/2018 | -98.00 | $0.15 | $1,470.00 |
| Sale | 6/14/2018 | -100.00 | $0.10 | $1,000.00 |
| Sale | 6/15/2018 | -378.00 | $0.20 | $7,560.00 |
| Sale | 6/15/2018 | -132.00 | $0.35 | $4,620.00 |
| Sale | 6/15/2018 | -360.00 | $0.30 | $10,800.00 |
| Sale | 6/15/2018 | -30.00 | $0.25 | $750.00 |
| *Class Period Sales Matching to Class Period Purchases* | | **-1,173.00** | | **$30,247.00** |
|  |  |  |  |  |
|  |  |  | **FIFO/LIFO:** | **($11,662.00)** |

**FIFO/LIFO -  Quad/Graphics, Inc. 07/20/2018 20.00 Calls (Scottrade/TDAmeritrade Account)** [3]

| TransType | TradeDate | Quantity | Price | Total Cost/Proceeds |
|---|---|---|---|---|
| Opening Position | 2/22/2017 | 0.00 |  |  |
|  |  |  |  |  |
| Purchase | 5/4/2018 | 123.00 | $0.55 | ($6,765.00) |
| *Total Class Period Purchases* | | **123.00** | | **($6,765.00)** |
|  |  |  |  |  |
| 123 contracts exercised on 07/19/2018. |  |  |  |  |
|  |  |  |  |  |
|  |  |  | **FIFO/LIFO:** | **($6,765.00)** |

| | |
|---|---|
| **Total FIFO - Common Stock** | **($1,420,677.73)** |
| **Total LIFO - Common Stock** | **($683,110.51)** |
| **Total FIFO - Options** | **($328,688.83)** |
| **Total LIFO - Options** | **($328,688.83)** |
| **Total Combined FIFO** | **($1,749,366.56)** |
| **Total Combined LIFO** | **($1,011,799.34)** |

[1] *Post-class period sales are valued at the maximum of the actual sale price and the average price up to the date of sale.*

[2] *Shares retained at the end of the class period are valued at the average price from October 30, 2019 to January 6, 2020.*

[3] *Quad Graphics securities were transferred from Anklis' Scottrade account to TDAmeritrade in February 2018 as a result of the acquisition of Scottrade by TDAmeritrade. Dates provided above in the Scottrade account (i.e. trades prior to March 2018) may pertain to the transaction's settlement date as opposed to the trade date.*