# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DENNIS BORN and MARILYNN BORN, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>  v.<br><br>QUAD/GRAPHICS, INC., J. JOEL QUADRACCI, and DAVID J. HONAN,<br><br>      Defendants. | Case No. 1:19-cv-10376-VEC |
| VALERIE BLOOM, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>  v.<br><br>QUAD/GRAPHICS, INC., J. JOEL QUADRACCI, and DAVID J. HONAN,<br><br>      Defendants. | Case No. 1:19-cv-11860-VEC |

**[PROPOSED] ORDER**

Having considered the motion of Dennis and Marilynn Born for consolidation of related actions, appointment as lead plaintiff and approval of lead counsel (the "Motion"), and good cause appearing, the Court ORDERS as follows:

1.    The Motion is GRANTED;

2.    The above-captioned related actions are consolidated pursuant to Federal Rules of Civil Procedure 42(a) as *In re Quad/Graphics, Inc. Securities Litigation*, Master File No. 1:19-cv-10376;

3.    The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B), appoints Dennis Born and Marilynn Born as Lead Plaintiff; and

4.    Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), the Court appoints Glancy Prongay & Murray LLP as Lead Counsel for the class.

**IT IS SO ORDERED.**

Dated: _____, 2020    _____
                                  HON. VALERIE E. CAPRONI
                                  UNITED STATES DISTRICT JUDGE

1