**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DENNIS BORN and MARILYNN BORN, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> QUAD/GRAPHICS, INC., J. JOEL QUADRACCI, and DAVID J. HONAN, <br><br> Defendants. | Case No. 1:19-cv-10376-VEC |
| VALERIE BLOOM, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> QUAD/GRAPHICS, INC., J. JOEL QUADRACCI, and DAVID J. HONAN, <br><br> Defendants. | Case No. 1:19-cv-11860-VEC |

**DECLARATION OF GREGORY B. LINKH IN SUPPORT OF MOTION OF DENNIS AND MARILYNN BORN FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

I, Gregory B. Linkh, hereby declare as follows:

1.       I am a partner with the law firm Glancy Prongay & Murray LLP, counsel for lead plaintiff movants Dennis and Marilynn Born (together, "Movants") and [proposed] lead counsel for the class in the above-captioned action.  I make this declaration in support of Movants' Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff and Approval of Lead Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.       Attached hereto as the exhibits are true and correct copies of the following:

Exhibit A:    Press release published November 7, 2019 on *Business Wire*, announcing the pendency of the securities class action against Defendants herein;

Exhibit B:    Table of Movants' calculated losses, as a result of transactions in Quad/Graphics, Inc. securities; and

Exhibit C:    Firm résumé of Glancy Prongay & Murray LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 6th day of January, 2020.

*/s/ Gregory B. Linkh*
Gregory B. Linkh

1

**PROOF OF SERVICE**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On January 6, 2020, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Southern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 6, 2020, at New York, New York.

*/s/ Gregory B. Linkh*
Gregory B. Linkh