# EXHIBIT B

Loss Chart

**Company Name:** Quad/Graphics, Inc.
**Ticker:** QUAD
**Class Period:** February 22, 2017 to October 29, 2019

**Name:** Dennis Born

### Account 1

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 11/30/2017 | 20 | $22.1000 | -$442.0000 | | $0.0000 | -$442.00 |
| 11/30/2017 | 1000 | $22.0500 | -$22,050.0000 | | $0.0000 | -$22,050.00 |
| 11/30/2017 | -1000 | | $0.0000 | $22.1000 | $22,100.0000 | $22,100.00 |
| 2/6/2018 | -20 | | $0.0000 | $20.4069 | $408.1380 | $408.14 |
| 3/7/2019 | 1,000 | $12.1200 | -$12,120.0000 | | $0.0000 | -$12,120.00 |
| 3/11/2019 | -1,000 | | $0.0000 | $12.4500 | $12,450.0000 | $12,450.00 |
| 3/12/2019 | 1,000 | $11.9700 | -$11,970.0000 | | $0.0000 | -$11,970.00 |
| 3/12/2019 | 1,000 | $12.1500 | -$12,150.0000 | | $0.0000 | -$12,150.00 |
| 3/13/2019 | -2,000 | | $0.0000 | $12.1800 | $24,360.0000 | $24,360.00 |
| 3/14/2019 | 2,000 | $11.9900 | -$23,980.0000 | | $0.0000 | -$23,980.00 |
| 3/14/2019 | 1,000 | $11.9900 | -$11,990.0000 | | $0.0000 | -$11,990.00 |
| 3/14/2019 | 1,000 | $12.0200 | -$12,020.0000 | | $0.0000 | -$12,020.00 |
| 3/15/2019 | 600 | $12.1400 | -$7,284.0000 | | $0.0000 | -$7,284.00 |
| 3/15/2019 | 4,400 | $12.1500 | -$53,460.0000 | | $0.0000 | -$53,460.00 |
| 3/15/2019 | -100 | | $0.0000 | $12.2150 | $1,221.5000 | $1,221.50 |
| 3/15/2019 | -3,900 | | $0.0000 | $12.2100 | $47,619.0000 | $47,619.00 |
| 3/18/2019 | 2,000 | $11.9200 | -$23,840.0000 | | $0.0000 | -$23,840.00 |
| 3/18/2019 | 1,000 | $11.8500 | -$11,850.0000 | | $0.0000 | -$11,850.00 |
| 3/18/2019 | 2,000 | $12.0000 | -$24,000.0000 | | $0.0000 | -$24,000.00 |
| 3/19/2019 | 1,000 | $11.5600 | -$11,560.0000 | | $0.0000 | -$11,560.00 |
| 3/19/2019 | 1,000 | $11.5600 | -$11,560.0000 | | $0.0000 | -$11,560.00 |
| 3/19/2019 | 1,000 | $11.5594 | -$11,559.4000 | | $0.0000 | -$11,559.40 |
| 3/29/2019 | 1,000 | $11.9100 | -$11,910.0000 | | $0.0000 | -$11,910.00 |
| 3/29/2019 | 1,000 | $11.9500 | -$11,950.0000 | | $0.0000 | -$11,950.00 |
| 3/29/2019 | 2,000 | $12.0155 | -$24,031.0000 | | $0.0000 | -$24,031.00 |
| 5/13/2019 | 3,000 | $10.3600 | -$31,080.0000 | | $0.0000 | -$31,080.00 |
| 5/17/2019 | 6,280 | $9.9000 | -$62,172.0000 | | $0.0000 | -$62,172.00 |
| 5/17/2019 | 370 | $9.8999 | -$3,662.9630 | | $0.0000 | -$3,662.96 |
| 5/23/2019 | 8,200 | $9.3200 | -$76,424.0000 | | $0.0000 | -$76,424.00 |
| 5/23/2019 | 4,000 | $9.3900 | -$37,560.0000 | | $0.0000 | -$37,560.00 |
| 6/3/2019 | 750 | $8.3700 | -$6,277.5000 | | $0.0000 | -$6,277.50 |

**Shares Remaining\*:** 39,600                                                **Subtotal:** -$418,744.23

| | | | 90-Day Average Price | Shares Remaining\* | 90-Day Average: | $173,166.40 |
|---|---|---|---|---|---|---|
| | | | $4.3729 | 39,600 | **Total:** | **-$245,577.83** |

### Account 2

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 2/5/2019 | 614 | $13.9800 | -$8,583.7200 | | $0.0000 | -$8,583.72 |
| 2/5/2019 | 1,353 | $13.9655 | -$18,895.3215 | | $0.0000 | -$18,895.32 |
| 2/5/2019 | 100 | $13.9550 | -$1,395.5000 | | $0.0000 | -$1,395.50 |
| 2/8/2019 | 40 | $13.5500 | -$542.0000 | | $0.0000 | -$542.00 |
| 3/5/2019 | 95 | $13.2400 | -$1,257.8000 | | $0.0000 | -$1,257.80 |
| 3/12/2019 | 53 | $12.0000 | -$636.0000 | | $0.0000 | -$636.00 |
| 5/17/2019 | 2,660 | $10.0000 | -$26,600.0000 | | $0.0000 | -$26,600.00 |
| 9/6/2019 | 154.1735 | $9.5639 | -$1,474.5000 | | $0.0000 | -$1,474.50 |

