```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/10/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
DENNIS BORN and MARILYNN BORN,
individually and on behalf of all others similarly
situated,

                           Plaintiffs,

            -against-

QUAD/GRAPHICS, INC., J. JOEL
QUADRACCI, and DAVID J. JONAN,

                           Defendants.
------------------------------------------------------------X
------------------------------------------------------------X
VALERIE BLOOM, individually and on behalf of
all others similarly situated,

                           Plaintiff,

            -against-

QUAD/GRAPHICS, INC., J. JOEL
QUADRACCI, and DAVID J. JONAN,

                           Defendants.
------------------------------------------------------------X

19-CV-10376 (VEC)

<u>ORDER
CONSOLIDATING</u>

19-CV-11860 (VEC)

VALERIE CAPRONI, United States District Judge:

WHEREAS the above-captioned class actions have been designated as related cases because they concern or arise from substantially the same events, *see* Local Business Rule 13;

WHEREAS five motions to appoint lead plaintiff and approve lead plaintiff's selection of counsel have been filed in *Born*, 19-CV-1-376, *see* Dkts. 9, 13, 19, 21, and 25—four of which also move to consolidate the above-captioned actions, *see* Dkts. 9, 19, 21, and 25;

WHEREAS the Court finds that the above-captioned actions assert substantially the same claims under the Securities Exchange Act and related regulations; that those claims arise from the same or similar alleged materially false or misleading statements and omissions; and that the

actions therefore involve common questions of law or fact, *see* Fed. R. Civ. P. 42(a); *see e.g.*, *In re Facebook, Inc., IPO Sec. & Derivative Litig.*, 288 F.R.D. 26, 34-35 (S.D.N.Y. 2012);

IT IS HEREBY ORDERED that:

1. The above-captioned actions are consolidated into one action (the "Consolidated Action") for all purposes. All future filings should be made in docket number 19-CV-10376.

2. Any additional submissions by any party regarding the appointment of a lead plaintiff and lead counsel in the Consolidated Action are due no later than **January 24, 2020**. After a lead plaintiff and lead counsel are named, the Court will set a schedule for Lead Plaintiff to file an Amended Consolidated Complaint.

**SO ORDERED.**

**Date: January 10, 2020**
**New York, New York**

**VALERIE CAPRONI**
**United States District Judge**