# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| DENNIS BORN and MARILYNN BORN, Individually and on Behalf of all Others Similarly Situated, ) ) ) ) | Civil Action No. 1:19-cv-10376-VEC |
| ) | CLASS ACTION |
| Plaintiff, ) ) |  |
| v. ) ) |  |
| QUAD/GRAPHICS, INC., J. JOEL QUADRACCI, and DAVID J. HONAN, ) ) ) ) |  |
| Defendants. ) |  |

**DECLARATION OF JAVIER BLEICHMAR IN SUPPORT OF THE MOTION OF HANI ANKLIS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF HIS SELECTION OF COUNSEL**

I, Javier Bleichmar, declare as follows:

1.    I am a member in good standing of the bar of the State of New York and of this Court.  I am a Partner of the law firm of Bleichmar Fonti & Auld, LLP ("BFA").  I submit this declaration in support of the Motion filed by Hani Anklis ("Anklis") for: (1) appointment as Lead Plaintiff, and (2) approval of his selection of Gibbs Law Group LLP to serve as Lead Counsel for the Class and BFA to serve as Local Counsel for the Class.

2.    Attached as Exhibits A through N are true and correct copies of the following documents:

EXHIBIT A:    Declaration of Hani Anklis in Support of His Motion for Appointment as Lead Plaintiff and Approval of His Selection of Counsel;

EXHIBIT B:    December 27, 2019 press release published on *Globe Newswire* by Kahn Swick & Foti, LLC regarding the expanded Class Period alleged in *Bloom v. Quad/Graphics, Inc.*, 1:19-cv-11860-VEC (S.D.N.Y.);

EXHIBIT C:    December 30, 2019 press release published on *Globe Newswire* by Kahn Swick & Foti, LLC regarding the expanded Class Period;

EXHIBIT D:    December 30, 2019 press release published on *Business Wire* by Glancy Prognay & Murray LLP regarding the expanded Class Period;

EXHIBIT E:    December 30, 2019 press release published on *Business Wire* by the Law Offices of Howard G. Smith regarding the expanded Class Period;

EXHIBIT F:    December 30, 2019 press release published on *Business Wire* by Robbins LLP regarding the expanded Class Period;

EXHIBIT G:    December 31, 2019 press release published on *Globe Newswire* by Kuznicki Law PLLC regarding the expanded Class Period;

EXHIBIT H:    December 31, 2019 press release published on *Globe Newswire* by The Rosen Law Firm, P.A. regarding the expanded Class Period;

EXHIBIT I:    January 1, 2020 press release published on *Globe Newswire* by Kahn Swick & Foti, LLC regarding the expanded Class Period;

EXHIBIT J:      January 2, 2020 press release published on *PR Newswire* by Hagens Berman Sobol Shapiro LLP regarding the expanded Class Period;

EXHIBIT K:      January 2, 2020 press release published on *Business Wire* by The Schall Law Firm regarding the expanded Class Period;

EXHIBIT L:      January 3, 2020 press release published on *Business Wire* by Kahn Swick & Foti, LLC regarding the expanded Class Period;

EXHIBIT M:      January 5, 2020 press release published on *Business Wire* by Kahn Swick & Foti, LLC regarding the expanded Class Period; and

EXHIBIT N:      January 6, 2020 press release published on *Globe Newswire* by The Rosen Law Firm, P.A. regarding the expanded Class Period.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 24th day of January 2020.

*/s/ Javier Bleichmar*
Javier Bleichmar

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on January 24, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the registered participants.  Executed on January 24, 2020.


/s/ *Javier Bleichmar*
Javier Bleichmar