# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DENNIS BORN and MARILYNN BORN, Individually and on Behalf of all Others Similarly Situated, )<br><br>Plaintiff, )<br><br>v. )<br><br>QUAD/GRAPHICS, INC., J. JOEL QUADRACCI, and DAVID J. HONAN, )<br><br>Defendants. ) | Civil Action No. 1:19-cv-10376-VEC<br><br>CLASS ACTION |

**DECLARATION OF HANI ANKLIS IN SUPPORT OF HIS MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF HIS SELECTION OF COUNSEL**

I, Hani M. Anklis, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I respectfully submit this Declaration in support of my motion for appointment as Lead Plaintiff in the above-captioned securities class action that seeks to recover on behalf of investors in Quad/Graphics Inc. ("Quad") securities.  I have personal knowledge about the information in this Declaration.

2.      In 2006, I graduated from the University of Utah with a bachelor's degree in chemical engineering.  While attending the University of Utah, I participated in several seminars on investing, took courses in economics and have been an investor since 2001.  In addition, I received a technical master's degree of (Field Engineer) from Schlumberger Technology Center based in Sugar Land, Texas.

3.      Since graduating from the University of Utah and Schlumberger Technology center, I have continued to study business, finance, and accounting, and hone my engineering skills.  Currently, I am employed as a senior technical engineer (consultant) and I also own my own company and act as senior operating manager for that firm.  As a company owner, I have gained significant business experience supervising contractors and procuring legal services.  I have the resources, time, wherewithal, and desire to closely oversee the prosecution of this action, see it through to its complete resolution, and achieve the best possible result for Quad investors.

4.      I invested in Quad securities in 2017.  Throughout the time that I invested in Quad, I exercised significant diligence monitoring the company, its financial status and prospects, Company quarterly presentations, reading its quarterly and annual reports as well as transcript statements made by it and its management.  I strongly believe that Quad and its management defrauded investors, including myself.

5.      As shown in the certification filed with my motion to serve as Lead Plaintiff, I bought a significant amount of Quad securities, and I suffered substantial losses as a result of the federal securities law violations alleged in this case.  Due to these losses, which have materially affected me personally (lost 75% of my net worth), I am keenly intent on prosecuting this action and maximizing the recovery for myself and others like me.

6.     Based on the company's conduct, I strongly believe that Quad and its management engaged in unlawful securities fraud.  I contacted Gibbs Law Group to inquire about the merits of the action as well as the potential to serve as Lead Plaintiff.  I have since had several phone conversations with attorneys and staff at Gibbs Law Group about the merits of this case as well as my desire to serve as Lead Plaintiff.  We also discussed Gibbs Law Group's experience, the significance of my financial interest, my significant investments in Quad securities, the future litigation strategy for this case, and my interest in seeking to recover as much as possible for myself and other impacted investors.  We also discussed the scope and importance of the Lead Plaintiff's obligations as a fiduciary to represent the entire class.

7.     After my conversations with Gibbs Law Group and based on my belief of the merits of this lawsuit as well as the substantial losses I have suffered, I decided to seek appointment as Lead Plaintiff.  I selected Gibbs Law Group to represent me and to serve the class as proposed Lead Counsel if I am appointed Lead Plaintiff (and I also approved of Bleichmar Fonti & Auld LLP representing me and the Class as local counsel).  Based on my review of Gibbs Law Group's credentials and communications with its attorneys, I believe the firm will provide Quad investors like myself with the best possible representation and will litigate this case vigorously, efficiently, and without unnecessary duplication of work or costs.  I understand these attorneys have experience successfully litigating this type of case before and have the resources to litigate this one successfully.

8.     I understand and accept the fiduciary obligations with which a Lead Plaintiff is charged under the Private Securities Litigation Reform Act.  I am committed to securing the best possible result for all affected Quad investors from all potentially culpable parties.

9.     Because I suffered substantial losses as a result of Quad's and its managements' misconduct, I am highly motivated to actively supervise the litigation, oversee counsel, and ensure this case is prosecuted zealously and in the best interests of the Class.

10.     I will confer with counsel regarding litigation strategy, settlement, and other matters that may arise, attend court proceedings and hearings if needed, be available for deposition, and review and authorize the filing of important litigation documents.  I am highly

committed to satisfying these obligations if appointed Lead Plaintiff and reaffirm that I will

ensure this case is litigated in the best interests of the class.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true to the best of my knowledge.

Executed this 21 day of January 2020.



Hani M. Anklis