# EXHIBIT B

Wire: GlobeNewswire, Inc. (PZM) Date: Dec 27 2019  22:50:04
SHAREHOLDER ALERT BY FORMER LOUISIANA ATTORNEY GENERAL: KSF REMINDS AZZ, QUAD, REZI,
TIGR INVESTORS of Lead Plaintiff Deadline

SHAREHOLDER ALERT BY FORMER LOUISIANA ATTORNEY GENERAL: KSF REMINDS AZZ, QUAD,
REZI, TIGR INVESTORS of Lead Plaintiff Deadline in Class Action Lawsuits

NEW ORLEANS, Dec. 27, 2019 (GLOBE NEWSWIRE) -- Kahn Swick & Foti, LLC  ("KSF")
and KSF partner, former Attorney General  of Louisiana, Charles C. Foti,  Jr.,
remind investors of pending deadlines in the following securities class action
lawsuits:

AZZ Inc. (AZZ)
Class Period: 7/3/2018 - 10/8/2019
Lead Plaintiff Motion Deadline: January 3, 2020
SECURITIES FRAUD
To learn more, visit https://www.ksfcounsel.com/cases/nyse-azz/

Up Fintech Holding Limited (TIGR)
Class Period:  3/20/2019  - 5/16/2019  or  American Depository  Shares  issued
either in or after the March 2019 Initial Public Offering.
Lead Plaintiff Motion Deadline: January 6, 2020
SECURITIES FRAUD, MISLEADING PROSPECTUS
To               learn               more,                visit
https://www.ksfcounsel.com/cases/up-fintech-holding-limited-nasdaqgs-tigr/


Quad/Graphics, Inc. (QUAD)
Class Period: 2/22/2017 - 10/29/2019
Lead Plaintiff Motion Deadline: January 6, 2020
SECURITIES FRAUD
To learn more, visit https://www.ksfcounsel.com/cases/nyse-quad/

Resideo Technologies, Inc. (REZI)
Class Period: 10/10/2018 - 10/22/2019
Lead Plaintiff Motion Deadline: January 7, 2020
SECURITIES FRAUD
To learn more, visit https://www.ksfcounsel.com/cases/nyse-rezi/

If you purchased shares of the above companies and would like to discuss  your
legal rights  and your  right to  recover  for your  economic loss,  you  may,
without obligation or cost to you,  contact KSF Managing Partner, Lewis  Kahn,
toll-free at 1-877-515-1850, via email (Lewis.Kahn@KSFcounsel.com), or via the
case links above.

If you  wish to  serve as  a  Lead Plaintiff  in the  class action,  you  must
petition the Court on or before the Lead Plaintiff Motion deadline.

About
KSF, whose partners include former Louisiana Attorney General Charles C. Foti, Jr., is one of the nation's premier boutique securities litigation law  firms. KSF serves a variety  of clients –  including public institutional  investors, hedge funds, money managers and retail  investors – in seeking recoveries  for investment losses emanating  from corporate fraud  or malfeasance by  publicly traded companies. KSF has offices in New York, California and Louisiana.

To learn more about KSF, you may visit www.ksfcounsel.com.

Contact:

Kahn Swick & Foti, LLC
Lewis Kahn, Managing Partner
lewis.kahn@ksfcounsel.com
1-877-515-1850
1100 Poydras St., Suite 3200
New Orleans, LA 70163

KSF-Logo.png

-0- Dec/28/2019 03:50 GMT

------------------------------======================------------------------------
                          Copyright (c) 2020

############################# END OF STORY 1 #############################

Page 2