# EXHIBIT C

Wire: GlobeNewswire, Inc. (PZM) Date: Dec 30 2019  22:50:02
SHAREHOLDER ALERT: CLAIMSFILER REMINDS AZZ, QUAD, REZI, TIGR INVESTORS of Lead
Plaintiff Deadline in Class Action Lawsuits

SHAREHOLDER ALERT: CLAIMSFILER REMINDS AZZ, QUAD, REZI, TIGR INVESTORS of Lead
Plaintiff Deadline in Class Action Lawsuits

NEW ORLEANS, Dec. 30, 2019 (GLOBE NEWSWIRE) -- ClaimsFiler, a FREE shareholder
information service, reminds investors of  pending deadlines in the  following
securities class action lawsuits:

AZZ Inc. (AZZ)
Class Period: 7/3/2018 - 10/8/2019
Lead Plaintiff Motion Deadline: January 3, 2020
SECURITIES FRAUD
To learn more, visit https://www.claimsfiler.com/cases/new-york-se-azz-1

Up Fintech Holding Limited (TIGR)
Class Period:  3/20/2019  - 5/16/2019  or  American Depository  Shares  issued
either in or after the March 2019 Initial Public Offering.
Lead Plaintiff Motion Deadline: January 6, 2020
SECURITIES FRAUD, MISLEADING PROSPECTUS
To   learn    more,   visit    https://www.claimsfiler.com/cases/nasdaq-tigr


Quad/Graphics, Inc. (QUAD)
Class Period: 2/22/2017 - 10/29/2019
Lead Plaintiff Motion Deadline: January 6, 2020
SECURITIES FRAUD
To learn more, visit https://www.claimsfiler.com/cases/new-york-se-quad

Resideo Technologies, Inc. (REZI)
Class Period: 10/10/2018 - 10/22/2019
Lead Plaintiff Motion Deadline: January 7, 2020
SECURITIES FRAUD
To learn more, visit https://www.claimsfiler.com/cases/new-york-se-rezi

If you purchased shares of the above companies and would like to discuss  your
legal rights  and your  right to  recover  for your  economic loss,  you  may,
without obligation or  cost to  you, contact  us toll-free  (844) 367-9658  or
visit the case links above.

If you  wish to  serve as  a  Lead Plaintiff  in the  class action,  you  must
petition the Court on or before the Lead Plaintiff Motion deadline.

About ClaimsFiler

ClaimsFiler has a single mission: to  serve as the information source to  help

retail investors recover their  share of billions  of dollars from  securities class action settlements. At ClaimsFiler.com, investors can: (1) register  for free to  gain  access  to  information and  settlement  websites  for  various securities class action cases so they can timely submit their own claims;  (2) upload their  portfolio  transactional  data to  be  notified  about  relevant securities cases in which they may  have a financial interest; and (3)  submit inquiries to the Kahn Swick & Foti, LLC law firm for free case evaluations.

To learn more about ClaimsFiler, visit www.claimsfiler.com

-0- Dec/31/2019 03:50 GMT

-------------------------------===============================-----------------------------
                              Copyright (c) 2020

############################## END OF STORY 1 ##############################