# EXHIBIT D

Wire: Business Wire (BUS) Date: Dec 30 2019  17:00:00
EXPANDED CLASS PERIOD ALERT: Glancy Prongay & Murray Reminds Investors of Looming
Deadline in the Class Action Lawsuit Against

   EXPANDED CLASS PERIOD ALERT: Glancy Prongay & Murray Reminds Investors of
   Looming Deadline in the Class Action Lawsuit Against Quad/Graphics, Inc.

Shareholders with $250,000 in losses or more are encouraged to contact the
firm

Business Wire

LOS ANGELES -- December 30, 2019

Glancy Prongay & Murray LLP ("GPM") reminds investors of the upcoming January
6, 2020 deadline to file a lead plaintiff motion in the class action filed on
behalf of Quad/Graphics, Inc. ("Quad" or the "Company") (NYSE: QUAD) investors
who purchased securities between February 22, 2017 and October 29, 2019,
inclusive (the "Class Period").

If you are a shareholder who suffered a loss, click here to participate.

If you wish to learn more about this action, or if you have any questions
concerning this announcement or your rights or interests with respect to these
matters, please contact Charles Linehan, Esquire, at 310-201-9150, Toll-Free
at 888-773-9224, or by email to shareholders@glancylaw.com, or visit our
website at www.glancylaw.com.

On October 29, 2019, after the market closed, the Company slashed its
quarterly dividend to $0.15 per share, announced plans to divest its book
business, and reported third quarter 2019 financial results. Analysts were
"absolutely shocked by these developments given the confidence management had
just three months ago."

On this news, the Company's stock price fell $6.42 per share, or nearly 57%,
to close at $4.85 per share on October 30, 2019, thereby injuring investors.

The complaint filed in this class action alleges that throughout the Class
Period, Defendants made materially false and/or misleading statements, as well
as failed to disclose material adverse facts about the Company's business,
operations, and prospects. Specifically, Defendants failed to disclose to
investors: (1) that the Company's book business in United States was
underperforming; (2) that, as a result, the Company was likely to divest its
book business; (3) that the Company was unreasonably vulnerable to decreases
in market prices; (4) that, to remain financially flexible while market prices
decreased, the Company was likely to cut its quarterly dividend and expand its
cost reduction programs; and (5) that, as a result of the foregoing,
Defendants' positive statements about the Company's business, operations, and

Page 1

prospects, were materially misleading and/or lacked a reasonable basis.

Follow us for updates on Twitter: twitter.com/GPM_LLP.

If you purchased or otherwise acquired Quad securities during the Class Period, you may move the Court no later than January 6, 2020 to request appointment as lead plaintiff in this putative class action lawsuit. To be a member of the class action you need not take any action at this time; you may retain counsel of your choice or take no action and remain an absent member of the class action. If you wish to learn more about this class action, or if you have any questions concerning this announcement or your rights or interests with respect to the pending class action lawsuit, please contact Charles Linehan, Esquire, of GPM, 1925 Century Park East, Suite 2100, Los Angeles, California 90067 at 310-201-9150, Toll-Free at 888-773-9224, by email to shareholders@glancylaw.com, or visit our website at www.glancylaw.com. If you inquire by email please include your mailing address, telephone number and number of shares purchased.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

View source version on businesswire.com:
https://www.businesswire.com/news/home/20191230005307/en/

Contact:

Glancy Prongay & Murray LLP, Los Angeles
Charles Linehan, 310-201-9150 or 888-773-9224
shareholders@glancylaw.com
www.glancylaw.com

-0- Dec/30/2019 22:00 GMT

```
------------------------------==============================------------------------------
                                Copyright (c) 2020
```

############################## END OF STORY 1 ##############################