# EXHIBIT E

Wire: Business Wire (BUS) Date: Dec 30 2019  14:14:00
EXPANDED CLASS PERIOD ALERT: Law Offices of Howard G. Smith Reminds Investors of
Looming Deadline in the Class Action Lawsuit

  EXPANDED CLASS PERIOD ALERT: Law Offices of Howard G. Smith Reminds
  Investors of Looming Deadline in the Class Action Lawsuit Against
  Quad/Graphics, Inc.

Shareholders with $250,000 in losses or more are encouraged to contact the
firm

Business Wire

BENSALEM, Pa. -- December 30, 2019

Law Offices of Howard G. Smith reminds investors of the upcoming January 6,
2020 deadline to file a lead plaintiff motion in the class action filed on
behalf of investors who purchased Quad/Graphics, Inc. ("Quad/Graphics" or the
"Company") (NYSE: QUAD) securities between February 22, 2017 and October 29,
2019, inclusive (the "Class Period").

Investors suffering losses on their Quad/Graphics investments are encouraged
to contact the Law Offices of Howard G. Smith to discuss their legal rights in
this class action at 888-638-4847 or by email to
howardsmith@howardsmithlaw.com.

On October 29, 2019, after the market closed, the Company slashed its
quarterly dividend to $0.15 per share, announced plans to divest its book
business, and reported third quarter 2019 financial results. Analysts were
"absolutely shocked by these developments given the confidence management had
just three months ago."

On this news, the Company's stock price fell $6.42 per share, or nearly 57%,
to close at $4.85 per share on October 30, 2019, thereby injuring investors.

The complaint filed in this class action alleges that throughout the Class
Period, Defendants made materially false and/or misleading statements, as well
as failed to disclose material adverse facts about the Company's business,
operations, and prospects. Specifically, Defendants failed to disclose to
investors: (1) that the Company's book business in United States was
underperforming; (2) that, as a result, the Company was likely to divest its
book business; (3) that the Company was unreasonably vulnerable to decreases
in market prices; (4) that, to remain financially flexible while market prices
decreased, the Company was likely to cut its quarterly dividend and expand its
cost reduction programs; and (5) that, as a result of the foregoing,
Defendants' positive statements about the Company's business, operations, and
prospects, were materially misleading and/or lacked a reasonable basis.

If you purchased Quad/Graphics securities during the Class Period, you may move the Court no later than January 6, 2020 to ask the Court to appoint you as lead plaintiff if you meet certain legal requirements. To be a member of the class action you need not take any action at this time; you may retain counsel of your choice or take no action and remain an absent member of the class action. If you wish to learn more about this class action, or if you have any questions concerning this announcement or your rights or interests with respect to these matters, please contact Howard G. Smith, Esquire, of Law Offices of Howard G. Smith, 3070 Bristol Pike, Suite 112, Bensalem, Pennsylvania 19020 by telephone at (215) 638-4847, toll-free at (888) 638-4847, or by email to howardsmith@howardsmithlaw.com, or visit our website at www.howardsmithlaw.com.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

View source version on businesswire.com:
https://www.businesswire.com/news/home/20191230005302/en/

Contact:

Law Offices of Howard G. Smith
Howard G. Smith, Esquire
215-638-4847
888-638-4847
howardsmith@howardsmithlaw.com
www.howardsmithlaw.com

-0- Dec/30/2019 19:14 GMT

-------------------------------=================================-------------------------------
                          Copyright (c) 2020

############################### END OF STORY 1 ###############################