# EXHIBIT F

Wire: Business Wire (BUS) Date: Dec 30 2019  18:56:00
Shareholder Alert: Robbins LLP Announces Quad/Graphics, Inc. (QUAD) Sued for
Misleading Shareholders

  Shareholder Alert: Robbins LLP Announces Quad/Graphics, Inc. (QUAD) Sued for
  Misleading Shareholders

Business Wire

SAN DIEGO & SUSSEX, Wis. -- December 30, 2019

Shareholders Rights law firm Robbins LLP announces that a purchaser of
Quad/Graphics Inc. (NYSE: QUAD) filed a class action complaint for alleged
violations of the Securities Exchange Act of 1934 between February 22, 2017
and October 29, 2019. Quad/Graphics provides marketing solutions and printing
services.

If you suffered a loss as a result of Quad/Graphic's misconduct, click here.

Quad/Graphics (QUAD) Cuts Dividends and Lowers Sales Guidance

According to the complaint, throughout the relevant period, Quad/Graphics
released financial results that touted the Company's increasing net sales and
consistently reaffirmed its full-year 2019 guidance. Despite auspicious
financial statements that assured the Company's viability, on October 29,
2019, Quad/Graphics announced to shareholders that the Company was cutting
dividend payments in half to $0.15 per share due to declining net sales. In
addition, Quad/Graphics disclosed plans to divest its book business, which
produces $200 million in annual sales, due to "lower market prices on paper
byproduct recoveries." To reflect the upcoming divestiture of its book
business, the Company decreased its 2019 sales guidance from the previous
range of $4.05 billion to $4.25 billion to $3.9 billion. On this news, the
following day Quad/Graphics's share price fell $6.42 per share, or
approximately 57%, to close at $4.85 and has yet to recover.

Quad/Graphics, Inc (QUAD) Shareholders Have Legal Options

Contact us to learn more:
Leo Kandinov
(800) 350-6003
lkandinov@robbinsllp.com
Shareholder Information Form

Robbins LLP is a nationally recognized leader in shareholder rights law. The
firm represents individual and institutional investors in shareholder
derivative and securities class action lawsuits, and has helped its clients
realize more than $1 billion of value for themselves and the companies in
which they have invested. Click here to receive free alerts from Stock Watch

when companies engage in wrongdoing.

Attorney Advertising. Past results do not guarantee a similar outcome.

View source version on businesswire.com:
https://www.businesswire.com/news/home/20191230005353/en/

Contact:

Leo Kandinov
Robbins LLP
5040 Shoreham Place
San Diego, CA 92122
lkandinov@robbinsllp.com
(619) 525-3990 or Toll Free (800) 350-6003
www.robbinsllp.com

-0- Dec/30/2019 23:56 GMT

------------------------------======================------------------------------
                             Copyright (c) 2020

############################# END OF STORY 1 #############################