# EXHIBIT G



*Source: Kuznicki Law, PLLC*

*January 01, 2020 00:45 ET*

# FILING DEADLINE--Kuznicki Law PLLC Announces Class Actions on Behalf of Shareholders of QUAD, REZI and TIGR

CEDARHURST, N.Y., Dec. 31, 2019 (GLOBE NEWSWIRE) -- The securities litigation law firm of Kuznicki Law PLLC issues this alert to shareholders of the following publicly traded companies. Shareholders who purchased shares in these companies during the dates listed are encouraged to contact us toll-free at 1-833-835-1495, via email (dk@kclasslaw.com), or via the case links.

If you wish to serve as lead plaintiff with the goal of overseeing the litigation to obtain a fair and just resolution, you must petition the Court on or before the deadlines provided below.

**Up Fintech Holding Limited (TIGR)**
**Investors Affected: March 20, 2019 and May 16, 2019** including the **purchase of** American Depository Shares ("ADSs") issued in connection with its March 2019 Initial Public Offering.
**Lead Plaintiff Motion Deadline: January 6, 2020**
SECURITIES FRAUD, MISLEADING PROSPECTUS
Shareholders may find more information at http://kclasslaw.com/cases/securities/nasdaqgs-tigr/

**Quad/Graphics, Inc. (QUAD)**
Investors Affected: February 22, 2017 and October 29, 2019
**Lead Plaintiff Motion Deadline: January 6, 2020**
SECURITIES FRAUD
Shareholders may find more information at http://kclasslaw.com/cases/securities/nyse-quad/

**Resideo Technologies, Inc. (REZI)**
Investors Affected: October 10, 2018 and October 22, 2019
**Lead Plaintiff Motion Deadline: January 7, 2020**
SECURITIES FRAUD
Shareholders may find more information at http://kclasslaw.com/cases/securities/nyse-rezi/

Kuznicki Law PLLC is committed to ensuring that companies adhere to responsible business practices and engage in good corporate citizenship. The firm seeks recovery on behalf of investors who incurred losses when false and/or misleading statements or the omission of material information by a Company lead to artificial inflation of the Company's stock. Attorney advertising. Prior results do not guarantee similar outcomes.

CONTACT:
Kuznicki Law PLLC
Daniel Kuznicki, Esq.
445 Central Avenue, Suite 344
Cedarhurst, NY 11516
Email: dk@kclasslaw.com

Phone: (347) 696-1134
Cell: (347) 690-0692
Fax: (347) 348-0967
https://kclasslaw.com