# EXHIBIT J

Wire: PR Newswire (PRN) Date: Jan 2 2020  5:00:02
QUAD ALERT: HAGENS BERMAN, NATIONAL TRIAL ATTORNEYS, Encourages Quad/Graphics (QUAD)
Investors Who Suffered Losses to Contact I

QUAD ALERT: HAGENS BERMAN, NATIONAL TRIAL ATTORNEYS, Encourages Quad/Graphics
  (QUAD) Investors Who Suffered Losses to Contact Its Attorneys, Fraudulent
 Period Expanded in Securities Class Action, Application Deadline Approaching

PR Newswire

SAN FRANCISCO, Jan. 2, 2020

SAN FRANCISCO, Jan. 2, 2020 /PRNewswire/ -- Hagens Berman urges Quad/Graphics,
Inc. (NYSE: QUAD) investors who have suffered significant losses to submit
their losses now or contact the firm to learn if they qualify to recover
compensable damages. The January 6, 2019 lead plaintiff deadline in a
securities fraud class action that has been filed against the company and
senior executives is fast approaching, and a new class action complaint has
been filed that extends the fraudulent period back to Feb. 22, 2017.

Hagens Berman Sobol Shapiro LLP

Class Period: Feb. 22, 2017 - Oct. 29, 2019
Lead Plaintiff Deadline: Jan. 6, 2020
Sign Up: www.hbsslaw.com/investor-fraud/QUAD
Contact An Attorney Now:   QUAD@hbsslaw.com
                           844-916-0895

Quad/Graphics (QUAD) Securities Class Action:

The Complaint alleges Defendants misled investors by concealing the
underperformance of the company's U.S. book business, that it was likely to
divest that business, and that the company's business was highly vulnerable to
market price decreases, which in turn required a dividend cut.

On Oct. 29, 2019, Quad/Graphics announced a surprising $126 million net loss
in 2019 (a year-over-year earnings decline of nearly 650%), divestment of its
book business, reduced dividends, and slashed guidance. In downgrading the
stock, one Buckingham analyst exclaimed, "We are absolutely shocked by these
developments given the confidence management had just three months ago."

This news sent the price of Quad/Graphics shares down $6.42, or down about
57%, on October 30, 2019.

If you invested in Quad/Graphics between Feb. 22, 2017 and Oct. 29, 2019 (the
"Class Period") and suffered significant losses, you may qualify to be a lead
plaintiff – one who selects and oversees the attorneys prosecuting the case.
Contact Hagens Berman immediately for more information about the case and

being a lead plaintiff.

"We're focused on recovering investors' substantial losses and holding Quad/Graphics and its senior management accountable for their alleged fraud," said Reed Kathrein, the Hagens Berman partner leading the investigation.

If you purchased shares of Quad/Graphics and suffered significant losses, click here to discuss your legal rights with Hagens Berman.

Whistleblowers: Persons with non-public information regarding Quad/Graphics should consider their options to help in the investigation or take advantage of the SEC Whistleblower program. Under the new program, whistleblowers who provide original information may receive rewards totaling up to 30 percent of any successful recovery made by the SEC. For more information, call Reed Kathrein at 844-916-0895 or email QUAD@hbsslaw.com.

About Hagens Berman
Hagens Berman is a national law firm with nine offices in eight cities around the country and eighty attorneys. The firm represents investors, whistleblowers, workers and consumers in complex litigation. More about the firm and its successes is located at hbsslaw.com. For the latest news visit our newsroom or follow us on Twitter at @classactionlaw.

Contact:
Reed Kathrein, 844-916-0895


Cision View original content to download multimedia:http://www.prnewswire.com/news-releases/quad-alert-hagens-berman-national-trial-attorneys-encourages-quadgraphics-quad-investors-who-suffered-losses-to-contact-its-attorneys-fraudulent-period-expanded-in-securities-class-action-application-deadline-approaching-300980371.html

SOURCE Hagens Berman Sobol Shapiro LLP

Website: https://www.hbsslaw.com
-0- Jan/02/2020 10:00 GMT

-------------------------------===================-------------------------------
                              Copyright (c) 2020

############################### END OF STORY 1 ###############################