# EXHIBIT L

Wire: Business Wire (BUS) Date: Jan 3 2020  22:50:00
QUAD/GRAPHICS 72 HOUR DEADLINE ALERT: Former Louisiana Attorney General and Kahn
Swick & Foti, LLC Remind Investors With Losses

   QUAD/GRAPHICS 72 HOUR DEADLINE ALERT: Former Louisiana Attorney General and
   Kahn Swick & Foti, LLC Remind Investors With Losses in Excess of $100,000 of
   Deadline in Class Action Lawsuits Against Quad/Graphics, Inc. - QUAD

Business Wire

NEW ORLEANS -- January 3, 2020

Kahn Swick & Foti, LLC ("KSF") and KSF partner, the former Attorney General of
Louisiana, Charles C. Foti, Jr., remind investors that they have only until
January 6, 2020 to file lead plaintiff applications in securities class action
lawsuits against Quad/Graphics, Inc. (NYSE: QUAD), if they purchased the
Company's securities between February 22, 2017 and October 29, 2019, inclusive
(the "Class Period"). These actions are pending in the United States District
Court for the Southern District of New York.

What You May Do

If you purchased securities of Quad/Graphics and would like to discuss your
legal rights and how these cases might affect you and your right to recover
for your economic loss, you may, without obligation or cost to you, contact
KSF Managing Partner Lewis Kahn toll-free at 1-877-515-1850 or via email
(lewis.kahn@ksfcounsel.com), or visit
https://www.ksfcounsel.com/cases/nyse-quad/ to learn more. If you wish to
serve as a lead plaintiff in these class actions by overseeing lead counsel
with the goal of obtaining a fair and just resolution, you must request this
position by application to the Court by January 6, 2020.

About the Lawsuits

Quad/Graphics and certain of its executives are charged with failing to
disclose material information during the Class Period, violating federal
securities laws. On October 29, 2019, the Company disclosed a cut to its
dividend, in half to $0.15 per share, and its plans to divest its book
business, which it stated generated $200 million in annual sales, with an
accompanying reduction to 2019 net sales guidance to "approximately $3.9
billion" from the previous range of "$4.05 billion to $4.25 billion" to
reflect the divestiture. On this news, the price of Quad/Graphics' shares
plummeted.

The first-filed case is Born v. Quad/Graphics, Inc., 1:19-cv-10376.

About Kahn Swick & Foti, LLC

KSF, whose partners include former Louisiana Attorney General Charles C. Foti, Jr., is one of the nation's premier boutique securities litigation law firms. KSF serves a variety of clients – including public institutional investors, hedge funds, money managers and retail investors – in seeking recoveries for investment losses emanating from corporate fraud or malfeasance by publicly traded companies. KSF has offices in New York, California and Louisiana.

To learn more about KSF, you may visit www.ksfcounsel.com.

View source version on businesswire.com:
https://www.businesswire.com/news/home/20200103005410/en/

Contact:

Kahn Swick & Foti, LLC
Lewis Kahn, Managing Partner
lewis.kahn@ksfcounsel.com
1-877-515-1850

-0- Jan/04/2020 03:50 GMT

-------------------------------=====================------------------------------
                         Copyright (c) 2020

############################### END OF STORY 1 ###############################