# EXHIBIT M

Wire: GlobeNewswire, Inc. (PZM) Date: Jan 5 2020  22:50:02
QUAD/GRAPHICS 24 HOUR DEADLINE ALERT: FORMER LOUISIANA ATTORNEY GENERAL AND KAHN
SWICK & FOTI, LLC REMIND INVESTORS WITH LOSSES

QUAD/GRAPHICS 24 HOUR DEADLINE ALERT: FORMER LOUISIANA ATTORNEY GENERAL AND
KAHN SWICK & FOTI, LLC REMIND INVESTORS WITH LOSSES IN EXCESS OF $100,000 of
Deadline in Class Action Lawsuits Against Quad/Graphics, Inc. - QUAD

NEW ORLEANS, Jan. 05, 2020 (GLOBE NEWSWIRE) -- Kahn Swick & Foti, LLC  ("KSF")
and KSF partner, the  former Attorney General of  Louisiana, Charles C.  Foti,
Jr., remind investors that they have only  until January 6, 2020 to file  lead
plaintiff applications   in   securities   class   action   lawsuits   against
Quad/Graphics, Inc. (NYSE: QUAD), if  they purchased the Company's  securities
between February 22,  2017  and  October  29,  2019,  inclusive (the  "Class
Period"). These actions are  pending in the United  States District Court  for
the Southern District of New York.

What You May Do

If you purchased securities  of Quad/Graphics and would  like to discuss  your
legal rights and how these  cases might affect you  and your right to  recover
for your economic loss,  you may, without obligation  or cost to you,  contact
KSF Managing  Partner Lewis  Kahn  toll-free at  1-877-515-1850 or  via  email
(lewis.kahn@ksfcounsel.com),                  or                         visit
https://www.ksfcounsel.com/cases/nyse-quad/ to  learn  more. If  you  wish  to
serve as a lead  plaintiff in these class  actions by overseeing lead  counsel
with the goal of obtaining a fair  and just resolution, you must request  this
position by application to the Court by January 6, 2020.

About the Lawsuits

Quad/Graphics and  certain  of its  executives  are charged  with  failing  to
disclose material  information  during  the Class  Period, violating  federal
securities laws. On October  29, 2019,  the Company  disclosed a  cut to  its
dividend, in  half to  $0.15  per share,  and its  plans  to divest  its  book
business, which it  stated generated  $200 million  in annual  sales, with  an
accompanying reduction  to  2019 net  sales  guidance to  "approximately  $3.9
billion" from  the previous  range  of "$4.05  billion  to $4.25  billion"  to
reflect the  divestiture. On  this news,  the price  of Quad/Graphics'  shares
plummeted.

The first-filed case is Born v. Quad/Graphics, Inc., 1:19-cv-10376.

About Kahn Swick & Foti, LLC

KSF, whose partners include former Louisiana Attorney General Charles C. Foti,
Jr., is one of the nation's premier boutique securities litigation law  firms.
KSF serves a variety  of clients –  including public institutional  investors,

hedge funds, money managers and retail  investors – in seeking recoveries  for investment losses emanating  from corporate fraud  or malfeasance by  publicly traded companies. KSF has offices in New York, California and Louisiana.

To learn more about KSF, you may visit www.ksfcounsel.com.

Contact:

Kahn Swick & Foti, LLC
Lewis Kahn, Managing Partner
lewis.kahn@ksfcounsel.com
1-877-515-1850
1100 Poydras St., Suite 3200
New Orleans, LA 70163

KSF-Logo.png

-0- Jan/06/2020 03:50 GMT

-------------------------------========================------------------------------
                                Copyright (c) 2020

############################# END OF STORY 1 #############################