# EXHIBIT N

*Source:* The Rosen Law Firm PA

*January 06, 2020 13:00 ET*

## FINAL DEADLINE: QUAD INVESTOR ALERT, ROSEN, A TOP LAW FIRM, Reminds Quad/Graphics, Inc. Investors of Important January 6th Deadline in Securities Class Action – QUAD

NEW YORK, Jan. 06, 2020 (GLOBE NEWSWIRE) -- Rosen Law Firm, a global investor rights law firm, reminds purchasers of the securities of Quad/Graphics, Inc. (NYSE: QUAD) between February 22, 2017 and October 29, 2019, inclusive (the "Class Period") of the important January 6, 2020 lead plaintiff deadline in the securities class action. The lawsuit seeks to recover damages for Quad investors under the federal securities laws.

To join the Quad class action, go to http://www.rosenlegal.com/cases-register-1718.html or call Phillip Kim, Esq. toll-free at 866-767-3653 or email pkim@rosenlegal.com or cases@rosenlegal.com for information on the class action.

NO CLASS HAS YET BEEN CERTIFIED IN THE ABOVE ACTION. UNTIL A CLASS IS CERTIFIED, YOU ARE NOT REPRESENTED BY COUNSEL UNLESS YOU RETAIN ONE. YOU MAY RETAIN COUNSEL OF YOUR CHOICE. YOU MAY ALSO REMAIN AN ABSENT CLASS MEMBER AND DO NOTHING AT THIS POINT. AN INVESTOR'S ABILITY TO SHARE IN ANY POTENTIAL FUTURE RECOVERY IS NOT DEPENDENT UPON SERVING AS LEAD PLAINTIFF.

According to the lawsuit, defendants throughout the Class Period made false and/or misleading statements and/or failed to disclose that: (1) Quad's book business in the United States was underperforming; (2) as a result, Quad was likely to divest its book business; (3) Quad was unreasonably vulnerable to decreases in market prices; (4) to remain financially flexible while market prices decreased, Quad was likely to cut its quarterly dividend and expand its cost reduction programs; and (5) as a result, Quad's public statements were materially false and misleading at all relevant times. When the true details entered the market, the lawsuit claims that investors suffered damages.

A class action lawsuit has already been filed. If you wish to serve as lead plaintiff, you must move the Court no later than January 6, 2020. A lead plaintiff is a representative party acting on behalf of other class members in directing the litigation. If you wish to join the litigation, go to http://www.rosenlegal.com/cases-register-1718.html or to discuss your rights or interests regarding this class action, please contact Phillip Kim, Esq. of Rosen Law Firm toll free at 866-767-3653 or via e-mail at pkim@rosenlegal.com or cases@rosenlegal.com.

Follow us for updates on LinkedIn: https://www.linkedin.com/company/the-rosen-law-firm, on Twitter: https://twitter.com/rosen_firm or on Facebook: https://www.facebook.com/rosenlawfirm/.

Rosen Law Firm represents investors throughout the globe, concentrating its practice in securities class actions and shareholder derivative litigation. Rosen Law Firm was Ranked No. 1 by ISS Securities Class Action Services for number of securities class action settlements in 2017. The firm has been ranked in the top 3 each year since 2013. Rosen Law Firm has secured hundreds of millions of dollars for investors. Attorney advertising. Prior results do not guarantee a similar outcome.

-------------------------------

Contact Information:
    Laurence Rosen, Esq.
    Phillip Kim, Esq.
    The Rosen Law Firm, P.A.
    275 Madison Avenue, 40th Floor
    New York, NY 10016

Tel: (212) 686-1060
Toll Free: (866) 767-3653
Fax: (212) 202-3827
lrosen@rosenlegal.com
pkim@rosenlegal.com
cases@rosenlegal.com
www.rosenlegal.com