# EXHIBIT A



## Quad/Graphics, Inc. (QUAD)
NYSE - NYSE Delayed Price. Currency in USD

☆ Add to watchlist

Visitors trend  2W ↓  10W ↑  9M ↑

**4.6200**  -0.1800 (-3.75%)
At close: 4:01PM EST

**4.6200**  0.00 (0.00%)
After hours: 4:50PM EST

Buy

| Summary | Company Outlook 🔒 | Chart | Conversations | Statistics | Historical Data | Profile | Financials NEW |

Time Period: Mar 14, 2017 - Mar 14, 2018 ⌄     Show: Historical Prices ⌄     Frequency: Daily ⌄

Apply

Currency in USD

⤓ Download Data

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|---|
| Mar 14, 2018 | 26.9600 | 27.1100 | 26.4800 | 26.5200 | 22.3127 | 479,200 |
| Mar 13, 2018 | 26.8600 | 27.1400 | 26.4400 | 26.7700 | 22.5230 | 469,600 |
| Mar 12, 2018 | 26.7400 | 27.1700 | 26.2100 | 26.7000 | 22.4641 | 460,000 |
| Mar 09, 2018 | 26.0300 | 26.7700 | 25.9700 | 26.6300 | 22.4052 | 446,700 |
| Mar 08, 2018 | 26.1200 | 26.1200 | 25.5100 | 25.9000 | 21.7911 | 325,900 |
| Mar 07, 2018 | 26.0500 | 26.4300 | 25.6500 | 26.0000 | 21.8752 | 606,600 |
| Mar 06, 2018 | 26.4200 | 26.7400 | 25.9500 | 26.2500 | 22.0855 | 369,300 |
| Mar 05, 2018 | 26.5100 | 27.0900 | 25.9600 | 26.4200 | 22.2286 | 581,500 |
| Mar 02, 2018 | 26.3200 | 27.1300 | 25.9400 | 26.5900 | 22.3716 | 567,100 |
| Mar 01, 2018 | 26.4600 | 27.2700 | 25.9300 | 26.4800 | 22.2790 | 426,500 |
| Feb 28, 2018 | 27.0500 | 27.3500 | 26.3100 | 26.3900 | 22.2033 | 346,500 |
| Feb 27, 2018 | 27.9400 | 28.7300 | 26.7500 | 26.9200 | 22.6492 | 857,100 |
| Feb 26, 2018 | 30.9900 | 31.2900 | 27.6900 | 27.7000 | 23.3055 | 1,217,700 |
| Feb 23, 2018 | 29.5600 | 31.1400 | 29.0000 | 30.8900 | 25.9894 | 890,600 |
| Feb 22, 2018 | 27.4000 | 31.0200 | 27.3100 | 29.5200 | 24.8368 | 1,544,800 |
| Feb 21, 2018 | 23.2500 | 28.2400 | 23.2500 | 27.8300 | 23.4149 | 2,045,900 |
| Feb 20, 2018 | 21.7800 | 22.3700 | 21.7800 | 22.0500 | 18.5518 | 395,200 |
| Feb 16, 2018 | 21.4000 | 22.5200 | 21.4000 | 22.1800 | 18.6612 | 247,500 |
| Feb 15, 2018 | 21.2800 | 21.4800 | 20.7500 | 21.4100 | 18.0134 | 164,000 |
| Feb 14, 2018 | 20.4500 | 21.1800 | 20.3400 | 21.1100 | 17.7610 | 156,600 |
| Feb 13, 2018 | 20.3200 | 20.6500 | 20.2100 | 20.5200 | 17.2646 | 176,300 |
| Feb 12, 2018 | 20.5700 | 20.6600 | 19.9700 | 20.4200 | 17.1804 | 130,400 |
| Feb 09, 2018 | 20.4400 | 20.5800 | 19.5600 | 20.3500 | 17.1215 | 199,600 |

*Close price adjusted for splits.    **Adjusted close price adjusted for both dividends and splits.

worldwide. The company operates through United States Print and Related Services, and International segments. It offers printing services, such as retail inserts, publications, catalogs, special interest

### Financials ＞
**Annual**  Quarterly    ● Revenue  ● Earnings

various blue chip companies that operate in various industries, and businesses and consumers

and direct has a strategic ny. The company adquartered in

### Recommendation Trends ＞

■ Strong Buy
■ Buy
■ Hold
■ Underperform
■ Sell

### Recommendation Rating ＞

Strong Buy — Buy — Hold — Underperform — Sell

### Analyst Price Targets (1) ＞
Average 5.00
Low 5.00  Current 4.62  High 5.00

### People Also Watch

| Symbol | Last Price | Change | % Change |
|---|---|---|---|
| **LKSD** LSC COMMUNICATIONS INC | 0.2500 | -0.0200 | -7.41% |
| **RRD** R.R. Donnelley & Sons Company | 3.1200 | -0.0800 | -2.50% |
| **DFIN** Donnelley Financial Solutions | 9.47 | -0.54 | -5.39% |
| **RXN** Rexnord Corporation | 32.27 | -0.42 | -1.28% |
| **RRTS** Roadrunner Transportation System | 6.50 | -0.45 | -6.47% |

### Upgrades & Downgrades ＞

| | | |
|---|---|---|
| Maintains | Buckingham: to Neutral | 12/20/2019 |
| ↓ Downgrade | Buckingham: Buy to Neutral | 10/30/2019 |
| Maintains | Buckingham Research: to Buy | 7/24/2019 |
| Maintains | Buckingham: Buy to Buy | 11/1/2018 |

### Earnings ＞
○ Consensus EPS

Financials ＞ Annual Quarterly — Us — Data Disclaimer  Help  Suggestions — Do not sell my info — Privacy (Updated)  About Our Ads  Terms (Updated)  Sitemap — © 2020 Verizon Media. All rights reserved.

