**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | ) | |
| DENNIS BORN and MARILYNN BORN, | ) | Civil Action No. 1:19-cv-10376-VEC |
| Individually and on Behalf of all Others Similarly | ) | |
| Situated, | ) | CLASS ACTION |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| QUAD/GRAPHICS, INC., J. JOEL | ) | |
| QUADRACCI, and DAVID J. HONAN, | ) | |
| | ) | |
| Defendants. | ) | |

**DECLARATION OF JAVIER BLEICHMAR IN SUPPORT OF THE REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF THE MOTION OF HANI ANKLIS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF HIS SELECTION OF COUNSEL**

I, Javier Bleichmar, declare as follows:

1.      I am a member in good standing of the bar of the State of New York and of this Court.  I am a Partner of the law firm of Bleichmar Fonti & Auld, LLP ("BFA").  I submit this declaration in support of the Reply Memorandum of Law in Further Support of the Motion filed by Hani Anklis ("Anklis") for: (1) appointment as Lead Plaintiff, and (2) approval of his selection of Gibbs Law Group LLP to serve as Lead Counsel for the Class and BFA to serve as Local Counsel for the Class.

2.      Attached as Exhibits A – B are true and correct copies of:

EXHIBIT A:      Loss Chart created by counsel reflecting the *Dura* loss incurred by Valerie Bloom; and

EXHIBIT B:      Updated Certification of Anklis.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 11th day of February 2020.

/s/ Javier Bleichmar
Javier Bleichmar

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on February 11, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the registered participants.  Executed on February 11, 2020.

*/s/ Javier Bleichmar*
Javier Bleichmar