# EXHIBIT A

**Valerie Bloom**
**Class Period: February 21, 2018 - October 29, 2019**

**LIFO (Dura)  -  Quad/Graphics, Inc. Common Stock (770 Bloom Living Trust)**

| TransType | TradeDate | Quantity | Price | Total Cost/Proceeds |
|---|---|---|---|---|
| Purchase | 11/20/2018 | 65.00 | $15.23 | ($989.95) |
| Purchase | 5/17/2019 | 11.00 | $10.00 | ($110.00) |
| Purchase | 5/17/2019 | 189.00 | $10.00 | ($1,890.00) |
| Purchase | 5/23/2019 | 53.00 | $9.25 | ($490.25) |
| Purchase | 8/14/2019 | 318.00 | $9.94 | ($3,160.92) |
| **Class Period Shares Retained Through a Disclosure** | | **636.00** | | **($6,641.12)** |

| | | | | |
|---|---|---|---|---|
| Purchase | 5/23/2019 | 55.00 | $9.25 | ($508.75) |
| Purchase | 5/28/2019 | 113.00 | $8.78 | ($992.14) |
| Purchase | 6/24/2019 | 150.00 | $8.00 | ($1,200.00) |
| Sale | 8/14/2019 | -318.00 | $10.00 | $3,179.05 |
| **Shares Purchased and Sold Prior to a Disclosure (Not Included in the Dura Loss Calculation)** | | **0.00** | | **$478.16** |

|  | Retained Shares[1] | 636.00 | 4.3334 | $2,756.05 |
|---|---|---|---|---|
|  |  | | **LIFO (Dura)** | **($3,885.07)** |

**LIFO (Dura)  -  Quad/Graphics, Inc. Common Stock (684 Rollover IRA)**

| TransType | TradeDate | Quantity | Price | Total Cost/Proceeds |
|---|---|---|---|---|
| Purchase | 11/20/2018 | 65.00 | $15.33 | ($996.45) |
| Purchase | 12/7/2018 | 1.00 | $14.46 | ($14.46) |
| Purchase | 12/7/2018 | 68.00 | $14.46 | ($983.28) |
| Purchase | 5/17/2019 | 200.00 | $10.00 | ($2,000.00) |
| Purchase | 5/23/2019 | 108.00 | $9.25 | ($999.00) |
| Purchase | 5/28/2019 | 113.00 | $8.78 | ($992.14) |
| Purchase | 6/24/2019 | 150.00 | $8.00 | ($1,200.00) |
| Purchase | 8/14/2019 | 141.00 | $9.94 | ($1,401.54) |
| **Class Period Shares Retained Through a Disclosure** | | **846.00** | | **($8,586.87)** |

|  | Retained Shares[1] | 846.00 | 4.3334 | $3,666.07 |
|---|---|---|---|---|
|  |  | | **LIFO (Dura)** | **($4,920.80)** |
|  |  | | **Combined LIFO (Dura)** | **($8,805.87)** |

**Valerie Bloom**
**Class Period: February 22, 2017 - October 29, 2019**

**LIFO (Dura)  -  Quad/Graphics, Inc. Common Stock (770 Bloom Living Trust)**

| TransType | TradeDate | Quantity | Price | Total Cost/Proceeds |
|---|---|---|---|---|
| Purchase | 11/20/2018 | 65.00 | $15.23 | ($989.95) |
| Purchase | 5/17/2019 | 11.00 | $10.00 | ($110.00) |
| Purchase | 5/17/2019 | 189.00 | $10.00 | ($1,890.00) |
| Purchase | 5/23/2019 | 53.00 | $9.25 | ($490.25) |
| Purchase | 8/14/2019 | 318.00 | $9.94 | ($3,160.92) |
| **Class Period Shares Retained Through a Disclosure** | | **636.00** | | **($6,641.12)** |
| | | | | |
| Sale | 10/3/2017 | -52.00 | $23.98 | $1,246.96 |
| Sale | 10/3/2017 | -10.00 | $23.98 | $239.80 |
| Sale | 10/3/2017 | -0.33 | $23.98 | $7.91 |
| **Shares Sold Matching to Pre-Class Period Shares (Not Included in the Dura Loss Calculation)** | | **-62.33** | | **$1,494.67** |
| | | | | |
| Purchase | 3/27/2017 | 23.00 | $22.06 | ($507.38) |
| Purchase | 8/2/2017 | 25.00 | $20.00 | ($500.00) |
| Sale | 10/3/2017 | -48.00 | $23.98 | $1,151.04 |
| Purchase | 5/23/2019 | 55.00 | $9.25 | ($508.75) |
| Purchase | 5/28/2019 | 113.00 | $8.78 | ($992.14) |
| Purchase | 6/24/2019 | 150.00 | $8.00 | ($1,200.00) |
| Sale | 8/14/2019 | -318.00 | $10.00 | $3,179.05 |
| **Shares Purchased and Sold Prior to a Disclosure (Not Included in the Dura Loss Calculation)** | | **0.00** | | **$621.82** |

| | Retained Shares[1] | 636.00 | 4.3334 | $2,756.05 |
|---|---|---|---|---|
| | | **LIFO (Dura)** | | **($3,885.07)** |

**LIFO (Dura)  -  Quad/Graphics, Inc. Common Stock (684 Rollover IRA)**

| TransType | TradeDate | Quantity | Price | Total Cost/Proceeds |
|---|---|---|---|---|
| Purchase | 11/20/2018 | 65.00 | $15.33 | ($996.45) |
| Purchase | 12/7/2018 | 1.00 | $14.46 | ($14.46) |
| Purchase | 12/7/2018 | 68.00 | $14.46 | ($983.28) |
| Purchase | 5/17/2019 | 200.00 | $10.00 | ($2,000.00) |
| Purchase | 5/23/2019 | 108.00 | $9.25 | ($999.00) |
| Purchase | 5/28/2019 | 113.00 | $8.78 | ($992.14) |
| Purchase | 6/24/2019 | 150.00 | $8.00 | ($1,200.00) |
| Purchase | 8/14/2019 | 141.00 | $9.94 | ($1,401.54) |
| **Class Period Shares Retained Through a Disclosure** | | **846.00** | | **($8,586.87)** |

| | | | | |
|---|---|---|---|---|
| Sale | 10/3/2017 | -62.00 | $23.80 | $1,475.60 |
| Sale | 10/3/2017 | -0.33 | $23.80 | $7.85 |

| | | | | |
|---|---|---|---|---|
| **Shares Sold Matching to Pre-Class Period Shares (Not Included in the Dura Loss Calculation)** | | **-62.33** | | **$1,483.45** |

| | | | | |
|---|---|---|---|---|
| Purchase | 3/27/2017 | 18.00 | $22.02 | ($396.36) |
| Purchase | 8/2/2017 | 35.00 | $20.00 | ($700.00) |
| Sale | 10/3/2017 | -52.00 | $23.80 | $1,237.60 |
| Sale | 10/3/2017 | -1.00 | $23.80 | $23.80 |

| | | | | |
|---|---|---|---|---|
| **Shares Purchased and Sold Prior to a Disclosure (Not Included in the Dura Loss Calculation)** | | **0.00** | | **$165.04** |

| | | | |
|---|---|---|---|
| Retained Shares[1] | 846.00 | 4.3334 | $3,666.07 |
| **LIFO (Dura)** | | | **($4,920.80)** |
| **Combined LIFO (Dura)** | | | **($8,805.87)** |

---

[1] *Shares retained at the end of the class period are valued at the average price from October 30, 2019 to December 27, 2019.*