# EXHIBIT B

## CERTIFICATION

I, Hani Anklis, hereby certify as follows:

1.  I have reviewed the complaints filed against Quad/Graphics, Inc. and others for violations of the federal securities laws.

2.  I did not purchase or sell securities of Quad/Graphics at the direction of counsel in order to participate in a private action under the federal securities laws.

3.  I am willing to serve as a lead plaintiff in this matter, including providing testimony at deposition and trial, if necessary.

4.  My transactions in Quad/Graphics securities during the Class Period are reflected in Schedule A, attached hereto.

5.  I have not sought to serve as a lead plaintiff in a class action under the federal securities laws in the last three years.

6.  Beyond my pro rata share of any recovery, I will not accept payment for serving as lead plaintiff on behalf of the class, except the reimbursement of any reasonable costs and expenses including lost wages as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this 31st day of January 2020.

Hani Anklis
Hani Anklis

**SCHEDULE A**
TRANSACTIONS IN
Quad/Graphics, Inc.

**Charles Schwab Account - Common Stock**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Purchase | 02/22/2017 | 2,482.00 | 25.60 | ($63,539.20) |
| Purchase | 02/22/2017 | 100.00 | 25.60 | ($2,560.00) |
| Purchase | 02/22/2017 | 100.00 | 25.56 | ($2,556.00) |
| Purchase | 02/22/2017 | 100.00 | 25.55 | ($2,555.00) |
| Purchase | 02/22/2017 | 100.00 | 23.65 | ($2,365.00) |
| Purchase | 02/22/2017 | 200.00 | 23.62 | ($4,724.00) |
| Purchase | 02/22/2017 | 200.00 | 23.61 | ($4,722.00) |
| Purchase | 02/22/2017 | 100.00 | 23.62 | ($2,362.00) |
| Purchase | 02/22/2017 | 100.00 | 23.60 | ($2,360.00) |
| Purchase | 02/22/2017 | 100.00 | 23.64 | ($2,364.00) |
| Purchase | 02/22/2017 | 100.00 | 23.63 | ($2,363.00) |
| Purchase | 02/22/2017 | 200.00 | 23.61 | ($4,722.00) |
| Purchase | 02/22/2017 | 200.00 | 23.62 | ($4,724.00) |
| Purchase | 02/22/2017 | 200.00 | 23.61 | ($4,722.00) |
| Purchase | 02/22/2017 | 400.00 | 23.55 | ($9,420.00) |
| Purchase | 02/22/2017 | 100.00 | 23.54 | ($2,354.00) |
| Sale | 03/10/2017 | -4,782.00 | 25.74 | $123,088.68 |
| Purchase | 03/13/2017 | 209.00 | 24.30 | ($5,078.70) |
| Purchase | 03/13/2017 | 500.00 | 24.30 | ($12,150.00) |
| Purchase | 03/13/2017 | 300.00 | 24.30 | ($7,290.00) |
| Purchase | 03/13/2017 | 100.00 | 24.30 | ($2,430.00) |
| Purchase | 03/27/2017 | 1,000.00 | 22.05 | ($22,050.00) |
| Purchase | 03/27/2017 | 9,900.00 | 22.07 | ($218,493.00) |
| Purchase | 03/27/2017 | 100.00 | 22.06 | ($2,206.00) |
| Sale | 06/12/2017 | -1,000.00 | 22.53 | $22,530.00 |
| Purchase | 08/02/2017 | 1,300.00 | 19.67 | ($25,571.00) |
| Purchase | 08/15/2017 | 100.00 | 19.02 | ($1,902.00) |
| Purchase | 08/28/2017 | 4,684.00 | 19.00 | ($88,996.00) |
| Purchase | 08/31/2017 | 1,290.00 | 19.10 | ($24,639.00) |
| Purchase | 09/07/2017 | 2,795.00 | 18.76 | ($52,434.20) |
| Purchase | 09/07/2017 | 100.00 | 18.76 | ($1,876.00) |
| Purchase | 09/07/2017 | 2,322.00 | 18.76 | ($43,560.72) |
| Purchase | 09/07/2017 | 300.00 | 18.75 | ($5,625.00) |
| Purchase | 09/14/2017 | 3,160.00 | 19.55 | ($61,778.00) |
| Purchase | 09/14/2017 | 200.00 | 19.55 | ($3,910.00) |
| Purchase | 09/14/2017 | 100.00 | 19.53 | ($1,953.00) |
| Sale | 11/16/2017 | -2,000.00 | 21.54 | $43,080.00 |
| Sale | 02/21/2018 | -160.00 | 27.22 | $4,355.20 |
| Sale | 02/21/2018 | -100.00 | 27.26 | $2,726.00 |

