UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| ———————————————————— x | | |
| DENNIS BORN and MARILYNN BORN, Individually and on Behalf of All Others Similarly Situated, | : : : : | Civil Action No. 1:19-cv-10376-VEC (**Consolidated**) |
| | : : | CLASS ACTION |
| Plaintiffs, | : : : | NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF |
| vs. | : : : | OPPOSITION TO COMPETING LEAD PLAINTIFF MOTION |
| QUAD/GRAPHICS, INC., J. JOEL QUADRACCI and DAVID J. HONAN, | : : : | |
| Defendants. | : : : | |
| ———————————————————— x | | |

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that Alaska Electrical Pension Fund respectfully submits as supplemental authority the attached recently issued lead plaintiff decision by Judge Buchwald in *Perez v. HEXO Corp.*, 2020 WL 905753 (S.D.N.Y. Feb. 25, 2020), which further supports the Pension Fund's opposition to the competing lead plaintiff motions. Specifically, the Pension Fund opposed the competing lead plaintiff motions in part because the individual investors failed to make the preliminary evidentiary showing required to trigger the most adequate plaintiff presumption. *See* ECF No. 43 at 9-13. *Perez* supports the proposition that an individual investor's "failure to provide *any* information regarding his experience *in his preliminary motion*" – even where later supplemented as here and in *Perez* – casts sufficient doubt on whether that individual "will meaningfully oversee and control the prosecution of this consolidated class action" such that his motion should be denied. 2020 WL 905753, at *3 ("Notwithstanding this additional (albeit vague) information, the Court is skeptical that Wong – an individual investor about whom little is known – possesses the requisite sophistication to serve as lead plaintiff in this action.") (emphasis added and in original).

DATED:  February 27, 2020                Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
VINCENT M. SERRA

                                         *s/ David A. Rosenfeld*
                                         DAVID A. ROSENFELD

Cases\4823-1292-9462.v1-2/27/20

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com
vserra@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS
DANIELLE S. MYERS
MICHAEL ALBERT
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
dmyers@rgrdlaw.com
malbert@rgrdlaw.com

[Proposed] Lead Counsel for [Proposed] Lead
Plaintiff

Cases\4823-1292-9462.v1-2/27/20

# Mailing Information for a Case 1:19-cv-10376-VEC Born et al v. Quad/Graphics, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Javier Bleichmar**
  jbleichmar@bfalaw.com

- **Eric H. Gibbs**
  ehg@classlawgroup.com,dks@girardgibbs.com,jiv@girardgibbs.com,1031352420@filings.docketbird.com,smg@girardgibbs.com

- **Bryan B. House**
  bhouse@foley.com,sulness@foley.com

- **Phillip C. Kim**
  pkim@rosenlegal.com

- **Gregory Bradley Linkh**
  glinkh@glancylaw.com,info@glancylaw.com,greg-linkh-2000@ecf.pacerpro.com

- **Lesley Frank Portnoy**
  LPortnoy@glancylaw.com,info@glancylaw.com,clinehan@glancylaw.com,charles-linehan-8383@ecf.pacerpro.com

- **David Avi Rosenfeld**
  drosenfeld@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com,drosenfeld@ecf.courtdrive.com

- **Robert Allen Scher**
  rscher@foley.com,ebeer@foley.com,smorano@foley.com,docketflow@foley.com

- **Ross Mitchell Shikowitz**
  rshikowitz@bfalaw.com

- **David Stein**
  ds@classlawgroup.com,7316370420@filings.docketbird.com

- **Jason Allen Zweig**
  jasonz@hbsslaw.com,lisal@hbsslaw.com,ceciliah@hbsslaw.com,nicolleg@hbsslaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)