UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DENNIS BORN, MARILYNN BORN, and VALERIE BLOOM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>QUAD/GRAPHICS, INC., J. JOEL QUADRACCI, and DAVID J. HONAN,<br><br>Defendants. | Civil Action No. 1:19-cv-10376 (VEC)<br><br>CLASS ACTION<br><br>**AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**<br><br>DEMAND FOR JURY TRIAL |

# TABLE OF CONTENTS


Page

I. NATURE OF THE ACTION ....1

II. JURISDICTION AND VENUE ....8

III. PARTIES ....8

IV. SUBSTANTIVE ALLEGATIONS ....12

A. Background ....12

B. Leading Up to the Class Period, Quad Acquired Many Companies to Expand Its Print Operations and Control More of the Print Market Even as the Industry Faced a Permanent Secular Decline ....13

C. Quad Embarks on Quad 3.0, Transitioning the Company into the Multi-Service Marketing Industry ....16

D. Quad Faced Intense Competition in the Print Industry as the Company Implemented Quad 3.0 and Moved to Eliminate Its Chief Rival ....21

E. Quad Abandons Its Acquisition of LSC ....25

F. Quad Announces the Sale of Its Packaging Business to “Reduce Debt” and Then Settles Bribery Charges with the SEC for Nearly the Same Dollar Amount ....29

1. Quad Resorts to Bribery to Secure Sales in Peru ....31

2. Quad Bribes Judges in Peru in an Attempt to Influence Tax Litigation Involving Quad Peru ....35

3. Quad Conceals Sales Transactions in Cuba ....38

4. Quad Engages in Bribery to Secure Sales in China ....41

G. Quad Reports Poor Third Quarter 2019 Financial Results and Reduces 2019 Guidance ....43

V. MATERIALLY FALSE AND MISLEADING STATEMENTS AND OMISSIONS ISSUED DURING THE CLASS PERIOD ....45

A. Fourth Quarter and Year Ended December 31, 2017 Financial Results ....45

1. Quad Reports Its First Quarter 2018 Financial Results ....................49

2. Quad Reports Its Second Quarter 2018 Financial Results ....................52

3. Quad Announces Its Acquisition of LSC and Reports Its Third Quarter 2018 Financial Results ....................55

4. Quad Announces the Periscope Acquisition and Reports Its Fourth Quarter 2018 and Full-Year 2018 Financial Results ....................59

5. Quad Reports Its First Quarter 2019 Financial Results ....................67

6. Quad Announces Termination of the LSC Acquisition and Reports Its 2Q19 Financial Results ....................72

VI. THE TRUTH EMERGES: QUAD PAYS THE SEC NEARLY $10 MILLION TO SETTLE BRIBERY CHARGES AND STUNS INVESTORS BY REPORTING POOR 3Q19 RESULTS ....................76

VII. ADDITIONAL SCIENTER ALLEGATIONS ....................79

A. The Individual Defendants' SOX Certifications Further Support an Inference of Scienter ....................79

B. Defendant Quadracci's Extensive Control over the Company Provides Additional Indicia of His Scienter ....................81

C. The Importance of Quad's Print Business and the Quad 3.0 Transition ....................82

D. Quad Suffered from Historically Weak Internal Controls ....................83

VIII. LOSS CAUSATION/ECONOMIC LOSS ....................85

IX. PRESUMPTION OF RELIANCE ....................87

X. NO SAFE HARBOR ....................89

XI. CLASS ACTION ALLEGATIONS ....................90

COUNT I FOR VIOLATIONS OF SECTION 10(b) OF THE EXCHANGE ACT AND RULE 10b-5 PROMULGATED THEREUNDER AGAINST ALL DEFENDANTS ....................92

COUNT II FOR VIOLATIONS OF SECTION 20(a) OF THE EXCHANGE ACT AGAINST INDIVIDUAL DEFENDANTS ....................93

PRAYER FOR RELIEF ....................95

JURY TRIAL DEMANDED ....................95

By and through its undersigned counsel, Lead Plaintiff Alaska Electrical Pension Fund ("Plaintiff") alleges the following against Quad/Graphics, Inc. ("Quad" or "Company"), J. Joel Quadracci ("Quadracci"), and David J. Honan ("Honan") (collectively, "Defendants"), upon personal knowledge as to those allegations concerning Plaintiff and, as to all other matters, upon the investigation of counsel, which included, without limitation: (a) review and analysis of public filings made by Quad with the U.S. Securities and Exchange Commission ("SEC"); (b) review and analysis of press releases and other publications disseminated by certain Defendants and other related non-parties; (c) review of news articles, securities analyst reports, and shareholder communications; (d) review of other publicly available information concerning Defendants; and (e) information readily obtainable on the Internet. Many of the facts supporting the allegations contained herein are known only to Defendants named herein or are exclusively within their custody and control. Plaintiff believes that substantial evidentiary support will exist for the allegations set forth herein after a reasonable opportunity for discovery.

## I. NATURE OF THE ACTION

1. Plaintiff brings this federal securities class action on behalf of itself and all other similarly situated persons or entities ("Class") who purchased or otherwise acquired the publicly traded class A common stock of Quad between February 21, 2018 and October 29, 2019, inclusive ("Class Period"), seeking to pursue remedies for Defendants' violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. §§78j(b) and 78t(a).[1]

2. Quad is a printing company with a historical focus on printing, binding, and distribution, primarily focusing on magazine, catalog, and book printing services markets. Starting

[1] Unless indicated otherwise, all references to Quad common stock refer to class A common stock.

in 2010, when Quad first became a publicly traded company, Quad became highly acquisitive, expanding its print business through numerous acquisitions that gave it an international presence, substantially expanded its workforce, and saddled the Company with a glut of manufacturing facilities. Faced with secular declines in the traditional printing industry, leading up to the Class Period, Quad's growth led it to close factories and significantly cut its headcount. To navigate these troubled waters, Defendants sought to alter the Company's course in two ways. First, by redefining Quad's role in a "multi-channel" world from its history as a printing company to a "marketing services provider" that helps clients market more efficiently and effectively while using Quad's strong print foundation in combination with other media channels. Second, Quad told investors it would continue to invest in and strengthen its core manufacturing platform to ensure it "remains the strongest and most sustainable in the industry" while continuing to "aggressively manage costs and improve productivity" to "hold the line on adjusted EBITDA." Defendants told investors that this transition, which Defendants called Quad 3.0, was needed because traditional marketing had been upended by an "ever-expanding choice of media channels" that "created a crisis of measurements for many marketers" as they "try to figure out how to generate more content for more channels with the same or fewer resources."

3. Defendants pointed to this significant media disruption as creating an opportunity for Quad to extend its offerings beyond print, which was suffering from a secular decline as more content went digital, and content execution to include an "integrated stack of marketing services." Quad touted itself as able to leverage its data-driven print expertise as part of an integrated marketing platform that would help its clients not only plan and produce marketing programs, but also deploy, manage, and measure them across all traditional and digital channels. Defendants also assured investors that Quad 3.0 would create new opportunities for Quad's critically important

print business, which generated the vast majority of the Company's revenues.

4. To recognize this transition, in February 2019, the Company changed its brand name from Quad/Graphics to Quad to reflect the role it was playing with clients as a "marketing solutions provider." Quad's aim was to become more entrenched in its client's marketing decisions across print, digital, social, mobile, and other channels by coordinating investment across channels and increasing the return on investment for each dollar Quad's clients spent on marketing.

5. In order to become an integrated printing and marketing company, Quad switched its focus from acquiring printing companies to acquiring marketing firms. To that end, on the first day of the Class Period, Defendants announced Quad's acquisition of Ivie & Associates ("Ivie"), a Texas-based marketing services company that offered creative and production services, media services, and technology solutions, for $92.5 million. Shortly afterward, on March 14, 2018, Quad increased its equity position in Rise Interactive ("Rise"), a Chicago, Illinois based digital marketing agency, from 19% to 57%, for $9 million cash and the conversion of previously provided loans to equity ownership. On January 3, 2019, Quad completed its $132.5 million acquisition of Periscope, a creative agency in Minneapolis, Minnesota with packaging design and "premedia" services that would "complement Quad's print-production capabilities." These acquisitions created fresh revenue growth for the Company, which appeared to help offset the ongoing declines in the Company's print business and move the Quad 3.0 transition forward.

6. All the while, however, Quad was engaged in cutthroat competition with its largest printing and print distribution rival, LSC Communications, Inc. ("LSC"). As one senior executive at Quad described it, Quad had been in a "price war with [LSC] for some time. Don't see that changing." Executives observed a publisher "exploiting the fact that LSC [and] Quad's CEOs want to beat each other into oblivion." This veritable "blood bath" created a significant problem

for Quad, which was not disclosed to investors. Put simply, for Quad to achieve its financial targets, it needed to rapidly accelerate the pace of its Quad 3.0 transition and simultaneously address the ongoing price war with Quad's biggest rival, which was compressing profit margins in Quad's print business that was already suffering from secular market declines.

7. The answer to Defendants' problems seemed to appear on October 30, 2018, when Quad and LSC entered into a definitive agreement pursuant to which Quad would acquire LSC in an all-stock transaction valued at approximately $1.4 billion, including the refinancing of LSC's debt and assumption of other obligations. By eliminating LSC as a competitive threat, Quad could further reduce print capacity by shuttering factories and facilities, reduce headcount, and put an end to its ongoing price war. Plus, the excess revenues from LSC would give Quad much-needed cash to rapidly accelerate the pace of its Quad 3.0 transition, which was necessary to stave off secular print declines and achieve the Company's financial targets.

8. Shortly after announcing the LSC acquisition, on February 19, 2019, Quad issued its 2019 financial guidance, calling for net sales of $4.05 to $4.25 billion, adjusted EBITDA of $360 to $400 million, and free cash flow of $145 million to $185 million. Defendants also touted, as they did throughout the Class Period, Quad's stable, reliable quarterly dividend of $0.30 per share. Defendants assured investors the Company's 2019 guidance did not reflect the pending LSC acquisition, which they claimed would achieve $135 million in net synergies in less than two years. As the Class Period continued, and the Company reported results in the first and second quarters of 2019 that called into question Quad's ability to hit its 2019 guidance, Defendants assured investors the Company remained on track to achieve its financial targets.

9. Then, on June 20, 2019, the United States Department of Justice ("DOJ") filed suit blocking Quad's acquisition of LSC. The DOJ asserted the acquisition would combine the only

two significant providers of magazine, catalog, and book printing services, denying publishers and retailers throughout the country of the benefits of competition that had generated lower prices, improved quality, and greater printing output. The DOJ publicly detailed the intense price war and "blood bath" between the companies, and argued the merger would allow Quad to dominate the magazine, catalog, and book printing markets as it stood to reduce the quality of printing services and close printing facilities around the country to reduce capacity and increase prices, tightening its control over the U.S. printing and print distribution markets.

10. In response, Defendants went on the offensive, stating on June 20, 2019, that Quad would "vigorously defend" its acquisition of LSC and that it was "fully committed" to defending the DOJ's lawsuit in court. Despite this pledge to investors, only a month later, on July 23, 2019, Quad announced it was abandoning the critically important LSC acquisition. By walking away from the deal, Quad was required to pay LSC a reverse termination fee of $45 million. In response to the deal's termination, LSC warned it would be reporting dismal financial performance, and cut its 2019 financial forecasts, which included reduced adjusted EBITDA. Defendants, on the other hand, maintained Quad's 2019 guidance and assured investors that the Company was on track to achieve it. What Defendants did not disclose, however, is that without eliminating LSC as a competitive threat, Quad needed to immediately and rapidly accelerate its Quad 3.0 transition in order to achieve its 2019 guidance and protect its dividend. Defendants also did not disclose that without LSC, Quad would need to make additional cost cuts to generate cash, and that Quad's book business would not survive.

11. On September 4, 2019, Quad announced the seemingly innocuous sale of its heavy-duty industrial wood crating business, Transpak Corporation ("Transpak"), for $10 million.

Defendant Quadracci attributed to the sale to the Company's Quad 3.0 strategy and said the "net proceeds of approximately $10 million will be used to ***reduce debt***."

12. But less than a month later, on September 26, 2019, the SEC charged Quad with Foreign Corrupt Practice Act ("FCPA") violations between 2010 and 2016 because Quad engaged in multiple bribery schemes in Peru and China, which included, among other things, bribing Peruvian government officials to win sales contracts and avoid penalties, bribing judges in Peru to influence the judicial outcome of Quad's dispute with the Peruvian tax authority, creating false records to conceal illegal transactions with a state-controlled Cuban telecommunications company, and using sham sales agents to make and promise improper payments to employees of private and governmental customers to secure business. The SEC also found that Quad violated the internal control provisions of the Exchange Act. To settle the SEC's charges, Quad paid approximately $10 million, the same amount Quad sold Transpak for less than a month earlier to "reduce debt." The suspicious timing of the sale and subsequent payment to the SEC calls into question the veracity of the Defendants' earlier statements.

13. Then, after the market closed on October 29, 2019, Quad shocked investors by announcing it badly missed its third quarter 2019 ("3Q19") earnings per share ("EPS") estimates and was reducing its 2019 guidance, slashing its quarterly dividend by 50%, divesting the Company's book business, and announcing significant cost reduction activities needed to provide financial flexibility. Specifically, Quad reported 3Q19 EPS from continuing operations of -$0.94, ***622%***, or $1.12, ***worse*** than analyst estimates of EPS of $0.18. The Company also missed on revenue, reporting revenue of $944 million, falling short of consensus estimates of $1.01 billion and dropping 8.3% year-over-year from $973.5 million, reflecting "ongoing print industry volume and pricing pressures," along with EBITDA margins of -7.4%, down ***215%*** from positive 6.4% in

the second quarter 2019 ("2Q19"). For 2019, Quad announced it expected sales of $3.9 billion, compared with its previous target of $4.05 billion to $4.25 billion, along with a significant reduction in free cash flow, from $145 to $185 million down to $80 to $100 million. The Company also cut its dividend in half, from $0.30 per share to $0.15, and announced an expansion of the Company's cost reduction program by $50 million.

14. The stock market reaction was swift and severe. After closing at $11.27 per share on October 29, 2019, Quad stock dropped $6.42 per share, or ***57%***, to close at an ***all-time low*** of $4.85 per share on October 30, 2019, on highly elevated trading volume. That same day, the Russell 3000 Forms and Bulk Printing index fell only 0.1% and the broader Russell 3000 index gained less than 0.1%.

15. Analysts were taken aback by the Company's disappointing quarterly results, slashed guidance, and dividend cut, with Buckingham Research Group ("Buckingham Research") stating on October 30, 2019 that it was "absolutely shocked by these developments given the confidence management had just three months ago." In response to the unexpected poor performance and outlook, Buckingham Research downgraded the stock to neutral from buy and slashed its price target from $20 to $7 per share.

16. On October 31, 2019, Quad hit a 52-week low at $4.83 per share, a 71% year-over-year decline and far below Quad's Bloomberg peer index, which increased approximately 6.5% over the same time frame.

17. As a result of Defendants' wrongful acts and omissions, and the declines in the price of Quad common stock detailed herein, Plaintiff and other Class members have suffered significant losses and damages.

## II. JURISDICTION AND VENUE

18. This action arises under Sections 10(b) and 20(a) of the Exchange Act, 15 U.S.C. §§78j(b) and 78t(a), and Rule 10b-5 promulgated thereunder by the SEC, 17 C.F.R. §240.10b-5.

19. This Court has jurisdiction over the subject matter of this action under Section 27 of the Exchange Act, 15 U.S.C. §78aa, and 28 U.S.C. §1331, because this is a civil action arising under the laws of the United States.

20. Venue is proper in this District under Section 27(c) of the Exchange Act, 15 U.S.C. §78aa(c), and 28 U.S.C. §1391(b)-(d) as Defendants conducted business in this District and subsequent damages took place within this District. In addition, Quad stock traded on the New York Stock Exchange ("NYSE"), which is located within this District.

21. In connection with the acts and transactions alleged in this Complaint, Defendants, directly or indirectly, used the means and instrumentalities of interstate commerce, including, without limitation, the United States mail, interstate telephone and other electronic communications, and the facilities of a national securities exchange.

## III. PARTIES

22. Plaintiff, as set forth in its certification on file [ECF No. 15-2] and incorporated by reference herein, purchased Quad shares at artificially inflated prices during the Class Period and was damaged when the truth was revealed, as detailed herein.

23. Defendant Quad is a printing company transitioning to a marketing solutions company. The Company's stock is listed on the NYSE under the ticker symbol "QUAD." As of the end of 2019, Quad had approximately 19,600 full-time equivalent employees in North America, South America, Europe, and Asia, with a base of approximately 5,600 clients. Quad has locations in 14 countries, including 56 manufacturing and distribution facilities and more than 75 client-based on-site locations, with additional investments in printing operations in Brazil and

India. The Company is controlled by the Quadracci family through the Quad/Graphics Voting Trust, which owns more than 50% of the total voting power of the Company's stock. In March 2019, the Company had 80 million shares of class A common stock and 80 million shares of class B common stock authorized. The Company's class A common stock is the only class of the Company's stock that is publicly traded, and class B common stock is not listed on a national securities exchange or traded in an organized over-the-counter market. Each share of the Company's class B common stock is convertible at any time, at the option of the holder, into one share of the Company's class A common stock. Holders of class A common stock are not able to independently elect directors of Quad or control any of the Company's management policies or business decisions because the holders of class A common stock have substantially less voting power than holders of class B common stock, all of which is owned by members of the Quadracci family, trusts for their benefit, or other affiliates of Quad. The class B stock has ten votes per share on all matters and the class A stock is entitled to one vote per share. As of February 11, 2019, the class B stock constituted approximately 78% of Quad's total voting power. As a result, holders of class B stock are able to exercise a controlling influence over the Company's business, have the power to elect its directors and indirectly control decisions such as whether to issue additional shares, declare and pay dividends, or enter into corporate transactions. As of February 11, 2019, the Quad/Graphic Voting Trust owned nearly 93% of the Company's Class B common stock.

24. Defendant J. Joel Quadracci is Quad's Chairman, President, and Chief Executive Officer ("CEO"). Quadracci joined the Company, which was founded by his farther, in 1991, has been a director since 2003, its President since 2005, and its Chairman, President, and CEO since January 2010. Quadracci is the brother of Kathryn Quadracci Flores, M.D., a director of the Company, and the brother-in-law of Christopher B. Harned, a director of the Company. Quad

states that Quadracci's "experience in the printing industry and in leadership positions with the Company qualifies him for service as a director of the Company." Quadracci is a trustee of the Quad/Graphics Voting Trust, allowing him to exercise extensive control over the Company.

25. Defendant David J. Honan is Quad's Executive Vice President and Chief Financial Officer ("CFO"). Honan oversees accounting, finance, treasury, tax, risk, investor relations, procurement, and corporate development for Quad. Honan joined the Company in 2009 as Corporate Controller and later that year was named Vice President and Corporate Controller. He became Vice President and CFO in 2014, and became an Executive Vice President in 2015. Previously, Honan was a senior manager at Arthur Andersen, which surrendered its licenses to practice as certified public accountants in the United States due to its misconduct in auditing Enron. Honan has a MBA from Marquette University.

26. Defendants Quadracci and Honan are collectively referred to herein as the "Individual Defendants."

27. During the Class Period, the Individual Defendants, as senior executive officers and/or directors of Quad, were privy to confidential and proprietary information concerning Quad's financials and business. The Individual Defendants also had access to material, adverse, non-public information concerning Quad, as discussed in detail below. Because of their positions with Quad, the Individual Defendants had access to non-public information about the Company's business and growth prospects through access to internal corporate documents, conversations and connections with other corporate officers and employees, attendance at management and/or Board of Directors meetings and committees thereof, and reports and other information provided to them in connection therewith. Because of their possession of such information, the Individual

Defendants knew, or recklessly disregarded, that the adverse facts specified herein had not been disclosed to, and were being concealed from, the investing public.

28. The Individual Defendants are liable as direct participants in the wrongs complained of herein. In addition, the Individual Defendants, by reason of their status as senior executive officers and/or directors, were "controlling persons" within the meaning of Section 20(a) of the Exchange Act, and had the power and influence to cause the Company to engage in the unlawful conduct complained of herein. Because of their positions of control, the Individual Defendants were able to, and did, directly or indirectly, control the conduct of Quad's business.

