**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DENNIS BORN, MARILYNN BORN, and VALERIE BLOOM, Individually and on Behalf of All Others Similarly Situated, | |
| Plaintiffs, | Case No. 1:19-cv-10376-VEC |
| -v- | |
| QUAD/GRAPHICS, INC., J. JOEL QUADRACCI and DAVID J. HONAN, | ORAL ARGUMENT REQUESTED |
| Defendants. | |

**DECLARATION OF STACY NETTLETON IN SUPPORT OF DEFENDANTS'**
**MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT**

I, Stacy Nettleton, declare the following under penalty of perjury:

1.      I am an attorney duly admitted to practice before this Court and a member of Weil, Gotshal & Manges LLP, counsel for Defendants Quad/Graphics, Inc., J. Joel Quadracci, and David J. Honan (collectively, the "Defendants"). I submit this Declaration in support of the Defendants' Motion to Dismiss the Amended Class Action Complaint (the "Motion").

2.      True and correct copies of the following documents cited in the accompanying Memorandum of Law in Support of the Motion are attached as exhibits A through EE:

| Exhibit | Description |
|---|---|
| A | Quad's 4Q17 and FY17 Earnings Release attached as Exhibit 99.1 to Quad's Current Report on Form 8-K dated February 21, 2018 |
| B | Transcript of Quad's 1Q18 earnings call held on May 2, 2018 |
| C | Quad's 2Q18 Earnings Release attached as Exhibit 99.1 to Quad's Current Report on Form 8-K dated July 31, 2018 |

D          Quad's 4Q18 and FY18 Earnings Release attached as Exhibit 99.1 to Quad's
           Current Report on Form 8-K dated February 19, 2019

E          Quad's 1Q19 Earnings Release attached as Exhibit 99.1 to Quad's Current
           Report on Form 8-K dated April 30, 2019

F          Quad's annual report on Form 10-K for the fiscal year ended December 31,
           2017 dated February 21, 2018 (excerpted)

G          Quad's annual report on Form 10-K for the fiscal year ended December 31,
           2018 dated February 20, 2019 (excerpted)

H          Quad's quarterly report on Form 10-Q for the quarterly period ended June 30,
           2019 dated July 31, 2019 (excerpted)

I          Transcript of Quad's 4Q17 earnings call held on February 21, 2018

J          Transcript of Quad's 4Q18 earnings call held on February 20, 2019

K          Transcript of Quad's 2Q18 earnings call held on August 1, 2018

L          Transcript of Quad's 3Q18 earnings call held on October 31, 2018

M          Transcript of Quad's 2Q19 earnings call held on July 31, 2019

N          Quad and LSC's Joint Press Release dated October 31, 2018 filed on Form 425
           (excerpted)

O          Sidoti Analyst Report dated November 1, 2018

P          Buckingham Analyst Report dated November 1, 2018

Q          Sidoti Analyst Report dated November 6, 2018

R          Sidoti Analyst Report dated February 8, 2019

S          Quad and LSC's Joint Motion to Set Evidentiary Hearing Dates, submitted in
           the action captioned *United States of America v. Quad/Graphics, Inc. et al.*,
           No. 19-cv-04153 (N. D. Ill., Eastern Division), dated June 26, 2019

T          Sidoti Analyst Report dated December 17, 2018

U          Sidoti Analyst Report dated June 21, 2019

V          Order entered by the United States District Court for the Northern District of
           Illinois, Eastern Division in the action captioned *United States of America v.
           Quad/Graphics, Inc. et al.*, No. 19-cv-04153, dated July 10, 2019

2

| W | Quad and LSC's Joint Motion for Entry of Proposed Scheduling Order, submitted in the action captioned *United States of America v. Quad/Graphics, Inc. et al.*, No. 19-cv-04153 (N. D. Ill., Eastern Division), dated July 9, 2019 |
|---|---|
| X | Quad's 3Q19 Earnings Release attached as Exhibit 99.1 to Quad's Current Report on Form 8-K dated October 29, 2019 |
| Y | Transcript of Quad's 3Q19 earnings call held on October 30, 2019 |
| Z | Order Instituting Cease-and-Desist Proceedings Pursuant to Section 21C of the Securities Exchange Act of 1934, Making Findings, and Imposing a Cease-and-Desist Order, filed by the SEC on September 26, 2019 |
| AA | Quad's quarterly report filed on Form 10-Q for the quarterly period ended March 31, 2016 dated May 4, 2016 (excerpted) |
| BB | Quad's annual report on Form 10-K for the fiscal year ended December 31, 2016 dated February 22, 2017 (excerpted) |
| CC | Quad's quarterly report filed on Form 10-Q for the quarterly period ending September 30, 2019 dated October 30, 2019 (excerpted) |
| DD | Quad's quarterly report filed on Form 10-Q for the quarterly period ended June 30, 2018 dated August 1, 2018 (excerpted) |
| EE | Quad's September 4, 2019 Press Release filed on Business Wire |

Dated:  New York, New York
      July 14, 2020

      /s/ Stacy Nettleton
      Stacy Nettleton
      WEIL, GOTSHAL & MANGES LLP
      767 Fifth Avenue
      New York, New York 10153
      Tel: (212) 310-8000
      Fax: (212) 310-8007

      *Counsel for Defendants Quad/Graphics, Inc., J. Joel Quadracci, and David J. Honan*

3