# EXHIBIT O

November 1, 2018 | Morning Meeting Note
Lower Earnings Estimates; Company Update

**Sidoti & Company, LLC**

Equity Research



# Quad/Graphics Inc. (QUAD)

## Maintain BUY Rating, $34 Price Target After Acquisition Of LSC Communications; Rationale for Deal Looks Compelling; Lower EPS Estimates To Reflect Share Dilution/Higher Interest Expense

| | 2017 | 2018E | | 2019E | | 2020E | |
|---|---|---|---|---|---|---|---|
| | | OLD | NEW | OLD | NEW | OLD | NEW |
| Mar. | $0.52 | $0.58A | | $0.32 | $0.24 | $0.46 | $0.32 |
| June | 0.24 | 0.23A | | 0.37 | 0.29 | 0.49 | 0.34 |
| Sep. | 0.46 | 0.51 | 0.45A | 0.66 | 0.40 | 0.78 | 0.41 |
| Dec. | 0.58 | 0.87 | 0.62 | 1.04 | 0.52 | 1.17 | 0.56 |
| | | | | | | | |
| EPS | $1.80 | $2.19 | $1.88 | $2.39 | $1.45 | $2.90 | $1.62 |
| | | | | | | | |
| P/E | | | 8.2x | | 10.6x | | 9.5x |

Note: *Market capitalization and shares outstanding include 34.7 million Class A and 14.2 million Class B shares (owned by founding family and employees; do not trade; carry 10-to-1 voting rights). EPS exclude restructuring and impairment charges. 2017-2020E include $0.41 in annual stock-based compensation expense. The Russell 2000 Index includes QUAD. Sum of quarterly data may not equal full-year total due to rounding and/or change in share count. NC=Not covered by Sidoti & Co., LLC.

| Year | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018E | 2019E | 2020E |
|---|---|---|---|---|---|---|---|---|---|---|
| Rev.(Mil.) | $4417.9 | $4094.0 | $4795.9 | $4862.4 | $4657.7 | $4329.5 | $4134.4 | $4201.9 | $6140.8 | $8069.8 |
| GAAP EPS | ($1.00) | $1.80 | $0.60 | $0.38 | ($13.40) | $0.87 | $2.06 | $1.18 | $1.45 | $1.62 |

**Description:** Quad/Graphics Inc. (www.qg.com) is the second-largest commercial printer in North America. QUAD prints and helps to design products including magazines, direct mailers, retail inserts, and brochures for commercial customers. The company helps marketers and publishers to monetize print media in a multimedia channel world, and also aims to lower customers' postage and distribution costs. Headquarters are in Sussex, WI. On October 31, 2018 QUAD announced the acquisition of its largest competitor, LSC Communications, (NYSE: LKSD, NC); the transaction is expected to close by mid-2019.

- **QUAD will acquire competitor LSC Communications (NYSE: LKSD, NC) in an all stock deal for $1.4 billion. We estimate the purchase price represents about a 5x EV/EBITDA multiple, based on LKSD's trailing 12-month EBITDA.**

- **Assuming a smooth integration, by 2020 we estimate QUAD's EBITDA will be 50% higher and share of the U.S. commercial print industry will almost double to 11%.**

- **For now, we assume incremental revenue and EBITDA gains will be offset by share dilution and higher interest expense.**

- **Accordingly, we lowered our 2019 and 2020 EPS estimates to $1.45 (from $2.39) and $1.62 (from $2.90), respectively. We will revisit our interest expense assumptions if QUAD can quickly refinance LKSD debt next year.**

- **Given the size of the transaction, integration "speed-bumps" are possible, although we think QUAD historically did a good job in consolidating the fragmented U.S. commercial print industry.**

- **Our $34 target is now based on 21x our revised 2020 EPS estimate of $1.62. (Previously, we valued the shares at 12x our prior 2020 EPS estimate of $2.90 to derive the same $34 target.)**

- **Given the different capital structures between LKSD and QUAD, we think EBITDA will be the primary focus for investors, at least through 2019.**

- **The $34 target implies about 7x our pro-forma 2020 EBITDA estimate of $643 million; this is a reasonable multiple given EBITDA multiples accorded small cap U.S. paper, packaging and logistics-based companies.**

**Concurrent with the release of 3Q:18 results, QUAD announced the acquisition of its #1 competitor in an all-stock deal valued at $1.4 billion**. The combined company is expected to generate pro-forma revenue of $8 billion, about double QUAD's standalone revenue base of just over $4 billion. LKSD shareholders will receive 0.625 shares of QUAD

## BUY
Price Target: $34
Price: $15.43

**Daniel Jacome, CFA**
(212) 894-3338
(djacome@sidoti.com)

### Key Statistics

| | |
|---|---|
| **Analysts Covering** | 2 |
| **Market Cap (Mil)*** | $800 |
| **Enterprise Value** | $1,874 |
| **52-Week Range (NYSE)** | 31-15 |
| **5-Year EPS CAGR** | 5% |
| **Avg. Daily Trading Volume** | 318,000 |
| **Shares Out (Mil)*** | 51.619 |
| **Float Shares (Mil)** | 30.351 |
| **Insider Ownership** | 38% |
| **Institutional Holdings** | 62% |
| **Annualized Dividend** | $1.20 |
| **Dividend Yield** | 7.8% |
| **FCF Per Share (2020E)** | $3.50 |
| **FCF Yield (2020E)** | 22.7% |
| **Net Cash Per Share (2020E)** | ($15.92) |
| **Price to Book Value** | 1.6x |
| **Return on Equity (2020E)** | 5.9% |
| **Total Debt to Capital** | 68% |
| **Interest Coverage Ratio** | 3.1x |
| **Short Interest %** | 3.8% |
| **Short Interest Days To Cover** | 3.3 |
| **Russell 2000** | 1,511 |
| **Russell 2000 – Last 12 Months** | 0.6% |
| **QUAD – Last 12 Months** | -32.3% |



30-Oct-2015 to 31-Oct-2018 (Daily)    Price

— Quad/Graphics, Inc. Class A

Source: FactSet Prices

Required disclosures appear in the Appendix
Member FINRA & SIPC

1212 Avenue of the Americas · 15th Floor
New York, NY 10036

Phone: 212-297-0001
www.sidoti.com

QUAD/GRAPHICS INC.

stock for each LKSD share owned. Post-closing, LKSD shareholders are expected to have 29% economic ownership of the combined company, with QUAD shareholders holding the balance.  The acquisition is expected to close in mid-2019; current QUAD CEO Joel Quadracci will be CEO of the combined company, according to the press release.

