# EXHIBIT P

**Equity Research**

## Industrials

# Multi-Company Update

### November 01, 2018

Price Target Change

# QUAD Buying LKSD In A Deal That Shouldn't Surprise Anyone

**James Clement**
jclement@buckresearch.com

### Investment Opinion:

**We increase our estimates and PT to $30 (From $28) and reiterate our BUY rating after the announcement this morning that QUAD will acquire struggling LSC Communications (LKSD: BUY, $19 PT) in an all-stock transaction.** The proposed deal would combine the industry's two leaders in long-run print. Our best/worst case scenarios are $41 (166%)/$16 (4%).

### Valuation:

**Our increased $30 PT on QUAD implies at equity FCF yield of 15% and P/E and EBITDA multiples of 12.9x and 5.0x, respectively.**

**Our decreased PT of $19 on LKSD (down from $22) simply applies the deal's fixed .625 exchange rate to our revised target for QUAD.**

### Key Points:

**Ever since RR Donnelley (RRD: BUY, $8 PT) announced the spin-off of LKSD in 3Q15, we thought it was simply a matter of time before we'd see an LKSD/QUAD deal.** In addition to the traditional print deal synergies (QUAD'smanagement estimates $135M in less than two years), QUAD also lands thelargest book manufacturing platform in the country and an approximately $500M office products business. Based on its involvement in the bidding process prior to the acquisition of Courier Corp. by RRD, QUAD has had interest in bulking up its books platform for several years now, in our view. We have less confidence that QUAD holds any particular favor for the office products business and wouldn't be surprised to see that divested at some point.

**In 2020, we think QUAD will generate almost $4.50 per share of FCF (implied 29% equity FCF yield) and will take leverage down to the lower end of the long-term comfort zone of 2.0x-2.5x (see Figure 2 below).** Upside may take more than two years tomaterialize, but the targeted $135M of synergies has a chance to ultimately be higher, in our opinion. Moreover, we have to assume the deal would, overtime, have positive ramifications on industry pricing trends which generally averaged an annual decline of 1%-2%. Clearly the market thinks LKSD is agrossly inferior business to QUAD and may not be fixable.

**The poor trading in QUAD's stock today is possibly a function of how closely management kept its cards to its collective chest as it related to a potential deal.** In fact, we think the QUAD shareholder base had started to shift towards a group more positive on the Quad 3.0 Transformation story that was inherently less enthusiastic about the consolidation aspect of the story. In no way do we see this deal holding back the progress in growingthe marketing solutions piece of the business, but admittedly that business becomes a smaller percentage piece of the overall revenue mix, post deal. Additionally, LKSD's performance of late has not been that strong, so we assume some investors worry QUAD's buying a bad business and that the integration might not go according to plan. After some of the integration andforecasting challenges associated with the World Color deal almost a decade ago, we think QUAD's management went into the process with its eyes wideopen. This integration will take a lot of time, effort, and money but we feel good about QUAD's chances of doing this properly.

**QUAD's stock is now way too cheap even without the LKSD deal which will add value over time, in our view. Perhaps some investors who don't like the deal need to continue to cycle out of the stock over the next few trading days, but we would certainly be buyers of QUAD on any incremental weakness.**

| Ticker | Rating (Current) | Rating (Previous) | Target Price (Current) | Target Price (Previous) | Current Price |
|--------|------------------|-------------------|------------------------|-------------------------|---------------|
| LKSD | BUY | BUY | $19 | $22 | $9.43 |
| QUAD | BUY | BUY | $30 | $28 | $15.43 |

*Important disclosure information (relative to FINRA Rule 2241) about The Buckingham Research Group's rating system, risks, potential conflicts of interest and Analyst Certification appears on pages 5 - 6 of this material (or contact your investment representative). This report should be used as only a single factor in making investment decisions.*

### Figure 1. QUAD Income Statement

$ in millions of U.S. Dollar except per share items.