**Shares Remaining\*:** 5,069.17351                                          **Subtotal:** -$59,384.84

| | | | 90-Day Average Price | Shares Remaining\* | 90-Day Average: | $22,166.93 |
|---|---|---|---|---|---|---|
| | | | $4.3729 | 5,069 | **Total:** | **-$37,217.91** |

### Account 3

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 5/22/2019 | 625 | $9.8500 | -$6,156.2500 | | $0.0000 | -$6,156.25 |
| 9/6/2019 | 19.60497 | $9.5639 | -$187.5000 | | $0.0000 | -$187.50 |

**Shares Remaining\*:** 644.60497                                            **Subtotal:** -$6,343.75

| | | | 90-Day Average Price | Shares Remaining\* | 90-Day Average: | $2,818.79 |
|---|---|---|---|---|---|---|
| | | | $4.3729 | 645 | **Total:** | **-$3,524.96** |

Loss Chart

**Account 4**

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 5/31/2019 | 1,746 | $8.3570 | -$14,591.3220 | | $0.0000 | -$14,591.32 |
| 9/6/2019 | 54.768450 | $9.5639 | -$523.8000 | | $0.0000 | -$523.80 |

| | | | 90-Day Average Price | Shares Remaining* | | |
|---|---|---|---|---|---|---|
| **Shares Remaining*:** | **1,800.768450** | | | | **Subtotal:** | **-$15,115.12** |
| | | | **90-Day Average Price** | **Shares Remaining*** | **90-Day Average:** | **$7,874.56** |
| | | | $4.3729 | 1,801 | **Total:** | **-$7,240.56** |

**Account 5**

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 6/25/2019 | 1,909 | $7.7800 | -$14,852.0200 | | $0.0000 | -$14,852.02 |

| | | | | | |
|---|---|---|---|---|---|
| **Shares Remaining*:** | **1,909** | | | **Subtotal:** | **-$14,852.02** |
| | | **90-Day Average Price** | **Shares Remaining*** | **90-Day Average:** | **$8,347.84** |
| | | $4.3729 | 1,909 | **Total:** | **-$6,504.18** |

**Account 6**

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 5/31/2019 | 617 | $8.3400 | -$5,145.7800 | | $0.0000 | -$5,145.78 |
| 9/6/2019 | 19.354000 | $9.5639 | -$185.0997 | | $0.0000 | -$185.10 |

| | | | | | |
|---|---|---|---|---|---|
| **Shares Remaining*:** | **636.35400** | | | **Subtotal:** | **-$5,330.88** |
| | | **90-Day Average Price** | **Shares Remaining*** | **90-Day Average:** | **$2,782.71** |
| | | $4.3729 | 636 | **Total:** | **-$2,548.17** |

**Name:**           Marilynn Born

**Account 1**

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 6/25/2019 | 1,563 | $7.6162 | -$11,904.1206 | | $0.0000 | -$11,904.12 |

| | | | | | |
|---|---|---|---|---|---|
| **Shares Remaining*:** | **1,563** | | | **Subtotal:** | **-$11,904.12** |
| | | **90-Day Average Price** | **Shares Remaining*** | **90-Day Average:** | **$6,834.83** |
| | | $4.3729 | 1,563 | **Total:** | **-$5,069.30** |

**Account 2**

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 5/31/2019 | 2,981 | $8.3436 | -$24,872.2716 | | $0.0000 | -$24,872.27 |
| 9/6/2019 | 93.50788 | $9.5639 | -$894.3000 | | $0.0000 | -$894.30 |

| | | | | | |
|---|---|---|---|---|---|
| **Shares Remaining*:** | **3,074.507880** | | | **Subtotal:** | **-$25,766.57** |
| | | **90-Day Average Price** | **Shares Remaining*** | **90-Day Average:** | **$13,444.48** |
| | | $4.3729 | 3,075 | **Total:** | **-$12,322.09** |

The 90-Day Average Price used in this loss chart is the average closing price between October 30, 2019 and January 3, 2020.

*Shares Remaining as of the end of the class period on October 29, 2019.

| | Account | Loss |
|---|---|---|
| **Dennis Born:** | 1 | -$245,577.83 |
| | 2 | -$37,217.91 |
| | 3 | -$3,524.96 |
| | 4 | -$7,240.56 |
| | 5 | -$6,504.18 |
| | 6 | -$2,548.17 |
| **Marilynn Born:** | 1 | -$5,069.30 |
| | 2 | -$12,322.09 |
| **Total Loss:** | **All Accounts** | **-$320,004.99** |