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|---|
| Feb 07, 2018 | 20.6300 | 21.0200 | 20.5300 | 20.7800 | 17.4833 | 127,300 |
| Feb 06, 2018 | 19.7700 | 20.7900 | 19.6200 | 20.7200 | 17.4328 | 223,400 |
| Feb 05, 2018 | 21.0700 | 21.2700 | 20.1400 | 20.2000 | 16.9953 | 209,900 |
| Feb 02, 2018 | 22.0400 | 22.0400 | 21.1300 | 21.3100 | 17.9292 | 205,100 |
| Feb 01, 2018 | 22.0600 | 22.3700 | 21.8000 | 22.1800 | 18.6612 | 150,200 |
| Jan 31, 2018 | 22.8700 | 23.0400 | 22.0900 | 22.1200 | 18.6107 | 173,600 |
| Jan 30, 2018 | 23.0100 | 23.1000 | 22.7600 | 22.7800 | 19.1660 | 175,000 |
| Jan 29, 2018 | 23.7100 | 23.8400 | 23.2300 | 23.2300 | 19.5446 | 172,600 |
| Jan 26, 2018 | 23.7100 | 23.8100 | 23.3500 | 23.8000 | 20.0242 | 241,900 |
| Jan 25, 2018 | 23.8400 | 23.9200 | 23.4400 | 23.6300 | 19.8812 | 184,500 |
| Jan 24, 2018 | 24.0400 | 24.0800 | 23.7000 | 23.7200 | 19.9569 | 107,300 |
| Jan 23, 2018 | 24.1300 | 24.1600 | 23.6300 | 23.8900 | 20.0999 | 113,100 |
| Jan 22, 2018 | 23.6400 | 24.1500 | 23.5800 | 24.1000 | 20.2766 | 151,700 |
| Jan 19, 2018 | 23.9000 | 24.0000 | 23.5700 | 23.6900 | 19.9317 | 193,100 |
| Jan 18, 2018 | 24.0200 | 24.1600 | 23.5800 | 23.9000 | 20.1084 | 125,700 |
| Jan 17, 2018 | 24.0200 | 24.0900 | 23.7300 | 24.0800 | 20.2598 | 98,100 |
| Jan 16, 2018 | 24.2300 | 24.5600 | 23.6600 | 23.8300 | 20.0495 | 161,800 |
| Jan 12, 2018 | 23.3300 | 24.2500 | 23.2100 | 24.1800 | 20.3439 | 218,100 |
| Jan 11, 2018 | 22.7000 | 23.4800 | 22.4300 | 23.2600 | 19.5699 | 233,400 |
| Jan 10, 2018 | 22.6000 | 22.7400 | 22.3000 | 22.6300 | 19.0398 | 83,600 |
| Jan 09, 2018 | 23.0600 | 23.1800 | 22.6800 | 22.7100 | 19.1071 | 92,500 |
| Jan 08, 2018 | 22.8000 | 23.0800 | 22.5600 | 23.0100 | 19.3595 | 86,200 |
| Jan 05, 2018 | 22.5600 | 22.9600 | 22.3900 | 22.8100 | 19.1913 | 138,400 |
| Jan 04, 2018 | 22.4100 | 22.7000 | 22.2000 | 22.4700 | 18.9052 | 123,400 |
| Jan 03, 2018 | 23.2300 | 23.2300 | 22.0300 | 22.1900 | 18.6696 | 300,300 |
| Jan 02, 2018 | 22.7400 | 23.3400 | 22.6800 | 23.2100 | 19.5278 | 129,900 |
| Dec 29, 2017 | 22.9700 | 22.9700 | 22.6000 | 22.6000 | 19.0146 | 130,600 |
| Dec 28, 2017 | 23.0000 | 23.0000 | 22.6800 | 22.9000 | 19.2670 | 69,600 |
| Dec 27, 2017 | 23.2500 | 23.3500 | 22.8700 | 22.9600 | 19.3175 | 97,500 |
| Dec 26, 2017 | 23.2400 | 23.6000 | 23.2400 | 23.2800 | 19.5867 | 55,000 |
| Dec 22, 2017 | 23.7000 | 23.7300 | 23.1500 | 23.3200 | 19.6204 | 110,500 |
| Dec 21, 2017 | 23.4100 | 23.6500 | 23.0100 | 23.5600 | 19.8223 | 121,200 |
| Dec 20, 2017 | 22.9000 | 23.7400 | 22.7200 | 23.3600 | 19.6540 | 217,200 |
| Dec 19, 2017 | 23.2700 | 23.2700 | 22.6800 | 22.7300 | 19.1240 | 109,800 |
| Dec 18, 2017 | 22.9800 | 23.3200 | 22.7300 | 23.2500 | 19.5615 | 178,800 |
| Dec 15, 2017 | 22.4600 | 23.0000 | 22.2800 | 22.7800 | 19.1660 | 324,500 |

*Close price adjusted for splits.    **Adjusted close price adjusted for both dividends and splits.

Q4 2018 — Missed by $0.09 | Q1 2019 — Missed by $0.12 | Q2 2019 — Beat by $0.08 | Q3 2019 — Missed by $0.08 | Q4 2019 — Feb 17

worldwide. The company operates through United States Print and Related Services, and International segments. It offers printing services, such as retail inserts, publications, catalogs, special interest

## Financials ›

Annual    Quarterly    ■ Revenue    ■ Earnings

various blue chip companies that operate in various industries, and businesses and consumers

## Recommendation Trends ›

... and direct ... has a strategic ... The company ... headquartered in

Strong Buy
Buy
Hold
Underperform
Sell

Jan | Dec | Nov | Oct

## Recommendation Rating ›

| 1 | 2 | 3 | 4 | 5 |
| Strong Buy | Buy | Hold | Under-perform | Sell |

## Analyst Price Targets (1) ›

Average 5.00

Low 5.00    Current 4.62    High 5.00

## People Also Watch

| Symbol | Last Price | Change | % Change |
|---|---|---|---|
| LKSD | 0.2500 | -0.0200 | -7.41% |
| LSC COMMUNICATIONS INC | | | |
| RRD | 3.1200 | -0.0800 | -2.50% |
| R.R. Donnelley & Sons Company | | | |
| DFIN | 9.47 | -0.54 | -5.39% |
| Donnelley Financial Solutions | | | |
| RXN | 32.27 | -0.42 | -1.28% |
| Rexnord Corporation | | | |
| RRTS | 6.50 | -0.45 | -6.47% |
| Roadrunner Transportation Sys | | | |

## Upgrades & Downgrades ›

↓ Downgrade    Maintains    Buckingham: to Neutral    12/20/2019

Buckingham: Buy to Neutral    10/30/2019

Maintains    Buckingham Research: to Buy    7/24/2019

Maintains    Buckingham: Buy to Buy    11/1/2018

## Earnings ›

Consensus EPS

Financials ›    Data Disclaimer    Help    Suggestions    Do not sell my info    Privacy (Updated)    About Our Ads    Terms (Updated)    Sitemap    © 2020 Verizon Media. All rights reserved.