| Sale | 02/21/2018 | -100.00 | 27.27 | $2,727.00 |
|------|------------|---------|-------|-----------|
| Sale | 02/21/2018 | -100.00 | 27.33 | $2,733.25 |
| Sale | 02/26/2018 | -500.00 | 28.64 | $14,320.00 |
| Purchase | 05/02/2018 | 400.00 | 21.11 | ($8,444.00) |
| Purchase | 05/02/2018 | 200.00 | 21.11 | ($4,221.00) |
| Purchase | 05/02/2018 | 400.00 | 21.11 | ($8,444.00) |
| Purchase | 06/13/2018 | 500.00 | 20.11 | ($10,054.80) |
| Purchase | 06/13/2018 | 250.00 | 20.11 | ($5,027.48) |
| Sale | 06/21/2018 | -500.00 | 21.46 | $10,731.90 |
| Sale | 07/09/2018 | -750.00 | 21.83 | $16,368.75 |
| Purchase | 09/11/2018 | 399.00 | 20.29 | ($8,095.71) |
| Purchase | 11/20/2018 | 148.00 | 15.38 | ($2,276.24) |
| Sale | 02/11/2019 | -547.00 | 14.03 | $7,676.60 |

**Charles Schwab Account - 04/21/2017 25.00 Calls**

| Transaction Type | Trade Date | Shares | Price Per Contract | Cost/Proceeds |
|------------------|------------|--------|--------------------|---------------|
| Purchase | 02/22/2017 | 5.00 | 1.95 | ($975.00) |
| Purchase | 02/22/2017 | 26.00 | 1.95 | ($5,070.00) |
| Purchase | 02/22/2017 | 19.00 | 1.95 | ($3,705.00) |
| Purchase | 02/22/2017 | 21.00 | 1.95 | ($4,095.00) |
| Purchase | 02/22/2017 | 4.00 | 1.95 | ($780.00) |
| Purchase | 02/22/2017 | 20.00 | 1.95 | ($3,900.00) |
| Purchase | 02/22/2017 | 1.00 | 1.95 | ($195.00) |
| Purchase | 02/22/2017 | 26.00 | 1.95 | ($5,070.00) |
| Purchase | 02/22/2017 | 1.00 | 1.95 | ($195.00) |
| Purchase | 02/22/2017 | 10.00 | 1.95 | ($1,950.00) |
| Purchase | 02/22/2017 | 8.00 | 1.95 | ($1,560.00) |
| Purchase | 02/22/2017 | 1.00 | 1.95 | ($195.00) |
| Purchase | 02/22/2017 | 358.00 | 1.95 | ($69,810.00) |
| Purchase | 02/22/2017 | 10.00 | 1.30 | ($1,300.00) |
| Purchase | 02/22/2017 | 4.00 | 1.30 | ($520.00) |
| Purchase | 02/22/2017 | 6.00 | 1.30 | ($780.00) |
| Purchase | 02/22/2017 | 16.00 | 1.30 | ($2,080.00) |
| Purchase | 02/22/2017 | 5.00 | 1.30 | ($650.00) |
| Purchase | 02/22/2017 | 10.00 | 1.30 | ($1,300.00) |
| Purchase | 02/22/2017 | 1.00 | 1.30 | ($130.00) |
| Purchase | 02/22/2017 | 10.00 | 1.30 | ($1,300.00) |
| Purchase | 02/22/2017 | 1.00 | 1.30 | ($130.00) |
| Purchase | 02/22/2017 | 34.00 | 1.30 | ($4,420.00) |
| Purchase | 02/22/2017 | 12.00 | 1.30 | ($1,560.00) |
| Purchase | 02/22/2017 | 2.00 | 1.30 | ($260.00) |
| Purchase | 02/22/2017 | 4.00 | 1.30 | ($520.00) |
| Purchase | 02/22/2017 | 4.00 | 1.30 | ($520.00) |
| Purchase | 02/22/2017 | 21.00 | 1.30 | ($2,730.00) |