29. The Individual Defendants, because of their positions with the Company, possessed the power and authority to control the contents of Quad's quarterly reports, press releases, and presentations to securities analysts, money and portfolio managers, and institutional investors, and, through them, to the investing public. The Individual Defendants were provided with copies of the Company's reports and press releases alleged herein to be misleading prior to, or shortly after, their issuance and had the ability and opportunity to prevent their issuance or cause them to be corrected. Because of their positions with the Company, and their access to material, non-public information, the Individual Defendants knew that the adverse facts specified herein had not been disclosed to, and were being concealed from, the public, and that the positive representations being made were then materially false and misleading. The Individual Defendants had the opportunity to commit the fraudulent acts alleged herein and are liable for the false statements pleaded herein.

30. As senior executive officers and/or directors and as controlling persons of a publicly traded company whose stock was registered with the SEC, traded on the NYSE, and governed by the federal securities laws, the Individual Defendants had a duty to promptly disseminate accurate and truthful information with respect to Quad's business, including its print

business, its price war with LSC, the need to accelerate the Quad 3.0 transition, and Quad's future business prospects, and to correct any previously issued statements that had become materially misleading or untrue so that the market price of Quad stock would be based upon truthful and accurate information. The Individual Defendants' misrepresentations and omissions during the Class Period violated these specific requirements and obligations.

## IV. SUBSTANTIVE ALLEGATIONS

### A. Background

31. The printing process is crucial to delivering magazine, catalog, and book content to consumers, and many publishers establish multi-year contracts with printers to ensure that high-quality print products reach consumers on time. The process of printing, finishing, and distributing publications typically begins when the printer receives a contract from a publisher customer, often with only a narrow window of time for the printer to produce and deliver the final product. Based on the order specifications, including the required print quality and number of units (the "run"), printers like Quad schedule production, determine the optimal type of press, and assign the order to one or more of their printing facilities after factoring in available capacity and the appropriate geographic location for efficient distribution. Printing and binding are essential to this process. The equipment necessary for commercial printing and binding is not only costly, but it requires large facilities and may take several years to plan for, purchase, and install. The type of printing equipment used is largely determined by the number of units ordered and the required print quality. Quad and its chief rival, LSC, control a very high percentage of web offset presses and all rotogravure presses in the United States, the equipment needed for longer and high quality production runs.

32. After printing, Quad uses binding equipment to finish the product in one of many binding styles, including hard and soft cover book binding, and saddle stitched or perfect bound

magazine and catalog binding. Binding and printing equipment are often integrated into the same production line, which requires a large production facility but is crucial for timely, efficient production.

33. Quad is also involved in distribution, offering cost-saving postal distribution services for products delivered directly to consumers, such as catalogs and magazines. As a large printer, Quad has been able to secure postal discounts by taking over key tasks that the U.S. Postal Service would typically handle, including delivering pre-sorted mail into the postal system. With the volume and infrastructure it has, Quad can also "co-mail" by bundling and pre-sorting across multiple customers to receive larger discounts than those customers could achieve on their own. Because postage costs customers more than printing, Quad manages customers' mail distribution by bundling shipments to newsstands and post offices. Through this logistics business, Quad earns about 10% of its sales.

34. Printing services remain critical for magazine, catalog, and book publishers, which resist substituting away from printing as large segments of readers and consumers demand such products despite digital alternatives.

### B. Leading Up to the Class Period, Quad Acquired Many Companies to Expand Its Print Operations and Control More of the Print Market Even as the Industry Faced a Permanent Secular Decline

35. The Company has often described its "transformative" journey in chapters. Quad's first chapter started with the Company's founding in 1971, lasted 40 years, and centered on organic growth. During that chapter, Quad first began growing significantly in 1977, when it started printing work for Newsweek. Over time, the Company offered more media solutions to its clients, expanding through organic growth. During this first chapter, Quad built a manufacturing and print distribution platform, and established a solid reputation in the print industry.

36. Chapter two began in 2010, when Quad started transforming and participating in industry consolidation in response to economic and industry pressures following the economic recession of 2008 and 2009, which negatively impacted print volumes and accelerated the transition to online and web-based media. Prior to 2010, Quad was a privately held printing company with a focus on domestic sales. With Quad's July 2010 acquisition of World Color Press, Inc. ("World Color"), a Canadian printing company, Quad quickly transformed into a publicly-traded company with a major international presence. Through the World Color acquisition, Quad brought on over 16,000 World Color employees, several subsidiaries, and multiple plants throughout Latin America, and Quad's common shares began trading on the NYSE.[2]

37. As a result of the secular shift to online resources, consolidation in the print industry became the norm. Quad was an active participant in that consolidation by shuttering plants at the same time that acquisitions became increasingly important to the Company. After acquiring World Press in July 2010, the Company announced in August 2010 that it would be closing five of its plants as part of a consolidation plan. In November 2010, Quad acquired HGI Company, a commercial and specialty products printer. In July 2011, Quad announced an asset swap with Transcontinental Inc., where Quad acquired Transcontinental's Mexican assets along with its black and white book printing businesses for U.S. export in exchange for seven of Quad's Canadian facilities. Quad acquired Williamson Printing in February 2012, announced completion of its acquisition of Vertis Holdings, Inc. in January 2013, Proteus Packaging and Transpak in 2013,

[2] The Company, despite being publicly traded, was still considered a controlled company, with all of the class B stock owned by certain members of the Quadracci family or trusts for their benefit. Approximately 93% of the outstanding class B stock is held of record by the Quad/Graphics Voting Trust. The trustees of the Quad/Graphics Voting Trust, which include Quadracci and his sister, have the authority to vote the stock held by the trust, and are able to exercise a controlling influence over the Company's business.

Brown Printing Company and UniGraphic in 2014, and CoPac Global Packaging, Specialty Finishing, and Marin's in 2015. Quad told investors that these acquisitions enabled it to add experienced talent and to enhance and expand its product and service offerings while removing inefficient and underutilized capacity, reducing costs, and transitioning work to more efficient, sustainable facilities.

38. At all relevant times, Quad's U.S. Print and Related Services segment, which was predominantly comprised of the Company's U.S. printing operations and was managed as one integrated unit, was critically important to the Company's financial performance. Specifically, it accounted for 92%, 91%, and 91% of Quad's consolidated net sales in 2015, 2016, and 2017, respectively.

39. Even with consolidation, the rise of digital spaces and marketing channels continued to disrupt the traditional print industry. As companies redirected resources to online channels, such as internet, mobile, and social media advertising, traditional print media, such as catalogs, magazines, books, and printed advertisements suffered. At the same time, newer and more efficient presses came online, which could print a greater share of declining print media volumes, diminishing even more the need for existing capacity, plants, and employment as demand contracted. In 2017, the printing industry employed under 26,800 people, less than half of the 56,400 it employed 20 years earlier.

40. In addition, competition in the printing industry intensified, and the Company faced heightened competitive pressures. Because of these competitive pressures and declining print volumes, industry participants faced excess manufacturing capacity and accelerated downward pricing pressures. The Company also faced competition due to the increased accessibility and quality of digital alternatives to traditional delivery of printed documents through the online

distribution and hosting of media content, and the digital distribution of documents and data. For example, Quad faced competition from print management and marketing consulting firms that looked to streamline processes and reduce the overall print spend of the Company's clients.

41. As a consequence of the secular shift, the commercial print industry has moved toward a demand for shorter print runs, faster product turnaround, and increased production efficiency of products with lower page counts and increased complexity. This, combined with increases in postage expenses and the increased use of digital marketing and communication channels, has led to excess manufacturing capacity in the print industry. This excess capacity allowed Quad, with economies of scale, strong balance sheets and access to capital markets, the ability to invest in automation and more efficient equipment, take advantage of consolidating acquisition opportunities to remove excess, inefficient and/or underutilized capacity, and reduce overall costs.

### C. Quad Embarks on Quad 3.0, Transitioning the Company into the Multi-Service Marketing Industry

42. Quad's third chapter of development, dubbed "Quad 3.0," involved pivoting the Company from its primary focus on printing and related logistics to a multi-service marketing Company with in-house multi-media and advertising operations. Defendants consistently told investors during the Class Period that on top of creating new revenue streams in marketing and advertising, which would help offset secular print market declines, the Quad 3.0 transition would create new revenue opportunities for the Company's legacy print business, which still generated the vast majority of Quad's revenues and was critically important to its financial performance and outlook.

43. Defendants told investors that the key components of the Quad 3.0 strategy involved three things:

(a) Ongoing innovation and investment to integrate offline and online media, in support of the Company's Quad 3.0 value proposition of helping clients create, integrate, deploy and measure content more efficiently and market more effectively. This included process investments to help Quad's clients optimize workflows through audit and discovery services; streamlined content creation to help reduce overall production and distribution costs and improve speed-to-market; and platform investments in variable printing and data management to bridge the traditional analog and digital marketing worlds to help clients precisely segment, execute, and measure more personal, one-on-one relevant brand experiences via multichannel campaigns designed to engage consumers at the right place and time to generate greater market penetration and lift in response. The Company stated its goal was to remain the high-quality, low-cost producer across the continuum, from traditional print to multichannel execution;

(b) Organic growth, in which the Company would leverage knowledge from existing client relationships in key growth vertical industries to develop complementary products and services in an effort to help brand owners market more efficiently and effectively across media channels. Quad was also focused on having talent that would enable it to have strategic marketing conversations with its clients while developing tailored solutions and growing market share; and

(c) Disciplined acquisitions. For example, the Company told investors it intended continue transforming its existing product lines while expanding into higher growth product and service categories that would help bolster the Company's ability to create value for its clients, as well as pursue value-driven industry consolidating acquisitions and/or acquisitions that would help accelerate the Company's transformation in Quad 3.0.

44. To achieve its Quad 3.0 transition, Quad needed to pivot from acquiring traditional print companies to advertising and marketing companies. To that end, at the start of the Class

Period, Quad announced completion of its acquisition of Ivie on February 21, 2018, for $92.5 million cash paid, subject to a potential earn-out of up to an additional $16.0 million, to the extent that certain financial metrics were achieved post-integration. Headquartered in Flower Mound, Texas, Ivie provided a full array of marketing services, including creative and production services, studio services, sourcing, procurement, staff enhancement, media services, public relations, digital, technology solutions, and project management for many leading brands throughout the world. Quad told investors that the Ivie acquisition would "accelerate" Quad's 3.0 transformation, allow Quad to maintain its annual dividend of $1.20 per share, and help offset print industry volume contraction and pricing pressures. Ivie's operations were included in Quad's U.S. Print and Related Services segment.

45. On March 14, 2018, the Company increased its equity position in Rise from 19% to 57% for the conversion of $9.3 million of loans to equity ownership and $8.7 million in cash. Rise was a digital marketing agency headquartered in Chicago, Illinois, that specialized in media, analytics, and customer experience, and helped enterprise marketers act on opportunities in digital media. Again, Defendants stated the Rise partnership would drive the Quad 3.0 transition and help offset secular declines in the print industry. The Company consolidated the results of Rise as of the date the Company obtained its controlling financial interest in Rise, and accounted for the 43% portion of Rise's results not owned by the Company as non-controlling interest in its condensed consolidated financial statements. Rise's operations were included in Quad's U.S. Print and Related Services segment.

46. On November 27, 2018, Quad announced its planned acquisition of Periscope, an independent creative agency, in a $132.5 million, all cash deal expected to close in early 2019. The $132.5 million price tag represented more than twice Periscope's revenue. The Company's

press release stated that "Quad's acquisition of Periscope supports and accelerates the company's ongoing Quad 3.0 transformation as an integrated marketing solutions provider that reduces complexity, and improves process efficiencies and marketing spend effectiveness." Commenting on the acquisition in a press release, Quadracci stated that Quad was "redefining the future of integrated marketing" and that with Periscope, Quad would "create a truly integrated, end-to-end marketing platform" that would "create more value than the traditional siloed agency approach that exists today." Quadracci touted that Periscope would "turbocharge" Quad's "existing offering" with "world-class capabilities in strategy, including media buying and analytics, creating and account management." Quadracci added that Quad was "taking a disciplined approach to implementing [Quad's] transformation strategy over the past few years" and that Periscope was an "important next step" and "significantly add[ed]" to Quad's capabilities from recent investments in Rise and Ivie. Quad completed its acquisition of Periscope in January 2019.

47. On February 13, 2019, Quad announced a brand shift to account for its Quad 3.0 strategy by dropping the word "Graphics" from its brand to reflect the Company's transformation.

48. On July 10, 2019, Quad announced a "strategic investment" and "long-term partnership" with the dtx company ("dtx"), a "leader in the direct-to-consumer economy." During the Company's July 31, 2019 earnings conference call, Quadracci discussed the Company's Quad 3.0 acquisitions, stating that, "These latest examples show how Quad's 3.0 strategy is helping clients solve marketing problems and process challenges" and had made Quad a "sought-after partner in developing markets as evidenced in [Quad's] newly announced partnership with the dtx company. . ." Quad also stated that it had staff embedded at dtx' headquarters in New York City to work across a variety of initiatives, including audience targeting and multi-touch point campaigns, and that Quad would print and distribute these campaigns. Quad stated it was an ideal

partner for dtx because of its deep experience with the original direct-to-consumer brand marketers, catalogers.

49. Quad's run of Quad 3.0 acquisitions, coupled with Defendants' statements regarding the Quad 3.0 transformation, created the appearance of a company well-positioned to grow in the digital and advertising arenas while simultaneously generating additional print business as a way to offset secular contraction in the traditional print industry and achieve its financial targets.

50. Market analysts bought into Defendants' statements. For example, on June 18, 2018, analyst firm Buckingham Research initiated coverage on Quad, giving its stock a buy rating and a $28 price target, commenting that if the printing business was a "rough neighborhood," then Quad was the "best house" for investors. That same day, Quad stock closed at $21.68 per share. Acknowledging that the Company's core printed products were seeing weakness, Buckingham Research stated that Quad management shifted the Company toward marketing services after acquiring Ivie, and that Quad's increased focus on advertising and public relations campaigns, advice on media buying, and data analysis on the spending mix between print, TV, radio, physical retail, and internet marketing, coupled with its existing position in print, gave Quad an "edge" in the $100 billion per year market for such services. Pointing to the Company's superior dividend yield and seemingly strong balance sheet, Buckingham Research called investment in Quad "very safe," and stated that Quad's stock price decline of 12% since the start of 2018 presented an attractive buying opportunity for investors. Buckingham Research stated under a "best case scenario," Quad stock could gain 100% and that the "worst case scenario" was a mere 7% to the downside.

51. The reality was, however, that at all times during the Class Period, Quad was engaged in an all-out price war with its number one print competitor, LSC, and, as a result, Quad needed to significantly increase the acceleration of its Quad 3.0 transition in order to offset ongoing, secular declines in the Company's critically important print business.

### D. Quad Faced Intense Competition in the Print Industry as the Company Implemented Quad 3.0 and Moved to Eliminate Its Chief Rival

52. The result of print industry consolidation was that the gap between sophisticated companies like Quad and smaller, regional printers widened substantially, leaving big publishers of print content with fewer cost effective options and creating fierce competition at the top of the food chain. Therefore, leading up to and during the Class Period, Quad faced intense competition from its biggest rival in the print industry, LSC, even as Quad pivoted into multimedia markets and marketing services. This fierce competition was exacerbated by Quad's own inefficiencies and excess capacity resulting from the Company's run of print-related acquisitions. For example, restructuring actions initiated by the Company beginning in 2010 resulted in the announcement of 42 plant closures and reduced headcount by approximately 12,300 employees through March 31, 2018. The Company told investors it intended to continue reducing costs, as evidenced by the fourth quarter 2017 ("4Q17") announcements of four plant closures that had already ceased operations, and the announcement of an additional plant closure in the first quarter of 2018 ("1Q18") that was anticipated to cease operations in the second quarter of 2018 ("2Q18"). By June 30, 2018, the Company had reduced its headcount even more.

53. Quad and its chief rival, LSC, dominated the magazine, catalog, and book printing services markets, and each viewed the other as its primary – and often only – competitor. Bids over multi-year publisher contracts between the two companies resulted in fierce competition. As one senior executive at Quad stated, "We've been in a price war with [LSC] for some time. Don't

see that changing." Quad and LSC were each other's main competitor in magazine printing services, with the two companies controlling more than half of all publication printing for magazines, leading the two companies to duel over accounts. The ferocity of Quad and LSC's competition prompted LSC's magazine head to avoid any negative changes to customer accounts out of fear of the customer going back into the market and LSC "get[ting] into a blood bath with Quad."

54. Similarly, catalog printing was a "two-horse race between LSC and Quad," with the two companies holding a combined 69% share of the market according to a Quad board of directors' presentation. As with magazines, catalog publishers played Quad and LSC off each other for better contract terms, including multi-million dollar signing bonuses.

55. Quad was also a key rival with LSC in book printing. As Quad executives explained in an internal presentation, "we are the only printer other than LSC that can offer the largest Publishers a complete solution." For example, in a round of bidding for a major book publisher, four firms initially bid, but the publisher shortlisted Quad and LSC as the only bidders capable of handling the account. Quad came into the bid with an aggressive offer, alarming many at LSC. As one LSC executive described it, "Quad is on fire, promising everything." As bidding intensified, the LSC executive exclaimed that bidding for the publisher was the "battleground. It's Gettysburg. We must win." When Quad submitted its final offer that would save the publisher $17 million over its current arrangement, however, it won the account. Quad and LSC executives ruminated over the ease with which customers played the two firms off each other, commenting in one instance that a publisher was "exploiting the fact that LSC [and] Quad['s] CEO want to beat each other into oblivion."

56. Seeking to achieve pricing control and eliminate the ongoing blood bath and road to oblivion with its largest competitor, Quad moved to eliminate LSC. On October 31, 2018, Quad announced a $1.4 billion all-stock merger with LSC, which included refinancing LSC's debt. LSC, with annual revenues of approximately $3.8 billion in 2018, was poised to be Quad's largest acquisition ever. Shareholders of both companies approved the transaction on February 22, 2019. The merger was expected to close in mid-2019.

57. In a release announcing the transaction, Quad stated the net synergies of the deal would be approximately $135 million and would be achieved in less than two years, resulting in substantial additional free cash flow generation for the Company. The release tied the LSC acquisition into Quad's 3.0 transition, stating that the transaction would create a:

> [H]ighly efficient print platform to fuel Quad's 3.0 transformation and strengthen the role of print in a multichannel media world. Quad's 3.0 strategy creates more value for all stakeholders by leveraging a strong print foundation as part of a much larger, more robust integrated marketing solutions offering, and the transaction will broaden Quad's client base and revenue-generating potential.

58. The merger was poised to nearly double Quad's size. Once combined with LSC, Quad stood to boast annual revenue of roughly $8 billion, a significant increase over Quad's 2017 revenue of $4.13 billion. The acquisition also stood to bring Quad neck-and-neck with Chicago's R.R. Donnelley & Sons Co. ("R.R. Donnelley") for printing-industry sales leadership. R.R. Donnelley had $6.9 billion in revenue in 2017 and had lost money in each of the last four years.

59. Notably, Quad earned about 10% of its sales from its logistics business by managing customers' mail distribution, bundling shipments to newsstands and post offices to earn discounts from the U.S. Postal Service. LSC operated a similar business unit, and Quad's acquisition of LSC meant that Quad was eliminating its one competitor building out the same logistics infrastructure. The LSC acquisition also stood to significantly bolster Quad's book

business, which was 27% of LSC's sales. Specifically, LSC printed and distributed for the top ten U.S. book publishers.

60. Commenting on the LSC acquisition in an interview with the *Milwaukee Business Journal* published October 31, 2018, Quadracci touted that the combined company would increase efficiency and free cash flow, and stated:

> While we switched into the services area of the transformation that we're doing, we've always been open to more consolidation because the industry has to. Print's not going to go away, but it has had a reset and then a decline year-over-year. It really is about being able to manage the platforms so you're keeping presses filled and able to continue to invest in the platform for your customers. They (LSC) fit all that criteria.

61. In the same article, Honan stated that the synergies between the combined companies would come from three areas: capacity rationalization; administrative efficiency; and in Quad's supply chain.