**The QUAD/LKSD management teams hosted a call yesterday that we thought illuminated the strategic rationale for the transaction .**  The management teams said the combined company is expected to be significantly more efficient (from production scale and ability to combine logistical operations) and better equipped to serve North America customers in the multichannel media world.   While QUAD and LKSD have significant overlap in magazine and catalog base customers, the acquisition will substantially increase QUAD's presence in book publishing (this includes book trimming and binding style production for higher education and K-12 textbooks).  Book publishing represents about 28% of LKSDs' annual revenue and LKSD prints for all 10 of the top U.S. book publishers and 8 of the top 10 largest worldwide book publishers.  By our estimate, the LKSD book publishing business is growing at least 2% annually; QUAD historically was under-penetrated in book production and fulfillment.

**QUAD shares were punished yesterday**.  QUAD shares declined 15% (the Russell 2000 was up about 0.2%).  We think "initial shock" regarding the size of the transaction (we estimate the purchase price is about 55% higher than QUAD's market cap of $900 million prior to the announcement) played a role in yesterday's share decline.  That the transaction is not expected to close for roughly another eight months and take about two years to fully integrate also likely weighed on the stock.  We also think concerns about the higher coupon debt that LKSD carries also pressured QUAD shares.  In our view, QUAD has proven itself as a strong operator in the U.S. commercial printing industry; thus, while we think potential integration snags are possible, the probability of successful execution is high (both companies have 90% or higher customer retention rates).  Further, based on the potential for the combined company to generate almost $300 million in free cash flow by 2021, we are confident that QUAD will be able to amend LKSD's debt terms next year.

**We adjust our model to reflect the transaction.**  We calculate QUAD will pick up $3.8 billion in revenue, which we think will take QUAD's market share in U.S. commercial printing and logistics to about 11%, up from 6% today.  The scale benefits, once integration is complete, should position QUAD better with North America customers and drive savings on the distribution side.  We assume for now the transaction closes in mid-2019 and QUAD begins to see initial acquisition benefits in 3Q:19.  We lowered our 2019 and 2020 EPS estimates to reflect higher interest expense and share dilution.  Yesterday, QUAD noted that it expects to refinance both its own debt (QUAD's blended interest rate is around 5%) and the soon to be inherited LKSD debt (roughly an 8% borrowing rate) next year, but did not provide more details.  For share dilution, we assume that given the unaffected QUAD stock price of about $18.30 and the specified conversion ratio of .625, that an additional 20 million shares of QUAD stock are issued in the transaction.  We now model 2020 EBITDA and FCF of about $643 million and $250 million, respectively, up from prior 2020 estimates of about $426 million and $190 million, respectively.  This assumes a smooth integration.

**The company also reported 3Q:18 results yesterday morning.**  In a still challenging environment for U.S. commercial printers and logistics-based companies, QUAD reported about 2% revenue growth, including acquisitions, but EPS of $0.45 were about a 3% decline, compared with the 3Q:17 showing, missing our estimate by $0.06. The gross margin narrowed about 270 basis points, which we think was the main driver of the EPS miss and likely reflected fixed cost deleverage coming from industry-wide soft printing volume.  While we think 4Q:18 is off to a decent start, we trimmed our 2018 EPS estimate to $1.88 (from $2.19).

**We maintain a BUY rating and $34 price target.**  The stock trades at less than 10x our revised 2020 EPS estimate of $1.62. We find this valuation does not adequately capture the upside potential of the combined company once the acquisition officially closes.  The $34 target is now based on 21x our 2020 EPS estimate of $1.62. (Previously, we valued the stock at 12x our prior 2020 EPS estimate of $2.90 to derive the same target.)  The higher earnings multiple implies about 7x our revised 2020 EBITDA estimate of $643 million.  Small cap U.S. packaging and logistics peers typically trade at 7x-10x forward EBITDA.  The implied P/E and EBITDA multiples, in our view, factor in the expected transaction benefits *and* the risks of capacity or customer integration 'speed-bumps" that could arise.

| Key Risks | Concentrated stock ownership | Changes to USPS postal system | Weaker printing volumes |
|---|---|---|---|

**Exhibit 1: Quad Graphics 3Q:18 Earnings Variance**

|  | 3Q:18A | 3Q:18E | 3Q:17A | YoY $ change | YoY % change |
|---|---|---|---|---|---|
| Revenue | $1,029,100 | $1,025,508 | $1,005,400 | $23,700 | 2.4% |
| Gross profit | 197,400 | 204,076 | 220,600 | (23,200) | (10.5%) |
| Gross margin % | 19.2% | 19.9% | 21.9% | - | - |
| SG&A | 92,400 | 97,423 | 104,900 | (12,500) | (11.9%) |
| SG&A ratio % | 9.0% | 9.5% | 10.4% | - | - |
| EBITDA | 105,000 | 106,653 | 115,700 | (10,700) | (9.2%) |
| EBITDA margin | 10.2% | 10.4% | 11.5% | - | - |
| Diluted EPS | $0.45 | $0.51 | Sidoti & Company, LLC ($0.01) | | (2.6%) |

Sources:  Company reports and Sidoti & Company, LLC estimates. Numbers in millions except EPS.