| | 2016 | MAR 2017 | JUN 2017 | SEP 2017 | DEC 2017 | 2017 | MAR 2018A | JUN 2018A | SEP 2018A | DEC 2018E | 2018E | 2019E | 2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Sales** | $4,329.5 | $998.6 | $963.2 | $1,005.4 | $1,164.2 | $4,131.4 | $967.5 | $1,015.5 | $1,029.1 | $1,152.6 | $4,164.7 | $6,067.7 | $7,715.1 |
| *Growth* | *N/A* | *-4.2%* | *-6.7%* | *-4.8%* | *-2.8%* | *-4.6%* | *-3.1%* | *5.4%* | *2.4%* | *-1.0%* | *0.8%* | *45.7%* | *27.2%* |
| Cost of Goods Sold (COGS) incl. D&A | 3,394.8 | 781.1 | 765.0 | 784.8 | 928.5 | 3,259.4 | 770.1 | 826.7 | 831.7 | 927.8 | 3,356.3 | 4,997.7 | 6,403.5 |
| **Gross Income** | **$934.7** | **$217.5** | **$198.2** | **$220.6** | **$235.7** | **$872.0** | **$197.4** | **$188.8** | **$197.4** | **$224.7** | **$808.3** | **$1,070.0** | **$1,311.6** |
| Depreciation & Amortization | 276.5 | 58.7 | 58.5 | 58.3 | 57.0 | 232.5 | 56.2 | 58.3 | 59.1 | 56.0 | 229.6 | 287.0 | 360.0 |
| SG&A Expense | 459.7 | 98.6 | 104.0 | 107.2 | 113.1 | 423.0 | 86.9 | 99.2 | 92.4 | 115.3 | 393.8 | 560.6 | 663.1 |
| **EBIT (Operating Income)** | **$198.5** | **$60.2** | **$35.7** | **$55.1** | **$65.6** | **$216.5** | **$54.3** | **$31.3** | **$45.9** | **$53.5** | **$185.0** | **$222.4** | **$288.5** |
| Nonoperating Expenses (Income) | (5.1) | (2.6) | (2.3) | (2.3) | (2.3) | (9.6) | (3.1) | (3.1) | (3.1) | (3.1) | (12.4) | (38.0) | (62.0) |
| Interest Expense | 77.2 | 18.2 | 17.6 | 17.8 | 17.5 | 71.1 | 17.3 | 18.4 | 18.3 | 17.5 | 71.5 | 95.0 | 120.0 |
| **Pretax Income** | **$116.2** | **$44.6** | **$20.4** | **$39.6** | **$50.4** | **$155.0** | **$40.1** | **$16.0** | **$30.7** | **$39.1** | **$125.9** | **$165.4** | **$230.5** |
| Income Taxes | 42.3 | 16.9 | 8.2 | 15.8 | 20.7 | 61.6 | 11.2 | 4.0 | 7.7 | 9.8 | 32.7 | 41.4 | 57.6 |
| Minority Interest | 1.4 | 0.7 | 0.1 | 0.0 | (0.8) | 0.0 | (0.3) | 0.2 | 0.0 | 0.0 | 0.5 | 0.0 | 0.0 |