Finance Home | Watchlists | My Portfolio | Screeners | Premium 🔒 | Markets | Industries | Personal Finance | ••• | 🔒 Premium - Try it free

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|------|------|------|-----|--------|-------------|--------|
| Dec 13, 2017 | 22.6800 | 22.9200 | 22.5900 | 22.6900 | 19.0903 | 115,500 |
| Dec 12, 2017 | 22.9400 | 23.1500 | 22.6600 | 22.7200 | 19.1156 | 97,600 |
| Dec 11, 2017 | 22.6100 | 23.1800 | 22.3200 | 22.9600 | 19.3175 | 176,300 |
| Dec 08, 2017 | 23.0100 | 23.0700 | 22.4600 | 22.6800 | 19.0819 | 128,200 |
| Dec 07, 2017 | 22.6500 | 23.2400 | 22.5400 | 23.0200 | 19.3680 | 191,300 |
| Dec 06, 2017 | 22.7700 | 22.8100 | 22.3100 | 22.6800 | 19.0819 | 122,900 |
| Dec 05, 2017 | 22.9300 | 22.9600 | 22.4800 | 22.7000 | 19.0987 | 179,300 |
| Dec 04, 2017 | 22.3000 | 23.0400 | 22.1800 | 22.9100 | 19.2754 | 235,300 |
| Dec 01, 2017 | 22.4400 | 22.6300 | 21.7800 | 22.0300 | 18.5350 | 133,800 |
| Nov 30, 2017 | 22.5500 | 22.6900 | 22.0100 | 22.5100 | 18.9389 | 377,800 |
| Nov 29, 2017 | 21.9100 | 22.5500 | 21.5200 | 22.5300 | 18.9557 | 484,500 |
| Nov 28, 2017 | 21.6700 | 22.0500 | 21.3700 | 21.9000 | 18.4256 | 328,200 |
| Nov 27, 2017 | 21.8800 | 21.9200 | 21.4900 | 21.6400 | 18.2069 | 261,800 |
| Nov 24, 2017 | 21.7800 | 21.8800 | 21.5000 | 21.8200 | 18.3583 | 81,100 |
| Nov 22, 2017 | 21.7500 | 21.8800 | 21.6400 | 21.7500 | 18.2994 | 185,200 |
| Nov 21, 2017 | 21.8700 | 22.0800 | 21.5900 | 21.7500 | 18.2994 | 140,600 |
| Nov 20, 2017 | 21.7600 | 21.8500 | 21.2800 | 21.7500 | 18.2994 | 117,100 |
| Nov 17, 2017 | 21.2900 | 22.1700 | 21.2900 | 21.7400 | 18.2910 | 169,100 |
| Nov 17, 2017 | | | 0.3 Dividend | | | |
| Nov 16, 2017 | 21.0000 | 21.8400 | 20.8800 | 21.7700 | 18.0639 | 237,800 |
| Nov 15, 2017 | 21.7000 | 21.7000 | 20.8000 | 20.9200 | 17.3586 | 318,600 |
| Nov 14, 2017 | 21.8600 | 22.1000 | 21.5900 | 21.9000 | 18.1717 | 93,400 |
| Nov 13, 2017 | 22.2400 | 22.2400 | 21.8300 | 21.8900 | 18.1634 | 125,600 |
| Nov 10, 2017 | 22.4300 | 22.8500 | 22.2000 | 22.3800 | 18.5700 | 87,900 |
| Nov 09, 2017 | 22.1800 | 22.9500 | 22.1800 | 22.5500 | 18.7111 | 158,400 |
| Nov 08, 2017 | 22.4400 | 22.5200 | 22.0900 | 22.2500 | 18.4622 | 228,600 |
| Nov 07, 2017 | 22.5500 | 22.6800 | 22.0400 | 22.4100 | 18.5949 | 194,900 |
| Nov 06, 2017 | 22.6900 | 22.7700 | 22.2500 | 22.5300 | 18.6945 | 146,800 |
| Nov 03, 2017 | 22.6900 | 23.0100 | 22.4400 | 22.9600 | 19.0513 | 145,200 |
| Nov 02, 2017 | 22.4000 | 22.9600 | 22.1200 | 22.6900 | 18.8272 | 148,700 |
| Nov 01, 2017 | 21.5900 | 23.7500 | 21.0500 | 22.4100 | 18.5949 | 315,700 |
| Oct 31, 2017 | 22.0200 | 23.2400 | 22.0100 | 22.7900 | 18.9102 | 275,100 |
| Oct 30, 2017 | 23.0400 | 23.1900 | 21.9200 | 21.9800 | 18.2381 | 231,400 |
| Oct 27, 2017 | 23.1100 | 23.2300 | 22.6100 | 23.1700 | 19.2255 | 155,300 |
| Oct 26, 2017 | 22.9400 | 23.2300 | 22.7900 | 23.1100 | 19.1757 | 111,700 |
| Oct 25, 2017 | 22.8800 | 22.9700 | 22.3500 | 22.8600 | 18.9683 | 99,600 |

*Close price adjusted for splits.    **Adjusted close price adjusted for both dividends and splits.