| Purchase | 02/22/2017 | 4.00 | 1.30 | ($520.00) |
|---|---|---|---|---|
| Purchase | 02/22/2017 | 31.00 | 1.30 | ($4,030.00) |
| Purchase | 02/22/2017 | 4.00 | 1.30 | ($520.00) |
| Purchase | 02/22/2017 | 4.00 | 1.30 | ($520.00) |
| Purchase | 02/22/2017 | 1.00 | 1.30 | ($130.00) |
| Purchase | 02/22/2017 | 316.00 | 1.30 | ($41,080.00) |

1,000 contracts expired.

### Charles Schwab Account -  01/19/2018 25.00 Calls

| Transaction Type | Trade Date | Shares | Price Per Contract | Cost/Proceeds |
|---|---|---|---|---|
| Purchase | 11/29/2017 | 5.00 | 0.25 | ($125.00) |
| Sale | 11/29/2017 | -5.00 | 0.30 | $150.00 |
| Purchase | 12/11/2017 | 4.00 | 0.30 | ($120.00) |
| Purchase | 12/11/2017 | 3.00 | 0.30 | ($90.00) |
| Sale | 12/18/2017 | -7.00 | 0.21 | $147.00 |

### Charles Schwab Account -   01/17/2020 10.00 Calls

| Transaction Type | Trade Date | Shares | Price Per Contract | Cost/Proceeds |
|---|---|---|---|---|
| Purchase | 06/26/2019 | 137.00 | 0.40 | ($5,480.00) |
| Sale | 10/28/2019 | -53.00 | 1.40 | $7,420.00 |
| Sale | 10/28/2019 | -84.00 | 1.36 | $11,424.00 |

### Wells Fargo Account - Common Stock

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Sale | 05/01/2019 | -1,300.00 | 11.19 | $14,547.00 |
| Sale | 05/01/2019 | -500.00 | 11.20 | $5,600.00 |
| Sale | 05/01/2019 | -100.12 | 11.20 | $1,121.43 |
| Purchase | 06/07/2019 | 272.38 | 8.92 | ($2,429.89) |
| Purchase | 06/24/2019 | 1,970.00 | 8.03 | ($15,812.60) |
| Sale | 09/06/2019 | -320.00 | 9.71 | $3,107.20 |
| Purchase | 09/06/2019 | 61.30 | 9.64 | ($590.99) |
| Purchase | 09/06/2019 | 260.52 | 9.64 | ($2,511.68) |

### Scottrade/TDAmeritrade Account[1] - Common Stock

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Purchase | 02/22/2017 | 3,200.00 | 23.18 | ($74,168.00) |
| Purchase | 02/22/2017 | 34,800.00 | 25.20 | ($876,960.00) |
| Purchase | 02/22/2017 | 10,000.00 | 25.65 | ($256,490.00) |
| Sale | 03/10/2017 | -8,000.00 | 25.68 | $205,440.00 |
| Sale | 08/02/2017 | -5,000.00 | 20.57 | $102,832.50 |
| Sale | 08/02/2017 | -5,000.00 | 20.58 | $102,905.00 |