62. On November 1, 2018, *The Milwaukee Journal Sentinel* published an article on the Quad-LSC deal, which stated that "absorbing" LSC would "give Quad - initially at least - some 44,000 employees," and quoted Quadracci as stating the acquisition was a "defining moment in Quad's 47-year journey" that would give Quad "a pretty massive scale" and generate cash to help Quad invest more in its Quad 3.0 transition toward becoming not just a printer but "more of a marketing services partner" to its customers. Quadracci was quoted as stating:

> We're actually spending more time starting to play the role of the big (marketing) agency. But we happen to own a lot of the girth and the execution of print, which is not going away. It has been under decline, will continue to decline, but is not going to leave the picture.

63. Regarding the synergies between the Companies, in a presentation to analysts and posted on research site Seeking Alpha, Quad said $80 million of the synergies would come from "capacity rationalization" – that is, plant closings or cutbacks. Another $50 million would come from "administrative efficiencies," which signaled employment reductions.

64. Disclosure of the deal boosted LSC shares by 11%. Quad shares, meanwhile, fell $2.82 to close at $15.43 on October 31, 2018, down almost 15.5% on what generally was a positive day for the stock market.

65. On November 12, 2018, *Crain's Chicago Business* published an article providing additional analysis of Quad's acquisition of LSC, which stated that:

> Though the printing industry has diminished in the past two decades, R.R. Donnelley has remained on top of it. But a planned deal between a spinoff and a Milwaukee-area rival will knock the Chicago company from its perch.
>
> Quad/Graphics is poised to become the largest U.S. printer by revenue if it closes on its $1.4 billion all-stock acquisition of Chicago-based LSC Communications. The combined company-assuming the Federal Trade Commission blesses the deal-would have had $8.1 billion in revenue for the 12-month period ended Sept. 30, compared to the $6.94 billion R.R. Donnelley posted in 2017.
>
> Quad/Graphics' market share would nearly double, to 11 percent from 6 percent, according to one analyst. Yet as competitive pressures continue to erode the $76 billion printing industry, is leading the field akin to owning the best house on a bad block?
>
> Not to Quad/Graphics CEO Joel Quadracci. Print is declining, he says, but it's not going away: "Some people think my house is ugly. I think it's pretty, and I like what the house is going to look like going forward."

66. Quad's acquisition of LSC was crucial for the Company to eliminate its largest competitive threat and end their ongoing price war, and was necessary for Quad's ability to move forward with its Quad 3.0 strategy in order to meet its 2019 financial forecast. Without eliminating LSC and ending the ongoing blood bath for customers between the two companies, Quad would simply be unable to implement its Quad 3.0 transition at the speed necessary to offset the secular declines in the print industry and achieve its 2019 guidance.

### E. Quad Abandons Its Acquisition of LSC

67. On June 20, 2019, the DOJ filed suit to block Quad's acquisition of LSC, alleging the transaction would combine the only two significant providers of magazine, catalog, and book

printing services, denying publishers and retailers throughout the country the benefits of competition that had spurred lower prices, improved quality, and greater printing output. The DOJ stated the deal would put an end to the intense rivalry and "price war" between the two companies, which viewed each other as their number one competitor, and allow Quad to dominate the magazine, catalog, and book printing markets. The DOJ's complaint quoted internal presentations and emails describing the competition between Quad and LSC, including that:

- Internal documents outlined the "two-horse race between LSC and Quad."
- A Quad internal presentation explained, "we are the only printer other than LSC that can offer the largest Publishers a complete solution."
- Executives observed a publisher "exploiting the fact that LSC [and] Quad['s] CEO's want to beat each other into oblivion."
- A senior Quad executive remarked of LSC, "We've been in a price war with them for some time. Don't see that changing."
- After hearing news of the merger, one Quad executive reflected on a recent battle between Quad and LSC and remarked, "I admit, in the case of [a large customer] I'm taking significant satisfaction in the news. . . I'm sure it's a bitter pill for them to swallow."

68. The DOJ asserted that Quad's proposed acquisition would reduce the quality of printing services, as well as innovation in the relevant markets. This was because, in part, during competitive negotiations against each other, Quad and LSC had a history of offering better terms including improved delivery dates and printing schedules, printing at certain facilities on better equipment, or committing to invest in equipment to handle publishers' specifications. In addition, Defendants knew that customers experiencing dissatisfaction with the quality of printing services from Quad could threaten to switch their business to LSC as a way to enforce quality standards and ensure aggressive pricing.

69. The DOJ also described how, post-merger, Quad planned to reduce total printing capacity by closing printing facilities around the country. As the printing industry consolidated in

recent years, printing capacity had been taken offline, leading to capacity shortages for publishers during peak times of the year. In bidding wars with each other over customer contracts, Quad and LSC offered to make investments in additional equipment to allay concerns about capacity and win customer contracts. Defendants knew that the capacity reductions resulting from the merger would exacerbate existing capacity limitations and tighten Quad's control over the U.S. printing and print distribution markets.

70. Defendants also knew that the ability of smaller rivals to take the place of LSC was highly unlikely given that there are significant barriers to economically meaningful entry or expansion in the magazine, catalog, and book printing services. Indeed, Quad and LSC had rival networks of printing facilities across the country that were integrated into sophisticated distribution services and systems. Building a new printing facility, or even introducing new printing equipment to an existing facility, can take years to complete. Other firms seeking to enter the market or expand would need to spend a significant amount of time and money to acquire expensive printing equipment from one of a limited number of remaining sources for such equipment, build new facilities and accompanying infrastructure, and hire skilled workers from a limited employment pool. Even after taking on this costly and time-consuming investment, without the scale of orders needed to operate efficiently, the firm would not be able to offer the same cost-effective postal distribution and other solutions as Quad and LSC.

71. Thus, the DOJ asserted that Quad's acquisition of LSC would: (i) eliminate significant head-to-head competition between Quad and LSC in the markets for magazines, catalog, and education and one-color trade book printing services; (ii) cause prices of magazine, catalog, and education and one-color trade book printing services to be higher than they would be otherwise; (iii) cause the quality of magazine, catalog, and education and one-color trade book

printing services to decrease; and (iv) reduce the capacity for an output of printed magazines, catalogues, and education and one-color trade books.

72. Responding to the DOJ's lawsuit, Quad issued a press release on June 20, 2019, assuring investors it would "***vigorously defend its proposed acquisition of LSC***." The release quoted Quadracci as stating, "***We are fully committed to defending the DOJ's lawsuit in court***. We believe the combination of Quad and LSC is the best outcome for all stakeholders and that the DOJ's attempt to stop the transaction will unfavorably impact our clients, our employees, and the print industry." The case was scheduled for trial in Chicago, Illinois on November 4, 2019.

73. Despite pledging to "vigorously defend" the acquisition, on July 23, 2019 – only a month after the DOJ filed suit – Quad announced it was abandoning the LSC acquisition. By walking away from the deal instead of being "fully committed to defending the DOJ's lawsuit in court," Quad had to pay LSC a reverse termination fee of $45 million. In contrast to the Company and Quadracci's statements, the July 23, 2019 press release stated the DOJ's decision to sue to block the merger added delay, uncertainty, and cost of legal challenges that "would have likely eroded a considerable amount of the expected benefits of the merger." In a statement announcing the deal with Quad was off, LSC CEO Thomas Quinlan warned that LSC would report a loss of $22 million to $26 million for the recently completed second quarter, after booking $8 million in profit a year earlier. LSC said its revenue was expected to drop about 8% to between $865 million and $875 million. For the fiscal year, LSC cut its guidance for sales to $3.45 billion to $3.55 billion, from $3.55 billion to $3.65 billion. LSC also said it was cutting guidance for adjusted EBITDA to $200 million to $240 million, down from $250 million to $290 million. LSC also suspended its dividend payments in light of its lower earnings and cash flows in order to allocate

greater capital to LSC's debt reduction and operational restructuring programs.[3] Defendants, however, maintained Quad's 2019 guidance.

74. Commenting on Quad's decision to abandon the merger, the DOJ called it a victory for American consumers and publishers because the merger would have "harmed competition that benefits publishers, retailers, and, ultimately, consumers through lower prices and greater availability of printed products from popular books to grade school textbooks."

### F. Quad Announces the Sale of Its Packaging Business to "Reduce Debt" and Then Settles Bribery Charges with the SEC for Nearly the Same Dollar Amount

75. On September 4, 2019, Quad announced the sale of its heavy-duty industrial wood crating business Transpak to FCA Packaging. Quadracci attributed the transaction to the Quad 3.0 strategy, which included a focus on long-term value-creation and the strategic fit of Quad's collection of assets. Quadracci asserted the transaction would "further intensify" Quad's focus on its "successful Quad 3.0 growth strategy" and that the net proceeds of approximately $10 million "***will be used to reduce debt***."

76. But less than a month later, the SEC charged Quad with extensive and long-running FCPA violations that included bribes to earn contracts, prevent penalties, and influence judges in litigation involving Quad. Specifically, on September 26, 2019, Quad agreed to pay the SEC nearly $10 million to settle its FCPA violations stemming from its long-running bribery schemes and cover-ups in Peru and China. Quad disgorged $6.9 million and prejudgment interest of approximately $960,000, and agreed to pay a civil penalty of $2 million. According to the declination letter published by the DOJ, the government "reached this conclusion despite the

[3] On April 13, 2020, LSC filed for bankruptcy reorganization under Chapter 11 of the U.S. Bankruptcy Code in the U.S. Bankruptcy Court for the Southern District of New York.

bribery committed by employees of the Company's subsidiaries in Peru and China." Thus, the $10 million in proceeds Quad generated from the Transpak sale would not be used to "reduce debt," but rather to pay approximately the same amount to the SEC for Quad's gross misconduct.

77. Quad's FCPA violations stemmed from its World Color acquisition in 2010. Despite becoming a publicly traded company, with a large global workforce and operations in high risk areas, Quad's compliance program was almost non-existent in 2010. As detailed below, Quad failed to implement sufficient internal accounting controls or anti-corruption policies and procedures, and failed to conduct meaningful due diligence on third parties. Quad's internal audit had no visible role in anti-corruption testing and the Company failed to conduct broad FCPA or ethics training until approximately 2012. Indeed, Quad appointed its first Director of Compliance, an individual with an information technology background, but no compliance experience or training, in 2011.

78. Prior to the start of the Class Period, from at least 2011 through January 2016, Quad engaged in multiple bribery schemes to secure business, win sales contracts, and avoid penalties on existing contracts. This included participating in a judicial bribery scheme that involved paying over $200,000 in bribes through a local counsel to judges overseeing a $12,000,000 tax dispute between Quad and the Superintendencia Nacional de Aduanas y de Administracion Tributaria ("SUNAT"), Peru's tax authority. In addition to bribing Peruvian judges, Quad's subsidiary, Quad/Tech Shanghai Trading Company ("Quad/Tech China") also paid or promised $182,000 in improper payments to employees of private and government customers through sham sales agents to secure business.

79. On top of bribery schemes, Quad Peru (formerly World Color Peru) also violated U.S. sanctions and export control laws by engaging in commercial transactions with a state

controlled Cuban telecommunications company, Empresa de Telecomunicaciones de Cuba S.A. ("ETECSA"). Quad Peru concealed these transactions by violating the FCPA's books and records provisions when it created a series of false records.

80. Quad's failure to implement a robust compliance program and maintain sufficient internal accounting controls contributed to ongoing bribery schemes in Peru. Indeed, Quad's then Operations Executive for Latin America and a then Finance Executive for Latin America – both based in the U.S. – either ignored significant red flags or participated in the misconduct. These failures also allowed Quad/Tech China's bribery of customers to facilitate systems sales to continue from 2010 to 2015, and Quad Peru's sanctions violations in connection with the sale of goods to Cuba in 2012.

81. None of the improper payments were accurately reflected in Quad's books and records, and its internal accounting controls were not reasonably designed to detect or prevent them. The history of Quad's misconduct, the precise details of which were not fully known to investors, was detailed by the SEC in its Order Instituting Cease-And-Desist Proceedings Pursuant to Section 21C of the Securities Exchange Act of 1934, Making Findings, and Imposing A Cease-And-Desist Order, as set forth below.

**1. Quad Resorts to Bribery to Secure Sales in Peru**

82. In 2011, Quad Peru's former Head Sales Executive was approached by an individual with influence in the Peruvian government who requested that Quad Peru pay him a "commission" in exchange for government contracts with INEI, one of Quad Peru's largest customers. Quad Peru's Head Sales Executive obtained verbal approval to pay the bribe from Quad Peru's former General Manager. Thereafter, from 2011 to 2016, the Head Sales Executive continued to make payments with the expectation that bribes would be paid to government officials to secure contracts, primarily with INEI, and also to other officials at government municipalities

in Peru. The improper payments were made through four purported third party vendors, which were sham companies owned by the same individual ("Sham Vendors").

83. The Sham Vendors were all registered in Lima, Peru, three with the same address, and had no real business operations. The Sham Vendors were used to pay bribes to both government officials and private customers on behalf of Quad Peru. Quad failed to conduct any due diligence on the Sham Vendors.

84. The bribes that Quad Peru paid to INEI officials were approximately 13% of each government contract work order and were paid through fake invoices for services submitted by the Sham Vendors that were routinely approved by the Quad Peru Head Sales Executive and the Quad Peru General Manager.

85. Quad Peru's then Senior Finance Manager was aware of the improper commission payments. He ensured that the related invoices from the Sham Vendors were paid after the Head Sales Executive and General Manager approved them. As the volume of improper payments increased, the Senior Finance Manager became increasingly concerned about authorizing them. He expressed his concerns to the General Manager but was rebuffed.

86. In approximately 2013, the Senior Finance Manager, with another Manager present, contacted a Finance Executive for Latin America who was based in the United States to discuss the improper conduct. The Finance Executive advised the Peru Senior Finance Manager not to forward any invoices directly to him and stated he would look into the matter. Despite being reassured the matter would be investigated, the Senior Finance Manager never heard back from the Finance Executive on the subject and no follow-up occurred. The improper "commissions" continued to be paid by wire transfers to accounts held by the Sham Vendors at various Peruvian

banks or by checks that were hand delivered to the Sham Vendor's principal or the Sham Vendor's accountant in Peru.

87. On top of using the Sham Vendors to pay bribes to government officials to secure contracts, Quad Peru also used them to pay bribes to employees of private customers from at least 2013 to 2015 to secure business.

88. In December 2014, the Finance Executive received additional notice of costs related to two of the Sham Vendors, when the Senior Finance Manager for Quad Peru emailed a copy of Quad Peru's standard monthly presentation for November 2014, to Quad in the United States for review, as Quad was closely monitoring costs at Quad Peru. The presentation contained a detailed analysis of Quad Peru's November 2014 operating results and identified large vendor costs for the two Sham Vendors. In fact, Quad Peru's second and third largest costs that period stemmed from fake invoices submitted by these vendors. Despite the Finance Executive's previous conversation with the Senior Finance Manager, the Quad Finance Executive in the United States failed to begin an internal inquiry and Quad Peru continued to pay additional bribes through the Sham Vendors.

89. In late 2015, a new Senior Finance Manager was hired from outside Quad. Once in place, the new Senior Finance Manager was made aware of several potentially suspicious invoices recently submitted by two of the Sham Vendors. Several of the invoices had red flags, including having the same date and dollar amounts, and consecutive invoice numbers. Upon review, the new Senior Finance Manager agreed the invoices were problematic and declined to approve them. In January 2016, the Quad Peru Senior Finance Manager reported the matter to the Finance Executive – the same U.S.-based Finance Executive who, years earlier, was notified of similar suspicious payments by Quad Peru's former Senior Finance Manager. After hearing from

the new Senior Finance Manager, the Finance Executive reported the suspicious payments to his supervisor and then to Quad's U.S. legal department.

90. In all, from at least 2011 to January 2016, Quad Peru paid or promised over $1 million in bribes through the Sham Vendors to secure contracts by which Quad secured over $4.4 million.

91. From 2011 through 2015, the Head Sales Executive and the General Manager of Quad Peru also used the Sham Vendors to pay over $117,000 in bribes to government officials at MINEDU to reduce penalties and extend the delivery dates on certain existing contracts in order to avoid defaulting on contracts with MINEDU. From June 2011 to May 2013, Quad Peru paid over $45,000 in additional bribes to MINEDU officials in order to avoid penalties for failure to meet the terms of existing contracts with MINEDU. As a result of this misconduct, Quad made over $970,000.

92. The bribe payments were falsely recorded in Quad's books and records, primarily as pre-press or related services. Quad lacked a system of internal accounting controls sufficient to detect or prevent the payments despite the presence of numerous red flags, including vendor invoices with rounded dollar amounts, large invoice amounts that were disproportionate to the services described, invoices that were consecutively numbered (sometimes with the same date) and invoices without purchase orders or other supporting documentation.

93. In addition, although Quad began providing some FCPA and anti-corruption training in Latin America in approximately 2012, it was not taken seriously by certain Quad Latin America employees. High level Latin America executives failed to support the effort, as illustrated by one management meeting in Peru where sales performance issues were discussed, and the Operations Executive for Latin America alluded to bribery when he joked that everything about

Quad Peru's operations could be changed except the Head Sales Executive, as he was the key to contracts with MINEDU because of his corrupt efforts to win those sales.

### 2. Quad Bribes Judges in Peru in an Attempt to Influence Tax Litigation Involving Quad Peru

94. During 2012 and 2013, Quad Peru also engaged in a judicial bribery scheme in Peru. Starting in approximately 2000, SUNAT, the Peruvian tax authority, assessed what ultimately totaled over $12 million in VAT, interest, penalties, and fines against Quad Peru for failure to pay VAT on certain book sales to MINEDU. Quad Peru filed a complaint against SUNAT to challenge the tax assessment, and engaged in litigation that lasted for years. The potential loss of more than $12 million for unpaid VAT was a legitimate concern for Quad, with the amount representing approximately two years of profit for Quad Peru.

95. In April 2010, Quad Peru retained a local Peruvian law firm to serve as outside counsel on the SUNAT litigation. Quad Peru paid the law firm a monthly fee of approximately $1,000 to $2,000 for routine services related to the litigation.

96. Around 2011, after setbacks in the litigation and at the law firm's suggestion, Quad Peru's management agreed to use the law firm to facilitate the payment of bribes to Peruvian judges in an effort to influence their decisions in the SUNAT litigation. Quad Peru's management obtained approval from the Operations Executive, based in the United States, to engage in the judicial bribery scheme.

97. The first bribe occurred in approximately 2011, when Quad Peru's Senior Finance Manager arranged for the payment of $20,000 to the law firm for purposes of bribing a judge. The Senior Finance Manager obtained the $20,000 by having approximately two or three third party vendors, which had previously provided legitimate services, submit fake invoices. Quad Peru paid the invoices and once the vendors received payment they returned some portion of the money to

Quad Peru's former Head Sales Executive and the Senior Finance Manager. The Senior Finance Manager then used the money to pay the law firm. The third party vendors took part in the scheme so that Quad Peru would continue to hire them to perform other legitimate services. The Senior Finance Manager personally delivered the $20,000 in cash to the law firm's office in Lima, Peru, for subsequent payment to the judge.

98. Around the time the bribe was paid, Quad had a significant victory in the SUNAT litigation. In October 2011, the Litigation Court in Lima ruled in Quad Peru's favor on the VAT issue. SUNAT, however, appealed the ruling and also challenged a previous injunction barring it from seizing Quad Peru's assets while the lawsuit was pending.

99. In March 2012, the court cleared the way for SUNAT to seize Quad's assets.

100. On July 24, 2012, Quad Peru signed a "success fee" contract with the law firm, agreeing to pay the law firm a maximum deposit of $208,000 if the law firm successfully defended Quad Peru in the ongoing SUNAT litigation.

101. From September 2012 to late December 2012, SUNAT seized approximately $4.49 million from Quad Peru's bank accounts, as well as approximately $7 million in cash receivables.