QUAD/GRAPHICS INC.

**Table 1: QUAD/Graphics, Inc. Income Statement**
($ in thousands, except per share data)

| | 2016 | 1Q:17 | 2Q:17 | 3Q:17A | 4Q:17 | 2017 | 1Q:18 | 2Q:18 | 3Q:18 | 4Q:18E | 2018E | 1Q:19E | 2Q:19E | 3Q:19E | 4Q:19E | 2019E | 1Q:20E | 2Q:20E | 3Q:20E | 4Q:20E | 2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | $4,329,500 | $998,600 | $963,200 | $1,005,400 | $1,164,200 | $4,131,400 | $967,500 | $1,015,500 | $1,029,100 | $1,189,812 | $4,201,912 | $986,850 | $1,035,810 | $1,971,182 | $2,147,007 | $6,140,849 | $1,909,657 | $1,959,596 | $2,010,606 | $2,189,947 | $8,069,806 |
| Cost of sales | 3,394,800 | 781,100 | 765,000 | 784,800 | 928,500 | 3,259,400 | 792,400 | 826,700 | 831,700 | 969,102 | 3,419,902 | 810,024 | 845,098 | 1,634,468 | 1,790,389 | 5,079,980 | 1,592,879 | 1,624,273 | 1,681,232 | 1,838,241 | 6,736,626 |
| Gross profit | 934,700 | 217,500 | 198,200 | 220,600 | 235,700 | 872,000 | 175,100 | 188,800 | 197,400 | 220,710 | 782,010 | 176,826 | 190,712 | 336,714 | 356,618 | 1,060,869 | 316,778 | 335,323 | 329,374 | 351,705 | 1,333,179 |
| Selling, general and administrative expenses | 454,600 | 98,600 | 101,700 | 104,900 | 110,800 | 416,000 | 86,900 | 99,200 | 92,400 | 103,514 | 382,014 | 87,651 | 100,148 | 175,016 | 184,643 | 547,458 | 161,021 | 180,647 | 169,468 | 178,481 | 689,617 |
| Depreciation and amortization | 277,100 | 58,700 | 58,500 | 58,300 | 57,000 | 232,500 | 56,200 | 58,300 | 59,100 | 57,339 | 230,939 | 56,436 | 54,982 | 89,748 | 88,241 | 289,407 | 91,045 | 89,241 | 87,783 | 86,370 | 354,439 |
| Restructuring and impairment charges | 80,600 | 9,200 | 5,300 | 8,000 | 38,700 | 61,200 | 24,900 | 10,400 | 5,300 | 0 | 40,600 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Goodwill impairment | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Operating income (loss) | 122,400 | 51,000 | 32,700 | 49,400 | 29,200 | 162,300 | 7,100 | 20,900 | 40,600 | 59,857 | 128,457 | 32,739 | 35,581 | 71,950 | 83,735 | 224,004 | 64,711 | 65,435 | 72,122 | 86,855 | 289,123 |
| Adjusted EBITDA | 480,100 | 118,900 | 96,500 | 115,700 | 124,900 | 456,000 | 110,500 | 89,600 | 105,000 | 117,197 | 422,297 | 89,175 | 90,563 | 161,698 | 171,975 | 513,411 | 155,757 | 154,676 | 159,905 | 173,225 | 643,563 |
| Adjusted EBITDA per mgmt | | | | | | | | | | | | | | | | | | | | | |
| Interest expense | 77,200 | 18,200 | 17,600 | 17,800 | 17,500 | 71,100 | 17,300 | 18,400 | 18,300 | 18,794 | 72,794 | 18,480 | 18,165 | 35,623 | 35,300 | 107,568 | 35,437 | 35,149 | 34,860 | 34,571 | 140,017 |
| Net pension expense (income) | 0 | (2,600) | 0 | 0 | 0 | (2,600) | (3,100) | (3,100) | (3,100) | (3,100) | (12,400) | (3,100) | (3,100) | (3,100) | (3,100) | (12,400) | (3,100) | (3,100) | (3,100) | (3,100) | (12,400) |
| Loss on debt extinguishment | (14,100) | 2,600 | 0 | 0 | 0 | 2,600 | (7,100) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Pre-tax income | 59,300 | 32,800 | 15,100 | 31,600 | 11,700 | 91,200 | (3,300) | 5,600 | 25,400 | 44,163 | 68,063 | 17,359 | 20,516 | 39,427 | 51,535 | 128,836 | 32,374 | 33,386 | 40,363 | 55,384 | 161,507 |
| Taxes | 13,000 | 6,700 | 8,300 | 11,800 | (42,800) | (16,000) | (3,800) | (3,700) | 3,100 | 12,675 | 8,775 | 4,861 | 5,744 | 11,039 | 14,430 | 36,074 | 9,065 | 9,348 | 11,302 | 15,507 | 45,222 |
| Earnings before equity in earnings of unconsolidated entities | 46,300 | 26,100 | 6,800 | 19,800 | 54,500 | 107,200 | 300 | 9,300 | 22,300 | 31,488 | 59,288 | 12,499 | 14,771 | 28,387 | 37,105 | 92,762 | 23,309 | 24,038 | 29,061 | 39,876 | 116,285 |