| **Consolidated Net Income** | **$72.5** | **$27.0** | **$12.1** | **$23.8** | **$30.5** | **$93.4** | **$29.2** | **$12.2** | **$23.0** | **$29.3** | **$93.2** | **$124.1** | **$172.9** |
| **Shares Outstanding (Diluted)** | **49.88** | **51.50** | **51.70** | **51.50** | **52.30** | **51.75** | **50.10** | **52.50** | **52.50** | **52.50** | **51.90** | **63.50** | **74.50** |
| Per Share: | | | | | | | | | | | | | |
| EPS (diluted) | **$1.45** | **$0.52** | **$0.23** | **$0.46** | **$0.58** | **$1.80** | **$0.58** | **$0.23** | **$0.44** | **$0.56** | **$1.80** | **$1.95** | **$2.32** |
| **EBITDA** | **$475.0** | **$118.9** | **$94.2** | **$113.4** | **$122.6** | **$449.0** | **$110.5** | **$89.6** | **$105.0** | **$109.5** | **$414.6** | **$509.4** | **$648.5** |
| | | | | | | | | | | | | | |
| **Margin analysis:** | | | | | | | | | | | | | |
| Gross | 21.6% | 21.8% | 20.6% | 21.9% | 20.2% | 21.1% | 20.4% | 18.6% | 19.2% | 19.5% | 19.4% | 17.6% | 17.0% |
| SG&A as a % of revenue | 10.6% | 9.9% | 10.8% | 10.7% | 9.7% | 10.2% | 9.0% | 9.8% | 9.0% | 10.0% | 9.5% | 9.2% | 8.6% |
| EBIT (Operating) | 4.6% | 6.0% | 3.7% | 5.5% | 5.6% | 5.2% | 5.6% | 3.1% | 4.5% | 4.6% | 4.4% | 3.7% | 3.7% |
| EBITDA | 11.0% | 11.9% | 9.8% | 11.3% | 10.5% | 10.9% | 11.4% | 8.8% | 10.2% | 9.5% | 10.0% | 8.4% | 8.4% |
| Tax Rate | 36.4% | 38.0% | 40.0% | 40.0% | 41.0% | 39.7% | 28.0% | 25.0% | 25.0% | 25.0% | 26.0% | 25.0% | 25.0% |
| | | | | | | | | | | | | | |
| **Growth rates:** | | | | | | | | | | | | | |
| Sales | | -4.2% | -6.7% | -4.8% | -2.8% | -4.6% | -3.1% | 5.4% | 2.4% | -1.0% | 0.8% | 45.7% | 27.2% |
| Gross Profit | | -9.0% | -6.2% | -4.7% | -6.8% | -6.7% | -9.2% | -4.7% | -10.5% | -4.6% | -7.3% | 32.4% | 22.6% |
| Operating Income | | 48.2% | 78.1% | -6.1% | -17.3% | 9.1% | -9.8% | -12.2% | -16.6% | -18.4% | -14.5% | 20.2% | 29.7% |
| EBITDA | | 0.1% | -3.0% | -5.8% | -11.8% | -5.5% | -7.1% | -4.8% | -7.4% | -10.7% | -7.7% | 22.9% | 27.3% |
| EPS | | NM | -982.1% | -0.3% | -20.9% | 24.1% | 11.3% | -1.0% | -4.9% | -4.3% | -0.5% | 8.8% | 18.7% |