Q4 2018 Q1 2019 Q2 2019 Q3 2019 Q4 2019
Missed    Missed    Beat    Missed    —
by $0.09  by $0.12  by $0.08  by $0.08  Feb 17

worldwide. The company operates through United
States Print and Related Services, and International
segments. It offers printing services, such as retail
inserts, publications, catalogs, special interest

various blue chip companies that operate in various
industries, and businesses and consumers

, and direct
has a strategic
. The company
headquartered in

Us

Data Disclaimer  Help  Suggestions

Do not sell my info

Privacy (Updated)  About Our Ads  Terms
(Updated)  Sitemap

© 2020 Verizon Media. All rights reserved.

**Financials** ›

Annual   Quarterly    ■ Revenue  ■ Earnings

| | 2015 | 2016 | 2017 | 2018 |

**Recommendation Trends** ›

■ Strong Buy
■ Buy
■ Hold
■ Underperform
■ Sell

| | Jan | Dec | Nov | Oct |

**Recommendation Rating** ›

1 Strong Buy  2 Buy  3 Hold  4 Underperform  5 Sell

Rating: 3

**Analyst Price Targets (1)** ›

Average 5.00
Low 5.00  Current 4.62  High 5.00

**People Also Watch**

| Symbol | Last Price | Change | % Change |
|--------|-----------|--------|----------|
| LKSD<br>LSC COMMUNICATIONS INC | 0.2500 | -0.0200 | 7.41% |
| RRD<br>R.R. Donnelley & Sons Company | 3.1200 | -0.0800 | -2.50% |
| DFIN<br>Donnelley Financial Solutions | 9.47 | -0.54 | -5.39% |
| RXN<br>Rexnord Corporation | 32.27 | -0.42 | -1.28% |
| RRTS<br>Roadrunner Transportation Syst | 6.50 | -0.45 | -6.47% |

**Upgrades & Downgrades** ›

| | | |
|---|---|---|
| Maintains | Buckingham: to Neutral | 12/20/2019 |
| ↓ Downgrade | Buckingham: Buy to Neutral | 10/30/2019 |
| Maintains | Buckingham Research: to Buy | 7/24/2019 |
| Maintains | Buckingham: Buy to Buy | 11/1/2018 |

**Earnings** ›

○ Consensus EPS

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|---|
| Oct 23, 2017 | 22.6800 | 22.8000 | 22.2700 | 22.6100 | 18.7609 | 166,100 |
| Oct 20, 2017 | 23.1100 | 23.1900 | 22.7000 | 22.7400 | 18.8687 | 126,400 |
| Oct 19, 2017 | 23.0400 | 23.0400 | 22.4500 | 22.8600 | 18.9683 | 111,600 |
| Oct 18, 2017 | 22.2300 | 23.1600 | 22.2100 | 23.0700 | 19.1426 | 250,800 |
| Oct 17, 2017 | 22.8100 | 22.8100 | 22.1200 | 22.1800 | 18.4041 | 189,800 |
| Oct 16, 2017 | 23.3000 | 23.4600 | 22.4200 | 22.7100 | 18.8438 | 197,800 |
| Oct 13, 2017 | 23.4000 | 23.4700 | 23.1300 | 23.3300 | 19.3583 | 123,700 |
| Oct 12, 2017 | 23.2000 | 23.4000 | 23.0200 | 23.3000 | 19.3334 | 121,700 |
| Oct 11, 2017 | 23.2800 | 23.3700 | 23.1000 | 23.2400 | 19.2836 | 129,700 |
| Oct 10, 2017 | 23.4100 | 23.5700 | 23.1000 | 23.2800 | 19.3168 | 107,400 |
| Oct 09, 2017 | 23.0800 | 23.4700 | 22.9500 | 23.4100 | 19.4247 | 219,300 |
| Oct 06, 2017 | 23.7200 | 24.0300 | 22.8900 | 22.8900 | 18.9932 | 216,100 |
| Oct 05, 2017 | 23.6200 | 24.0000 | 23.5000 | 23.8700 | 19.8064 | 198,700 |
| Oct 04, 2017 | 24.0300 | 24.0300 | 23.4200 | 23.5300 | 19.5242 | 182,100 |
| Oct 03, 2017 | 23.3300 | 24.0400 | 23.1800 | 23.9800 | 19.8976 | 253,800 |
| Oct 02, 2017 | 22.6100 | 23.3200 | 22.6100 | 23.3100 | 19.3417 | 239,700 |
| Sep 29, 2017 | 22.8500 | 22.8500 | 22.4800 | 22.6100 | 18.7609 | 157,800 |
| Sep 28, 2017 | 23.0800 | 23.4000 | 22.8200 | 22.8500 | 18.9600 | 224,700 |
| Sep 27, 2017 | 22.6500 | 23.1800 | 22.3900 | 23.1400 | 19.2006 | 315,500 |
| Sep 26, 2017 | 21.8400 | 22.8500 | 21.8200 | 22.5900 | 18.7443 | 246,200 |
| Sep 25, 2017 | 22.5200 | 22.5500 | 21.7400 | 21.8800 | 18.1551 | 346,500 |
| Sep 22, 2017 | 19.9800 | 23.0000 | 19.9600 | 22.5800 | 18.7360 | 659,800 |
| Sep 21, 2017 | 20.2700 | 20.2700 | 19.6700 | 19.7700 | 16.4043 | 146,800 |
| Sep 20, 2017 | 19.8400 | 20.2900 | 19.7600 | 20.1600 | 16.7280 | 125,900 |
| Sep 19, 2017 | 19.8900 | 20.1600 | 19.7500 | 19.8300 | 16.4541 | 171,100 |
| Sep 18, 2017 | 19.9900 | 20.0200 | 19.7100 | 19.8800 | 16.4956 | 193,200 |
| Sep 15, 2017 | 19.5700 | 19.9900 | 19.3900 | 19.9800 | 16.5786 | 261,900 |
| Sep 14, 2017 | 19.6800 | 19.7200 | 19.4200 | 19.5500 | 16.2218 | 132,000 |
| Sep 13, 2017 | 19.9100 | 19.9800 | 19.6300 | 19.7200 | 16.3629 | 172,900 |
| Sep 12, 2017 | 19.3500 | 19.9500 | 19.3500 | 19.9500 | 16.5537 | 200,800 |
| Sep 11, 2017 | 19.0300 | 19.4000 | 19.0100 | 19.3200 | 16.0310 | 127,400 |
| Sep 08, 2017 | 18.7200 | 18.8700 | 18.5200 | 18.8100 | 15.6078 | 105,800 |
| Sep 07, 2017 | 18.7300 | 18.8800 | 18.5600 | 18.8100 | 15.6078 | 182,600 |
| Sep 06, 2017 | 18.7400 | 18.8100 | 18.4200 | 18.7000 | 15.5165 | 186,900 |
| Sep 05, 2017 | 19.1800 | 19.1900 | 18.6100 | 18.6600 | 15.4833 | 171,000 |
| Sep 01, 2017 | 19.1600 | 19.3300 | 19.0300 | 19.2100 | 15.9397 | 105,500 |

*Close price adjusted for splits.    **Adjusted close price adjusted for both dividends and splits.