| | | | | |
|---|---|---|---|---|
| Sale | 08/02/2017 | -600.00 | 20.59 | $12,354.48 |
| Purchase | 08/02/2017 | 600.00 | 20.56 | ($12,335.64) |
| Sale | 08/03/2017 | -10,000.00 | 18.72 | $187,211.00 |
| Sale | 08/22/2017 | -5,000.00 | 18.67 | $93,365.00 |
| Sale | 10/17/2017 | -5,000.00 | 22.45 | $112,250.50 |
| Sale | 10/17/2017 | -5,000.00 | 22.54 | $112,707.00 |
| Sale | 10/18/2017 | -10,000.00 | 22.97 | $229,720.00 |
| Purchase* | 10/19/2017 | 50,000.00 | 20.00 | ($1,000,000.00) |
| Purchase* | 10/23/2017 | 50,000.00 | 20.00 | ($1,000,000.00) |
| Purchase | 10/25/2017 | 2,000.00 | 22.40 | ($44,793.60) |
| Sale | 10/30/2017 | -2,000.00 | 22.95 | $45,896.00 |
| Sale | 10/30/2017 | -1,000.00 | 22.97 | $22,970.60 |
| Sale | 10/30/2017 | -1,000.00 | 22.94 | $22,938.00 |
| Purchase | 10/30/2017 | 1,000.00 | 22.81 | ($22,814.00) |
| Purchase | 10/30/2017 | 1,000.00 | 22.35 | ($22,351.20) |
| Purchase | 10/30/2017 | 1,000.00 | 22.09 | ($22,094.90) |
| Sale | 10/31/2017 | -2,000.00 | 22.11 | $44,210.60 |
| Sale | 10/31/2017 | -2,000.00 | 22.14 | $44,270.60 |
| Sale | 10/31/2017 | -2,000.00 | 22.09 | $44,184.40 |
| Sale | 10/31/2017 | -2,000.00 | 22.10 | $44,203.00 |
| Sale | 10/31/2017 | -1,000.00 | 22.11 | $22,105.20 |
| Sale | 10/31/2017 | -2,000.00 | 22.47 | $44,940.80 |
| Purchase | 11/01/2017 | 1,000.00 | 21.96 | ($21,962.00) |
| Purchase | 11/01/2017 | 1,000.00 | 21.97 | ($21,968.80) |
| Purchase | 11/07/2017 | 1,000.00 | 22.14 | ($22,143.20) |
| Sale | 11/08/2017 | -2,000.00 | 22.37 | $44,732.00 |
| Purchase | 11/10/2017 | 1,000.00 | 22.21 | ($22,211.60) |
| Purchase | 11/13/2017 | 1,000.00 | 21.97 | ($21,972.00) |
| Purchase | 11/13/2017 | 1,000.00 | 22.00 | ($21,996.60) |
| Purchase | 11/13/2017 | 1,000.00 | 21.92 | ($21,921.80) |
| Sale | 11/16/2017 | -94.00 | 21.18 | $1,990.92 |
| Sale | 11/16/2017 | -1,906.00 | 21.00 | $40,026.00 |
| Sale | 11/16/2017 | -1,000.00 | 21.56 | $21,562.20 |
| Sale | 11/16/2017 | -1,000.00 | 21.58 | $21,583.00 |
| Sale | 11/27/2017 | -100.00 | 21.77 | $2,177.00 |
| Sale | 11/27/2017 | -300.00 | 21.73 | $6,519.54 |
| Sale | 11/27/2017 | -3,600.00 | 21.70 | $78,120.00 |
| Sale | 11/27/2017 | -1,037.00 | 21.77 | $22,575.90 |
| Sale | 11/27/2017 | -3,963.00 | 21.73 | $86,115.99 |
| Sale | 11/27/2017 | -200.00 | 21.73 | $4,346.00 |
| Sale | 11/27/2017 | -2,021.00 | 21.70 | $43,855.70 |
| Sale | 11/27/2017 | -500.00 | 21.68 | $10,840.00 |
| Sale | 11/27/2017 | -4,279.00 | 21.63 | $92,554.77 |
| Sale | 11/28/2017 | -2,000.00 | 21.65 | $43,292.00 |
| Purchase | 02/02/2018 | 1,000.00 | 21.31 | ($21,309.70) |