102. On or about December 11, 2012, with approval from the Company's Operation Executive in the United States, Quad Peru agreed to pay the law firm an "extraordinary" fee so that the law firm could use the funds to bribe a judge and stop the seizure of Quad Peru's bank accounts and assets. The bribe initially seemed successful, as two days later, on December 13, 2012, the administrative court granted Quad Peru's request for a preliminary injunction contingent on the provision of a bank guarantee by Quad Peru of the full amount owed. SUNAT appealed and the litigation continued. On December 14, 2012, the law firm issued an invoice to Quad Peru for $50,504 describing its services as "advice during the coercive execution process and in

obtaining a precautionary measure." Quad Peru's Senior Finance Manager signed off on the invoice and paid it the same day.

103. Quad's documents and internal emails also referred to the bribe payments as "extraordinary fees." This fee and later fees called "extraordinary" were in addition to the normal monthly payments made to the law firm.

104. In April 2013, the law firm issued an invoice for $407,100 to fund additional bribes to judges. Unwilling to take sole responsibility for the very large payment to the law firm, the Senior Finance Manager of Quad Peru forwarded the invoice by email to the U.S.-based Finance Executive for payment approval. The Finance Executive then forwarded the invoice to a U.S.-based Operations Executive who also had knowledge of the bribery scheme. After discussing the $407,000 invoice with the Operations Executive, the Finance Executive told the Senior Finance Manager to pay the invoice, despite the possibility the money would be used for bribery.

105. Days later, Quad Peru wired a portion of the invoice amount, $230,000 to the law firm. Payment was wired from Quad Peru's Miami, Florida bank account, an account typically used to pay for supplies, not attorney's fees. Quad's Finance Executive told the Senior Finance Manager how to account for the payment in Quad Peru's books and records due to this concern about it appearing in variance reports.

106. On or about June 7, 2013, the law firm refunded $173,181, roughly two-thirds of the original $230,000 payment, to Quad Peru, keeping approximately $56,819. The law firm refunded the money because its attempt to bribe the appellate judges in charge of SUNAT's appeal was unsuccessful. This became evident days later, on or about June 10, 2013, when two of the three appellate judges considering Quad Peru's appeal voted in favor of SUNAT.

107. Between 2012 and 2013, SUNAT seized approximately $11.89 million. In October 2013, Quad Peru made another payment of approximately $108,488 to the law firm. According to the invoice submitted by the law firm, the payment was a "contentious administrative procedure success fee related to SUNAT." The payment did not relate to any "success" on the part of the law firm. Rather, it related, at least in part, to the law firm's assistance with the judicial bribery scheme. In all, Quad Peru made improper payments of approximately $209,752 to the law firm in connection with the failed effort to bribe judges.

108. In the summer of 2014, SUNAT won its appeal of the lower court ruling in favor of Quad Peru. On November 3, 2014, Quad Peru filed an appeal of the decision with the Peruvian Supreme Court. The litigation concluded on March 20, 2018, when the Peruvian Supreme Court decided the case in favor of Quad Peru.

**3. Quad Conceals Sales Transactions in Cuba**

109. Before Quad acquired World Color in 2010, World Color regularly conducted business with Cuba. One of its largest clients was ETECSA, a state-owned telecommunications company that purchased telephone directories from World Color Peru. Despite existing United States sanctions and export control laws, sales to Cuba continued after Quad acquired World Color.

110. Certain Quad employees, including members of management in Peru and the former Operations Executive based in the U.S., concealed transactions with Cuba in internal emails and correspondence discussing contract negotiations, financing arrangements, shipping and printing. Additional books and records were falsified to conceal the transactions, including references to "broker" that were intended to conceal the efforts to use a third party as a pass through company. As a result of the conduct, Quad's contracts, shipping documents, invoices, and journal entries were inaccurate.

111. In October 2010, Quad Peru signed a contract with ETECSA to print and sell Cuban telephone directories for approximately $1.2 million. Quad Peru arranged the sale even through it was prohibited by U.S. sanctions and export control laws. In early 2011, Quad Peru shipped the telephone directories to ETECSA.

112. Knowing that sales to ETECSA were barred by U.S. sanctions, the Operations Executive and Quad Peru's General Manager and Senior Finance Manager tried to conceal the 2010 Cuba sale from other executives in the U.S. by not mentioning "CUBA" in their reports. The Operations Executive recommended using the initials of the customer, ETECSA, in reports instead.

113. Around the same time, in early March 2011, the Operations Executive sent emails to the Senior Finance Manager asking whether Quad Peru had sent invoices to ETECSA in 2011, and also whether there was a plan to use a broker in the future. The Senior Finance Manager responded that invoices for approximately $1.1 million had already been sent to ETECSA in 2011, and that they would use a Peruvian agent as a broker going forward.

114. By this time, members of management in Quad Peru and Latin America had developed a scheme through which Quad Peru attempted to conceal its sales to ETECSA by making it appear on its books and records that it had sales to a Peruvian agent. In reality, the Peruvian agent was not a real customer, but a pass through company used to conceal Quad's sales of telephone directories to Cuba.

115. On or about April 11, 2011, Quad's Legal Department emailed the Operations Executive explaining that U.S. law prohibited trade between U.S. companies and Cuba. The Legal Department added that as a result of the acquisition of World Color, Latin American subsidiaries could no longer sell products or provide services to customers in Cuba. Lastly, the Legal

Department asked the Operations Executive to confirm that Quad Peru was no longer selling or providing products or services to ETECSA.

116. Despite knowing from prior communications that Quad Peru planned to continue unlawful sales to Cuba using the Peruvian Agent as a broker, the Operations Executive misled the Legal Department, writing: "I verified this last month. I confirm Peru is no longer producing any work for Cuba….They were also instructed not to accept any work from [C]uban customers."

117. After this, on February 24, 2012, Quad Peru signed a purported sales contract with the Peruvian Agent, to print telephone directories for ETECSA in Cuba for the period 2012-2013, when in fact it was a sale between Quad Peru and ETECSA.

118. The Peruvian Agent was described as an intermediary for the sale and also provided pre-press services. The Peruvian Agent submitted sham invoices to Quad Peru and received payment in 2012 and 2013.

119. On March 12, 2012, the Peruvian Agent signed a contract with ETECSA to publish the telephone directories. The Peruvian Agent then hired Quad Peru as a subcontractor. Quad Peru printed, packaged, and arranged for shipment of the directories to Cuba. Thus, the Peruvian Agent was simply a pass through to avoid the Legal Department's advice on U.S. sanctions.

120. From approximately February 18 to 29, 2012, Quad Peru also paid hotel bills for ETECSA employees who visited Peru to review sample telephone directories and oversee the start of the 2012 printing and packaging project. Additionally, from approximately April 8, 2010, to July 1, 2012, Quad Peru sales representatives traveled to Cuba multiple times to meet with ETECSA officials to discuss the pending printing project for ETECSA.

121. Months later in approximately September 2012, during a risk assessment in Peru conducted by the Company's compliance group and its external accounting consultants, executives

in the U.S. learned about the improper 2012 sale to Cuba. Despite learning of the sale, executives in the U.S. failed to put adequate internal accounting controls and trade compliance measures in place to ensure that no additional work was conducted with ETECSA or other sanctioned countries. To the contrary, the illegal sale in 2012 was completed with the knowledge and approval of Quad's Operations Executive.

122. In August 2013, despite knowing by this time that sales to Cuba were prohibited, Quad Peru employees opted to bid on yet another contract with ETECSA for the sale of 2014 telephone directories. Quad Peru won the bid in September 2013, but subsequently withdrew it in October 2013, because of U.S. sanctions.

123. The revenue from the 2012 sale to ETECSA was falsely recorded in Quad Peru's books and records as a sale to Peruvian Agent.

#### 4. Quad Engages in Bribery to Secure Sales in China

124. In addition to the improper conduct in Peru, from 2010 to 2015, bribes were promised and paid by Quad's China based subsidiary, Quad/Tech China, to employees of state-owned entities and private customers through sham sales agents to win business.

125. During the relevant period, Quad/Tech China sold and serviced systems that attached to printing machinery. The systems were designed to improve the quality and efficiency of printing presses utilized by customers. Most of Quad/Tech China's customers were original equipment manufacturers ("OEMs") and press end users. Quad/Tech China's clients were in traditional (*e.g.*, newspapers) and packaging printing and its focus was on the packaging side of the market.

126. Since there were only a handful of OEMs selling printing presses in China and an equally small number of press end users, Quad/Tech China's potential customer base was small. Sotech Machinery Co. Ltd. ("Sotech"), an OEM specializing in packaging printing equipment,

mostly for the cigarette industry, was one of Quad/Tech China's largest customers. Another large OEM customer was Shaanxi Beiren ("Shaanxi Beiren") Printing Machinery Co. Ltd., a state owned entity and manufacturer of printing, decorating and packaging machinery.

127. From at least 2010 to July 2015, Quad/Tech China promised or paid commissions to sales agents who then passed some portion of the payments on to employees of OEMs and end users at private and public companies in China. The payments were made to induce customers to purchase Quad/Tech China's systems. Illicit payments were made to Chinese officials at Shaanxi Beiren and to employees of Sotech to win sales.

128. The fake commissions that Quad/Tech China paid to sales agents to make illicit payments were generally 2% of sales order values and were typically described on invoices as "technical service fees." The sham sales agents did not provide any bona fide services and were not involved in any business operations at Quad/Tech China. They simply invoiced Quad/Tech China for a 2% commission and then transferred payment to customer employees in return for Quad/Tech obtaining a contract.

129. The improper payments were largely facilitated by a former Quad/Tech China Sales Executive in charge of the package printing business in China. Quad/Tech China's then General Manager and its then Finance Manager were also aware of the payments to the sham sales agents. All three employees were based in China.

130. Quad/Tech China did not do any due diligence on the sham sales agents and no proof of services performed were provided before their invoices were paid. Quad failed to provide adequate oversight and auditing of Quad/Tech China. In addition, Quad/Tech China employees were inadequately trained on the Company's anti-corruption policies. The improper payments were falsely recorded in Quad's books and records as "commissions" and Quad failed to devise

and maintain a system of internal accounting controls sufficient to detect or prevent the improper payments.

### G. Quad Reports Poor Third Quarter 2019 Financial Results and Reduces 2019 Guidance

131. During the Class Period, Defendants made materially false statements and omitted material information the nondisclosure of which made their statements false. As set forth in more detail below, these false statements and omissions centered on the ability of the Quad 3.0 transition to replace revenue from, and contribute to, Quad's declining print business, the pace at which the Quad 3.0 transition needed to occur, the true reasons behind Quad's attempt to acquire LSC and the consequences of walking away from the acquisition, as well as the Company's desire to defend the acquisition in court, and Quad's ability to achieve its 2019 guidance and maintain its often-touted dividend. Among other things, an artificially inflated stock price enabled Quad's attempt to acquire LSC in an all-stock transaction worth $1.4 billion. Had Quad's stock price not been inflated, the deal could not have occurred without Quad committing substantially more stock to the acquisition. Defendants' false statements and omissions had their intended effect, causing Quad stock to trade at artificially inflated prices during the Class Period and until the truth was revealed on October 29, 2019.

132. Specifically, after the market closed on October 29, 2019, Quad shocked investors by announcing it badly missed its 3Q19 EPS estimates, reducing its 2019 guidance, slashing its quarterly dividend by 50%, divesting the Company's book business, which would have been significantly bolstered by the LSC acquisition, and announcing significant cost reduction activities needed to provide financial flexibility. Specifically, Quad reported 3Q19 EPS from continuing operations of -$0.94, ***622%***, or $1.12, ***worse*** than analyst estimates of EPS of $0.18. The Company also missed on revenue, reporting revenue of $944 million, falling short of consensus estimates of

$1.01 billion and dropping 8.3% year-over-year from $973.5 million, reflecting "ongoing print industry volume and pricing pressures," along with EBITDA margins of -7.4%, down ***215%*** from positive 6.4% in 2Q19. For 2019, Quad announced it expected sales of $3.9 billion, compared with its previous target of $4.05 billion to $4.25 billion, along with a significant reduction in free cash flow, from $145 to $185 million down to $80 to $100 million. The Company also cut its dividend in half, from $0.30 per share to $0.15, and announced an expansion of the Company's cost reduction program by $50 million. In addition, Quad stunned investors by announcing that Quad was divesting its $200 million per year book business, which had been reporting increasing sales during 2019.

133. The stock market reaction was swift and severe. After closing at $11.27 per share on October 29, 2019, Quad stock dropped $6.42 per share, or ***57%***, to close at an ***all-time low*** of $4.85 per share on October 30, 2019, on highly elevated trading volume. That same day, the Russell 3000 Forms and Bulk Printing index fell only 0.1% and the broader Russell 3000 index gained less than 0.1%.

134. Analysts were caught off-guard by the Company's disappointing quarterly results, slashed guidance, book business divestiture, and dividend cut, with Buckingham Research stating on October 30, 2019, that it was "absolutely shocked by these developments given the confidence management had just three months ago." In response to the unexpected poor performance and outlook, Buckingham Research downgraded the stock to neutral from buy and slashed the price target from $20 to $7 per share.

135. On October 31, 2019, Quad hit a 52-week low at $4.83 per share, a 71% year-over-year decline and far below Quad's Bloomberg peer index, which increased approximately 6.5% over the same time frame.

136. As a result of Defendants' wrongful acts and omissions, and the declines in the price of Quad common stock detailed herein, Plaintiff and other Class members have suffered significant losses and damages.

137. As of the date of this Complaint, the price of Quad stock has not recovered from its significant decline at the end of the Class Period. In fact, it has declined even more, and closed at $2.74 per share on May 14, 2020.

## V. MATERIALLY FALSE AND MISLEADING STATEMENTS AND OMISSIONS ISSUED DURING THE CLASS PERIOD

### A. Fourth Quarter and Year Ended December 31, 2017 Financial Results

138. The Class Period begins on February 21, 2018. On that date, the Company issued a press release announcing its financial results for Quad's 4Q17 and year ended December 31, 2017. In addition to announcing the Company's historical financial performance, Quad announced its acquisition of Ivie, a "leading marketing services provider" and provided Quad's 2018 outlook. The press release quoted Quadracci as stating, in relevant part:

> We are pleased with our fourth quarter and full-year 2017 results, which were in-line with our expectations and demonstrate continued execution of our strategic priorities to generate consistent earnings and strong, sustainable Free Cash Flow that further strengthen our balance sheet, provide long-term shareholder value and ***accelerate our Quad 3.0 transformation***. ***We have made great progress with our transformation and will continue to leverage our strong print foundation as part of a much larger and more robust integrated marketing platform***. We are proactively addressing our clients' increasing needs to reduce complexity, and improve process efficiency and marketing spend effectiveness to offset ongoing marketplace disruption. ***Our acquisition of Ivie, a leading marketing services provider, accelerates our Quad 3.0 transformation***.

139. The February 21, 2018 earnings release also quoted Honan as stating, "Our significant Free Cash Flow also allows us to strategically invest in our business to ***accelerate our Quad 3.0 transformation, as evidenced by today's acquisition of Ivie. In addition, it allows us to maintain an affordable and sustainable annual dividend of $1.20 per share*** and opportunistic

share repurchases." Honan also added, "***Positive revenue momentum from our Quad 3.0 transformation, combined with $150 million in incremental revenue from the Ivie acquisition, help offset ongoing print industry volume and pricing pressures and support our outlook for flat 2018 net sales at the midpoint of our guidance***."

140. Also on February 21, 2018, Quad filed with the SEC its annual report on Form 10-K for the year ended December 31, 2017 ("2017 10-K), which was signed by Quadracci and Honan, and included Sarbanes-Oxley ("SOX") certifications signed by each of them, which certified that the information in the 2017 10-K was accurate. The 2017 10-K stated that the U.S. "advertising services industry is forecasted to grow at an annual compounded rate of 4% between 2017 and 2021, as compared to the printing industry which is in secular decline." The 2017 10-K stated that ***"[t]his opportunity for growth supports Quad/Graphics' 3.0 transformation***. . ."

141. After the market closed on February 21, 2018, Quad hosted a conference call to discuss its 4Q17 and 2017 financial results, with Quadracci and Honan speaking on behalf of the Company. During his opening remarks, Quadracci touted the benefits of the Quad 3.0 evolution, stating, in part:

> Quad 3.0 has evolved over the past many years along with the seismic shifts in the multichannel marketing environment, which provided the opportunity for Quad to expand its offering as a marketing solutions provider. ***In Quad 3.0, we continue to leverage our strong print foundation built over the past 47 years as part of a much larger and more robust integrated marketing platform***.
>
> * * *
>
> The Quad 3.0 conversation is about addressing our clients' marketing challenges by building the appropriate offering to help solve their problems. ***Key to our success in Quad 3.0 is our ability to expand our capabilities quickly and have the appropriate resources to scale in a significant way***.

142. Quadracci's opening remarks on the 4Q17 conference call also highlighted the Company's investments in Rise and Ivie:

> Rise Interactive is one such close partner where we also hold a financial investment. The digital marketing agency specializes in media, analytics and customer experience. ***Our partnership capitalizes on Quad's expertise in optimizing the clients' marketing spend in off-line channels with Rise's expertise in online channels to create more integrated, powerful marketing campaigns, bridged by the expertise already in place with our BlueSoho business***.
>
> And in other cases where it makes strategic sense, we acquire expertise to scale what we already have in place. ***Just this morning, we made a major announcement about the acquisition of Ivie & Associates, a leading marketing service provider to further augment our integrated marketing platform***. Ivie is on Inc. Magazine's annual list of fastest growing privately held companies in the country, and serves a long list of iconic brands in grocery, athletic, home, beauty and specialty retail.
>
> * * *
>
> ***For our investors, our newly expanded offering provides stickiness and associated strong recurring revenues as our teams working side-by-side with our clients each and every day. We are building momentum and our strategy is working. Quad 3.0 generated significant incremental new business in 2017, helping to offset ongoing industry volume and pricing pressures***.

143. As the call continued, Honan added:

> ***The Ivie acquisition, an all-cash transaction, drives scale and capabilities in our Quad 3.0 offering***. The purchase price was $92.5 million before earn-out potential of up to an additional $16 million in purchase price when certain financial metrics are achieved post-integration.

144. During the question and answer portion of the February 21, 2018 earnings call, defendants were asked to give details about Ivie's business because of the lack of information available to investors regarding Ivie's business and financial condition. In response, Honan revealed that instead of providing an immediate offset to Quad's declining print business, "[i]nitially, Ivie would come in a little dilutive to our margins" and added that the Ivie acquisition was "***very much a growth acquisition for us***, driven by the top line." Addressing the potential for revenue growth with Quad 3.0, Quadracci told investors that Quad 3.0 would help create more print business, stating:

> [Quad] 3.0 is about helping our clients market more efficiently and effectively. And that's why people ask about, well, ***what are the revenues going to be in 3.0? You***

> ***have to take into account that there's going to be revenues and better margin in the services sector of how we help our clients. But also as a part of that media spend, because we also help them deploy execution of campaign, whether it's online and off-line, it does create more incremental print, and we saw that in '17. And the print revenue, typically, has a lot more 0s attached to it. So it does impact things.*** But that's the whole plan is to continue to get embedded with our clients not as a vendor, but as a partner. Take and replace a hole that's been created through how the agencies have really operated over time and really help consolidate it.

145. As the February 21, 2018 call continued, defendants were asked about the Company's book business. In response, Quadracci discussed investments Quad made in its book business to help it compete with digital books, and stated:

> ***We made a significant investment in wide web press this past year in our Versailles, Kentucky plant, which is really helping traditional print compete with digital because the -- it's very automated***. The length of runs that we can produce there effectively has gone down because we need both the digital assets and the traditional assets to do what our publishers need today. And so big pushes about getting rid of inventory in the book industry, and that's why ***we made such a significant investment in digital presses over the past several years***. So we have a huge digital cell that is really -- sometimes getting down to versions of one. But the most important thing is we've totally bridged the gap from being able to do, hey, like you've got an initial order with strong demand. We have the traditional assets to do the high volume, but the ability to do low volume on traditional has gotten even more effective. But then we have the digital assets all within the same cell, so we can seamlessly send products to either one, depending on the economics for our client without them having to worry about it. ***And so we see the book world as, obviously, it's – I think over the years, everyone thought they were going away. They're certainly not when you look at the growth. But the importance is that we make it efficient for our clients so that they can get rid of inventory, and quite frankly, also be able to start bringing in more customization and personalization***.