| Equity in earnings of unconsolidated entities | (1,400) | (700) | (100) | 0 | 800 | 0 | (3,500) | 200 | 200 | 0 | 700 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Net income to QUAD shareholders | 44,900 | 25,400 | 6,700 | 19,800 | 55,300 | 107,200 | (3,500) | 9,500 | 22,500 | 31,488 | 59,988 | 12,499 | 14,771 | 28,387 | 37,105 | 92,762 | 23,309 | 24,038 | 29,061 | 39,876 | 116,285 |
| Net loss attributable to noncontrolling interests | | | | | | | | 100 | (900) | | (800) | | | | | | | | | | |
| GAAP net income | 44,900 | 25,400 | 6,700 | 19,800 | 55,300 | 107,200 | (3,500) | 9,400 | 23,400 | 31,488 | 60,788 | 12,499 | 14,771 | 28,387 | 37,105 | 92,762 | 23,309 | 24,038 | 29,061 | 39,876 | 116,285 |
| Adjusted net income | 75,488 | 26,760 | 12,200 | 23,800 | 30,240 | 93,000 | 30,099 | 12,000 | 23,000 | 31,488 | 96,587 | 12,499 | 14,771 | 28,387 | 37,105 | 92,762 | 23,309 | 24,038 | 29,061 | 39,876 | 116,285 |
| GAAP diluted EPS | $0.87 | $0.49 | $0.13 | $0.38 | $1.06 | $2.06 | ($0.07) | $0.18 | $0.46 | $0.62 | $1.18 | $0.24 | $0.29 | $0.40 | $0.52 | $1.45 | $0.32 | $0.34 | $0.41 | $0.56 | $1.62 |
| Adjusted diluted EPS | $1.49 | $0.52 | $0.24 | $0.46 | $0.58 | $1.80 | $0.58 | $0.23 | $0.45 | $0.62 | $1.88 | $0.24 | $0.29 | $0.40 | $0.52 | $1.45 | $0.32 | $0.34 | $0.41 | $0.56 | $1.62 |
| Diluted shares | 49,450 | 51,500 | 51,700 | 51,500 | 52,300 | 51,750 | 50,100 | 52,500 | 51,100 | 51,100 | 51,200 | 51,100 | 51,100 | 71,725 | 71,725 | 61,413 | 71,725 | 71,725 | 71,725 | 71,725 | 71,725 |
| **Margin analysis:** | | | | | | | | | | | | | | | | | | | | | |
| Gross margins | 21.6% | 21.8% | 20.6% | 21.9% | 20.2% | 21.1% | 18.1% | 18.6% | 19.2% | 18.6% | 18.6% | 17.9% | 18.4% | 17.1% | 16.6% | 17.3% | 16.6% | 17.1% | 16.4% | 16.1% | 16.5% |
| SG&A | 10.5% | 9.9% | 10.6% | 10.4% | 9.5% | 10.1% | 9.0% | 9.8% | 9.0% | 8.7% | 9.1% | 8.9% | 9.7% | 8.9% | 8.6% | 8.9% | 8.4% | 9.2% | 8.4% | 8.2% | 8.5% |
| EBIT | 2.8% | 5.1% | 3.4% | 4.9% | 2.5% | 3.9% | 0.7% | 2.1% | 3.9% | 5.0% | 3.1% | 3.3% | 3.4% | 3.7% | 3.9% | 3.6% | 3.4% | 3.3% | 3.6% | 4.0% | 3.6% |
| EBITDA | 11.1% | 11.9% | 10.0% | 11.5% | 10.7% | 11.0% | 11.4% | 8.8% | 10.2% | 9.9% | 10.1% | 9.0% | 8.7% | 8.2% | 8.0% | 8.4% | 8.2% | 7.9% | 8.0% | 7.9% | 8.0% |
| Tax rate | 21.9% | 20.4% | 55.0% | 37.3% | NM | NM | NM | NM | 12.2% | 28.7% | 20.5% | 28.0% | 28.0% | 28.0% | 28.0% | 28.0% | 28.0% | 28.0% | 28.0% | 28.0% | 28.0% |
| Net margin | 1.7% | 2.7% | NM | 2.4% | 2.6% | 2.3% | 3.1% | NM | 2.2% | 2.6% | 2.3% | 1.3% | NM | 1.4% | 1.7% | 1.5% | 1.2% | NM | 1.4% | 1.8% | 1.4% |
| **Year-over-year growth:** | | | | | | | | | | | | | | | | | | | | | |
| Revenue | 9.2% | (9.0%) | (6.2%) | (4.7%) | (6.8%) | (4.6%) | (3.1%) | 5.4% | 2.4% | 2.2% | 1.7% | 2.0% | 2.0% | 91.5% | 80.4% | 46.1% | 93.5% | 89.2% | 2.0% | 2.0% | 31.4% |
| Gross profit | 1.4% | (17.1%) | (10.0%) | (4.5%) | (1.7%) | (6.7%) | (19.5%) | (4.7%) | (10.5%) | (6.4%) | (10.3%) | 1.0% | 1.0% | 70.6% | 61.6% | 35.7% | 79.1% | 75.8% | (2.2%) | (1.4%) | 25.7% |
| SG&A | NM | NM | NM | 46.2% | (53.1%) | (8.5%) | (11.9%) | (2.5%) | (11.9%) | (6.6%) | (8.2%) | 0.9% | 1.0% | 89.4% | 78.4% | 43.3% | 83.7% | 80.4% | (3.2%) | (3.3%) | 26.0% |
| EBIT | 17.7% | NM | NM | (4.9%) | (10.9%) | 32.6% | (86.1%) | (36.1%) | (17.8%) | NM | (20.9%) | 361.1% | 70.2% | 77.2% | 39.9% | 74.4% | 97.7% | 83.9% | 0.2% | 3.7% | 29.1% |
| EBITDA | NM | (0.9%) | NM | (1.6%) | (19.4%) | (5.0%) | (7.1%) | (7.2%) | (9.2%) | (6.2%) | (7.4%) | (19.3%) | 1.1% | 54.0% | 46.7% | 21.6% | 74.7% | 70.8% | (1.1%) | 0.7% | 25.4% |
| Net income | NM | NM | NM | (3.3%) | (20.9%) | (19.4%) | 12.5% | (1.6%) | (3.4%) | 4.1% | 4.1% | (58.5%) | 23.1% | 23.4% | 17.8% | 17.8% | 86.5% | 62.7% | 2.4% | 7.5% | 7.5% |
| Adjusted EPS | NM | NM | NM | (3.3%) | (20.9%) | 20.2% | 12.5% | (3.1%) | (2.6%) | 6.6% | 4.6% | (58.1%) | 26.5% | (12.1%) | (16.0%) | (23.0%) | 32.9% | 15.9% | 2.4% | 7.5% | 12.1% |