*Source: Buckingham Research Group*



**Figure 2. QUAD Projected Leverage Ratio**



*Source: Buckingham Research Group*



**Figure 3. LKSD Income Statement**

$ in millions of U.S. Dollar except per share items.

| | 2016 | MAR 2017 | JUN 2017 | SEP 2017 | DEC 2017 | 2017 | MAR 2018A | JUN 2018A | SEP 2018E | DEC 2018E | 2018E | 2019E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales | $3,654.0 | $821.0 | $848.0 | $935.0 | $999.0 | $3,603.0 | $929.0 | $943.0 | $963.1 | $989.0 | $3,824.1 | $3,824.3 |
| Growth | N/A | -6.7% | -6.4% | -1.5% | 8.7% | -1.4% | 13.2% | 11.2% | 3.0% | -1.0% | 6.1% | 0.0% |
| Cost of Goods Sold (COGS) incl. D&A | 3,031.0 | 692.0 | 705.0 | 778.0 | 851.0 | 3,026.0 | 808.0 | 798.0 | 809.0 | 824.8 | 3,239.8 | 3,223.7 |
| Gross Income | $623.0 | $129.0 | $143.0 | $157.0 | $148.0 | $577.0 | $121.0 | $145.0 | $154.1 | $164.2 | $584.3 | $600.6 |
| Depreciation & Amortization | 171.0 | 40.0 | 39.0 | 39.0 | 42.0 | 160.0 | 38.0 | 34.0 | 34.0 | 34.0 | 140.0 | 130.0 |
| SG&A Expense | 304.0 | 76.0 | 75.5 | 76.5 | 78.5 | 306.5 | 83.0 | 82.0 | 78.0 | 81.1 | 324.1 | 340.4 |
| EBIT (Operating Income) | $148.0 | $13.0 | $28.5 | $41.5 | $27.5 | $110.5 | $0.0 | $29.0 | $42.1 | $49.1 | $120.2 | $130.3 |
| Nonoperating Expenses (Income) | (47.0) | (11.0) | (11.5) | (11.5) | (13.0) | (47.0) | (11.0) | (12.0) | (12.0) | (12.0) | (47.0) | (48.0) |
| Interest Expense | 18.0 | 17.0 | 16.0 | 19.0 | 20.0 | 72.0 | 20.0 | 18.0 | 19.0 | 19.0 | 76.0 | 70.0 |
| Pretax Income | $177.0 | $7.0 | $24.0 | $34.0 | $20.5 | $85.5 | ($9.0) | $23.0 | $35.1 | $42.1 | $91.2 | $108.3 |
| Income Taxes | 44.5 | (2.4) | 4.1 | 9.0 | 3.2 | 13.9 | (5.2) | 6.2 | 10.2 | 12.2 | 23.4 | 29.2 |
| Minority Interest | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Consolidated Net Income | $132.5 | $4.6 | $19.9 | $25.0 | $17.3 | $71.6 | ($3.8) | $16.8 | $24.9 | $29.9 | $67.8 | $79.0 |
| Shares Outstanding (Diluted) | 32.50 | 32.60 | 33.80 | 34.20 | 34.60 | 33.80 | 34.70 | 34.70 | 34.00 | 34.00 | 34.35 | 34.00 |
| Per Share: | | | | | | | | | | | | |
| EPS (diluted) | $4.08 | $0.14 | $0.59 | $0.73 | $0.50 | $2.12 | ($0.11) | $0.48 | $0.73 | $0.88 | $1.97 | $2.32 |
| EBITDA | $325.0 | $53.5 | $70.5 | $84.5 | $73.5 | $282.0 | $42.0 | $63.0 | $76.1 | $83.1 | $264.2 | $260.3 |
| EBITDA including pension income | $370.0 | $65.0 | $82.0 | $96.0 | $85.0 | $328.0 | $53.0 | $77.0 | $88.1 | $95.1 | $311.2 | $308.3 |
| Margin analysis: | | | | | | | | | | | | |
| Gross | 17.0% | 15.7% | 16.9% | 16.8% | 14.8% | 16.0% | 13.0% | 15.4% | 16.0% | 16.6% | 15.3% | 15.7% |
| SG&A as a % of revenue | 8.3% | 9.3% | 8.9% | 8.2% | 7.9% | 8.5% | 8.9% | 8.7% | 8.1% | 8.2% | 8.5% | 8.9% |
| EBIT (Operating) | 4.1% | 1.6% | 0.0% | 4.4% | 2.8% | 3.1% | 0.0% | 3.1% | 4.4% | 5.0% | 3.1% | 3.4% |
| EBITDA | 8.9% | 6.5% | 8.3% | 9.0% | 7.4% | 7.8% | 4.5% | 6.7% | 7.9% | 8.4% | 6.9% | 6.8% |
| EBITDA including pension income | 10.1% | 7.9% | 9.7% | 10.3% | 8.5% | 9.1% | 5.7% | 8.2% | 9.1% | 9.6% | 8.1% | 8.1% |
| Tax Rate | 25.2% | 34.8% | 16.9% | 26.6% | 15.6% | 16.2% | -57.6% | 27.0% | 29.0% | 29.0% | 25.7% | 27.0% |