Q4 2018    Q1 2019    Q2 2019    Q3 2019    Q4 2019
Missed      Missed      Beat        Missed      —
by $0.09   by $0.12   by $0.08   by $0.08   Feb 17

worldwide. The company operates through United States Print and Related Services, and International segments. It offers printing services, such as retail inserts, publications, catalogs, special interest

### Financials ›

Annual   Quarterly          ■ Revenue  ■ Earnings

various blue chip companies that operate in various industries, and businesses and consumers and direct has a strategic ny. The company adquartered in

### Recommendation Trends ›

■ Strong Buy
■ Buy
■ Hold
■ Underperform
■ Sell

| | Jan | Dec | Nov | Oct |
|---|---|---|---|---|
| Strong Buy | 1 | | | 1 |
| Buy | 1 | | | 1 |
| Hold | | 1 | 1 | |

### Recommendation Rating ›

1 Strong Buy   2 Buy   3 Hold   4 Under-perform   5 Sell

Analyst Price Targets (1) ›

**People Also Watch**

Average 5.00
Low 5.00   High 5.00
Current 4.62

| Symbol | Last Price | Change | % Change |
|---|---|---|---|
| **LKSD** LSC COMMUNICATIONS INC | 0.2500 | -0.0200 | 7.41% |
| **RRD** R.R. Donnelley & Sons Company | 3.1200 | -0.0800 | -2.50% |
| **DFIN** Donnelley Financial Solutions | 9.47 | -0.54 | -5.39% |
| **RXN** Rexnord Corporation | 32.27 | -0.42 | -1.28% |
| **RRTS** Roadrunner Transportation Sys | 6.50 | -0.45 | -6.47% |

### Upgrades & Downgrades ›

Maintains   Buckingham: to Neutral   12/20/2019
↓ Downgrade   Buckingham: Buy to Neutral   10/30/2019
Maintains   Buckingham Research: to Buy   7/24/2019
Maintains   Buckingham: Buy to Buy   11/1/2018

### Earnings ›

○ Consensus EPS

Data Disclaimer   Help   Suggestions   Do not sell my info   Privacy (Updated)   About Our Ads   Terms (Updated)   Sitemap   © 2020 Verizon Media. All rights reserved

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|------|------|------|-----|--------|-------------|--------|
| Aug 30, 2017 | 18.7400 | 18.9900 | 18.6500 | 18.9300 | 15.7073 | 140,300 |
| Aug 29, 2017 | 18.9600 | 19.1100 | 18.5700 | 18.7300 | 15.5414 | 192,100 |
| Aug 28, 2017 | 19.0900 | 19.1500 | 18.9700 | 19.0800 | 15.8318 | 182,500 |
| Aug 25, 2017 | 18.8800 | 19.1100 | 18.6600 | 19.0200 | 15.7820 | 172,200 |
| Aug 24, 2017 | 18.9400 | 19.1500 | 18.7800 | 18.8400 | 15.6327 | 123,200 |
| Aug 23, 2017 | 18.6400 | 19.0400 | 18.5500 | 18.8800 | 15.6659 | 213,600 |
| Aug 22, 2017 | 18.6200 | 18.9800 | 18.4300 | 18.7000 | 15.5165 | 252,800 |
| Aug 21, 2017 | 18.3300 | 18.8300 | 18.2000 | 18.5700 | 15.4086 | 313,600 |
| Aug 18, 2017 | 18.7700 | 18.9700 | 18.3400 | 18.3500 | 15.2261 | 247,100 |
| Aug 17, 2017 | 18.7200 | 19.4300 | 18.6900 | 18.8700 | 15.6576 | 353,300 |
| Aug 17, 2017 | | | 0.3 Dividend | | | |
| Aug 16, 2017 | 18.9500 | 19.1800 | 18.9400 | 19.0300 | 15.5414 | 206,100 |
| Aug 15, 2017 | 19.3000 | 19.5300 | 18.9300 | 18.9400 | 15.4679 | 323,000 |
| Aug 14, 2017 | 19.3900 | 19.8000 | 19.2600 | 19.3300 | 15.7864 | 277,300 |
| Aug 11, 2017 | 18.6700 | 19.3900 | 18.1600 | 19.3000 | 15.7619 | 310,400 |
| Aug 10, 2017 | 18.9900 | 19.1500 | 18.6500 | 18.8400 | 15.3862 | 284,200 |
| Aug 09, 2017 | 19.0800 | 19.3900 | 18.9100 | 19.0700 | 15.5741 | 303,900 |
| Aug 08, 2017 | 19.1500 | 19.5800 | 19.0400 | 19.2400 | 15.7129 | 399,900 |
| Aug 07, 2017 | 19.3100 | 19.4000 | 18.9100 | 18.9300 | 15.4597 | 230,700 |
| Aug 04, 2017 | 18.8900 | 19.4100 | 18.6300 | 19.2700 | 15.7374 | 463,400 |
| Aug 03, 2017 | 20.0300 | 20.0300 | 18.5900 | 18.8200 | 15.3699 | 653,300 |
| Aug 02, 2017 | 23.1800 | 23.1800 | 19.4400 | 20.0500 | 16.3744 | 936,700 |
| Aug 01, 2017 | 22.5700 | 22.8300 | 22.1300 | 22.7600 | 18.5876 | 298,700 |
| Jul 31, 2017 | 22.7000 | 22.7000 | 22.0900 | 22.4600 | 18.3426 | 189,900 |
| Jul 28, 2017 | 23.1800 | 23.2200 | 22.5900 | 22.6700 | 18.5141 | 143,800 |
| Jul 27, 2017 | 23.4600 | 23.6100 | 23.1700 | 23.2200 | 18.9633 | 138,600 |
| Jul 26, 2017 | 23.2400 | 23.4400 | 23.0300 | 23.2700 | 19.0041 | 133,500 |
| Jul 25, 2017 | 22.8100 | 23.2200 | 22.6600 | 23.2100 | 18.9551 | 196,800 |
| Jul 24, 2017 | 22.4400 | 22.7000 | 22.2300 | 22.6700 | 18.5141 | 217,400 |
| Jul 21, 2017 | 22.9400 | 22.9600 | 22.1700 | 22.4300 | 18.3181 | 264,600 |
| Jul 20, 2017 | 23.0800 | 23.1100 | 22.7700 | 22.8600 | 18.6693 | 183,700 |
| Jul 19, 2017 | 22.5900 | 23.1300 | 22.5500 | 23.1100 | 18.8734 | 125,400 |
| Jul 18, 2017 | 22.5800 | 22.7500 | 22.3600 | 22.5800 | 18.4406 | 125,100 |
| Jul 17, 2017 | 22.6000 | 22.8900 | 22.4600 | 22.6900 | 18.5304 | 148,800 |
| Jul 14, 2017 | 22.4100 | 22.7700 | 22.2900 | 22.6300 | 18.4814 | 105,000 |
| Jul 13, 2017 | 22.4100 | 22.5100 | 22.1600 | 22.4300 | 18.3181 | 165,900 |