* Call exercise

| Purchase | 02/02/2018 | 1,000.00 | 21.29 | ($21,292.80) |
|---|---|---|---|---|
| Sale | 02/05/2018 | -1,243.00 | 21.21 | $26,357.94 |
| Sale | 02/05/2018 | -757.00 | 21.18 | $16,036.14 |
| Purchase | 02/05/2018 | 1,000.00 | 20.39 | ($20,389.90) |
| Sale | 02/06/2018 | -1,000.00 | 20.38 | $20,380.00 |
| Sale | 02/09/2018 | -300.00 | 20.23 | $6,069.00 |
| Sale | 02/09/2018 | -2,700.00 | 20.12 | $54,324.00 |
| Sale | 02/09/2018 | -7,000.00 | 20.12 | $140,840.00 |
| Sale | 02/09/2018 | -100.00 | 20.15 | $2,015.00 |
| Sale | 02/09/2018 | -9,900.00 | 20.11 | $199,059.30 |
| Sale | 02/21/2018 | -4,135.00 | 28.00 | $115,780.00 |
| Sale | 02/21/2018 | -3,612.00 | 27.95 | $100,943.12 |
| Sale | 02/21/2018 | -8,243.00 | 27.80 | $229,157.05 |
| Sale | 02/21/2018 | -7,010.00 | 27.97 | $196,080.22 |
| Sale | 02/21/2018 | -5,000.00 | 27.98 | $139,915.00 |
| Sale | 02/23/2018 | -250.00 | 30.54 | $7,633.75 |
| Purchase | 07/19/2018 | 12,300.00 | 20.00 | ($246,000.00) |
| Sale | 08/20/2018 | -2.00 | 23.10 | $46.20 |
| Sale | 08/20/2018 | -700.00 | 23.11 | $16,180.22 |
| Sale | 08/20/2018 | -298.00 | 23.11 | $6,887.14 |
| Sale | 08/20/2018 | -1,050.00 | 23.11 | $24,265.50 |
| Purchase | 10/02/2018 | 8,400.00 | 19.72 | ($165,647.16) |
| Purchase | 10/02/2018 | 1,092.00 | 19.71 | ($21,523.32) |
| Purchase | 10/02/2018 | 8.00 | 19.70 | ($157.60) |
| Purchase | 10/02/2018 | 200.00 | 19.69 | ($3,938.00) |
| Purchase | 10/02/2018 | 300.00 | 19.68 | ($5,904.00) |
| Sale | 10/31/2018 | -5,575.00 | 15.52 | $86,524.00 |
| Sale | 10/31/2018 | -2,525.00 | 15.51 | $39,162.75 |
| Purchase | 11/05/2018 | 1,519.00 | 16.09 | ($24,440.71) |
| Purchase | 11/05/2018 | 1,065.00 | 16.09 | ($17,135.74) |
| Purchase | 11/05/2018 | 476.00 | 16.09 | ($7,656.46) |
| Sale | 11/21/2018 | -500.00 | 15.11 | $7,555.00 |
| Sale | 11/21/2018 | -500.00 | 15.29 | $7,646.00 |
| Sale | 11/21/2018 | -652.00 | 15.28 | $9,962.56 |
| Sale | 11/21/2018 | -9,500.00 | 15.10 | $143,450.00 |
| Sale | 11/21/2018 | -1,348.00 | 15.29 | $20,610.92 |
| Sale | 11/21/2018 | -3,650.00 | 15.26 | $55,699.00 |
| Sale | 11/21/2018 | -3,850.00 | 15.22 | $58,597.00 |

## Scottrade/TDAmeritrade Account[1] - 04/21/2017 25.00 Calls

| Transaction Type | Trade Date | Shares | Price Per Contract | Cost/Proceeds |
|---|---|---|---|---|
| Purchase | 03/14/2017 | 382.00 | 0.60 | ($22,908.54) |

1,895 contracts expired.