146. As the call went on, Quadracci discussed how Quad's book business was growing, and that Quad's packaging business was successful and poised to grow, stating, in relevant part:

> ***But the book areas, actually, growth. So it was up 2%, I think, if you look at 2017. And within our book pages, we were up almost 5%***.
>
> * * *
>
> ***And then, obviously, we continue to be in the packaging space in a smaller way, but some -- a place that we've been happy with and one we think we'll grow long term***.

147. The statements on February 21, 2018, as set forth in ¶¶139-147, were materially false and misleading because Defendants failed to disclose that the pace of Quad's 3.0 transition needed to be significantly and rapidly accelerated to offset secular declines in the Company's print business and that any complement to the Company's print business would be minimal. Indeed, due to Quad's intense competition with LSC, Quad's print business was suffering at an increasing rate and without drastic measures, the Quad 3.0 transition would not be able to offset those declines, which threatened the Company's EBITDA margins, earnings, cash flow, and dividend. Defendants' statements regarding the success of the book business and long-term growth of the packaging business were also misleading because Defendants considered them to be non-core assets that they were willing to sell to support Quad 3.0, despite their actual and future growth prospects.

**1. Quad Reports Its First Quarter 2018 Financial Results**

148. On May 1, 2018, Quad issued a press release announcing its 1Q18 financial results for the quarter ended March 31, 2018. The Company reported net sales of $968 million, representing a 3.1% decrease as compared to 2017, and a net loss of $3.5 million, or $0.07 diluted loss per share, compared to net earnings of $25.4 million the year before. The Company's organic sales declined 5.1%, which Quad attributed to "ongoing print industry volume and pricing pressure after excluding acquisitions (2.0% impact), pass-through paper sales (-0.2% impact) and foreign exchange (0.2% impact)," which was consistent with previous guidance. Quad also discussed increasing its ownership to a majority interest in Rise, a digital marketing agency, and stated that it was continuing to "successfully integrate Ivie." The May 1, 2018 earnings release quoted Quadracci as stating, in relevant part:

> Our results for the first quarter of 2018 were in-line with our expectations as we continue to transform our company as part of Quad 3.0. As a marketing solutions provider, we address our clients' marketing challenges and solve their unique

problems through a comprehensive offering. ***Our recent acquisition of Ivie & Associates and additional investment in Rise Interactive continue to accelerate our transformation, creating a powerful integrated marketing platform***. Not only are we able to fulfill traditional agency roles, but we also provide integrated marketing execution across channels. In this way, we deliver increased value, helping our clients reduce complexity while improving process efficiencies and marketing spend effectiveness.

149. The 1Q18 earnings release also quoted Honan as stating:

We believe the strength of our balance sheet gives us the ability to balance our use of capital and ***provide sufficient opportunity for investment in our Quad 3.0 transformation***.

150. On May 2, 2018, Quad filed with the SEC its quarterly report on Form 10-Q for the 1Q18, which was signed by Quadracci and Honan and included SOX certifications signed by each of them. The 1Q18 10-Q reiterated the financial results announced in the 1Q18 earnings release. Addressing trends affecting Quad, the 1Q18 10-Q added that:

Quad/Graphics is a leading marketing solutions provider. ***Opportunity for growth within the United States advertising services industry supports Quad/Graphics' 3.0 transformation. The Company leverages its strong print foundation as part of a much larger, robust integrated marketing platform that helps marketers and content creators improve the efficiency and effectiveness of their marketing spend across offline and online media channels***. With a consultative approach, worldwide capabilities, leading-edge technology and single-source simplicity, the Company believes it has the resources and knowledge to help a wide variety of clients in multiple vertical industries, including retail, publishing and healthcare.

* * *

The Company believes that a disciplined approach for capital management and a strong balance sheet are critical to be able to ***invest in profitable growth opportunities and technological advances, thereby providing the highest return for shareholders***. Management balances the use of cash between deleveraging the Company's balance sheet (through reduction in debt and pension obligations), compelling investment opportunities (through capital expenditures, acquisitions and strategic investments) and ***returns to shareholders (through*** share repurchases and ***a quarterly dividend of $0.30 per share***).

151. On May 2, 2018, Quad hosted a conference call to discuss its 1Q18 financial results, with Quadracci and Honan leading the call on behalf of the Company. In his opening remarks, Quadracci stated:

> ***Key to our success in Quad 3.0 is our ability to expand our capabilities quickly*** and have the appropriate resources to scale in a significant way. ***To accomplish this, we take a disciplined build, partner, acquire approach to accelerate our transformation***.
>
> * * *
>
> Before I hand the call over to Dave [Honan], ***I want to emphasize how confident we are in Quad 3.0, and we will continue to remain focused on our consistent, strategic priorities to generate sustainable, strong free cash flow, drive further EBITDA enhancement, strengthen the balance sheet, demonstrate our ongoing commitment to providing long-term shareholder returns and continue to accelerate Quad 3.0***.

152. The statements on May 1-2, 2018, as set forth in ¶¶148-151, were materially false and misleading because despite acknowledging that Quad 3.0 was accelerating, Defendants failed to disclose that the pace of Quad's 3.0 transition needed to be significantly and rapidly accelerated to offset secular declines in the Company's print business and that any complement to the Company's print business would be minimal. Additionally, as Defendants knew but failed to disclosure to investors, the Ivie acquisition and increased investment in Rise would not be significant enough to offset ongoing print revenue declines or accelerate Quad 3.0 at the rate necessary to do so. Indeed, due to Quad's intense competition with LSC, Quad's print business was suffering at an increasing rate and without drastic measures, the Quad 3.0 transition would not be able to offset those declines, which threatened the Company's EBITDA margins, earnings, and cash flow. Defendants' statements regarding Quad's quarterly dividend failed to warn investors that without significant acceleration to Quad 3.0 and additional cost cutting measures, Quad's dividend was likely to be significantly reduced.

### 2. Quad Reports Its Second Quarter 2018 Financial Results

153. On July 31, 2018, Quad issued a press release announcing its financial results for 2Q18 ended June 30, 2018. The Company announced a 5% increase in net sales to $1 billion, "reflecting the impact of the Ivie & Associates and Rise Interactive investments as part of the Company's transformation to a marketing solutions provider." The release also reported an increase in net earnings of $2 million to $9 million and diluted EPS of $0.18. But, organic sales declined 2.2%, after excluding acquisition sales impact of 6.2%, increased pass-through paper sales of 1.6% and a -0.2% foreign exchange impact. The Company stated the resulted reflected "ongoing print industry volume and pricing pressures" and were "consistent with the Company's previous guidance." The release quoted Quadracci as stating:

> ***Our results*** for the second quarter of 2018 were in-line with our expectations and ***reflect the positive impact on revenue from our transformation to a marketing solutions provider***. Our integrated marketing platform is unique and enables our clients to strategically plan, produce, deploy, manage and measure their marketing content across traditional and digital channels. By having a fully integrated offering, we reduce complexity, improve process efficiencies and enhance marketing spend effectiveness for our clients.
>
> ***Our investments in Ivie & Associates and Rise Interactive continue to strengthen our integrated marketing platform and the client value we create. Recent wins validate that our strategy is working, especially in the digital marketing and technology solutions spaces***. For example, one of our large national retail clients recently partnered with Quad for digital services including paid search, social and display placement, spend optimization, and analytics reporting in addition to the traditional services we already provide for them including creative, production, media planning, printing and distribution. ***As we move ahead, we will continue to strengthen our integrated marketing platform to ensure our products and services continue to help our clients and generate additional revenue across all our businesses***.

154. On August 1, 2018, the Company filed its quarterly report on Form 10-Q with the SEC for Quad's 2Q18, which was signed by Quadracci and Honan and included SOX certifications signed by each of them. The 2Q18 10-Q reiterated the financial results announced in the 2Q18

earnings release. The 2Q18 10-Q also included statements on the strategies underpinning the Company's Quad 3.0 strategy, stating:

> ***Key components of this strategy center on Quad/Graphics' ability to grow in Quad 3.0, at a time when industry headwinds continue***, and are as follows:
>
> • ***Ongoing innovation and investment to integrate offline and online media, in support of the Company's Quad 3.0 value proposition*** of helping clients create, integrate, deploy and measure content more efficiently and market more effectively.
>
> * * *
>
> • ***Disciplined acquisitions, that take many different forms. For example, the Company intends to continue to transform its existing product lines while expanding into higher growth product and service categories that help bolster the Company's ability to create value for its clients, as well as pursue value-driven industry consolidating acquisitions and/or acquisitions that help accelerate the Company's transformation in Quad 3.0***.

155. Addressing trends affecting Quad, the 2Q18 10-Q added that:

> Quad/Graphics is a leading marketing solutions provider. ***Opportunity for growth within the United States advertising services industry supports Quad/Graphics' 3.0 transformation. The Company leverages its strong print foundation as part of a much larger, robust integrated marketing platform that helps marketers and content creators improve the efficiency and effectiveness of their marketing spend across offline and online media channels***. With a consultative approach, worldwide capabilities, leading-edge technology and single-source simplicity, the Company believes it has the resources and knowledge to help a wide variety of clients in multiple vertical industries, including retail, publishing and healthcare.
>
> * * *
>
> The Company believes that a disciplined approach for capital management and a strong balance sheet are critical to be able to ***invest in profitable growth opportunities and technological advances, thereby providing the highest return for shareholders***. Management balances the use of cash between deleveraging the Company's balance sheet (through reduction in debt and pension obligations), compelling investment opportunities (through capital expenditures, acquisitions and strategic investments) and ***returns to shareholders (through*** share repurchases and ***a quarterly dividend of $0.30 per share***).

156. On August 1, 2018, the Company hosted a conference call to discuss its 2Q18 financial results, with Quadracci and Honan participating on behalf of the Company. In his opening remarks, Quadracci touted the success of the Company's Quad 3.0 strategy, stating:

> ***As we move forward, we are confident in our transformation strategy and the value it delivers to our clients and shareholders. To that end, we remain focused on our consistent strategy -- strategic priorities to continue to accelerate our Quad 3.0 transformation, drive further EBITDA enhancement through revenue generation and cost containment, generate sustainable strong free cash flow, strengthen the balance sheet and demonstrate our ongoing commitment to providing long-term shareholder returns through our consistent dividend and share repurchases such as the $37 million stock buyback we conducted in the quarter***.

157. As the call continued, Quadracci addressed the Company's book business, touting the business to investors and stating, "***And of course, books is a great story for the industry. It continues to grow and I think has good future***."

158. The statements on July 31 and August 1, 2018, as set forth in ¶¶153-157, were materially false and misleading because Defendants failed to disclose that the pace of Quad's 3.0 transition needed to be significantly and rapidly accelerated to offset secular declines in the Company's print business and that any complement to the Company's print business would be minimal. Indeed, due to Quad's intense competition with LSC, Quad's print business was suffering at an increasing rate and without drastic measures, the Quad 3.0 transition would not be able to offset ongoing print revenue declines, which threatened the Company's EBITDA margins, earnings, and cash flow. In addition, Defendants' statements regarding the success of the book business were misleading because Defendants considered the book business to be a non-core asset that they were willing to sell to support Quad 3.0, despite its actual and future growth prospects. Defendants' statements regarding Quad's quarterly dividend failed to warn investors that without significant acceleration to Quad 3.0 and additional cost cutting measures, Quad's dividend was likely to be significantly reduced.

### 3. Quad Announces Its Acquisition of LSC and Reports Its Third Quarter 2018 Financial Results

159. On October 31, 2018, Quad issued a press release announcing that Quad and LSC's respective boards of directors approved a definitive merger agreement whereby Quad would acquire LSC in an all-stock transaction valued at approximately $1.4 billion, including the refinancing of LSC's debt, and that the combined company would have annual revenue of approximately $8 billion. Under the terms of the agreement, LSC shareholders would receive 0.625 shares of Quad Class A common stock for each LSC share they owned, representing approximately 29% total economic ownership of the combined company and approximately 11% of the vote of the combined company. The release stated the deal was expected to close in mid-2019 and be accretive to earnings, with net synergies expected to be approximately $135 million and achieved in less than two years, resulting in "substantial additional Free Cash Flow generation." Quad stated the deal would result "in a more profitable company with a strong and healthy balance sheet that provides continued flexibility to strategically deploy capital between investing back into the business, making strategic acquisitions and returning capital to shareholders through consistent dividends and share repurchases." The release quoted Quadracci as stating:

> This is a defining moment in Quad's 47-year journey. We have grown from a printer with a single facility to a global marketing solutions provider with a seamless, integrated offering that creates more value for all our stakeholders at a time of significant media disruption. ***Together with LSC Communications, we will create a compelling combination of talent, expertise and client technology to further fuel our Quad 3.0 marketing solutions transformation and strengthen the role of print — a proven and trusted media form in today's multichannel world***.
>
> We look forward to welcoming LSC Communications' employees to our team. They will be part of a dynamic, values-based organization that is focused on creating a better way for our clients and our company. ***From this historic business combination, our clients will benefit from a highly efficient print platform, and the additional cost- and time-saving opportunities generated from enhanced production and distribution efficiencies and flexibility, expanded mailing and logistics services, and strengthened print management services. We are confident in the synergies we will generate from this transaction. We will draw on our deep***

> ***integration experience to successfully align our operations and create long-term sustainable shareholder value. In addition, with an all-stock transaction, our combined shareholders will benefit from our continued strong and healthy balance sheet.***

160. Also on October 31, 2018, the Company issued a release announcing its third quarter 2018 ("3Q18") financial results for the quarter ended September 30, 2018. The release highlighted the LSC acquisition, stating it would create a "***highly efficient print platform to fuel Quad's 3.0 transformation and strengthen the role of print in a multichannel medial world***." It also highlighted a 2.4% increase in sales to $1 billion, and an 18% increase in 3Q18 net earnings to $23 million and EPS of $0.46. The Company attributed the sales increase to the "impact of the Ivie & Associates and Rise Interactive investments," but also stated that "[o]rganic sales declined 3.2% after excluding acquisition sales impact of 4.6%, increased pass-through paper sales of 1.6% and a 0.6% unfavorable foreign exchange impact." The release added that the "organic results reflect ongoing print industry volume and pricing pressures" that were "consistent with the Company's expectations." The Company's earnings release also announced that Quad was narrowing its 2018 financial guidance. The 3Q18 earnings release quoted Quadracci as stating:

> Our third quarter results were in-line with our expectations, and reflect our ***consistent, disciplined focus to sustainably reduce costs, win profitable new business and expand our relationships with existing clients as we continue to strengthen our integrated marketing solutions offering. The acquisition of LSC is a natural and strategic fit, and will help us further strengthen the role of print, which is a proven and trusted media form in today's multichannel world. When combined, our companies' complementary platforms will be operated by the printing industry's most experienced operators and innovators, providing our clients with flexibility and enhanced production and distribution efficiencies***. As we move forward, we will continue to leverage our strong print foundation as part of a much larger, more robust integrated marketing solutions offering that not only helps clients plan and produce programs, but also physically execute and measure them across traditional and digital channels. Our offering helps clients reduce the complexity of working with multiple specialized agencies, while improving process efficiencies and enhancing marketing spend effectiveness. ***At a time of incredible media disruption, we remain confident in the value-creating potential of our integrated marketing solutions strategy***.

161. The 3Q18 earnings release also included the following statements by Honan:

> The strength of our balance sheet provides us with the ability to deploy our capital between investing back into our business, making strategic acquisitions like LSC and ***returning capital to our shareholders through our consistent dividend*** and share repurchases. ***We will continue to find innovative ways to reduce our cost structure while generating the strong Free Cash Flow that serves as the foundation of our historically strong balance sheet***.
>
> ***The LSC transaction presents a compelling opportunity for the achievement of the $135 million in net synergies, excluding non-recurring integration costs, in less than two years through the elimination of duplicative functions, capacity rationalization, greater operational efficiencies and greater efficiencies in supply chain management***. ***We anticipate the significant level of synergies will result in a more profitable combined company, and that the all-stock transaction structure will allow us to maintain a strong and healthy balance sheet, which creates future value for all shareholders.***

162. On October 31, 2018, the Company filed its quarterly report on Form 10-Q with the SEC for Quad's 3Q18, which was signed by Quadracci and Honan and included SOX certifications signed by each of them. The 3Q18 10-Q reiterated the financial results announced in the 3Q18 earnings release. The 3Q18 10-Q also included statements on the strategies underpinning the Company's Quad 3.0 strategy, stating:

> • ***Ongoing innovation and investment to integrate offline and online media, in support of the Company's Quad 3.0 value proposition*** of helping clients create, integrate, deploy and measure content more efficiently and market more effectively.
>
> * * *
>
> • ***Disciplined acquisitions, that take many different forms. For example, the Company intends to continue to transform its existing product lines while expanding into higher growth product and service categories that help bolster the Company's ability to create value for its clients, as well as pursue value-driven industry consolidating acquisitions and/or acquisitions that help accelerate the Company's transformation in Quad 3.0***.

163. The 3Q18 10-Q also included statements regarding the trends facing the Company, stating:

> Quad/Graphics is a leading marketing solutions provider. ***Opportunity for growth within the United States advertising services industry supports Quad/Graphics' 3.0 transformation. The Company leverages its strong print foundation as part of a much larger, robust integrated marketing platform that helps marketers and content creators improve the efficiency and effectiveness of their marketing spend across offline and online media channels***. With a consultative approach, worldwide capabilities, leading-edge technology and single-source simplicity, the Company believes it has the resources and knowledge to help a wide variety of clients in multiple vertical industries, including retail, publishing and healthcare.
>
> * * *
>
> The Company believes that a disciplined approach for capital management and a strong balance sheet are critical to be able to ***invest in profitable growth opportunities and technological advances, thereby providing the highest return for shareholders***. Management balances the use of cash between deleveraging the Company's balance sheet (through reduction in debt and pension obligations), compelling investment opportunities (through capital expenditures, acquisitions and strategic investments) and ***returns to shareholders (through*** share repurchases and ***a quarterly dividend of $0.30 per share***).

164. The statements on October 31, 2018, as set forth in ¶¶159-163, were materially false and misleading because Defendants failed to disclose that the pace of Quad's 3.0 transition needed to be significantly and rapidly accelerated to offset secular declines in the Company's print business and that any complement to the Company's print business would be minimal. In addition, Defendants failed to disclose that the LSC acquisition was planned to eliminate Quad's largest competitor to enable Quad to reduce print capacity and raise prices, and that without being able to eliminate LSC and take a larger percentage of the print business, Quad 3.0 would not be enough to offset ongoing print revenue declines. Also, the significant size of the LSC acquisition left Quad unable to make additional, necessary investments and sizeable acquisitions in marketing businesses, thereby slowing down the much-needed acceleration of Quad 3.0. Indeed, due to intense competition in the print industry, Quad's print business was suffering at an increasing rate and without drastic measures, the Quad 3.0 transition would not be able to offset those declines, which threatened the Company's EBITDA margins, earnings, and cash flow. Defendants'

statements regarding Quad's quarterly dividend failed to warn investors that without significant acceleration to Quad 3.0, additional cost cutting measures, and successful completion of the LSC acquisition, Quad's dividend was likely to be significantly reduced.

#### 4. Quad Announces the Periscope Acquisition and Reports Its Fourth Quarter 2018 and Full-Year 2018 Financial Results

165. On November 27, 2018, Quad announced its planned acquisition of Periscope, an independent creative agency, in a $132.5 million, all cash deal expected to close in early 2019. The $132.5 million price tag represented more than twice Periscope's revenue. The Company's press release stated that "***Quad's acquisition of Periscope supports and accelerates the company's ongoing Quad 3.0 transformation*** as an integrated marketing solutions provider that reduces complexity, and improves process efficiencies and marketing spend effectiveness." Commenting on the acquisition in a press release, Quadracci stated that Quad was "redefining the future of integrated marketing" and that with Periscope, Quad would "create a truly integrated, end-to-end marketing platform" that would "create more value than the traditional siloed agency approach that exists today." Quadracci touted that Periscope would "***turbocharge***" Quad's "existing offering" with "world-class capabilities in strategy, including media buying and analytics, creating and account management." Quadracci added that Quad was "taking a disciplined approach to implementing [Quad's] transformation strategy over the past few years" and that Periscope was an "important next step" and "***significantly add[ed]" to Quad's capabilities from recent investments in Rise and Ivie***." Quad completed its acquisition of Periscope in January 2019.