**Sidoti & Company, LLC**

3

**Table 2: QUAD/Graphics, Inc Cash Flow Statement**
($ in thousands, except per share data)

| | 2016 | 1Q:17 | 2Q:17 | 3Q:17 | 4Q:17 | 2017 | 1Q:18 | 2Q:18 | 3Q:18 | 4Q:18E | 2018E | 2019E | 2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Net income (loss) | $44,900 | $25,400 | $6,700 | $19,800 | $55,300 | $107,200 | ($3,500) | $9,500 | $22,500 | $31,488 | $59,988 | $92,762 | $116,285 |
| Adjustments to reconcile net income (loss) to net cash: | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Depreciation and amortization | 277,100 | 58,700 | 58,500 | 58,300 | 57,000 | 232,500 | 56,200 | 58,300 | 59,100 | 57,339 | 230,939 | 289,107 | 354,439 |
| ESOP plan contribution | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 22,300 | 0 | 22,300 | 0 | 0 |
| Impairment charges | 26,800 | 400 | 300 | 300 | 11,000 | 12,000 | 22,300 | 0 | (6,300) | 0 | 16,000 | 0 | 0 |
| Goodwill impairment | 0 | 0 | 0 | 0 | 0 | 0 | 7,900 | 3,600 | (11,500) | 0 | 0 | 0 | 0 |
| Amortization of debt issuance costs | 0 | 0 | 1,800 | (1,800) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Loss or gain on debt extinguishment | (14,100) | 2,600 | 0 | 0 | 0 | 2,600 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Stock-based compensation charges | 15,200 | 6,000 | 3,700 | 3,300 | 3,400 | 16,400 | 5,400 | 3,700 | 3,200 | 3,000 | 15,300 | 12,000 | 12,000 |
| Curtailment gain on postretirement benefit plan | 0 | 0 | 0 | 0 | 800 | 800 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Gain on disposal of discontinued operations, net of tax | 7,000 | (3,700) | 3,700 | 0 | (6,900) | (6,900) | 0 | (18,300) | 7,600 | 0 | (10,700) | 0 | 0 |
| Loss on sales or disposal of property, plant and equipment | (9,000) | 0 | (7,100) | (200) | 15,000 | 7,700 | (2,200) | 100 | 2,100 | 0 | 0 | 0 | 0 |
| Deferred income taxes | (26,600) | 3,200 | 3,200 | 9,100 | (38,000) | (22,500) | 900 | 200 | (1,600) | 0 | (500) | 0 | 0 |
| Equity in earnings of unconsolidated entities | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Dividends from unconsolidated entities | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Gain from property insurance claim | 0 | 0 | 0 | 0 | (5,000) | (5,000) | (17,200) | 17,200 | (18,300) | 0 | (18,300) | (18,300) | (18,300) |
| Other non-cash adjustments | 5,600 | 1,600 | (5,800) | 2,700 | 5,000 | 3,500 | 600 | 600 | 700 | 0 | 1,900 | 0 | 0 |
| Changes in operating assets & liabilities (working capital) | 25,600 | (30,900) | (16,100) | (24,000) | 66,700 | (4,300) | (68,200) | (36,600) | (73,700) | 172,918 | (5,582) | (24,478) | (33,325) |
| Net cash provided by operating activities | $352,500.0 | $63,300.0 | $48,900.0 | $67,500.0 | $164,300.0 | $344,000.0 | $2,200.0 | $38,300.0 | $6,100.0 | $264,745.2 | $311,345.2 | $351,091.1 | $431,099.5 |
| Purchase of property, plant and equipment | (106,100) | (23,400) | (19,400) | (18,800) | (24,300) | (85,900) | (24,200) | (29,600) | (31,200) | (12,000) | (97,000) | (130,000) | (168,000) |
| Investment in ManipalTech | (9,900) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Proceeds from the sale of property, plant and equipment or businesses sold | 25,900 | 10,800 | 11,000 | 1,100 | 15,100 | 38,000 | 4,300 | 4,600 | 13,400 | 0 | 22,300 | 0 | 0 |
| Transfers from restricted cash | 4,400 | 6,300 | 1,800 | 0 | 1,800 | 9,900 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Deposit paid related to Vertis acquisition | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Deposit refunded related to business exchange transaction | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Purchase price payments on business exchange transaction | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Acquisition of business (net of cash acquired) & other | 1,300 | 3,000 | (3,000) | 5,000 | (5,000) | 0 | (73,900) | 2,500 | 0 | 0 | (71,400) | 0 | 0 |