*Source: Buckingham Research Group*



## IMPORTANT DISCLOSURES

**ANALYST CERTIFICATION:** I, James Clement, hereby certify that the views expressed in this research report accurately reflect my personal views about the subject companies and their securities. I also certify that I have not been, do not, and will not be receiving direct or indirect compensation in exchange for expressing the specific recommendations in this report.

| Distribution of Ratings* RATINGS of Stocks Under Coverage at The Buckingham Research Group | | | | |
|---|---|---|---|---|
| | | | Investment Banking Serv./Past 12 Mos. | |
| Rating | Count | Percent | Count | Percent |
| BUY[B] | 113 | 46.89 | 2 | 1.77 |
| NEUTRAL[N] | 83 | 34.44 | 0 | 0.00 |
| UNDERPERFORM[U] | 6 | 2.49 | 0 | 0.00 |
| NOT RATED[NR] | 39 | 16.18 | 0 | 0.00 |

The Buckingham Research Group's rating categories are as follows:

**BUY** -- We expect 15% or more total return over the next 6-12 months.

**NEUTRAL** -- The stock's current price reflects our intermediate-term price objectives, and positions may be reduced.

**UNDERPERFORM** -- There appears to be more risk than reward in this stock at current levels. We expect the stock to underperform over the next 6-12 months.

**NOT RATED** -- We are not carrying a rating on this stock for the time being. Rating & estimates under review.

*For purposes of FINRA ratings disclosure requirements, our stock ratings of "Buy," "Neutral" and "Underperform" most closely correspond to "Buy," "Hold" and "Sell," respectively, although the meanings of our stock ratings are as set forth above.

Note that The Buckingham Research Group moved to a 3 tiered ratings system effective 1/4/10 by combining the prior STRONG BUY and ACCUMULATE ratings into a single BUY rating. Prior to 1/4/10 our historic ratings remain in place.



**Rating and Price Target History for: Quad/Graphics, Inc. Class A (QUAD) as of 10-31-2018**

Legend:
B: Buy, N: Neutral, U: Underperform, NR: Not Rated, T: Transferring Coverage, SC: Suspending Coverage, A: Assuming Coverage, I: Initiating Coverage, D: Dropping Coverage

**Created by BlueMatrix**



**Rating and Price Target History for: LSC Communications, Inc. (LKSD) as of 10-31-2018**

Legend:
B: Buy, N: Neutral, U: Underperform, NR: Not Rated, T: Transferring Coverage, SC: Suspending Coverage, A: Assuming Coverage, I: Initiating Coverage, D: Dropping Coverage

**Created by BlueMatrix**



**Rating and Price Target History for: R.R. Donnelley & Sons Company (RRD) as of 10-31-2018**

| 06/25/18 | 08/02/18 | 09/04/18 |
|---|---|---|
| I:N:$8 | N:$6 | B:$8 |

Closing Price — Price Target

Legend:
B: Buy, N: Neutral, U: Underperform, NR: Not Rated, T: Transferring Coverage, SC: Suspending Coverage, A: Assuming Coverage, I: Initiating Coverage,
D: Dropping Coverage

**Created by BlueMatrix**

**Statement of Risk:** Risks associated with attaining the target set for this stock include, but are not limited to, traditional economic and competitive pressures, effective execution of corporate strategies and stock market volatility. Additionally, the company may be subject to government regulation as well as corporate litigation, patent litigation and expirations.

**Compensation:** Analyst's compensation is based upon activities and services intended to benefit the clients of The Buckingham Research Group and ("the Firm"). Like all Firm employees, analysts receive performance-based compensation that is impacted by the individual analyst's contribution and overall Firm profitability, which includes revenues from institutional equities sales. The analysts may also have funds managed by an affiliate and provide research to this unit consistent with their recommendations to other clients. As a result, investors should be aware that the Firm may have a conflict of interest that could affect the objectivity of this report.

This report is based upon information available to the public. No representation is made that it is accurate or complete. The Buckingham Research Group and its affiliates may have positions in, and may effect transactions in securities of the companies mentioned herein independently of and not necessarily in accordance with the recommendation. The disclosures contained in this report are accurate as of the date of this report. For additional information regarding the securities described herein please contact your sales representative or our compliance department at (212) 922-5500.