0.10
-0.00
-0.10

Q4 2018   Q1 2019   Q2 2019   Q3 2019   Q4 2019
Missed    Missed    Beat      Missed    —
by $0.09  by $0.12  by $0.08  by $0.08  Feb 17

worldwide. The company operates through United
States Print and Related Services, and International
segments. It offers printing services, such as retail
inserts, publications, catalogs, special interest

**Financials** ›

**Annual**   Quarterly      ■ Revenue   ■ Earnings

5.00B
4.50B
4.00B
3.50B
3.00B
2.50B
2.00B
1.50B
1.00B
500.00M
0
-500.00M

2015   2016   2017   2018

various blue chip companies that operate in various
industries, and businesses and consumers
, and direct
has a strategic
y. The company
adquartered in

**Recommendation Trends** ›

■ Strong Buy
■ Buy
■ Hold
■ Underperform
■ Sell

Jan   Dec   Nov   Oct

**Recommendation Rating** ›

3

1          2          3          4          5
Strong     Buy        Hold       Under-     Sell
Buy                              perform

**Analyst Price Targets (1)** ›

Average 5.00

Low 5.00   Current 4.62   High 5.00

**People Also Watch**

| Symbol | Last Price | Change | % Change |
|--------|-----------|--------|----------|
| LKSD LSC COMMUNICATIONS INC | 0.2500 | -0.0200 | 7.41% |
| RRD R.R. Donnelley & Sons Company | 3.1200 | -0.0800 | -2.50% |
| DFIN Donnelley Financial Solutions | 9.47 | -0.54 | -5.39% |
| RXN Rexnord Corporation | 32.27 | -0.42 | -1.28% |
| RRTS Roadrunner Transportation | 6.50 | -0.45 | -6.47% |

**Upgrades & Downgrades** ›

Maintains    Buckingham: to Neutral    12/20/2019

↓ Downgrade    Buckingham: Buy to Neutral    10/30/2019

Maintains    Buckingham Research: to Buy    7/24/2019

**Earnings** ›

Maintains    Buckingham: Buy to Buy    11/1/2018

○ Consensus EPS

0.70
0.60
0.50
0.40

Us
Data Disclaimer    Help    Suggestions
Do not sell my info
Privacy (Updated)   About Our Ads   Terms
(Update   Sitemap
🐦  f  t
© 2020 Verizon Media. All rights reserved.

*Close price adjusted for splits.   **Adjusted close price adjusted for both dividends and splits.