**Scottrade/TDAmeritrade Account[1] - 09/15/2017 20.00 Calls**

| Transaction Type | Trade Date | Shares | Price Per Contract | Cost/Proceeds |
|---|---|---|---|---|
| Purchase | 08/03/2017 | 249.00 | 0.30 | ($7,470.00) |
| Purchase | 08/03/2017 | 667.00 | 0.35 | ($23,345.00) |
| Purchase | 09/11/2017 | 100.00 | 0.05 | ($500.00) |

1,016 contracts expired.

**Scottrade/TDAmeritrade Account[1] - 10/20/2017 20.00 Calls**

| Transaction Type | Trade Date | Shares | Price Per Contract | Cost/Proceeds |
|---|---|---|---|---|
| Purchase | 08/22/2017 | 113.00 | 0.55 | ($6,215.00) |
| Purchase | 08/22/2017 | 887.00 | 0.55 | ($48,785.00) |

500 contracts exercised on 10/19/2017 and 500 contracts exercised on 10/20/2017.

**Scottrade/TDAmeritrade Account[1] - 12/15/2017 20.00 Puts**

| Transaction Type | Trade Date | Shares | Price Per Contract | Cost/Proceeds |
|---|---|---|---|---|
| Purchase | 10/26/2017 | 500.00 | 0.60 | ($30,000.00) |

500 contracts expired.

**Scottrade/TDAmeritrade Account[1] - 01/19/2018 25.00 Calls**

| Transaction Type | Trade Date | Shares | Price Per Contract | Cost/Proceeds |
|---|---|---|---|---|
| Purchase | 11/07/2017 | 153.00 | 0.40 | ($6,109.29) |
| Purchase | 11/07/2017 | 347.00 | 0.40 | ($13,880.00) |
| Purchase | 11/14/2017 | 75.00 | 0.25 | ($1,875.00) |

575 contracts expired.

**Scottrade/TDAmeritrade Account[1] - 06/15/2018 20.00 Call**

| Transaction Type | Trade Date | Shares | Price Per Contract | Cost/Proceeds |
|---|---|---|---|---|
| Purchase | 05/04/2018 | 162.00 | 0.40 | ($6,480.00) |
| Purchase | 05/04/2018 | 11.00 | 0.39 | ($429.00) |
| Purchase | 05/07/2018 | 1,000.00 | 0.35 | ($35,000.00) |
| Sale | 06/11/2018 | -73.00 | 0.55 | $4,015.00 |
| Sale | 06/14/2018 | -2.00 | 0.16 | $32.00 |
| Sale | 06/14/2018 | -98.00 | 0.15 | $1,470.00 |
| Sale | 06/14/2018 | -100.00 | 0.10 | $1,000.00 |
| Sale | 06/15/2018 | -378.00 | 0.20 | $7,560.00 |
| Sale | 06/15/2018 | -132.00 | 0.35 | $4,620.00 |
| Sale | 06/15/2018 | -360.00 | 0.30 | $10,800.00 |
| Sale | 06/15/2018 | -30.00 | 0.25 | $750.00 |

**Scottrade/TDAmeritrade Account[1] - 07/20/2018 20.00 Call**

| Transaction Type | Trade Date | Shares | Price Per Contract | Cost/Proceeds |
|---|---|---|---|---|
| Purchase | 05/04/2018 | 123.00 | 0.55 | ($6,765.00) |

123 contracts exercised on 07/19/2018.

*1. Quad Graphics securities were transferred from Anklis' Scottrade account to TDAmeritrade in February 2018 as a result of the acquisition of Scottrade by TDAmeritrade.*