166. On February 13, 2019, Quad announced that it was "evolving its brand from Quad/Graphics to Quad" as a way to reflect its transition to a "marketing solutions partner." In a news release announcing the change, Quadracci stated that Quad has "***been aggressively***

***implementing [its] 3.0 strategy*** for some time now through strategic investments in high-level marketing talent, technology and services" and added that Quad's "most recent investments include acquiring companies that strengthen our agency services offering," including Ivie, Rise, and Periscope.

167. On February 19, 2019, Quad reported its fourth quarter 2018 ("4Q18") and full-year 2018 financial results for the period ended December 31, 2018. The Company announced it increased its full-year 2018 net sales 1.5% to $4.2 billion and achieved full-year 2018 net earnings of $8 million, or diluted EPS of $0.16. For 4Q18, Quad's net sales increased 1.5% to $1.2 billion, reflecting the impact of the Ivie and Rise investments, but the Company reported a loss of $21 million, amounting to a loss per share of $0.42 compared to positive EPS of $1.06 in 4Q17. Organic sales declined 4.6% for 4Q18 after excluding acquisition sales impact of 4.3%, increased pass-through paper sales of 2.5%, and a 0.7% unfavorable foreign exchange impact. The Company stated the "organic results reflect ongoing print industry volume and pricing pressures" and were "consistent with the Company's expectations." The release included the following statements from Quadracci:

> 2018 was a truly pivotal year in our Quad 3.0 transformation as reflected by last week's announcement to evolve our brand from Quad/Graphics to Quad. ***While maintaining our focus on preserving our high-quality, low-cost producer status, we made strategic investments to accelerate our transformation as a marketing solutions partner by acquiring Ivie & Associates, increasing our investment in Rise Interactive to a majority ownership and, in January 2019, acquiring Periscope. Our integrated services revenue, including Periscope, has grown to approximately 20% of our net sales, and represents over 40% growth since 2017.***
>
> ***Our Quad 3.0 strategy creates more value for clients by expanding our offering beyond print and content production to include an integrated stack of higher margin marketing services, which, in turn, drives incremental revenue across our print product categories***. This integrated marketing solutions platform helps our clients reduce the complexity of working with multiple agency and vendor partners, while improving process efficiencies and enhancing marketing spend effectiveness. ***At a time of incredible media disruption, we remain confident that our Quad 3.0***

> ***strategy will create greater value for our clients and shareholders over the long-term***.
>
> We expect to complete the acquisition of LSC Communications in mid-2019. We remain enthusiastic about the value this transaction will create for all clients and shareholders. ***This business combination will enhance our highly efficient print platform to fuel our Quad 3.0 transformation and strengthen the role of print in a multichannel media world***.

168. The February 19, 2019 earnings release included the following statements from Honan:

> ***The strength of our balance sheet provides us with the ability to deploy our capital between*** investing back into our business, ***making strategic acquisitions and returning capital to our shareholders through our consistent dividend*** and share repurchases.

169. In the February 19, 2019 release, ***Quad also revealed its 2019 guidance, stating that net sales would range from $4.05 billion to $4.25 billion, adjusted EBITDA would range from $360 million to $400 million, and free cash flow, before LSC-related payments of $20 million to $30 million, would be in the range of $145 million to $185 million***.

170. On February 20, 2019, Quad filed its annual report for 2018 on Form 10-K ("2018 10-K") with the SEC, which was signed by Quadracci and Honan, and included SOX certifications signed by each of them. The 2018 10-K reiterated the financial results from the February 19, 2019 earnings release, and described the Quad 3.0 transition as follows:

> The Company believes it will continue to drive productivity improvements into the future through an engaged workforce and ongoing adoption of the latest manufacturing automation and technology. ***Through this strategy, the Company believes it can maintain the strongest, most efficient print manufacturing platform and remain the high-quality, low-cost producer. This strategy also allows Quad to generate the earnings and cash flow necessary to support future value-creating opportunities that fuel Quad 3.0***.

171. Addressing the key components of the Company's strategy to grow the business profitably, the 2018 10-K stated, in relevant part:

> • ***Disciplined acquisitions, that take many different forms. For example, the Company intends to continue to pursue value-driven industry consolidating acquisitions as well as acquisitions and investments that help accelerate the Company's transformation in Quad 3.0, such as the proposed acquisition of LSC***.

172. The 2018 10-K also touted innovation in the Company's book business, stating:

> ***The Company also continues to transform its book platform through the rapid implementation of digital press technology and integrated systems, and the creation of On-Q™, a proprietary demand-driven ordering system that helps clients better manage ordering and inventory. Quad is helping book publishers with increased customization and versioning capabilities; faster time-to market; reduced waste, inventories and obsolescence; and lower fixed costs***.

173. Discussing the trends facing the Company, the 2018 10-K added:

> ***In Quad 3.0, the Company leverages its data-driven print expertise as part of an integrated marketing solutions platform that helps its clients not only plan and produce marketing programs, but also deploy, manage and measure them across all media channels***. Competition in the printing industry remains highly fragmented and intense, and the Company believes that there are indicators of heightened competitive pressures. ***The industry has excess manufacturing capacity created by continued declines in industry volumes which, in turn, has created accelerated downward pricing pressures***.

174. Regarding the Company's pending acquisitions of LSC, the 2018 10-K stated:

> On October 30, 2018, the Company entered into a definitive agreement to acquire Chicago-based LSC in an all-stock transaction valued at approximately $1.3 billion, including the refinancing of LSC's debt and assumption of other obligations. The acquisition, which is subject to customary closing conditions, including regulatory approval and approval by the shareholders of both companies, is expected to close in mid-2019. ***The acquisition is expected to create more value for all stakeholders by leveraging a strong print foundation as part of a much larger, more robust integration marketing solutions offering, while broadening Quad's client base and revenue-generating potential. The transaction presents a compelling opportunity for achieving significant net synergies through the elimination of duplicative functions, capacity rationalization, greater operational efficiencies and greater efficiencies in supply chain management. The Company believes the significant level of synergies will result in a more profitable combined company, and that the all-stock transaction structure is expected to allow Quad to maintain a strong balance sheet, which is expected to create future value for all shareholders***.

175. The 2018 10-K also touted the Company's investments in its book business, stating, in relevant part:

> • ***Book Platform: The Company continued to invest in its book platform to match clients' portfolios of products and redefine the book supply chain through increased customization and versioning capabilities; faster time to market; reduced waste, inventories and obsolescence through innovative solutions, such as a proprietary demand-driven ordering system; and lower fixed costs. Investments throughout the book platform included, but not limited to, a new sheetfed press for printing paper covers, end sheets and cover mounts for hardcover books; a new perfect binder with automatic makeready features; and an overhead storage and conveyor system that will help with work in process, especially for small digital orders***.

176. On February 20, 2019, the Company hosted a conference call to discuss its 4Q18 and full year 2018 financial results, with Quadracci and Honan representing the Company on the call. In his opening remarks, Quadracci described 2018 as a "pivotal year" in the "Quad 3.0 transformation" and added:

> ***We have been aggressively implementing our 3.0 strategy through strategic investments in high-level marketing talent, technology and services to expand our offering with our clients. These investments include the 2018 acquisition of marketing services provider, Ivie & Associates; the 2018 majority investment in digital agency Rise Interactive; and the 2019 acquisition of Periscope, one of the nation's top 5 independent creative agencies by annual revenue. Periscope helps expand our offering with its world-class capabilities and creative account management and strategy, including media buying and analytics***.
>
> ***With these investments, our offering further extends beyond print and content execution to include an integrated stack of higher-margin marketing services, which, in turn, drives incremental revenue across our print categories***. We differentiate our offering by leveraging our data-driven print expertise as part of a truly integrated marketing solutions platform to help our clients reduce complexity, increase efficiency and improve marketing spend effectiveness.

177. In prepared remarks, Honan provided additional details regarding the Company's 2019 guidance, stating, in relevant part:

> ***We anticipate 2019 net sales to be in the range of $4.05 billion to $4.25 billion and includes continued downward pressure on print sales from price declines of 1% to 1.5% and organic print volume declines of 1% to 4%, partially offset by the impacts from the Periscope acquisition and continued growth in incremental Quad 3.0 revenues.***
>
> ***Full year 2019 adjusted EBITDA is expected to be in the range of $360 million to $400 million***, representing an 8% decline versus 2018 at the midpoint of our

> guidance. The primary factors impacting the decline between years are related to $33 million in nonrecurring benefits in 2018 that won't repeat in 2019, and a $20 million impact from the full year effect of strategic investments made in September of 2018 to increase hourly wages in our most competitive labor markets. This investment will help us over the long term as we continue to focus on productivity improvement and sustainable cost reduction efforts to help offset lower net sales resulting from the print industry pressures and to provide more opportunity for organic 3.0 investment, for which our guidance includes another $5 million investment in incremental marketing services talent in 2019.
>
> ***In terms of adjusted EBITDA expectations for 2019, we expect to see most of the decrease in adjusted EBITDA in the front half of the year. We expect growth in the back half of the year due to increasing synergies and revenues in our Quad 3.0 integrated services offering and productivity improvements from the additional investments in our employees and automation***.
>
> ***The majority of the front-half adjusted EBITDA decrease will occur in the first quarter***. This is primarily due to $22 million of the $33 million in nonrecurring benefits negatively impacting the year-over-year comparisons in the first quarter as well as an $8 million quarterly impact from investments made to increase production hourly wages.
>
> Accordingly, we expect the first quarter of 2019 adjusted EBITDA to be in the range of $65 million to $75 million.
>
> ***We expect free cash flow to be in the range of $145 million to $185 million or flat to 2018 at the midpoint of our guidance***. The free cash flow guidance is before any payments related to the pending LSC acquisition, which we estimate such payments could total between $20 million and $30 million prior to the completion of the acquisition. These payments are primarily related to incremental interest expense associated with the amended debt financing and transaction costs.

178. During the question and answer portion of the February 20, 2019 call, Defendants were asked about the Company's 2019 guidance, specifically the Company's organic growth in integrated services, which "has been minus 1 over 5 years," and "how in 2Q through 4Q do you end up being EBITDA flat to up while presumably you're spending to invest and grow these businesses long term?" In response, Honan pointed to investments the Company made in its labor force and automation, indicating that they would result in an EBITDA boost in the latter half of 2019 to enable the Company to meet its guidance, stating:

> ***The impact of those investments start to hit in the back half of the year as that equipment is put into place and that starts to produce for us during our seasonally busiest time*.**

179. Adding on, and despite previously assuring investors that the LSC acquisition was not included in the Company's 2019 financial guidance, Quadracci stated, in relevant part:

> ***But let's also not forget that we have a pending large-scale consolidating acquisition happening***. And so as you think about getting ready for that, that's also the reason to make long-term investments and making sure that our platform remains the best and that we've got the right talent trained up and the right automation to continue to make sure that we end up with the best platform at the end of this.

180. Continuing on the subject, Honan added that additional investments in Quad 3.0 would pay off in the back half of 2019, stating, in relevant part:

> ***And I would tell you the other component to why we're starting to see a little bit more back-end growth in 2019 is all the investments we've made in Quad 3.0 and our services [offer]. The January acquisition of Periscope, as that comes and integrates with our enterprise-wide selling initiatives, you'll start to see the benefit of that across our largest clients and our most strategic clients in the back half of the year. So it's -- we really see the momentum that we've carried in from a Quad 3.0 perspective***.

181. As the call continued, Quadracci reminded investors, "***Don't forget that [Quad 3.0] drives a significant amount of print volume as well in the different categories, which tend to be the bigger invoices***."

182. Later in the February 20, 2019 conference call, Defendants were asked what they had learned from the DOJ process, "especially the December request for additional information." In response, Quadracci stated that the process was "***as expected***" and that "***it really corresponds to being ready to close by midyear***" and that the process was "***going as planned***." Defendants were also asked why Quad's 2019 guidance purportedly excluded LSC if the acquisition was closing in mid-2019 as planned. In response, Honan stated that the Company would update the guidance once the acquisition closed and that "***we still believe that we're looking at a mid-2019***

***close on LSC***." Quadracci added, "***Which is very consistent with the second request process with either the FTC or DOJ***."

183. On February 25, 2019, Quad announced that its shareholders voted to approve the issuance of Quad class A common stock in connection with Quad's acquisition of LSC. Commenting on the news, Quadracci stated the LSC acquisition would "***enhance our highly efficient print platform to fuel our Quad 3.0 transformation and strengthen the role of print in a multichannel world***."

184. The statements on February 19-20, and February 25, 2019, as set forth in ¶¶165-183, were materially false and misleading because Defendants failed to disclose that the pace of Quad's 3.0 transition needed to be significantly and rapidly accelerated to offset secular declines in the Company's print business and that any complement to the Company's print business would be minimal. In addition, Defendants failed to disclose that the LSC acquisition was planned to eliminate Quad's largest competitor to enable Quad to reduce print capacity and raise prices, and that without being able to eliminate LSC and take a larger percentage of the print business, Quad 3.0 would not be enough to offset secular print declines. Also, the significant size of the LSC acquisition left Quad unable to make additional, necessary investments and acquisitions in marketing businesses, thereby slowing down the much-needed acceleration of Quad 3.0. Indeed, due to intense competition in the print industry, Quad's print business was suffering at an increasing rate and without drastic measures, the Quad 3.0 transition would not be able to offset those declines, which threatened the Company's EBITDA margins, earnings, and cash flow. Defendants' statements regarding Quad's quarterly dividend failed to warn investors that without significant acceleration to Quad 3.0, additional cost cutting measures, and successful completion of the LSC acquisition, Quad's dividend was likely to be significantly reduced. Also, despite

touting enhancements and investments in Quad's book business, Defendants failed to disclose that the $200 million a year business would be subject to divestment if Quad failed to eliminate LSC as a rival.

**5. Quad Reports Its First Quarter 2019 Financial Results**

185. On April 30, 2019, Quad issued a press release announcing its first quarter 2019 ("1Q19") financial results for the quarter ended March 31, 2019. The release highlighted a 3.8% increase in sales to $1 billion, which the Company primarily attributed to the Periscope acquisition. However, the company stated that "organic sales declined 0.6% after excluding 4.4% in acquisition sales impact." The release attributed the organic results "to ongoing print industry and pricing pressures." The earnings release quoted Quadracci as stating:

> ***Our first quarter results were in-line with our expectations and reflect our consistent execution against strategic priorities. These priorities include making long-term strategic investments that further accelerate our Quad 3.0 transformation, such as our recent acquisition of Periscope, a leading independent creative agency that further enhances our integrated marketing solutions platform. We also continue to prepare for and work toward completing the acquisition of LSC Communications and expect the all-stock transaction to close in mid-2019. We believe this combination will strengthen our print platform to fuel our Quad 3.0 transformation and create further stability and value for our clients and shareholders. Our Quad 3.0 strategy is working as evidenced in new or expanded work with clients and is a significant driver behind our best quarterly organic sales performance since 2014***.

186. Despite the Company's poor performance, the 1Q19 earnings release included the following statements by Honan regarding Quad's ability to meet its 2019 financial guidance:

> ***We remain on track for delivering our 2019 financial guidance. We continue to expect a decrease in Adjusted EBITDA in the front half of the year with growth in the back half of the year due to increasing synergies and revenues related to our Quad 3.0 integrated services offering as well as sustainable cost reductions and productivity improvements from the additional investments in our employees and automation***.

187. On May 1, 2019, the company filed its quarterly report on Form 10-Q with the SEC for Quad's 1Q19, which was signed by Quadracci and Honan. The 1Q19 10-Q reiterated the

financial results announced in the 1Q19 earnings release. The 1Q19 10-Q also included the following statements regarding the Company's strategy for acquisitions:

> For example, ***the Company intends to continue to pursue value-driven industry consolidating acquisitions as well as acquisitions and investments that help accelerate the Company's transformation in Quad 3.0, such as the proposed acquisition of LSC***.

188. Regarding the Company's strategic priorities, the 1Q19 10-Q stated:

> Those priorities currently include the following: (1) deleveraging the Company's balance sheet through debt and pension liability reductions; (2) ***making compelling investments that drive profitable organic growth and productivity in the Company's print manufacturing and distribution operations, as well as executing on acquisitions through a disciplined approach that includes continued expansion into marketing services that help accelerate the Company's transformation in Quad 3.0, and pursuing value driven industry consolidation; and (3) returning capital to shareholders through dividends*** and share repurchases.

189. On May 1, 2019, the Company hosted a conference call to discuss its 1Q19 financial results, with Quadracci and Honan participating on behalf of the Company. During his opening remarks, Quadracci touted the LSC acquisition, stating:

> ***[T]hrough this business combination, we will enhance our highly efficient print platform to fuel our Quad 3.0 transformation and strengthen the role of print in a multi-channel world; deliver time and cost-savings opportunities to clients from our complementary platforms to maintain the long-term relevance of print***; and preserve the long-term strategic vision of the Quadracci family as we moved forward in a disrupted marketplace; ***generate synergies and additional strong free cash flow to create a more profitable company; and enhance stability by maintaining our strong and healthy balance sheet from the all-stock transaction structure. In turn, this will enable us to adjust for ongoing digital media disruption and offset print industry declines through growth in our integrated services offering and Quad 3.0.***
>
> We continue to build on our Quad 3.0 momentum. ***Our recent acquisition of Periscope, a leading independent creative agency, accelerates our transformation*** with its best-in-class capabilities in strategy, creative, analytics, media buying and more.

* * *

> ***Our Quad 3.0 strategy is working, as evidenced in the new and expanded relationships with clients, and is a significant driver behind our best quarterly organic sales performance since 2014***.

190. During Honan's prepared remarks, he noted that adjusted EBITDA margins declined to 7% from 11.4% in 2018 and that Quad's free cash flow was negative $101 million as compared to negative $22 million in the first quarter of 2018, but assured investors that Quad would make its 2019 guidance, stating:

> As we discussed on our last earnings call, we anticipated a decrease in adjusted EBITDA in the front half of 2019, ***with growth in the back half***. Within the front half of 2019, we expect a sequential improvement in adjusted EBITDA in the second quarter as compared to our first quarter and expect second quarter adjusted EBITDA to be in the range of $70 million to $80 million.
>
> ***Within the back half of the year, we expect year-over-year growth due to increased synergies from acquisitions and revenues in our Quad 3.0 integrated services offering as well as productivity improvements from the additional long-term investments in employees and in automation***.
>
> Free cash flow was negative $101 million as compared to negative $22 million in the first quarter of 2018 and was in line with our expectation. The decrease is primarily due to increased capital expenditures, up $21 million from the long-term investments in automation and productivity in our manufacturing platform; $19 million in lower net earnings; and an expected decrease in cash provided from seasonal working capital changes. In addition, we incurred $3.3 million of LSC transaction-related payments in the first quarter of 2019, which we exclude from free cash flow.
>
> ***As a reminder, we realize our strongest volumes in the back half of the year due to seasonality. And as a result, the majority of our free cash flow will be generated in the fourth quarter of the year.***

191. Discussing the Company's dividend and 2019 guidance, Honan added:

> Slide 8 shows our ***continued commitment to our dividend, which is one of the ways in which we return value to our shareholders***. Our next quarterly dividend of $0.30 per share will be payable on June 7 to shareholders of record as of May 28, 2019. ***We consistently paid a quarterly dividend, and our annual dividend of $1.20 per share is yielding approximately 10% but represents less than 40% of our free cash flow at the midpoint of our 2019 guidance***.
>
> In addition, the free cash flow yield on our stock price at the close of business yesterday was approximately 27%, which is significant in today's market. ***While***

> ***much of the year still remains in front of us, we're pleased that our first quarter results were in line with our expectations and that we remain on track for delivering our 2019 financial guidance***.
>
> We have made significant investments, such as the Periscope, Ivie and Rise acquisitions, to expand our offering beyond print production to include an integrated stack of higher-margin marketing services. ***This expanded offering, at a time of continued media disruption, provides us with a unique opportunity with our clients and we believe makes Quad a compelling long-term investment for our shareholders. We continue to work towards completing the acquisition of LSC Communications, a combination that we believe will strengthen our print platform to fuel our Quad 3.0 strategy and create greater value for our clients. Given our experience in acquisitions of this nature and scale, we are confident in our ability to execute on this integration and create future value for all shareholders***.