| Loss to an unconsolidated entity | 0 | (5,000) | 5,000 | (5,000) | (2,300) | (7,300) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Proceeds from property insurance claims | 0 | 0 | 0 | 0 | 8,000 | 8,000 | 13,400 | 1,100 | 0 | 0 | 14,500 | 0 | 0 |
| Net cash provided by (used) by investing activities | (84,400) | (8,300) | (4,600) | (17,700) | (6,700) | (37,300) | (80,400) | (21,400) | (17,800) | (12,000) | (131,600) | (130,000) | (168,000) |
| Proceeds from issuance of long-term debt | 19,700 | 375,000 | 0 | 0 | 0 | 375,000 | 0 | 0 | 300 | 0 | 300 | 0 | 0 |
| Payments of long-term debt | (192,000) | (384,000) | (25,200) | (15,100) | (98,600) | (522,900) | (5,000) | (16,500) | (6,300) | (17,000) | (44,800) | (68,000) | (60,000) |
| Payments of capital lease obligations | (9,500) | (2,100) | (2,100) | (1,700) | (1,700) | (7,600) | (1,600) | (1,800) | (1,500) | 0 | (4,900) | 0 | 0 |
| Borrowings on revolving credit facilities | 871,900 | 67,000 | 203,600 | 255,100 | 192,800 | 718,500 | 245,500 | 651,100 | 933,400 | 0 | 1,830,000 | 0 | 0 |
| Payments on revolving credit facilities | (918,000) | (83,800) | (203,600) | (263,000) | (185,600) | (736,000) | (174,000) | (617,900) | (900,000) | 0 | (1,691,900) | 0 | 0 |
| Payment of debt issuance costs | (100) | (4,600) | (100) | 0 | 0 | (4,700) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Bankruptcy claim payments on unsecured notes to be issued | (300) | (4,100) | 0 | 0 | 4,100 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Proceeds from stock issuance or share repurchases | (8,800) | 0 | 0 | (3,800) | 0 | (3,800) | 4,000 | (40,700) | 0 | 0 | (36,700) | 0 | 0 |
| Tax obligation equity grants & other | (1,400) | 0 | (5,900) | 0 | (100) | (6,000) | (7,500) | 0 | (1,500) | 0 | (9,000) | 0 | 0 |
| Tax benefit on dividends paid on outstanding stock options & sale of stock for options exercised | 30,300 | (4,600) | 7,000 | 0 | 200 | 2,600 | 0 | 4,000 | 100 | 0 | 4,100 | 0 | 0 |
| Payment of cash dividends | (61,100) | (16,800) | (14,900) | (14,800) | (16,000) | (62,500) | (17,200) | (15,000) | (15,300) | (15,400) | (62,900) | (61,600) | (61,600) |
| Payment of tax distributions and other financing activities | 0 | 0 | 0 | 0 | (4,300) | (4,300) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Net cash used in financing activities | (269,300) | (58,000) | (41,200) | (43,300) | (109,200) | (251,700) | 44,200 | (36,800) | 9,200 | (32,400) | (15,800) | (129,600) | (121,600) |
| Effect of exchange rate | (600) | 500 | (900) | 200 | 500 | 300 | (200) | (1,400) | (100) | 0 | (1,700) | 18,600 | 18,300 |
| Cash and cash equivalents at the beginning of period | 10,800 | 9,000 | 6,500 | 8,700 | 15,400 | 9,000 | 56,300 | 30,200 | 8,900 | 6,300 | 56,300 | 218,545 | 328,636 |
| Net increase (decrease) in cash and cash equivalents | (1,800) | (2,500) | 2,200 | 6,700 | 48,900 | 55,300 | (34,200) | (21,300) | (2,600) | 220,345 | 162,245 | 110,091 | 159,799 |
| Cash and cash equivalents at end of period | 9,000 | 6,500 | 8,700 | 15,400 | 56,300 | 56,300 | 30,200 | 8,900 | 6,300 | 226,645 | 218,545 | 328,636 | 488,436 |
| Free cash flow excluding stock-based comp | $231,200 | $33,900 | $25,800 | $45,400 | $136,600 | $241,700 | ($27,400) | $5,000 | ($28,300) | $249,745 | $199,045 | $209,091 | $251,099 |
| **Free cash flow per share excluding stock-based comp** | **$4.75** | **$0.66** | **$0.50** | **$0.88** | **$2.61** | **$4.65** | **($0.55)** | **$0.10** | **($0.55)** | **$4.89** | **$3.88** | **$3.22** | **$3.50** |