© The Buckingham Research Group Incorporated (2018). All rights reserved. No part of this publication may be redistributed, retransmitted or disclosed in any manner without the prior written consent of Buckingham Research Group Incorporated.



| | | | | | |
|---|---|---|---|---|---|
| **CEO &**<br>**DIRECTOR OF RESEARCH** | **ASSISTANT DIRECTOR OF**<br>**RESEARCH** | **HEAD OF INSTITUTIONAL**<br>**TRADING** | **CO-HEAD OF**<br>**INSTITUTIONAL SALES** | **CO-HEAD OF**<br>**INSTITUTIONAL SALES** | **HEAD OF CAPITAL**<br>**MARKETS & ADVISORY** |
| **Joseph C. Amaturo, CFA** | **Alanna M. Crank** | **Nilsa Vazquez** | **Christopher Cattani** | **Richard Brady** | **Jeffrey Posner** |
| 212.922.1815 | 212.922.2028 | 212.922.5543 | 212.922.0453 | 212.922.5513 | 212.922.5523 |
| jamaturo@buckresearch.com | acrank@buckresearch.com | nvazquez@buckresearch.com | ccattani@buckresearch.com | rbrady@buckresearch.com | jposner@buckresearch.com |

## RESEARCH TEAM

### CONSUMER

#### Global Branded Apparel, Footwear & Retail
| | |
|---|---|
| **Eric Tracy** | 212.210.0066 |
| etracy@buckresearch.com | |
| *Renato Basanta, CFA* | *212.557.5019* |
| *rbasanta@buckresearch.com* | |

#### Consumer Retailing
| | |
|---|---|
| **Bob Summers** | 212.210.0081 |
| rsummers@buckresearch.com | |
| *Patrick Fuery* | *212.557.7165* |
| *pfuery@buckresearch.com* | |

#### Specialty Hardlines
| | |
|---|---|
| **John Steger, CFA** | 212.922.2033 |
| jsteger@buckresearch.com | |

#### Food & Food Services
| | |
|---|---|
| **Eric J. Larson, CFA** | 212.210.0067 |
| elarson@buckresearch.com | |
| *Steven Haynes* | *212.922.2023* |
| *shaynes@buckresearch.com* | |

### FINANCIALS

#### Banks & Brokers
| | |
|---|---|
| **James Mitchell** | 212.922.5534 |
| jmitchell@buckresearch.com | |
| *Chris Walsh, CFA* | *212.922.2019* |
| *cwalsh@buckresearch.com* | |

#### Property and Casualty Insurance
| | |
|---|---|
| **Amit Kumar** | 212.922.2047 |
| akumar@buckresearch.com | |
| *Michael Stanczyc* | *212.922.2048* |
| *mstanczyc@buckresearch.com* | |

#### Payments
| | |
|---|---|
| **Chris Brendler** | 212.682.4938 |
| cbrendlar@buckresearch.com | |
| *Michael Peirce* | *212.922.2050* |
| *mpeirce@buckresearch.com* | |

### TECHNOLOGY, MEDIA & TELECOM

#### Cable & Satellite, TMT
| | |
|---|---|
| **Matthew Harrigan** | 212.922.2051 |
| mharrigan@buckresearch.com | |

#### Financial Technology
| | |
|---|---|
| **Chris Brendler** | 212.682.4938 |
| cbrendlar@buckresearch.com | |
| *Michael Peirce* | *212.922.2050* |
| *mpeirce@buckresearch.com* | |