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|---|
| Jul 11, 2017 | 22.5800 | 22.6100 | 22.1900 | 22.3500 | 18.2528 | 234,300 |
| Jul 10, 2017 | 22.5600 | 22.5600 | 22.3300 | 22.5100 | 18.3834 | 191,100 |
| Jul 07, 2017 | 22.5300 | 22.6800 | 22.3200 | 22.5900 | 18.4488 | 121,200 |
| Jul 06, 2017 | 22.3400 | 22.6500 | 22.3000 | 22.4700 | 18.3508 | 136,900 |
| Jul 05, 2017 | 23.1400 | 23.1400 | 22.3000 | 22.5500 | 18.4161 | 221,100 |
| Jul 03, 2017 | 22.9600 | 23.2500 | 22.9000 | 23.1500 | 18.9061 | 77,200 |
| Jun 30, 2017 | 22.7500 | 23.1000 | 22.6500 | 22.9200 | 18.7183 | 142,700 |
| Jun 29, 2017 | 23.1500 | 23.2500 | 22.4800 | 22.7500 | 18.5794 | 156,500 |
| Jun 28, 2017 | 22.8500 | 23.3300 | 22.6500 | 23.1600 | 18.9143 | 208,200 |
| Jun 27, 2017 | 23.2000 | 23.3600 | 22.6300 | 22.7200 | 18.5549 | 304,800 |
| Jun 26, 2017 | 22.6500 | 23.3100 | 22.5100 | 23.1800 | 18.9306 | 300,000 |
| Jun 23, 2017 | 22.6000 | 22.7300 | 22.4500 | 22.6100 | 18.4651 | 402,200 |
| Jun 22, 2017 | 22.3700 | 22.6200 | 22.3000 | 22.5000 | 18.3753 | 230,700 |
| Jun 21, 2017 | 22.2500 | 22.4400 | 22.0900 | 22.2800 | 18.1956 | 226,400 |
| Jun 20, 2017 | 22.5100 | 22.5400 | 21.9800 | 22.1800 | 18.1139 | 299,100 |
| Jun 19, 2017 | 22.8100 | 22.8100 | 22.3200 | 22.6000 | 18.4569 | 140,500 |
| Jun 16, 2017 | 22.3500 | 22.6700 | 22.2000 | 22.6600 | 18.5059 | 313,300 |
| Jun 15, 2017 | 22.6700 | 22.6700 | 22.1600 | 22.5500 | 18.4161 | 358,400 |
| Jun 14, 2017 | 22.8300 | 22.8300 | 22.3600 | 22.6800 | 18.5223 | 160,500 |
| Jun 13, 2017 | 22.6700 | 22.8400 | 22.4800 | 22.7200 | 18.5549 | 193,900 |
| Jun 12, 2017 | 22.1200 | 22.7400 | 22.1200 | 22.6200 | 18.4733 | 375,600 |
| Jun 09, 2017 | 22.3000 | 22.3000 | 21.8700 | 22.1000 | 18.0486 | 286,400 |
| Jun 08, 2017 | 21.9100 | 22.3100 | 21.5400 | 22.2800 | 18.1956 | 275,500 |
| Jun 07, 2017 | 22.1500 | 22.3500 | 21.8000 | 21.9100 | 17.8934 | 207,100 |
| Jun 06, 2017 | 22.0500 | 22.2700 | 21.7100 | 22.1200 | 18.0649 | 284,100 |
| Jun 05, 2017 | 22.8600 | 22.8600 | 22.0800 | 22.1100 | 18.0568 | 236,100 |
| Jun 02, 2017 | 22.7600 | 23.0500 | 22.4100 | 22.8200 | 18.6366 | 270,900 |
| Jun 01, 2017 | 22.3200 | 22.6700 | 22.1300 | 22.6000 | 18.4569 | 373,400 |
| May 31, 2017 | 22.0400 | 22.2900 | 21.9600 | 22.2700 | 18.1874 | 248,300 |
| May 30, 2017 | 22.0600 | 22.1600 | 21.7600 | 22.0100 | 17.9751 | 341,500 |
| May 26, 2017 | 22.1900 | 22.3300 | 21.7900 | 22.1600 | 18.0976 | 203,400 |
| May 25, 2017 | 22.3300 | 22.3300 | 22.0100 | 22.1900 | 18.1221 | 291,300 |
| May 24, 2017 | 22.6200 | 22.6200 | 22.1600 | 22.2100 | 18.1384 | 285,200 |
| May 23, 2017 | 22.8000 | 22.8000 | 22.3300 | 22.5000 | 18.3753 | 203,300 |
| May 22, 2017 | 22.8100 | 22.8100 | 22.5000 | 22.6300 | 18.4814 | 235,800 |
| May 19, 2017 | 23.0500 | 23.3000 | 22.6300 | 22.7000 | 18.5386 | 338,100 |

*Close price adjusted for splits.   **Adjusted close price adjusted for both dividends and splits.

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|---|
| May 18, 2017 | | | 0.3 Dividend | | | |
| May 17, 2017 | 23.8600 | 24.1500 | 23.4900 | 23.5000 | 18.9469 | 466,200 |
| May 16, 2017 | 24.3800 | 24.5000 | 24.0000 | 24.3100 | 19.6000 | 197,900 |
| May 15, 2017 | 24.0900 | 24.6900 | 24.0800 | 24.4300 | 19.6968 | 347,500 |
| May 12, 2017 | 24.3000 | 24.5500 | 23.9400 | 24.1300 | 19.4549 | 261,900 |
| May 11, 2017 | 24.7600 | 24.8800 | 24.2100 | 24.3400 | 19.6242 | 307,600 |
| May 10, 2017 | 25.1600 | 25.2200 | 24.8100 | 24.8900 | 20.0676 | 315,800 |
| May 09, 2017 | 25.6700 | 25.8500 | 25.1800 | 25.2700 | 20.3740 | 235,600 |
| May 08, 2017 | 26.1500 | 26.2400 | 25.4800 | 25.7400 | 20.7530 | 385,600 |
| May 05, 2017 | 27.0800 | 27.1100 | 26.0700 | 26.2200 | 21.1400 | 469,500 |
| May 04, 2017 | 27.9800 | 27.9800 | 25.9800 | 27.1000 | 21.8495 | 679,000 |
| May 03, 2017 | 28.2500 | 29.0400 | 26.5900 | 27.9800 | 22.5590 | 1,029,400 |
| May 02, 2017 | 26.7900 | 26.8800 | 26.2900 | 26.5900 | 21.4383 | 438,300 |
| May 01, 2017 | 26.2500 | 26.7700 | 26.0300 | 26.6400 | 21.4786 | 426,700 |
| Apr 28, 2017 | 26.4100 | 26.5700 | 25.9300 | 26.2600 | 21.1722 | 262,100 |
| Apr 27, 2017 | 26.2000 | 26.9500 | 26.2000 | 26.3500 | 21.2448 | 270,800 |
| Apr 26, 2017 | 25.6200 | 26.4300 | 25.4900 | 26.0300 | 20.9868 | 223,900 |
| Apr 25, 2017 | 25.0000 | 25.7600 | 25.0000 | 25.6400 | 20.6723 | 296,100 |
| Apr 24, 2017 | 24.9200 | 25.0200 | 24.4900 | 24.9800 | 20.1402 | 353,000 |
| Apr 21, 2017 | 24.9700 | 25.0200 | 24.4300 | 24.5200 | 19.7693 | 428,100 |
| Apr 20, 2017 | 24.9200 | 25.2800 | 24.7100 | 24.9300 | 20.0999 | 307,100 |
| Apr 19, 2017 | 24.4700 | 24.8000 | 24.2600 | 24.7000 | 19.9145 | 174,100 |
| Apr 18, 2017 | 24.1200 | 24.4000 | 24.0000 | 24.2900 | 19.5839 | 188,100 |
| Apr 17, 2017 | 23.9300 | 24.2600 | 23.8400 | 24.1600 | 19.4791 | 152,100 |
| Apr 13, 2017 | 23.9500 | 24.0600 | 23.5500 | 23.7000 | 19.1082 | 167,000 |
| Apr 12, 2017 | 24.5000 | 24.5300 | 23.9100 | 23.9700 | 19.3259 | 247,000 |
| Apr 11, 2017 | 24.0400 | 24.6100 | 23.9500 | 24.5200 | 19.7693 | 300,500 |
| Apr 10, 2017 | 24.2500 | 24.7500 | 24.0200 | 24.1400 | 19.4629 | 224,000 |
| Apr 07, 2017 | 24.4700 | 24.5200 | 24.0500 | 24.2200 | 19.5275 | 304,800 |
| Apr 06, 2017 | 24.3400 | 24.4700 | 23.9600 | 24.3900 | 19.6645 | 285,400 |
| Apr 05, 2017 | 24.4300 | 24.6800 | 24.1400 | 24.3400 | 19.6242 | 389,000 |
| Apr 04, 2017 | 24.9200 | 24.9200 | 24.0800 | 24.2000 | 19.5113 | 308,100 |
| Apr 03, 2017 | 25.2000 | 25.4600 | 24.8000 | 24.8800 | 20.0596 | 266,400 |
| Mar 31, 2017 | 24.9400 | 25.7600 | 24.8100 | 25.2400 | 20.3498 | 440,000 |
| Mar 30, 2017 | 24.6900 | 25.1200 | 24.4500 | 24.9300 | 20.0999 | 469,600 |
| Mar 29, 2017 | 23.2800 | 25.1000 | 22.9800 | 24.6000 | 19.8338 | 528,700 |