192. During the question and answer portion of the call, Quadracci addressed the Company's book business, stating:

> And then when I look at books, ***books has been a better story as of late than I think people have thought***, but it's still a challenged area. And they were off about 4% if you look at the industry.

193. As the call continued, Defendants were asked to bridge the gap between the Company's full year EBITDA guidance, with a midpoint of $380 million, along with EBITDA discussed in the 2Q19, which implied that Quad needed a significant increase going forward. The analyst added, "I know you mentioned acquisition synergies, but I mean, I can't imagine you got $20 million of synergy with Periscope." In response, Honan pointed to improved productivity and cost-cutting, as well as seasonal business peaks in the third and fourth quarter, and stated:

> Your numbers are right on based on how we're guiding the year. It's at the midpoint of the guidance. The majority of where you're going to see improvement from us is in the productivity and cost-reduction standpoint. We've made a lot of investment into our platform in terms of automation, but we've also, and we talked about this starting last -- in the third quarter of last year, made significant investments in the starting wages in very competitive wage markets at our plants.
>
> That has had the result of reducing turnover in our facilities and getting us to more full employment levels, which in turn, with our training and our education of those employees, it's allowing us to drive productivity through those facilities. And it's not a light switch, so it takes some time to come around. And we're starting to see

> that happen in the first quarter of this year, and that's building. ***Predominantly, we've weighted that in our guidance to the back half of this year as we continue to see that improvement in productivity***.
>
> * * *
>
> Yes. And I think that the final thing I would just say about the cost-reduction side is with the amount of available capacity in this industry, there's a lot of excess capacity, you essentially carry that to produce in the highest seasonal peak for volumes, which is into the third quarter and beginning of the fourth quarter. What you'll see from a cost-reduction standpoint is then we'll be able to address some of those fixed costs once we come through that busy season into the late fourth quarter. And so some of that is also built into the fourth quarter as we projected this year.

194. When asked for an update on the LSC acquisition, Quadracci stated:

> Yes. I mean the process is what the process is, which is they ask for information and we respond with it. ***And so we've been in active dialogue with them all the way along the way in the expected process that we're in. And so nothing has really changed here. We expect to close mid-year***.

195. The statements on April 30 and May 1, 2019, as set forth in ¶¶185-194, were materially false and misleading because Defendants failed to disclose that the pace of Quad's 3.0 transition needed to be significantly and rapidly accelerated to offset secular declines in the Company's print business and that any complement to the Company's print business would be minimal. In addition, Defendants failed to disclose that the LSC acquisition was planned to eliminate Quad's largest competitor to enable Quad to reduce print capacity and raise prices, and that without being able to eliminate LSC and take a larger percentage of the print business, Quad 3.0 would not be enough to offset secular print declines. Also, the significant size of the LSC acquisition left Quad unable to make additional, necessary investments and sizeable acquisitions in marketing businesses, thereby slowing down the much-needed acceleration of Quad 3.0. Indeed, due to intense competition in the print industry, Quad's print business was suffering at an increasing rate and without drastic measures, the Quad 3.0 transition would not be able to offset those declines, which threatened the Company's EBITDA margins, earnings, and cash flow.

Defendants' statements regarding Quad's quarterly dividend failed to warn investors that without significant acceleration to Quad 3.0, additional cost cutting measures, and successful completion of the LSC acquisition, Quad's dividend was likely to be significantly reduced. Also, despite touting Quad's book business as being a "better story," Defendants failed to disclose that the $200 million a year business would be subject to divestment if Quad failed to eliminate LSC as a rival.

### 6. Quad Announces Termination of the LSC Acquisition and Reports Its 2Q19 Financial Results

196. On July 23, 2019, less than a month after announcing it would vigorously defend the DOJ's action to block the Quad-LSC merger, Quad issued a press release announcing the termination of the LSC acquisition. The release quoted Quadracci as stating:

> We are disappointed by the Justice Department's decision to sue to block the transaction and believe that the lawsuit does not reflect the dynamics of print today and the competitive effect of digital media. However*, rather than devote time and resources to prolonged litigation, we are choosing to focus on ensuring that our clients benefit from our Quad 3.0 growth strategy through exciting innovations in printing and integrated multichannel marketing solutions that reduce complexity, increase efficiencies and enhance marketing spend effectiveness. We believe this focus is in the best long-term interest of all our stakeholders*.

197. After the market closed on July 30, 2019, Quad reported its 2Q19 financial results for the quarter ended June 30, 2019. For 2Q19, Quad's net sales decreased 1.2% to $1 billion and organic sales declined 2.4%, after excluding sales related to the January 2019 acquisition of Periscope. Quad stated the "organic results reflect ongoing print industry volume and pricing pressures, and a negative impact from foreign exchange, partially offset by new revenue generated from the Company's Quad 3.0 growth strategy and an increase in paper sales." The Company reported a net loss of $14.8 million, or $0.30 diluted loss per share, as compared to earnings of $9.4 million, or $0.18 diluted earnings per share in 2Q18. Despite the poor financial results and the termination of the LSC acquisition, the 2Q19 release proclaimed that the Company was ***reaffirming its full-year 2019 guidance*** while "***[a]ggressively***" executing on its Quad 3.0 strategy.

198. In the 2Q19 release, Quadracci confidently told investors that Quad would achieve its 2019 guidance, stating:

> Our second quarter results were in-line with our expectations and ***we remain on track to achieve our full-year 2019 guidance as we continue to transform our Company as a marketing solutions partner focused on creating more value for all our stakeholders. Our recent investment and partnership with the dtx company builds on a series of strategic investments, including the acquisitions of Periscope and Ivie & Associates, and a controlling ownership interest in Rise Interactive, which have all been designed to accelerate our transformation***.

199. The 2Q19 earnings release also included the following statements by Honan:

> ***In addition, the significant and consistent Free Cash Flow generating power of our business allows the Company to maintain an affordable and sustainable annual dividend of $1.20 per share, representing 39% of Free Cash Flow at the midpoint of our annual guidance***.

200. On July 31, 2019, the Company filed with the SEC its 2Q19 report on Form 10-Q, which was signed by Quadracci and Honan and included SOX certifications signed by each of them. The 2Q19 10-Q reiterated the financial results announced in the 2Q19 earnings release. The 2Q19 also included statements on the strategies to promote the Company's profitability, stating:

> • Disciplined acquisitions**,** that take many different forms. For example, the ***Company intends to continue to pursue value-driven industry consolidating acquisitions as well as acquisitions and investments that help accelerate the Company's transformation in Quad 3.0***.

201. Regarding the Company's strategic priorities, the 2Q19 10-Q stated:

> Those priorities currently include the following: (1) deleveraging the Company's balance sheet through debt and pension liability reductions; (2) ***making compelling investments that drive profitable organic growth and productivity in the Company's print manufacturing and distribution operations, as well as executing on acquisitions through a disciplined approach that includes continued expansion into higher-growth marketing services that help accelerate the Company's transformation in Quad 3.0, and pursuing value-driven industry consolidation; and (3) returning capital to shareholders through dividends*** and share repurchases.

202. The 2Q19 10-Q also included statements regarding the trends facing the Company, stating:

> In Quad 3.0, the Company leverages its data-driven print expertise as part of an integrated marketing solutions platform that helps its clients not only plan and produce marketing programs, but also deploy, manage and measure them across all media channels. Competition in the printing industry remains highly fragmented and intense, and the Company believes that there are indicators of heightened competitive pressures. ***The industry has excess manufacturing capacity created by continued declines in industry volumes which, in turn, has created accelerated downward pricing pressures***.

203. On July 31, 2019, the Company hosted a conference call to discuss its 2Q19 financial results and outlook, with Quadracci and Honan participating in the call. During his opening remarks, Quadracci addressed the failure of the LSC acquisition, stating:

> Our second quarter 2019 results were in line with our expectations as we continue to ***aggressively execute our Quad 3.0 growth strategy***. Before I discuss the success we're having with 3.0, I want to address the decision to terminate the agreement under which Quad would have acquired LSC. As you may be aware, in late June, the Department of Justice sued to block our transaction with LSC. This month, a federal judge set a litigation schedule that included a trial beginning in mid-November at the earliest. Under this timeline, we likely would not have had a decision on a transaction until well into 2020. ***The added delay, uncertainty and cost stemming from legal challenges likely would have eroded a considerable amount of the benefits we had originally hoped to achieve from the transaction***. ***Quad was ready to vigorously defend our position if we would have been allowed to be heard in court within a reasonable time frame. Since that was not possible, rather than devote time and resources to prolonged litigation, Quad and LSC mutually agreed to terminate the agreement***. We are disappointed that the Department of Justice chose to sue to block our transaction. We believe that its position does not reflect the dynamics of print today and the competitive effect of digital media. Independent of this outcome, our focus has been and remains on delivering increased value for our clients through our integrated marketing solutions offering as shown on Slide 3 and ***aggressively executing on our Quad 3.0 growth strategy***.

204. Regarding the Company's 2019 guidance and performance year-to-date, Honan again reassured investors that Quad was in a position to meet its 2019 guidance, stating:

> ***As we have discussed on past earnings calls, we anticipated the adjusted EBITDA decline in the front half of 2019 and expect growth in the back half of the year due to incremental revenues from our Quad 3.0 integrated services offering, continued year-over-year impact from the Periscope acquisition as well as productivity improvements from the additional long-term investments in employees and automation. Given the prolonged nature of the recently terminated LSC acquisition, most cost-reduction activities had been delayed in***

> ***anticipation of the acquisition and related integration synergies. Given those delays, we expect to see a year-over-year decline in adjusted EBITDA in the third quarter with growth in the fourth quarter as we fully implement our planned cost reductions on a standalone basis. The nature and extent of these cost reductions totaled $40 million in incremental savings on an annualized basis, and we expect approximately $10 million of these savings to be realized in 2019, primarily in the fourth quarter. As a result, we anticipate third quarter adjusted EBITDA to be in the range of $90 million to $100 million***.
>
> * * *
>
> Slide 10 shows our ***continued commitment to our dividend***, which is one of the ways in which we return value to our shareholders. Our next quarterly dividend of $0.30 per share will be payable on September 6, 2019 to shareholders of record as of August 19, 2019. ***The significant and consistent free cash flow-generating power of our business allows Quad to maintain an affordable and sustainable dividend of $1.20 per share***, representing 39% of our free cash flow at the midpoint of our 2019 guidance, ***yielding a substantial 12% return at today's stock price***.
>
> As we move into our seasonally busiest time of the year, we will remain focused on driving EBITDA enhancement and strong free cash flow generation by adding new business and continuing to focus on sustainable cost reductions and productivity improvements. We continue to strengthen our balance sheet through ongoing debt reduction and look for opportunities to continue to invest in our business to accelerate our transformation. Our investments in the dtx company, Periscope, Ivie and Rise Interactive have helped to expand our offering beyond print production to include an integrated stack of marketing services. ***This expanded offering at a time of continued media disruption provides us with a unique opportunity with our clients and we believe makes Quad a compelling, long-term investment for shareholders***.

205. On September 4, 2019, Quad announced the sale of its heavy-duty industrial wood crating business Transpak to FCA Packaging. Quadracci attributed the transaction to the Quad 3.0 strategy and as part of Quad's evaluation of its collection of assets with a focus on long-term value-creation and strategic fit. Quadracci asserted the transaction would "further intensify" Quad's focus on its "successful Quad 3.0 growth strategy" and that the net proceeds of approximately $10 million "***will be used to reduce debt***."

206. The statements on July 30-31, and September 4, 2019, as set forth in ¶¶196-205, were materially false and misleading because Defendants failed to disclose that the pace of Quad's

3.0 transition needed to be significantly accelerated to offset secular declines in the Company's print business. Additionally, as Defendants knew but failed to disclosure to investors, because of the failure to acquire LSC, and without significant, additional acquisitions to generate revenue and rapidly accelerate the Quad 3.0 transition, the Company would be unable to achieve its 3Q19 or 2019 guidance. Indeed, the failure to acquire LSC ensured that rather than eliminating its main competitive threat, Quad would remain in a price war with LSC, which would reduce EBITDA margins, threaten earnings, and completely undermine the Company's ability to achieve its 2019 guidance. Defendants' statements also failed to warn investors that Quad's dividend was likely to be significantly reduced, that Quad would need to start divesting assets, like its book business, and that the Company needed to implement additional cost cutting measures. In addition, Defendants falsely represented that the sale of Transpak was to "reduce debt," when less than a month later, Quad settled FCPA and bribery charges with the SEC for nearly the exact same amount for which it sold Transpak.

## VI. THE TRUTH EMERGES: QUAD PAYS THE SEC NEARLY $10 MILLION TO SETTLE BRIBERY CHARGES AND STUNS INVESTORS BY REPORTING POOR 3Q19 RESULTS

207. On September 26, 2019, Quad agreed to pay the SEC nearly $10 million to settle FCPA violations stemming from its long-running bribery scheme and cover-ups in Peru and China. Specifically, Quad disgorged $6.9 million, paid prejudgment interest of approximately $960,000, and agreed to pay a $2 million civil penalty. Notably, despite stating the Transpak sale would "reduce debt," its sale matched the amount Quad paid to the SEC to settle matters related to its bribery charges and internal control weakness.

208. Then, after the market closed on October 29, 2019, Quad shocked investors by reporting poor 3Q19 results and a reduced forecast that fell short of expectations, as well as announcing that Quad needed to significantly accelerate its Quad 3.0 transformation strategy,

which included plans to divest Quad's book business that generated annual sales of $200 million, conduct additional cost reductions, and slash the Company's dividend by ***50%*** to $0.15 per share. The earnings release quoted Defendant Quadracci as stating that Quad would "continue to optimize" its "product portfolio for the long-term to advance [Quad's] transformation strategy," signaling that Quad 3.0 was not producing enough results and that the Company needed to divest additional business units.

209. Specifically, Quad reported 3Q19 EPS from continuing operations of -$0.94, ***622%***, or $1.12, ***worse*** than analyst estimates of EPS of $0.18. The Company also missed on revenue, reporting revenue of $944 million, falling short of consensus estimates of $1.01 billion and dropping 8.3% year-over-year from $973.5 million, reflecting "ongoing print industry volume and pricing pressures," along with EBITDA margins of -7.4%, down ***215%*** from positive 6.4% in 2Q19. For 2019, Quad announced it expected sales of $3.9 billion, compared with its previous target of $4.05 billion to $4.25 billion, along with a significant reduction in free cash flow, from $145 to $185 million down to $80 to $100 million. The Company also cut its dividend in half, from $0.30 per share to $0.15, and announced an expansion of the Company's cost reduction program by $50 million.

210. Discussing the Company's 3Q19 financial results in more detail during a conference call on October 30, 2019, Defendant Quadracci stated that Quad was taking "decisive actions" to "further accelerate" Quad 3.0. This included "resetting," *i.e.*, cutting in half, Quad's dividend paid to shareholders and divesting two businesses: Transpak, an industrial wood crating business, and Quad's book business, which generated annual revenues of $200 million.

211. Notably, although Defendants claimed the Company's book business was a "challenged area," sales in the Company's book business ***increased*** to $57 million in 3Q19, up

from $55.6 versus 2018, and over the first nine months of 2019, book business sales increased to $155.5 million, up from $151.2 million during the same period of 2018.

212. In the Company's 3Q19 Form 10-Q filed with the SEC on October 30, 2019, the Company also provided additional disclosures regarding its payments to the SEC and Peruvian authorities in connection with the Company's international bribery scandal:

> Beginning in April 2016, the Company self-reported to the SEC and to the United States Department of Justice ("DOJ") certain Foreign Corrupt Practices Act ("FCPA") issues arising from its operations managed from Peru, and from Quad/Tech China. Also, during the course of its internal investigation of these matters, the Company identified and informed the Office of Foreign Assets Control ("OFAC"), the DOJ and the SEC of certain transactions involving Cuba arising from the Company's operations managed from Peru. During the third quarter of 2019, the Company and the SEC entered into a resolution of these matters and the Company paid $9.9 million to the SEC in October 2019. The DOJ declined to bring any action against the Company, citing the Company's voluntary and prompt self-reporting, cooperation and full remediation.
>
> During the third quarter of 2019, the Company and the Peruvian antitrust authority, INDECOPI, entered into a resolution regarding INDECOPI's investigation into certain competition law issues with regard to private sector clients and the Company agreed to pay a total of $3.2 million over the next four years, beginning in January 2020.

213. The stock market reaction was swift and severe. After closing at $11.27 per share on October 29, 2019, Quad stock dropped $6.42 per share, or ***57%***, to close at an ***all-time low*** of $4.85 per share on October 30, 2019, on highly elevated trading volume. That same day, the Russell 3000 Forms and Bulk Printing index fell only 0.1% and the broader Russell 3000 index gained less than 0.1%.

214. Analysts were shocked by the Company's disappointing quarterly results, slashed guidance, and dividend cut, with Buckingham Research stating on October 30, 2019, that it was "absolutely shocked by these developments given the confidence management had just three months ago, despite all the incentive in the world to take a more cautious stance after the deal to acquire LSC. . . was blocked by the Justice Department." In response to the unexpected poor

performance and outlook, Buckingham Research downgraded the stock to neutral from buy and slashed the price target from $20 to $7 per share.

215. On October 31, 2019, Quad hit a 52-week low at $4.83 per share, a 71% year-over-year decline and far below Quad's Bloomberg peer index, which increased approximately 6.5% over the same time frame.

216. As a result of Defendants' wrongful acts and omissions, and the declines in the price of Quad common stock detailed herein, Plaintiff and other Class members have suffered significant losses and damages.

## VII. ADDITIONAL SCIENTER ALLEGATIONS

217. The following additional facts, when considered collectively with those alleged elsewhere herein, support a strong inference that Defendants knowingly made materially false or misleading statements and/or omissions, or acted recklessly in doing so, during the Class Period.

### A. The Individual Defendants' SOX Certifications Further Support an Inference of Scienter

218. In each of the Company's quarterly and annual filings with the SEC, the Individual Defendants each certified that those filings did not contain any untrue statements or omissions of material facts. Specifically, the SOX certifications stated:

> 1. I have reviewed this Annual[/Quarterly] Report on Form 10-K[10-Q] of Quad/Graphics, Inc.;
>
> 2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;
>
> 3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;
>
> 4. The registrant's other certifying officer and I are responsible for establishing

and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

(a) Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

(b) Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

(c) Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

(d) Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5. The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

(a) All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

(b) Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

219. Through their attestations and certifications, the Individual Defendants either acted with knowledge or reckless disregard for the falsity of their statements and omissions of material facts in the Company's quarterly and annual SEC filings as identified herein.

### B. Defendant Quadracci's Extensive Control over the Company Provides Additional Indicia of His Scienter

220. As alleged herein, Quad's common stock was divided into two classes of common stock: class A and class B. The class B common stock has ten votes per share on all matters, whereas the class A common stock was entitled to only one vote per share. As of January 31, 2020, shortly after the close of the Class Period, the class B stock constituted approximately 77% of the Company's total voting power. As a result, holders of class B stock were able to exercise a controlling influence over the Company's business, including the power to elect its directors and indirectly control decisions such as whether to issue additional shares, declare and pay dividends or enter into corporate transactions such as acquisitions.

221. All of the class B common stock was owned by certain members of the Quadracci family or trusts for their benefit.

222. As of January 31, 2020, shortly after the close of the Class Period, approximately 93% of the outstanding class B stock was held of record by the Quad Voting Trust, constituting approximately 71% of the Company's total voting power. Because of their authority to vote the stock held by the Quad Voting Trust, the trustees of the Quad Voting Trust were, at all relevant times, able to exercise a controlling influence over all aspects of the Company's business.

223. Quadracci has been a director of Quad since 2003, its president since January 2005, its president and CEO since July 2006, and its chairman of the board, president, and CEO since January 2010. Quadracci was, at all relevant times, a trustee of the Quad Voting Trust, and owned approximately 2.77% of Quad's class B common stock.

224. Another trustee of the Quad Voting Trust was Katharyn Quadracci Flores, M.D., who was also a director of Quad, a member of the finance committee, the sister of Quadracci, and the sister-in-law of Christopher B. Harned, a director of the Company.