Sources: Company reports and Sidoti & Company, LLC estimates.

Case 1:19-cv-10376-VEC   Document 71-15   Filed 07/14/20   Page 5 of 8

**Table 3: QUAD/Graphics, Inc Balance Sheet**
($ in thousands, except per share data)

| | 2016 | 1Q:17 | 2Q:17 | 3Q:17 | 2017 | 1Q:18 | 2Q:18 | 3Q:18 | 2018E | 1Q:19E | 2Q:19E | 3Q:19E | 2019E | 2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash and cash equivalents | $9,000 | $6,500 | $8,700 | $15,400 | $56,300 | $30,200 | $8,900 | $6,300 | $226,645 | $226,510 | $221,452 | $250,236 | $336,736 | $496,536 |
| Other cash equivalents | - | - | - | - | 8000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Receivables, less allowance for doubtful accounts | 563,600 | 505,100 | 508,600 | 542,000 | 552,500 | 531,300 | 510,400 | 553,000 | 469,405 | 448,814 | 439,865 | 502,246 | 617,632 | 581,986 |
| Inventory | 265,400 | 269,000 | 264,400 | 308,000 | 246,500 | 269,200 | 290,700 | 354,500 | 252,232 | 246,336 | 289,417 | 559,749 | 475,802 | 564,063 |
| Prepaid expenses and other current assets | 54,400 | 50,900 | 41,700 | 40,700 | 45,100 | 55,400 | 68,100 | 57,600 | 23,796 | 23,684 | 24,859 | 47,308 | 51,528 | 52,559 |
| Deferred income taxes | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Short-term restricted cash | 10,200 | 3,800 | 2,000 | 2,000 | 100 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Current assets of discontinued operations | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total current assets | 902,600 | 835,300 | 825,400 | 908,100 | 908,500 | 886,100 | 878,100 | 971,400 | 972,079 | 945,345 | 975,593 | 1,359,540 | 1,481,699 | 1,695,143 |
| Property, plant and equipment | 1,519,900 | 1,487,200 | 1,458,100 | 1,427,400 | 1,377,600 | 1,351,900 | 1,306,800 | 1,284,500 | 1,245,661 | 1,214,525 | 2,094,543 | 2,044,795 | 1,996,554 | 1,810,415 |
| Goodwill | 0 | 0 | 0 | 0 | 0 | 88,000 | 56,100 | 55,500 | 55,500 | 55,500 | 55,500 | 55,500 | 55,500 | 55,500 |
| Other intangible assets | 59,700 | 55,400 | 52,000 | 47,800 | 43,400 | 116,600 | 128,500 | 121,700 | 115,200 | 114,900 | 114,900 | 114,900 | 114,900 | 114,600 |
| Long-term restricted cash | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Equity method investments in unconsolidated entities | 3,600 | 3,100 | 2,800 | 3,000 | 3,600 | 3,900 | 3,500 | 3,600 | 3,600 | 3,600 | 3,600 | 3,600 | 3,600 | 3,600 |
| Other long-term assets | 84,300 | 89,900 | 93,500 | 91,100 | 119,300 | 96,400 | 96,900 | 97,100 | 97,100 | 97,100 | 97,100 | 97,100 | 97,100 | 97,100 |
| Long-term assets of discontinued operations | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total assets** | **2,570,100** | **2,470,900** | **2,431,800** | **2,477,400** | **2,452,400** | **2,542,900** | **2,469,900** | **2,533,800** | **2,489,139** | **2,430,970** | **3,341,236** | **3,675,435** | **3,749,353** | **3,776,358** |
| Accounts payable | 323,500 | 304,400 | 299,000 | 344,500 | 381,600 | 388,600 | 396,100 | 432,000 | 385,251 | 343,983 | 358,877 | 694,089 | 760,302 | 780,623 |
| Amounts owing in satisfaction of bankruptcy claims | 2,300 | 2,100 | 2,100 | 2,100 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Accrued liabilities | 356,700 | 289,500 | 295,300 | 312,700 | 316,700 | 283,200 | 272,100 | 282,700 | 282,700 | 282,700 | 282,700 | 282,700 | 282,700 | 282,700 |
| Purchase price payable on business exchange transaction | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Short-term debt and current portion of long-term debt | 84,700 | 71,600 | 68,600 | 66,800 | 42,000 | 43,500 | 36,900 | 42,300 | 42,300 | 42,300 | 42,300 | 42,300 | 42,300 | 42,300 |
| Current portion of capital lease obligations | 7,400 | 7,200 | 6,700 | 6,200 | 5,600 | 5,700 | 5,400 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 |
| Current liabilities of discontinued operations | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total current liabilities | 774,600 | 674,800 | 671,700 | 732,300 | 745,900 | 721,000 | 710,500 | 762,100 | 715,351 | 674,083 | 688,977 | 1,024,189 | 1,090,402 | 1,110,723 |
| Long-term debt | 1,019,800 | 1,006,000 | 986,400 | 966,400 | 903,500 | 970,300 | 993,200 | 1,015,900 | 998,900 | 981,900 | 1,874,900 | 1,857,900 | 1,840,900 | 1,780,900 |
| Unsecured notes to be issued | 5,400 | 900 | 900 | 900 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Capital lease obligations | 18,900 | 17,600 | 16,100 | 14,800 | 13,700 | 13,300 | 12,300 | 11,100 | 11,100 | 11,100 | 11,100 | 11,100 | 11,100 | 11,100 |
| Deferred income taxes | 35,300 | 38,600 | 41,500 | 50,700 | 41,900 | 44,700 | 44,900 | 44,000 | 44,000 | 44,000 | 44,000 | 44,000 | 44,000 | 44,000 |
| Other long-term liabilities, including pension liability | 274,600 | 271,900 | 256,400 | 246,300 | 225,000 | 224,900 | 205,700 | 187,500 | 187,500 | 187,500 | 187,500 | 187,500 | 187,500 | 187,500 |
| Long-term liabilities of discontinued operations | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total liabilities | 2,128,600 | 2,009,800 | 1,973,000 | 2,011,400 | 1,930,000 | 1,974,200 | 1,966,600 | 2,020,600 | 1,956,851 | 1,898,583 | 2,806,477 | 3,124,689 | 3,173,902 | 3,134,223 |
| Redeemable equity | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Noncontrolling interests | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total shareholders' equity | 441,500 | 461,100 | 458,800 | 466,000 | 522,400 | 568,700 | 503,300 | 513,200 | 532,288 | 532,387 | 534,758 | 550,745 | 575,450 | 642,135 |
| **Total liabilities and shareholders' equity** | **$2,570,100** | **$2,470,900** | **$2,431,800** | **$2,477,400** | **$2,452,400** | **$2,542,900** | **$2,469,900** | **$2,533,800** | **$2,489,139** | **$2,430,970** | **$3,341,236** | **$3,675,435** | **$3,749,353** | **$3,776,358** |

Sources: Company reports and Sidoti & Company, LLC estimates.