### INDUSTRIALS, MATERIALS & TRANSPORTATION

#### Aerospace & Defense
| | |
|---|---|
| **Richard Safran** | 212.922.5527 |
| rsafran@buckresearch.com | |

#### Airlines / Cruiselines
| | |
|---|---|
| **Daniel McKenzie, CFA** | 212.922.5531 |
| dmckenzie@buckresearch.com | |

#### Automotive
| | |
|---|---|
| **Joseph C. Amaturo, CFA** | 212.922.1815 |
| jamaturo@buckresearch.com | |
| **Glenn E. Chin, CPA** | 212.210.0080 |
| gchin@buckresearch.com | |
| *Alanna Crank* | *212.922.2028* |
| *acrank@buckresearch.com* | |
| *Chris Armes* | *212.922.5521* |
| *carmes@buckresearch.com* | |

#### Chemicals
| | |
|---|---|
| **Dmitry Silversteyn** | 212.682.5104 |
| dsilversteyn@buckresearch.com | |
| *Wahid Amin* | *212.922.2136* |
| *wamin@buckresearch.com* | |

#### Transportation & Logistics
| | |
|---|---|
| **Matt Brooklier** | 212.557.6850 |
| mbrooklier@buckresearch.com | |
| *Kyle Robinson* | *212.922.2031* |
| *krobinson@buckresearch.com* | |

#### Machinery
| | |
|---|---|
| **Neil Frohnapple** | 212.922.2058 |
| nfrohnapple@buckresearch.com | |
| *Joe Nolan* | *212.682.3318* |
| *jnolan@buckresearch.com* | |

#### Commercial/Industrial Services
| | |
|---|---|
| **James Clement** | 212.557.6041 |
| jclement@buckresearch.com | |

#### Diversified Industrials
| | |
|---|---|
| **Robert Barry** | 212.922.2035 |
| rbarry@buckresearch.com | |
| *Federico Merendi* | *212.922.2020* |
| *fmerendi@buckresearch.com* | |

### INSTITUTIONAL SALES

| | | | |
|---|---|---|---|
| **Richard Brady** | 212.922.5513 | **Sasha Murray** | 212.922.2008 |
| rbrady@buckresearch.com | | smurray@buckresearch.com | |
| **Christopher Cattani** | 212.922.0453 | **Kyle Norton** | 617.830.7992 |
| ccattani@buckresearch.com | | knorton@buckresearch.com | |
| **Andrew Ferremi** | 212.210.0087 | **Sandy Park** | 415.549.4951 |
| aferremi@buckresearch.com | | sandy@buckresearch.com | |
| **Marc Luchansky** | 212.922.5512 | **Lauren Schuck** | 212.922.2037 |
| mluchansky@buckresearch.com | | lschuck@buckresearch.com | |
| **Ronald Martin** | 212.687.5477 | **Blair Smith** | 212.922.2044 |
| rmartin@buckresearch.com | | bsmith@buckresearch.com | |
| **Francis McCartan** | 212.922.2042 | | |
| fmccartan@buckresearch.com | | | |

### INSTITUTIONAL TRADING
New York: 212.922.5543

**Nilsa Vazquez**
nvazquez@buckresearch.com
**John DeMartini**
jdemartini@buckresearch.com
**Christopher Kern**
ckern@buckresearch.com

### CAPITAL MARKETS & ADVISORY

| | |
|---|---|
| **Jeffrey Posner** | 212.922.5523 |
| jposner@buckresearch.com | |
| *Gane Duggan* | *212.922.2039* |
| gduggan@buckresearch.com | |

### CORPORATE ACCESS

| | |
|---|---|
| **Sasha Murray** | 212.922.2008 |
| smurray@buckresearch.com | |

### OFFICE LOCATIONS

750 Third Avenue
6th Floor
New York, NY 10017
---
101 Federal Street
Suite 1900
Boston, MA 02110
---
7760 France Ave. South, Suite 1100
Minneapolis, MN 55435
---
24600 Center Ridge Road
King James 3; Suite 260
Westlake, OH 44145

**Main 212.922.5500 | Fax 212.922.5537**

THE BUCKINGHAM RESEARCH GROUP

Case 1:19-cv-10376-VEC   Document 71-16   Filed 07/14/20   Page 8 of 8