*Close price adjusted for splits.   **Adjusted close price adjusted for both dividends and splits.



Q4 2018 — Missed by $0.09
Q1 2019 — Missed by $0.12
Q2 2019 — Beat by $0.08
Q3 2019 — Missed by $0.08
Q4 2019 — Feb 17

worldwide. The company operates through United States Print and Related Services, and International segments. It offers printing services, such as retail inserts, publications, catalogs, special interest

**Financials** ❯

Annual   Quarterly     ■ Revenue  ■ Earnings



various blue chip companies that operate in various industries, and businesses and consumers

**Recommendation Trends** ❯



■ Strong Buy
■ Buy
■ Hold
■ Underperform
■ Sell

, and direct
has a strategic
y. The company
adquartered in

**Recommendation Rating** ❯



| Strong Buy | Buy | Hold | Under-perform | Sell |
|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 |

**Analyst Price Targets (1)** ❯

Average 5.00

Current 4.62     Low 5.00     High 5.00

**Upgrades & Downgrades** ❯

| | | |
|---|---|---|
| Maintains | Buckingham: to Neutral | 12/20/2019 |
| ↓ Downgrade | Buckingham: Buy to Neutral | 10/30/2019 |
| Maintains | Buckingham Research: to Buy | 7/24/2019 |
| Maintains | Buckingham: Buy to Buy | 11/1/2018 |

**Company Profile**

N61 W23044 Harry's Way

414-566-6000

Finance Home    Watchlists    My Portfolio    Screeners    Premium 🔒    Markets    Industries    Personal Finance    •••    🔒 Premium - Try it free

Us

Data Disclaimer    Help    Suggestions

Do not sell my info

Privacy (Updated)  About Our Ads  Terms (Updated)  Sitemap

© 2020 Verizon Media. All rights reserved.

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|------|------|------|------|--------|-------------|--------|
| Mar 27, 2017 | 23.1700 | 23.3700 | 21.8800 | 22.1000 | 17.8182 | 456,500 |
| Mar 24, 2017 | 23.5400 | 23.8400 | 23.4000 | 23.4700 | 18.9228 | 327,600 |
| Mar 23, 2017 | 23.3600 | 24.0200 | 23.1700 | 23.4800 | 18.9308 | 514,500 |
| Mar 22, 2017 | 23.4400 | 24.0400 | 23.0900 | 23.4100 | 18.8744 | 590,500 |
| Mar 21, 2017 | 24.3500 | 24.3500 | 23.2700 | 23.4400 | 18.8986 | 294,400 |
| Mar 20, 2017 | 24.2100 | 24.7400 | 23.9800 | 24.2200 | 19.5275 | 332,600 |
| Mar 17, 2017 | 23.7900 | 24.4300 | 23.6800 | 24.2000 | 19.5113 | 575,000 |
| Mar 16, 2017 | 24.6700 | 24.9800 | 23.6500 | 23.7100 | 19.1163 | 260,600 |
| Mar 15, 2017 | 23.8400 | 24.6800 | 23.4300 | 24.6500 | 19.8741 | 408,100 |

*Close price adjusted for splits.      **Adjusted close price adjusted for both dividends and splits.

http://www.quad.com

Sector: **Industrials**
Industry: **Specialty Business Services**
Full Time Employees: **20,600**

Quad/Graphics, Inc. provides marketing solutions worldwide. The company operates through United States Print and Related Services, and International segments. It offers printing services, such as retail inserts, publications, catalogs, special interest publications, journals, direct mail, books, directories, in-store marketing and promotion, packaging, newspapers, custom print products, and other commercial and specialty printed products; and paper procurement services. The company also provides marketing and other services, including consumer insights, audience targeting, personalization, media planning and placement, process optimization, campaign planning and creation, pre-media production, videography, photography, digital and print execution, and logistics, as well as manufactures ink. It serves various blue chip companies that operate in various industries; and businesses and consumers comprising retailers, publishers, and direct marketers. Quad/Graphics, Inc. has a strategic partnership with the dtx company. The company was founded in 1971 and is headquartered in Sussex, Wisconsin.

Advertise With Us

Data Disclaimer  Help  Suggestions
Do not sell my info
Privacy (Updated)  About Our Ads  Terms
(Updated)  Sitemap



© 2020 Verizon Media. All rights reserved.