225. The fact that Quadracci had roles as chairman of the board, Company president, CEO, and as a trustee of the Quad Voting Trust, at all relevant times, and that his sister was also a member of the Quad Voting Trust, when considered in connection with other facts alleged herein, provides further indicia of his Class Period scienter.

### C. The Importance of Quad's Print Business and the Quad 3.0 Transition

226. Quad's print business was critically important to the Company's financial success. In the Company's 2018 10-K, it stated that:

> The United States Print and Related Services segment is predominantly comprised of the Company's United States printing operations and is managed as one integrated platform. This includes retail inserts, publications, catalogs, special interest publications, journals, direct mail, books, directories, in-store marketing and promotion, packaging, newspapers, custom print products, other commercial and specialty printed products and global paper procurement, together with marketing and other complementary services, including consumer insights, audience targeting, personalization, media planning and placement, process optimization, campaign planning and creation, pre-media production, videography, photography, digital execution, print execution and logistics. This segment also includes the manufacture of ink.

227. The 2018 10-K added that the "United States Print and Related Services segment accounted for approximately 91% of the Company's consolidated net sales during the year ended December 31, 2018." For 2018, the Company's product (*i.e.*, print) sales made up 81% of its net sales, with services accounting for 19.1% of sales. Notably, Quad's services sales included logistics, distribution, marketing services, imaging, and medical services.

228. Defendants knew the secular decline of the print business was materially impacting the Company's operations and financial results. Indeed, Defendants closely monitored the print market and discussed it in the Company's press releases, SEC filings, and on conference calls. Defendants also spoke frequently on the Company's Quad 3.0 transition during every quarterly

earnings call throughout the Class Period, and were asked and answered detailed questions by analysts about the transition.

229. Defendants' repeated references to the Quad 3.0 transition during the Class Period support an inference that they had personal knowledge of the status of the transition and that they were monitoring any actual or potential impact on Quad's operations and financial results stemming from that transition and the declining print industry.

230. Given the importance of Quad's print business and the importance of the Quad 3.0 transition, it is reasonable to infer that Defendants were aware of the need to rapidly accelerate the pace of the Quad 3.0 transition during the Class Period, including that it was not contributing enough to offset secular print declines.

231. These facts collectively support a strong inference that Defendants knowingly made materially false and misleading statements and omissions, or acted recklessly in doing so, during the Class Period.

**D. Quad Suffered from Historically Weak Internal Controls**

232. In September 2019, Quad paid nearly $10 million to the SEC in connection with a cease-and-desist order because of Quad's FCPA violations over a five-year period, which included multiple bribery schemes, including bribing foreign judges and other government officials, to secure business, win sales contracts, avoid penalties, and influence the outcome of a tax dispute in court. On top of bribery, Quad also violated U.S. sanctions and export control laws by engaging in commercial transactions with a state controlled Cuban telecommunications company and violated the FCPA's books and records provisions by creating false records to conceal the transactions. The SEC found that Quad failed to have sufficient internal accounting controls and anti-corruption policies and procedures in place to detect or prevent the Company's misconduct.

233. Quad lacked a system of internal accounting controls sufficient to detect or prevent the bribery payments despite the presence of numerous red flags, including vendor invoices with rounded dollar amounts, large invoice amounts that were disproportionate to the services described, invoices that were consecutively numbered (sometimes with the same date), and invoices without purchase orders or other supporting documentation.

234. As stated by the SEC, prior to 2010, Quad was a privately held printing company with a focus on domestic sales. With the July 2010 acquisition of World Color, Quad quickly became a public company with a major international presence. Quad acquired over 16,000 World Color employees, several subsidiaries, and multiple plants throughout Latin America, and its common shares began trading on the NYSE. Despite becoming a publicly traded company with a large global workforce and operations in high risk areas, Quad's compliance program was almost nonexistent in 2010. At the time, Quad failed to implement sufficient internal accounting controls or anti-corruption policies and procedures and failed to conduct meaningful due diligence on third parties. Likewise, internal audit had no visible role in anti-corruption testing and the company failed to conduct broad FCPA or ethics training until approximately 2012. It appointed its first Director of Compliance, an individual with an information technology background, but no compliance experience or training, in 2011.

235. As a result of the Company's historically weak internal controls and its foreign bribery activities, including the bribery of judicial officials to influence the outcome of legal proceedings involving Quad and a foreign tax authority, as well as prohibited business dealings with Cuba, Quad agreed in October 2019 to pay a total of more than $13 million to resolve the scandal.

236. Given Defendants' awareness of the Company's historically weak internal controls, Defendants knew or recklessly disregarded the potential for Quad's Class Period statements and SEC filings to include materially false and misleading statements and omissions.

## VIII. LOSS CAUSATION/ECONOMIC LOSS

237. During the Class Period, as detailed herein, Defendants' false statements and omissions of material facts inflated the price of Quad stock and operated as fraud or deceit on Class Period purchasers of the stock. When Defendants' misrepresentations and fraudulent conduct were revealed and became apparent to the market, the price of Quad stock fell as the truth regarding those misrepresentations emerged. Over the course of the Class Period, Defendants misrepresented and concealed the true extent to which print industry volume and pricing pressures, including Quad's ongoing price war with LSC, impacted Quad's business, the inability of Quad 3.0 to offset those losses, and concealed the extent to which Quad 3.0 needed to be rapidly accelerated in order to sustain Quad's dividend and avoid more severe cost cutting measures, such as divesting business units like Quad's book business, to create financial flexibility. As a result of their purchases of Quad stock during the Class Period at artificially inflated prices, Plaintiff and the other members of the Class suffered damages in the form of economic loss, under the federal securities laws, as the truth was revealed.

238. While each of Defendants' misrepresentations and omissions were independently fraudulent, they were all motivated by Defendants' efforts to artificially inflate the Company's stock price and/or maintain the artificial inflation in Quad's stock. Indeed, the failure to acquire LSC ensured that rather than eliminating its main competitive threat, Quad would remain in a virtual war with LSC, which would reduce EBITDA margins, threaten earnings, and completely undermine the Company's ability to achieve its 2019 guidance absent rapid acceleration of Quad 3.0. Defendants' statements also failed to warn investors that Quad's dividend was likely to be

significantly reduced, that the Company needed to implement additional cost cutting measures, and that Quad needed to divest business units, such as its book business. Defendants' false and misleading statements and omissions caused, or were a substantial contributing cause of, Quad stock trading at artificially inflated levels, reaching as high as $30.89 during the Class Period on February 23, 2018.

239. The truth emerged after the market closed on October 29, 2019, when, as detailed in ¶¶207-215, the Company shocked investors and missed analysts' consensus by issuing disappointing financial results for 3Q19 that contradicted assurances by Defendants that net profits and EBITDA would increase during the second half of 2019 and by lowering 2019 financial guidance. Additionally, on October 29, 2019, and during the October 30, 2019 conference call, Defendants revealed that Quad was divesting its book business, which generated annual revenues of $200 million and was a growing business unit, that the Company was slashing its dividend by 50%, and that Quad was implementing additional cost cutting measures.

240. As a result of the information revealed to the market, the price of Quad stock dropped approximately ***53%***, or $6.42 per share, falling from a close of $11.27 per share on October 29, 2019, to a close of $4.85 per share on October 30, 2019. The decline in the Company's stock price was the direct result of the nature and extent of the revelations made to the market regarding Quad's poor financial performance and reduced prospects and outlook.

241. The timing and magnitude of the Company's stock price decline on October 30, 2019, negates any inference that the losses suffered by Plaintiff were caused by changed market conditions, macroeconomic or industry factors, or Company-specific facts unrelated to Defendants' fraudulent conduct.

242. In sum, the rapid decline in the price of Quad stock on October 30, 2019, was the direct and foreseeable consequence of the revelation of the falsity of Defendants' Class Period misrepresentations and omissions to the market. Thus, the revelations of truth, as well as the resulting clear market reaction, support a reasonable inference that the market understood that Defendants' prior statements were misleading. In short, as the truth about Defendants' prior misrepresentations and concealments were revealed, the price of Quad's stock quickly sank, the artificial inflation came out of the stock, and Plaintiff and members of the Class were damaged, suffering true economic losses.

243. Moreover, analyst reaction, which described the revelations as "shocking," reflected that the revelation of the previously undisclosed information was responsible for the stock drop. *See* ¶214.

244. Accordingly, the economic losses, *i.e.*, damages, suffered by Plaintiff on October 30, 2019, were the direct and proximate result of Defendants' misrepresentations and omissions that artificially inflated the price of Quad stock and the subsequent significant decline in the value of the stock when the truth concerning Defendants' prior misrepresentations and fraudulent conduct entered the marketplace.

## IX. PRESUMPTION OF RELIANCE

245. At all relevant times, the market for Quad stock was an efficient market for the following reasons, among others:

(a) Quad's stock met the requirements for listing and was listed and actively traded on the NYSE, a highly efficient stock exchange;

(b) As a regulated issuer, Quad regularly made public filings with the SEC, including its Forms 10-K, Forms 10-Q, and related press releases;

(c) Quad regularly communicated with investors via established market communication mechanisms, including through regular disseminations of press releases on the national circuits of major newswire services and through other wide ranging public disclosures, such as communications with the financial press, and other similar reporting services; and

(d) Quad was followed by several securities analysts employed by major brokerage firms, such as Buckingham Research, Sidoti & Company, LLC, and Robert W. Baird & Co. Inc., among others, who wrote research reports that were distributed to each brokerage firm's sales force and the public at large. Each of these reports was publicly available and entered the public marketplace.

246. As a result of the foregoing, the market for Quad common stock promptly digested current information regarding the Company from all publicly available sources and reflected such information in the price of Quad common stock. Under these circumstances, all purchasers of Quad stock during the Class Period suffered similar injury through their purchase of Quad stock at artificially inflated prices, and the losses they suffered when the artificial inflation was removed. Thus, a presumption of reliance applies. A Class-wide presumption of reliance is also appropriate in this action under the Supreme Court's holding in *Affiliated Ute Citizens of Utah v. United States*, 406 U.S. 128 (1972), because the Class' claims are grounded on Defendants' material omissions. Because this action involves Defendants' failure to disclose material, adverse information regarding Quad's business and operations – information that Defendants were obligated to disclose – positive proof of reliance is not a prerequisite to recovery. All that is necessary is that the facts withheld be material in the sense that a reasonable investor might have considered them important in making investment decisions. Given the importance of the Class Period material misstatements and omissions set forth above, that requirement is satisfied here.

## X. NO SAFE HARBOR

247. The federal statutory safe harbor applicable to forward-looking statements under certain circumstances does not apply to any of the allegedly false and misleading statement pled in this Complaint. Many of the specific statements pled herein were not identified as "forward-looking statements" when made. To the extent there were any forward-looking statements, there were no meaningful cautionary statements identifying important factors that would cause actual results to differ materially from those in the purportedly forward-looking statements.

248. The Company's supposed risk warnings, both individually and collectively, failed to warn the market of the true risks detailed herein. These warnings were not meaningfully different from year-to-year, but instead, were substantially similar before and during the Class Period, with boilerplate language that failed to develop adequately with time as the very risks they sought to warn began to materialize. Therefore, these cautions were untethered to the known problems at hand, rendering them meaningless.

249. The Company's risk disclosures did not serve to adequately inform the market of the true risks and actual operational experience of the Company. Indeed, the failure of the risk statements to inform the market of the true risks and actual operational experiences of the Company is evident from the market's reaction to the revelation of the Defendants' untrue and/or misleading statements.

250. Alternatively, to the extent that the statutory safe harbor does apply to any forward-looking statements pled herein, Defendants are liable for those false and misleading forward-looking statements because, at the time they were made, as detailed above, the speaker knew that the particular forward-looking statement was false or misleading and/or the forward-looking statement was authorized and/or approved by an executive officer of Quad knew that the statement was false or misleading when made. Moreover, to the extent that Defendants issued any

disclosures designed to warn or caution investors of certain purported risks, those disclosures were also false or misleading since they did not disclose that Defendants were actually engaging in the very actions about which they purportedly warned and/or had actual knowledge of material, adverse facts undermining such disclosures.

## XI. CLASS ACTION ALLEGATIONS

251. Plaintiff brings this action as a class action pursuant to Rule 23(a) and (b)(3) of the Federal Rules of Civil Procedure on behalf of a Class consisting of all those who purchased or otherwise acquired the publicly traded common stock of Quad between February 21, 2018 and October 29, 2019, inclusive, and who were damaged hereby. Excluded from the Class are Defendants, the officers and directors of the Company, at all relevant times, members of their immediate families and their legal representatives, heirs, successors, or assigns, and any entity in which any defendants have or had a controlling interest.

252. The members of the Class are so numerous that joinder of all members is impracticable. Throughout the Class Period, Quad had millions of shares of common stock outstanding and the Company's stock traded actively on the NYSE. According to Quad's SEC filings, as of October 30, 2019, Quad had more than 39 million shares of class A common stock outstanding. While the exact number of Class members can only be determined by appropriate discovery, Plaintiff believes that Class members number at least in the thousands and that they are geographically dispersed. Record owners and other members of the Class may be identified from records maintained by Quad or its transfer agent and may be notified of the pendency of this action by mail, using the form of notice similar to that customarily used in securities class actions.

253. Plaintiff's claims are typical of the claims of members of the Class because Plaintiff and all of the Class members sustained damages arising out of Defendants' wrongful conduct in violation of federal law, as alleged herein.

254. Plaintiff will fairly and adequately protect the interests of the Class members and has retained counsel experienced and competent in class actions and securities litigation. Plaintiff has no interests that are contrary to, or in conflict with, the members of the Class it seeks to represent.

255. A class action is superior to all other available methods for the fair and efficient adjudication of this controversy since joinder of all members is impracticable. Furthermore, as the damages suffered by individual members of the Class may be relatively small, the expense and burden of individual litigation make it impossible for the members of the Class to individually redress the wrongs done to them. There will be no difficulty in the management of this action as a class action.

256. Questions of law and fact common to the members of the Class predominate over any questions that may affect only individual members in that Defendants have acted on grounds generally applicable to the entire Class. Among the questions of law and fact common to the Class are:

(a) Whether Defendants violated the federal securities law as alleged herein;

(b) Whether Defendants' publicly disseminated press releases and statements during the Class Period omitted and/or misrepresented material facts;

(c) Whether Defendants failed to convey material facts or to correct material facts previously disseminated;

(d) Whether Defendants participated in and pursued the fraudulent scheme or course of business complained of herein;

(e) Whether Defendants acted knowingly or with recklessness in omitting and/or misrepresenting material facts;

(f) Whether the market prices of Quad's stock during the Class Period were artificially inflated due to the material nondisclosures and/or misrepresentations complained of herein; and

(g) Whether the members of the Class have sustained damages and, if so, what is the appropriate measure of damages.

**COUNT I**

**FOR VIOLATIONS OF SECTION 10(b) OF THE EXCHANGE ACT AND RULE 10b-5 PROMULGATED THEREUNDER AGAINST ALL DEFENDANTS**

257. Plaintiff repeats and re-alleges the allegations set forth above in ¶¶1-256 as though fully set forth herein.

258. During the Class Period, Quad and the Individual Defendants disseminated or approved the materially false and misleading statements specified above, which they knew or recklessly disregarded were misleading in that they contained misrepresentations and failed to disclose material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading.

259. Quad and the Individual Defendants: (a) employed devices, schemes, and artifices to defraud; (b) made untrue statements of material fact and/or omitted to state material facts necessary to make the statements not misleading; and (c) engaged in acts, practices, and a course of business which operated as a fraud and deceit upon the purchasers of the Company's stock during the Class Period.

260. In addition to the duties of full disclosure imposed on Quad and the Individual Defendants as a result of their affirmative false and misleading statements to the public, Quad and the Individual Defendants had a duty to promptly disseminate truthful information with respect to Quad's operations and performance that would be material to investors in compliance with the

integrated disclosure provisions of the SEC as embodied in SEC Regulation S-X (17 C.F.R. §210.01, *et seq.*) and S-K (17 C.F.R. §229.10, *et seq.*) and other SEC regulations, including accurate and truthful information with respect to the Company's revenue and earnings trends, so that the market prices of Quad stock would be based on truthful, complete, and accurate information.

261. As a direct and proximate result of Quad and the Individual Defendants' wrongful conduct, Plaintiff and the Class suffered damages in connection with their respective purchases of Quad common stock during the Class Period because, in reliance on the integrity of the market, they paid artificially inflated prices for Quad stock and experienced losses when the artificial inflation was released from Quad stock as a result of the revelations and price decline detailed herein. Plaintiff and the Class would not have purchased Quad stock at the prices they paid, or at all, if they had been aware that the market prices had been artificially and falsely inflated by Quad and the Individual Defendants' misleading statements.

262. By virtue of the foregoing, Quad and the Individual Defendants have each violated Section 10(b) of the Exchange Act and Rule 10b-5 promulgated thereunder.

**COUNT II**

**FOR VIOLATIONS OF SECTION 20(a) OF THE EXCHANGE ACT AGAINST INDIVIDUAL DEFENDANTS**

263. Plaintiff repeats and re-alleges the allegations set forth above in ¶¶1-256 as through fully set forth herein.

264. The Individual Defendants acted as controlling persons of Quad within the meaning of Section 20(a) of the Exchange Act.

265. By virtue of their high-level positions as officers and/or directors of Quad and/or their substantial ownership of Quad stock, including Quadracci's ownership of Class B stock and

position as a trustee of the Quad Voting Trust, participation in, awareness of, and ability to control the Company's policies and operations; and/or their intimate knowledge of the false and misleading statements filed by the Company with the SEC and disseminated to the investing public, the Individual Defendants had the power to influence and control, and did influence and control, directly or indirectly, the decision-making of Quad, including the content and dissemination of the various statements which Plaintiff contends are false and misleading. The Individual Defendants were provided with, or had unlimited access to, copies of the Company's reports, press releases, public filings, and other statements alleged by Plaintiff to be misleading prior to and/or shortly after these statements were issued and had the ability to prevent the issuance of the statements or cause the statements to be corrected

266. In addition, the Individual Defendants had direct involvement in the day-to-day operations of the Company and, therefore, are presumed to have had the power to control or influence the particular transactions giving rise to the securities violations as alleged herein and exercised the same. As a trustee of the Quad Voting Trust, as set forth above, Quadracci also exercised a heightened level of control over the Company, including its election of directors and decision-making.

267. As set forth above, Quad and the Individual Defendants violated Section 10(b) and Rule 10b-5 promulgated thereunder by their acts and omissions as alleged in this Complaint. By virtue of their respective roles as control persons, and as a result of their aforementioned conduct, the Individual Defendants are liable pursuant to Section 20(a) of the Exchange Act. As a direct and proximate result of the Individual Defendants' wrongful conduct, Plaintiff and other members of the Class suffered damages in connection with their purchases of Quad stock during the Class

Period, as evidenced by the stock price decline alleged above, when the artificial inflation was removed from the price of Quad stock.

268. By reason of such conduct, the Individual Defendants are liable pursuant to Section 20(a) of the Exchange Act.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for relief and judgment as follows:

A. Determining that this action is a proper class action, certifying Plaintiff as Class representative under Rule 23 of the Federal Rules of Civil Procedure, and designating Lead Counsel as Class Counsel;

B. Awarding compensatory damages in favor of Plaintiff and other Class members against all Defendants, jointly and severally, for all damages sustained as a result of Defendants' wrongdoing, in an amount to be proven at trial, including interest thereon;

C. Awarding Plaintiff and the Class their reasonable costs and expenses incurred in this action, including counsel fees and expert fees; and

D. Awarding such other and further relief as the Court may deem just and proper.

**JURY TRIAL DEMANDED**

Plaintiff hereby demands a trial by jury.

DATED: May 15, 2020

ROBBINS GELLER RUDMAN
& DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD

*s/ David A. Rosenfeld*
DAVID A. ROSENFELD

58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com

*Counsel for Lead Plaintiff*

**CERTIFICATE OF SERVICE**

I, David A. Rosenfeld, hereby certify that on May 15, 2020, I authorized a true and correct copy of the Amended Class Action Complaint in Violations of Federal Securities Laws, to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such public filing to all counsel registered to receive such notice.

*s/ David A. Rosenfeld*
DAVID A. ROSENFELD