Case 1:19-cv-10376-VEC   Document 71-15   Filed 07/14/20   Page 6 of 8

**Appendix**
Required Disclosures

## Required Disclosures

## Quad/Graphics Inc.  (QUAD–$15.43)    BUY    Price Target: $34    November 1, 2018

Rating and Price Target History Table

| Action | Date | Px | Rating | PT |
|--------|------|-----|--------|-----|
| PT | 11/4/15 | 13.1 | | 19 |
| PT | 1/7/16 | 8.9 | | 22 |
| Rating | 3/4/16 | 12.9 | Suspended | 22 |
| Initiation | 6/8/16 | 20.5 | Buy | 26 |
| PT | 7/11/16 | 24.2 | | 28 |
| Rating | 7/15/16 | 26.5 | Neutral | 28 |
| Rating | 8/2/16 | 25 | Buy | 32 |
| PT | 8/2/16 | 25 | | 32 |
| PT | 11/25/16 | 27.2 | | 34 |
| PT | 2/23/17 | 24.8 | | 36 |
| PT | 5/2/18 | 24.3 | | 34 |
| PT | 7/27/18 | 20 | | 31 |
| PT | 10/19/18 | 16.9 | | 34 |



Quad/Graphics, Inc. Class A (QUAD)

Source: FactSet Prices

| Key Risks | Concentrated stock ownership | Changes to USPS postal system | Weaker printing volumes |
|-----------|------------------------------|-------------------------------|-------------------------|

**Valuation:**

**We maintain a BUY rating and $34 price target.**  The stock trades at less than 10x our revised 2020 EPS estimate of $1.62.  We find this valuation does not adequately capture the upside potential of the combined company once the acquisition officially closes.  The $34 target is now based on 21x our 2020 EPS estimate of $1.62.  (Previously, we valued the stock at 12x our prior 2020 EPS estimate of $2.90 to derive the same target.)   The higher earnings multiple implies about 7x our revised 2020 EBITDA estimate of $643 million.  Small cap U.S. packaging and logistics peers typically trade at 7x-10x forward EBITDA.  The implied P/E and EBITDA multiples, in our view, factor in the expected transaction benefits *and* the risks of capacity or customer integration 'speed-bumps" that could arise.

Required Disclosures

The Sidoti & Company, LLC (Sidoti) Equity Research rating system consists of BUY and NEUTRAL recommendations. BUY suggests capital appreciation of at least 25% from initiation of coverage over the next 12 months, while NEUTRAL denotes that a stock is not likely to provide similar gains over a 12-month period. As of 11/01/18, Sidoti provides research on 191 companies, of which 130 (68%) are rated BUY and 48 (32%) are rated NEUTRAL. Of the BUYS, Sidoti has received investment banking income from 4 companies (3.08%). Of the NEUTRALS, Sidoti has received investment banking income from 1 company (2.08%). Of the NEUTRALS, 14 trade above our price targets. A risk to our price target is that the analyst's estimates or forecasts may not be met. This report contains forward-looking statements, which involve risks and uncertainties. Actual results may differ significantly from such forward-looking statements. Factors that may cause such a difference include, but are not limited to, those discussed in the "Risk Factors" section in the SEC filings available in electronic format through SEC Edgar filings at www.sec.gov. The research analyst certifies that this report accurately reflects his/her personal views about the subject securities and issuers and that none of the research analyst's compensation was, is or will be directly or indirectly related to the analyst's specific recommendations or views contained in this research report. Sidoti research analysts seek to have management of their covered companies meet with investors during non-deal road shows. Analysts' compensation may be related to their success in scheduling non-deal road shows. Sidoti research analysts generally do not cover (or continue to cover) those companies that limit access to their senior executives by not participating in Sidoti-sponsored conferences and non-deal roadshows. A possible effect of this view may be that continued coverage decisions are made, in part, based on the willingness of management of covered companies to participate in such meetings. This approach could be viewed as presenting potential conflicts of interest. Sidoti does NOT own securities of the issues described herein. Sidoti policy does not allow an analyst or a member of their household to own shares in any company that he/she covers. Sidoti policy does not allow employees or household members to serve as an officer or director of a covered company. Sidoti does not make a market in any securities. Sidoti has non-research employees

## APPENDIX CONTINUED

that will seek compensation for investment banking services from this company and trading revenue in connection with trading the securities of this company. Investment banking services, as defined under FINRA Rule 2241, includes, among other things, acting as an underwriter in or as a member of the selling group in a securities underwriting. Sidoti's role in any investment banking transaction can be viewed on this company's filings at www.sec.gov. Sidoti employees, including research analysts, receive compensation that is based in part upon the overall performance of the firm, including revenues generated by Sidoti's investment banking and brokerage activities, but compensation is not directly related to investment banking or brokerage revenues. Sidoti also provides an additional research product called Company Sponsored Research.  The analysts providing Company Sponsored Research will be the same Sidoti analysts covering the relevant sector and some or all analysts will work on both products.

Other Disclosures
This report is for information purposes only and is not intended as an offer to sell or a solicitation to buy securities. Sidoti does not maintain a predetermined schedule for publication of research and will not necessarily update this report. The stock rating on this report reflects the analyst's recommendation based on a 12 month period. Information contained herein is based on sources we believe to be reliable, but we do not guarantee their accuracy. Prices and opinions concerning the composition of market sectors included in this report reflect the judgments as of this date and are subject to change without notice. It should be presumed that the analyst who authored this report has had discussions with the subject company to ensure factual accuracy prior to publication. This report was prepared for market professionals and institutional investor customers. Market professionals and institutional investors should consider this report as only a single factor in making their investment decisions. This research report is not a substitute for the exercise of your independent judgment. At times, Sidoti may be in possession of material non-public information, none of which is used in the preparation of our research. Sidoti maintains and enforces written policies and procedures reasonably designed to prevent any controlling persons, officers (or persons performing similar functions), or employees of Sidoti from influencing the activities of research analysts and the content of research reports prepared by the research analyst. Reprints of Sidoti & Company, LLC reports are prohibited without permission. Additional information is available upon request.

Source
Key Statistics data is sourced from FactSet Research Systems