# EXHIBIT Q

November 6, 2018 | Morning Meeting Note
Company Update

**Sidoti & Company, LLC**
Equity Research

# Quad/Graphics Inc. (QUAD)

## Maintain BUY, $34 Price Target After Reviewing QUAD-LKSD Merger Agreement; A Closer Look At LKSD's Book Publishing Segment Gives Us Further Confidence In The Pending Transaction

| | 2017 | 2018E OLD | 2018E NEW | 2019E OLD | 2019E NEW | 2020E OLD | 2020E NEW |
|---|---|---|---|---|---|---|---|
| Mar. | $0.52 | $0.58A | | $0.24 | | $0.32 | |
| June | 0.24 | 0.23A | | 0.29 | | 0.34 | |
| Sep. | 0.46 | 0.45A | | 0.40 | | 0.41 | |
| Dec. | 0.58 | 0.62 | | 0.52 | | 0.56 | |
| EPS | $1.80 | $1.88 | | $1.45 | | $1.62 | |
| P/E | | 8.5x | | 11.1x | | 9.9x | |

Note: *Market capitalization and shares outstanding include 34.7 million Class A and 14.2 million Class B shares (owned by founding family and employees; do not trade; carry 10-to-1 voting rights). EPS exclude restructuring and impairment charges. 2017-2020E include $0.41 in annual stock-based compensation expense. The Russell 2000 Index includes QUAD. Sum of quarterly data may not equal full-year total due to rounding and/or change in share count. NC=Not covered by Sidoti & Co., LLC.

| Year | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018E | 2019E | 2020E |
|---|---|---|---|---|---|---|---|---|---|---|
| Rev.(Mil.) | $4417.9 | $4094.0 | $4795.9 | $4862.4 | $4657.7 | $4329.5 | $4134.4 | $4201.9 | $6140.8 | $8069.8 |
| GAAP EPS | ($1.00) | $1.80 | $0.60 | $0.38 | ($13.40) | $0.87 | $2.06 | $1.18 | $1.45 | $1.62 |

**Description:** Quad/Graphics Inc. (www.qg.com) is the second-largest commercial printer in North America. QUAD prints and helps to design products including magazines, direct mailers, retail inserts, and brochures for commercial customers. The company helps marketers and publishers to monetize print media in a multimedia channel world, and also aims to lower customers' postage and distribution costs. Headquarters are in Sussex, WI. On October 31, 2018 QUAD announced the acquisition of its largest competitor, LSC Communications, (NYSE: LKSD, NC); the transaction is expected to close by mid-2019.

- **On October 31, QUAD announced plans to acquire competitor LSC Communications (NYSE: LKSD, NC) in an all stock deal for $1.4 billion.**

- **Compared with standalone QUAD, we think by 2020 the combined QUAD-LKSD will have about twice the revenue, 25% higher FCF, and about 50% higher EBITDA. We estimate pro-forma market share of the U.S. commercial print industry at 11%.**

- **The SEC merger agreement documents, released last week, state that QUAD will seek to refinance LKSD's high-coupon debt once the transaction closes next year.**

- **We think the roughly $946 million of LKSD debt that QUAD will inherit rattled investors last week, among other things.**

- **We estimate FCF per share of $3.88 in 2018, $3.22 in 2019 and $3.50 in 2020.**

- **Our $34 target is based on 21x our 2020 EPS estimate of $1.62. Given the difference in capital structures QUAD and LKSD, we think free cash flow will be the primary focus for investors in the next two years.**

- **The $34 target implies roughly 10x our pro-forma 2020 FCF per share estimate of $3.50, mirroring where paper, packaging, and logistics peers trade at today.**

- **Given the upside implied by the $34 target, we maintain a BUY rating.**

**SEC merger agreement documents for the recently announced acquisition of LKSD were released late last week**. On October 31, 2018, QUAD announced plans to acquire competitor LKSD in an all-stock deal valued at $1.4 billion. We adjusted our model to reflect the incremental revenue, EBITDA and FCF that we think the acquisition will bring; we assume the transaction closes by June 31, 2019. We also factored in the incremental expense and diluted share count that we project for the combined company. While the "merger proxy" document was not yet released, the "merger agreement" was released on

## BUY

Price Target: $34
Price: $16.07

**Daniel Jacome, CFA**
(212) 894-3338
(djacome@sidoti.com)

### Key Statistics

| | |
|---|---|
| **Analysts Covering** | 2 |
| **Market Cap (Mil)*** | $830 |
| **Enterprise Value** | $1,997 |
| **52-Week Range (NYSE)** | 31-15 |
| **5-Year EPS CAGR** | 5% |
| **Avg. Daily Trading Volume** | 347,000 |
| **Shares Out (Mil)*** | 51.615 |
| **Float Shares (Mil)** | 30.351 |
| **Insider Ownership** | 38% |
| **Institutional Holdings** | 62% |
| **Annualized Dividend** | $1.20 |
| **Dividend Yield** | 6.7% |
| **FCF Per Share (2020E)** | $3.50 |
| **FCF Yield (2020E)** | 21.8% |
| **Net Cash Per Share (2020E)** | ($15.92) |
| **Price to Book Value** | 1.9x |
| **Return on Equity (2020E)** | 5.9% |
| **Total Debt to Capital** | 68% |
| **Interest Coverage Ratio** | 3.1x |
| **Short Interest %** | 3.8% |
| **Short Interest Days To Cover** | 3.3 |
| **Russell 2000** | 1,548 |
| **Russell 2000 – Last 12 Months** | 3.0% |
| **QUAD – Last 12 Months** | -21.8% |



02-Nov-2015 to 02-Nov-2018 (Daily)    Price

— Quad/Graphics, Inc. Class A

Source: FactSet Prices

Required disclosures appear in the Appendix
Member FINRA & SIPC

1212 Avenue of the Americas · 15th Floor
New York, NY 10036

Phone: 212-297-0001
www.sidoti.com

November 2nd.

**We think commentary about QUAD's debt structure was a critical piece of information in the SEC merger agreement document.**  We estimate QUAD will inherit about $946 million in high coupon debt as part of the acquisition of LKSD.  Based on how the shares traded on the day the acquisition was announced, we think this rattled QUAD investors even though the press release briefly mentioned that QUAD, once the deal closes, would seek to refinance both its existing credit facility and LKSD's outstanding debt.  The merger agreements released last week should provide some comfort to investors, since they explicitly state that QUAD will strive to amend the combined company's capital structure.  Per Section 6.13 of the merger agreement ("Treatment of Certain Company Indebtedness"), QUAD "shall use its reasonable best efforts" to effectuate a "Change of Control Refinancing."  While actual debt refinancing terms will not be disclosed until next year, we think this information is incrementally assuring.  We estimate QUAD (once LKSD is fully integrated) will generate $251 million in free cash flow in 2020; thus, we are confident that QUAD will be able to work quickly with its lenders to reshape the capital structure of the combined entity.

**Based on a closer look at LKSD's recent quarterly filings, we think QUAD was especially attracted to LKSD's stable book publishing business.**  We think the combined company will be significantly better equipped to serve North America customers across all media channels.  While QUAD and LKSD have significant overlap in magazine and catalog customers, we think the acquisition will substantially increase QUAD's presence in book publishing and fulfillment (includes book trimming and binding style production for higher education and K-12 textbooks).  Book publishing represents about 28% of LKSD's annual revenue and LKSD prints for all 10 of the top U.S. book publishers and 8 of the top 10 largest worldwide book publishers.  LKSD has a growing presence in the academic press industry, recently signing multi-year book publishing agreements with Harvard University Press and MIT Press.  Typically, these customers use LKSD, for example, for the mass production of color and page counts, while also servicing trim size and other critical binding styles jobs, as well as freight.  Trade books are typically produced using enhanced digital printing processes and bound in a variety of formats; thus, they require significant machine capabilities and printing jobs that smaller commercial printers in the U.S. are often not able to process at the speed desired by customers.  We think quick production of mass book publishing jobs is one of LKSD's key competitive advantages.  QUAD historically was under-penetrated in book production; we think QUAD was highly interested in LKSD's customer base across educational books, including softcover and traditional case-bound textbooks utilized by primary and secondary school and college students.  We think the combined company, with its greater scale and warehousing capabilities, will be better able to meet the end-to-end supply chain management needs of customers, as well.  Lastly, given the growing "piracy" of college textbooks, LKSD invested significantly in proprietary identification coding that ultimately allows consumers to validate "textbook authenticity."  We think LKSD's book publishing segment is growing about 3% annually (Exhibit 1).

**We expect volatility in QUAD shares to remain high until the transaction closes next year.**  LKSD shareholders will receive 0.625 shares of QUAD stock for each LKSD share owned.  We estimate QUAD will have to issue around 20 million shares in order to complete the transaction.  We think this pending dilution is partly exacerbating share price volatility.  We also think typical "regulatory clearance" concerns surrounding a large acquisition is causing increased volatility in QUAD.  That said, we note the last acquisition QUAD did of this size was the $1.3 billion acquisition of World Color Press in 2010, which closed in about five months and *did not* receive any additional "second requests" from the DOJ.  We think this suggests a positive "read-through" into the current QUAD-LKSD proposed merger.  We are confident the deal will go through also due to the projected annualized synergies of about $135 million once the transaction is complete.  We find QUAD generates operating margins that are twice that of LKSD; we think regulators will take note of this since the combined company is likely to pass along incremental cost efficiencies (coming from greater economies of scale) to customers, through volume purchase discounts, for example, thereby lowering mailing, printing, and logistical costs of customers.  By our estimates, the combined company will have an 11% share of U.S. commercial printing; in our view, this not high enough to give DOJ regulators much concern.

**We maintain a BUY rating and $34 price target.**  The stock trades at less than 10x our 2020 EPS estimate of $1.62.  We find this valuation does not adequately capture the upside potential of the combined company once the acquisition closes.  The $34 target is based on 21x our 2020 EPS estimate of $1.62.  Given the different capital structures between LKSD and QUAD, we think free cash flow will be the primary focus for investors in the next two years.  The $34 target implies about 10x our 2020 FCF per share estimate of $3.50.  We note that small cap U.S. packaging and logistics peers typically trade at 8x-10x FCF.

| **Key Risks** | Concentrated stock ownership | Changes to USPS postal system | Weaker printing volumes |

QUAD/GRAPHICS INC.

Exhibit 1: We Estimate LKSD'S Book Publishing/Fulfilment Segment Will Generate $1.1 Billion In Revenue In 2018, Up 3% Versus 2017



Sources: Company reports, Sidoti & Company LLC estimates.

**Table 1: QUAD/Graphics, Inc. Income Statement**
($ in thousands, except per share data)

| | 1Q:17 | 2Q:17 | 3Q:17A | 4Q:17 | 2017 | 1Q:18 | 2Q:18 | 3Q:18 | 4Q:18E | 2018E | 1Q:19E | 2Q:19E | 3Q:19E | 4Q:19E | 2019E | 2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | $998,600 | $963,200 | $1,005,400 | $1,164,200 | $4,131,400 | $967,500 | $1,015,500 | $1,029,100 | $1,189,812 | $4,201,912 | $986,850 | $1,035,810 | $1,971,182 | $2,147,007 | $6,140,849 | $8,069,806 |
| Cost of sales | 781,100 | 765,000 | 784,800 | 928,500 | 3,259,400 | 792,400 | 826,700 | 831,700 | 969,102 | 3,419,902 | 810,024 | 845,098 | 1,634,468 | 1,790,389 | 5,079,980 | 6,736,626 |
| Gross profit | 217,500 | 198,200 | 220,600 | 235,700 | 872,000 | 175,100 | 188,800 | 197,400 | 220,710 | 782,010 | 176,826 | 190,712 | 336,714 | 356,618 | 1,060,869 | 1,333,179 |
| Selling, general and administrative expenses | 98,600 | 101,700 | 104,900 | 110,800 | 416,000 | 86,900 | 99,200 | 92,400 | 103,514 | 382,014 | 87,651 | 100,148 | 175,016 | 184,643 | 547,458 | 689,617 |
| Depreciation and amortization | 58,700 | 58,500 | 58,300 | 57,000 | 232,500 | 56,200 | 58,300 | 59,100 | 57,339 | 230,939 | 56,436 | 54,982 | 89,748 | 88,241 | 289,407 | 354,439 |
| Restructuring and impairment charges | 9,200 | 5,300 | 8,000 | 38,700 | 61,200 | 24,900 | 10,400 | 5,300 | 0 | 40,600 | 0 | 0 | 0 | 0 | 0 | 0 |
| Goodwill impairment | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Operating income (loss) | 51,000 | 32,700 | 49,400 | 29,200 | 162,300 | 7,100 | 20,900 | 40,600 | 59,857 | 128,457 | 32,739 | 35,581 | 71,950 | 83,735 | 224,004 | 289,123 |
| **Adjusted EBITDA** | **118,900** | **96,500** | **115,700** | **124,900** | **456,000** | **110,500** | **89,600** | **105,000** | **117,197** | **422,297** | **89,175** | **90,563** | **161,698** | **171,975** | **513,411** | **643,563** |
| Adjusted EBITDA per mgmt | | | | | | | | | | | | | | | | |
| Interest expense | 18,200 | 17,600 | 17,800 | 17,500 | 71,100 | 17,300 | 18,400 | 18,300 | 18,794 | 72,794 | 18,480 | 18,165 | 35,623 | 35,300 | 107,568 | 140,017 |
| Net pension expense (income) | (2,600) | 0 | 0 | 0 | (2,600) | (3,100) | (3,100) | (3,100) | (3,100) | (12,400) | (3,100) | (3,100) | (3,100) | (3,100) | (12,400) | (12,400) |
| Loss on debt extinguishment | 2,600 | 0 | 0 | 0 | 2,600 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Pre-tax income | 32,800 | 15,100 | 31,600 | 11,700 | 91,200 | (7,100) | 5,600 | 25,400 | 44,163 | 68,063 | 17,359 | 20,516 | 39,427 | 51,535 | 128,836 | 161,507 |
| Taxes | 6,700 | 8,300 | 11,800 | (42,800) | (16,000) | (3,300) | (3,700) | 3,100 | 12,675 | 8,775 | 4,861 | 5,744 | 11,039 | 14,430 | 36,074 | 45,222 |
| Earnings before equity in earnings of unconsolidated entities | 26,100 | 6,800 | 19,800 | 54,500 | 107,200 | (3,800) | 9,300 | 22,300 | 31,488 | 59,288 | 12,499 | 14,771 | 28,387 | 37,105 | 92,762 | 116,285 |
| Equity in earnings of unconsolidated entities | (700) | (100) | 0 | 800 | 0 | 300 | 200 | 200 | 0 | 700 | 0 | 0 | 0 | 0 | 0 | 0 |
| Net income to QUAD shareholders | 25,400 | 6,700 | 19,800 | 55,300 | 107,200 | (3,500) | 9,500 | 22,500 | 31,488 | 59,988 | 12,499 | 14,771 | 28,387 | 37,105 | 92,762 | 116,285 |
| Net loss attributable to noncontrolling interests | - | - | - | - | - | - | 100 | (900) | - | (800) | - | - | - | - | - | |
| GAAP net income | 25,400 | 6,700 | 19,800 | 55,300 | 107,200 | (3,500) | 9,400 | 23,400 | 31,488 | 60,788 | 12,499 | 14,771 | 28,387 | 37,105 | 92,762 | 116,285 |
| Adjusted net income | 26,760 | 12,200 | 23,800 | 30,240 | 93,000 | 30,099 | 12,000 | 23,000 | 31,488 | 96,587 | 12,499 | 14,771 | 28,387 | 37,105 | 92,762 | 116,285 |
| GAAP diluted EPS | $0.49 | $0.13 | $0.38 | $1.06 | $2.06 | ($0.07) | $0.18 | $0.46 | $0.62 | $1.18 | $0.24 | $0.29 | $0.40 | $0.52 | $1.45 | $1.62 |
| **Adjusted diluted EPS** | **$0.52** | **$0.24** | **$0.46** | **$0.58** | **$1.80** | **$0.58** | **$0.23** | **$0.45** | **$0.62** | **$1.88** | **$0.24** | **$0.29** | **$0.40** | **$0.52** | **$1.45** | **$1.62** |
| | | | | | | | | | | | | | | | | |
| Diluted shares | 51,500 | 51,700 | 51,500 | 52,300 | 51,750 | 50,100 | 52,500 | 51,100 | 51,100 | 51,200 | 51,100 | 51,100 | 71,725 | 71,725 | 61,413 | 71,725 |
| | | | | | | | | | | | | | | | | |
| **Margin analysis:** | | | | | | | | | | | | | | | | |
| Gross margins | 21.8% | 20.6% | 21.9% | 20.2% | 21.1% | 18.1% | 18.6% | 19.2% | 18.6% | 18.6% | 17.9% | 18.4% | 17.1% | 16.6% | 17.3% | 16.5% |
| SG&A | 9.9% | 10.6% | 10.4% | 9.5% | 10.1% | 9.0% | 9.8% | 9.0% | 8.7% | 9.1% | 8.9% | 9.7% | 8.9% | 8.6% | 8.9% | 8.5% |
| EBIT | 5.1% | 3.4% | 4.9% | 2.5% | 3.9% | 0.7% | 2.1% | 3.9% | 5.0% | 3.1% | 3.3% | 3.4% | 3.7% | 3.9% | 3.6% | 3.6% |
| EBITDA | 11.9% | 10.0% | 11.5% | 10.7% | 11.0% | 11.4% | 8.8% | 10.2% | 9.9% | 10.1% | 9.0% | 8.7% | 8.2% | 8.0% | 8.4% | 8.0% |
| Tax rate | 20.4% | 55.0% | 37.3% | NM | NM | NM | NM | 12.2% | 28.7% | 20.5% | 28.0% | 28.0% | 28.0% | 28.0% | 28.0% | 28.0% |
| Net margin | 2.7% | NM | 2.4% | 2.6% | 2.3% | 3.1% | NM | 2.2% | 2.6% | 2.3% | 1.3% | NM | 1.4% | 1.7% | 1.5% | 1.4% |
| | | | | | | | | | | | | | | | | |
| **Year-over-year growth:** | | | | | | | | | | | | | | | | |
| Revenue | | | | | | (4.6%) | (3.1%) | 5.4% | 2.4% | 2.2% | 1.7% | 2.0% | 2.0% | 91.5% | 80.4% | 46.1% | 31.4% |
| Gross profit | (9.0%) | (6.2%) | (4.7%) | (6.8%) | (6.7%) | (19.5%) | (4.7%) | (10.5%) | (6.4%) | (10.3%) | 1.0% | 1.0% | 70.6% | 61.6% | 35.7% | 25.7% |
| SG&A | (17.1%) | (10.0%) | (4.5%) | (1.7%) | (8.5%) | (11.9%) | (2.5%) | (11.9%) | (6.6%) | (8.2%) | 0.9% | 1.0% | 89.4% | 78.4% | 43.3% | 26.0% |
| EBIT | NM | NM | 46.2% | (53.1%) | 32.6% | (86.1%) | (36.1%) | (17.8%) | NM | (20.9%) | 361.1% | 70.2% | 77.2% | 39.9% | 74.4% | 29.1% |
| EBITDA | (0.9%) | NM | (4.9%) | (10.9%) | (5.0%) | (7.1%) | (7.2%) | (9.2%) | (6.2%) | (7.4%) | (19.3%) | 1.1% | 54.0% | 46.7% | 21.6% | 25.4% |
| Net income | NM | NM | (1.6%) | (19.4%) | (19.4%) | 12.5% | (1.6%) | (3.4%) | 4.1% | 4.1% | (58.5%) | 23.1% | 23.4% | 17.8% | 17.8% | 7.5% |
| Adjusted EPS | NM | NM | (3.3%) | (20.9%) | 20.2% | 12.5% | (3.1%) | (2.6%) | 6.6% | 4.6% | (58.1%) | 26.5% | (12.1%) | (16.0%) | (23.0%) | 12.1% |

Sources: Company reports and Sidoti & Company, LLC estimates.

Case 1:19-cv-10376-VEC   Document 71-17   Filed 07/14/20   Page 5 of 9

QUAD/GRAPHICS INC.

**Table 2: QUAD/Graphics, Inc Cash Flow Statement**
($ in thousands, except per share data)

| | 2016 | 1Q:17 | 2Q:17 | 3Q:17 | 4Q:17 | 2017 | 1Q:18 | 2Q:18 | 3Q:18 | 4Q:18E | 2018E | 2019E | 2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Net income (loss) | $44,900 | $25,400 | $6,700 | $19,800 | $55,300 | $107,200 | ($3,500) | $9,500 | $22,500 | $31,488 | $59,988 | $92,762 | $116,285 |
| Adjustments to reconcile net income (loss) to net cash: | | | | | | | | | | | | | |
| Depreciation and amortization | 277,100 | 58,700 | 58,500 | 58,300 | 57,000 | 232,500 | 56,200 | 58,300 | 59,100 | 57,339 | 230,939 | 289,107 | 354,439 |
| ESOP plan contribution | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 22,300 | 0 | 22,300 | 0 | 0 |
| Impairment charges | 26,800 | 400 | 300 | 300 | 11,000 | 12,000 | 22,300 | 0 | (6,300) | 0 | 16,000 | 0 | 0 |
| Goodwill impairment | 0 | 0 | 0 | 0 | 0 | 0 | 7,900 | 3,600 | (11,500) | 0 | 0 | 0 | 0 |
| Amortization of debt issuance costs | 0 | 0 | 1,800 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Loss or gain on debt extinguishment | (14,100) | 2,600 | 0 | (1,800) | 0 | 2,600 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Stock-based compensation charges | 15,200 | 6,000 | 3,700 | 3,300 | 3,400 | 16,400 | 5,400 | 3,700 | 3,200 | 3,000 | 15,300 | 12,000 | 12,000 |
| Curtailment gain on postretirement benefit plan | 0 | 0 | 0 | 0 | 800 | 800 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Gain on disposal of discontinued operations, net of tax | 7,000 | (3,700) | 3,700 | 0 | (6,900) | (6,900) | 0 | (18,300) | 7,600 | 0 | (10,700) | 0 | 0 |
| Loss on sales or disposal of property, plant and equipment | (9,000) | 0 | (7,100) | (200) | 15,000 | 7,700 | (2,200) | 100 | 2,100 | 0 | 0 | 0 | 0 |
| Deferred income taxes | (26,600) | 3,200 | 3,200 | 9,100 | (38,000) | (22,500) | 900 | 200 | (1,600) | 0 | (500) | 0 | 0 |
| Equity in earnings of unconsolidated entities | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Dividends from unconsolidated entities | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Gain from property insurance claim | 0 | 0 | 0 | 0 | (5,000) | (5,000) | (17,200) | 17,200 | (18,300) | 0 | (18,300) | (18,300) | (18,300) |
| Other non-cash adjustments | 5,600 | 1,600 | (5,800) | 2,700 | 5,000 | 3,500 | 600 | 600 | 700 | 0 | 1,900 | 0 | 0 |
| Changes in operating assets & liabilities (working capital) | 25,600 | (30,900) | (16,100) | (24,000) | 66,700 | (4,300) | (68,200) | (36,600) | (73,700) | 172,918 | (5,582) | (24,478) | (33,325) |
| Net cash provided by operating activities | $352,500.0 | $63,300.0 | $48,900.0 | $67,500.0 | $164,300.0 | $344,000.0 | $2,200.0 | $38,300.0 | $6,100.0 | $264,745.2 | $311,345.2 | $351,091.1 | $431,099.5 |
| Purchase of property, plant and equipment | (106,100) | (23,400) | (19,400) | (18,800) | (24,300) | (85,900) | (24,200) | (29,600) | (31,200) | (12,000) | (97,000) | (130,000) | (168,000) |
| Investment in ManipalTech | (9,900) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Proceeds from the sale of property, plant and equipment or businesses sold | 25,900 | 10,800 | 11,000 | 1,100 | 15,100 | 38,000 | 4,300 | 4,600 | 13,400 | 0 | 22,300 | 0 | 0 |
| Transfers from restricted cash | 4,400 | 6,300 | 1,800 | 1,800 | 1,800 | 9,900 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Deposit paid related to Vertis acquisition | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Deposit refunded related to business exchange transaction | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Purchase price payments on business exchange transaction | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Acquisition of business (net of cash acquired) & other | 1,300 | 3,000 | (3,000) | 5,000 | (5,000) | (7,300) | (73,900) | 0 | 0 | 0 | (71,400) | 0 | 0 |
| Loss to an unconsolidated entity | 0 | 0 | 5,000 | (5,000) | (2,300) | 0 | 0 | 2,500 | 0 | 0 | 0 | 0 | 0 |
| Proceeds from property insurance claims | 0 | 0 | (4,600) | 0 | 8,000 | 8,000 | 13,400 | 1,100 | 0 | 0 | 14,500 | 0 | 0 |
| Net cash provided by (used) by investing activities | (84,400) | (8,300) | (4,600) | (17,700) | (6,700) | (37,300) | (80,400) | (21,400) | (17,800) | (12,000) | (131,600) | (130,000) | (168,000) |
| Proceeds from issuance of long-term debt | 19,700 | 375,000 | 0 | 0 | 0 | 375,000 | 0 | 0 | 300 | 0 | 300 | 0 | 0 |
| Payments of long-term debt | (192,000) | (384,000) | (25,200) | (15,100) | (98,600) | (522,900) | (5,000) | (16,500) | (6,300) | (17,000) | (44,800) | (68,000) | (60,000) |
| Payments of capital lease obligations | (9,500) | (2,100) | (2,100) | (1,700) | (1,700) | (7,600) | (1,600) | (1,800) | (1,500) | 0 | (4,900) | 0 | 0 |
| Borrowings on revolving credit facilities | 871,900 | 67,000 | 203,600 | 255,100 | 192,800 | 718,500 | 245,500 | 651,100 | 933,400 | 0 | 1,830,000 | 0 | 0 |
| Payments on revolving credit facilities | (918,000) | (83,800) | (203,200) | (263,000) | (185,600) | (736,000) | (174,000) | (617,900) | (900,000) | 0 | (1,691,900) | 0 | 0 |
| Payment of debt issuance costs | (100) | (4,600) | (100) | 0 | 0 | (4,700) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Bankruptcy claim payments on unsecured notes to be issued | (300) | (4,100) | 0 | (3,800) | 4,100 | (3,800) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Proceeds from stock issuance or share repurchases | (8,800) | 0 | 0 | 0 | 0 | (6,000) | 4,000 | (40,700) | 0 | 0 | (36,700) | 0 | 0 |
| Tax obligation equity grants & other | (1,400) | 0 | (5,900) | 0 | (100) | 2,600 | (7,500) | 0 | (1,500) | 0 | (9,000) | 0 | 0 |
| Tax benefit on dividends paid on outstanding stock options & sale of stock for options exercised | 30,300 | (4,600) | 7,000 | 0 | 0 | 0 | 0 | 4,000 | 100 | 0 | 4,100 | 0 | 0 |
| Payment of cash dividends | (61,100) | (16,800) | (14,900) | (14,800) | (16,000) | (62,500) | (17,200) | (15,000) | (15,300) | (15,400) | (62,900) | (61,600) | (61,600) |
| Payment of tax distributions and other financing activities | | | | | (4,300) | (4,300) | | | | 0 | 0 | 0 | 0 |
| Net cash used in financing activities | (269,300) | (58,000) | (41,200) | (43,300) | (109,200) | (251,700) | 44,200 | (36,800) | 9,200 | (32,400) | (15,800) | (129,600) | (121,600) |
| Effect of exchange rate | (600) | 500 | (900) | 200 | 500 | 300 | (200) | (1,400) | (100) | 0 | (1,700) | 18,600 | 18,300 |
| Cash and cash equivalents at the beginning of period | 10,800 | 9,000 | 6,500 | 8,700 | 15,400 | 9,000 | 56,300 | 30,200 | 8,900 | 6,300 | 56,300 | 218,545 | 328,636 |
| Net increase (decrease) in cash and cash equivalents | (1,800) | (2,500) | 2,200 | 6,700 | 48,900 | 47,300 | (34,200) | (21,300) | (2,600) | 220,345 | 162,245 | 110,091 | 159,799 |
| Cash and cash equivalents at end of period | 9,000 | 6,500 | 8,700 | 15,400 | 56,300 | 56,300 | 30,200 | 8,900 | 6,300 | 226,645 | 218,545 | 328,636 | 488,436 |

| | 2016 | 1Q:17 | 2Q:17 | 3Q:17 | 4Q:17 | 2017 | 1Q:18 | 2Q:18 | 3Q:18 | 4Q:18E | 2018E | 2019E | 2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Free cash flow excluding stock-based comp | $231,200 | $33,900 | $25,800 | $45,400 | $136,600 | $241,700 | ($27,400) | $5,000 | ($28,300) | $249,745 | $199,045 | $209,091 | $251,099 |
| **Free cash flow per share excluding stock-based comp** | **$4.75** | **$0.66** | **$0.50** | **$0.88** | **$2.61** | **$4.65** | **($0.55)** | **$0.10** | **($0.55)** | **$4.89** | **$3.88** | **$3.22** | **$3.50** |

Case 1:19-cv-10376-VEC   Document 71-17   Filed 07/14/20   Page 7 of 9

**Table 3: QUAD/Graphics, Inc Balance Sheet**
($ in thousands, except per share data)

| | 2016 | 1Q:17 | 2Q:17 | 3Q:17 | 2017 | 1Q:18 | 2Q:18 | 3Q:18 | 2018E | 1Q:19E | 2Q:19E | 3Q:19E | 2019E | 2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash and cash equivalents | $9,000 | $6,500 | $8,700 | $15,400 | $56,300 | $30,200 | $8,900 | $6,300 | $226,645 | $226,510 | $221,452 | $250,236 | $336,736 | $496,536 |
| Other cash equivalents | - | - | - | - | 8000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Receivables, less allowance for doubtful accounts | 563,600 | 505,100 | 508,600 | 542,000 | 552,500 | 531,300 | 510,400 | 553,000 | 469,405 | 448,814 | 439,865 | 502,246 | 617,632 | 581,986 |
| Inventory | 265,400 | 269,000 | 264,400 | 308,000 | 246,500 | 269,200 | 290,700 | 354,500 | 252,232 | 246,336 | 289,417 | 559,749 | 475,802 | 564,063 |
| Prepaid expenses and other current assets | 54,400 | 50,900 | 41,700 | 40,700 | 45,100 | 55,400 | 68,100 | 57,600 | 23,796 | 23,684 | 24,859 | 47,308 | 51,528 | 52,559 |
| Deferred income taxes | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Short-term restricted cash | 10,200 | 3,800 | 2,000 | 2,000 | 100 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Current assets of discontinued operations | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total current assets | 902,600 | 835,300 | 825,400 | 908,100 | 908,500 | 886,100 | 878,100 | 971,400 | 972,079 | 945,345 | 975,593 | 1,359,540 | 1,481,699 | 1,695,143 |
| Property, plant and equipment | 1,519,900 | 1,487,200 | 1,458,100 | 1,427,400 | 1,377,600 | 1,351,900 | 1,306,800 | 1,284,500 | 1,245,661 | 1,214,525 | 2,094,543 | 2,044,795 | 1,996,554 | 1,810,415 |
| Goodwill | 0 | 0 | 0 | 0 | 0 | 88,000 | 56,100 | 55,500 | 55,500 | 55,500 | 55,500 | 55,500 | 55,500 | 55,500 |
| Other intangible assets | 59,700 | 55,400 | 52,000 | 47,800 | 43,400 | 116,600 | 128,500 | 121,700 | 115,200 | 114,900 | 114,900 | 114,900 | 114,900 | 114,600 |
| Long-term restricted cash | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Equity method investments in unconsolidated entities | 3,600 | 3,100 | 2,800 | 3,000 | 3,600 | 3,900 | 3,500 | 3,600 | 3,600 | 3,600 | 3,600 | 3,600 | 3,600 | 3,600 |
| Other long-term assets | 84,300 | 89,900 | 93,500 | 91,100 | 119,300 | 96,400 | 96,900 | 97,100 | 97,100 | 97,100 | 97,100 | 97,100 | 97,100 | 97,100 |
| Long-term assets of discontinued operations | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total assets** | **2,570,100** | **2,470,900** | **2,431,800** | **2,477,400** | **2,452,400** | **2,542,900** | **2,469,900** | **2,533,800** | **2,489,139** | **2,430,970** | **3,341,236** | **3,675,435** | **3,749,353** | **3,776,358** |
| Accounts payable | 323,500 | 304,400 | 299,000 | 344,500 | 381,600 | 388,600 | 396,100 | 432,000 | 385,251 | 343,983 | 358,877 | 694,089 | 760,302 | 780,623 |
| Amounts owing in satisfaction of bankruptcy claims | 2,300 | 2,100 | 2,100 | 2,100 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Accrued liabilities | 356,700 | 289,500 | 295,300 | 312,700 | 316,700 | 283,200 | 272,200 | 282,700 | 282,700 | 282,700 | 282,700 | 282,700 | 282,700 | 282,700 |
| Purchase price payable on business exchange transaction | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Short-term debt and current portion of long-term debt | 84,700 | 71,600 | 68,600 | 66,800 | 42,000 | 43,500 | 36,900 | 42,300 | 42,300 | 42,300 | 42,300 | 42,300 | 42,300 | 42,300 |
| Current portion of capital lease obligations | 7,400 | 7,200 | 6,700 | 6,200 | 5,600 | 5,700 | 5,400 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 |
| Current liabilities of discontinued operations | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total current liabilities | 774,600 | 674,800 | 671,700 | 732,300 | 745,900 | 721,000 | 710,500 | 762,100 | 715,351 | 674,083 | 688,977 | 1,024,189 | 1,090,402 | 1,110,723 |
| Long-term debt | 1,019,800 | 1,006,000 | 986,400 | 966,400 | 903,500 | 970,300 | 993,200 | 1,015,900 | 998,900 | 981,900 | 1,874,900 | 1,857,900 | 1,840,900 | 1,780,900 |
| Unsecured notes to be issued | 5,400 | 900 | 900 | 900 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Capital lease obligations | 18,900 | 17,600 | 16,100 | 14,800 | 13,700 | 13,300 | 12,300 | 11,100 | 11,100 | 11,100 | 11,100 | 11,100 | 11,100 | 11,100 |
| Deferred income taxes | 35,300 | 38,600 | 41,500 | 50,700 | 41,900 | 44,700 | 44,900 | 44,000 | 44,000 | 44,000 | 44,000 | 44,000 | 44,000 | 44,000 |
| Other long-term liabilities, including pension liability | 274,600 | 271,900 | 256,400 | 246,300 | 225,000 | 224,900 | 205,700 | 187,500 | 187,500 | 187,500 | 187,500 | 187,500 | 187,500 | 187,500 |
| Long-term liabilities of discontinued operations | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total liabilities | 2,128,600 | 2,009,800 | 1,973,000 | 2,011,400 | 1,930,000 | 1,974,200 | 1,966,600 | 2,020,600 | 1,956,851 | 1,898,583 | 2,806,477 | 3,124,689 | 3,173,902 | 3,134,223 |
| Redeemable equity | - | - | - | - | | - | - | - | | - | - | - | - | - |
| Noncontrolling interests | - | - | - | - | | - | - | - | | - | - | - | - | - |
| Total shareholders' equity | 441,500 | 461,100 | 458,800 | 466,000 | 522,400 | 568,700 | 503,300 | 513,200 | 532,288 | 532,387 | 534,758 | 550,745 | 575,450 | 642,135 |
| **Total liabilities and shareholders' equity** | **$2,570,100** | **$2,470,900** | **$2,431,800** | **$2,477,400** | **$2,452,400** | **$2,542,900** | **$2,469,900** | **$2,533,800** | **$2,489,139** | **$2,430,970** | **$3,341,236** | **$3,675,435** | **$3,749,353** | **$3,776,358** |

Sources: Company reports and Sidoti & Company, LLC estimates.

**Appendix**
Required Disclosures

# Required Disclosures

## Quad/Graphics Inc.  (QUAD-$16.07)    BUY    Price Target: $34    November 6, 2018

Rating and Price Target History Table

| Action | Date | Px | Rating | PT |
|---|---|---|---|---|
| PT | 1/7/16 | 8.9 | | 22 |
| Rating | 3/4/16 | 12.9 | Suspended | 22 |
| Initiation | 6/8/16 | 20.5 | Buy | 26 |
| PT | 7/11/16 | 24.2 | | 28 |
| Rating | 7/15/16 | 26.5 | Neutral | 28 |
| Rating | 8/2/16 | 25 | Buy | 32 |
| PT | 8/2/16 | 25 | | 32 |
| PT | 11/25/16 | 27.2 | | 34 |
| PT | 2/23/17 | 24.8 | | 36 |
| PT | 5/2/18 | 24.3 | | 34 |
| PT | 7/27/18 | 20 | | 31 |
| PT | 10/19/18 | 16.9 | | 34 |



Quad/Graphics, Inc. Class A (QUAD)

Source: FactSet Prices

| Key Risks | Concentrated stock ownership | Changes to USPS postal system | Weaker printing volumes |
|---|---|---|---|

**Valuation:**

**We maintain a BUY rating and $34 price target.**  The stock trades at less than 10x our 2020 EPS estimate of $1.62.  We find this valuation does not adequately capture the upside potential of the combined company once the acquisition closes.  The $34 target is based on 21x our 2020 EPS estimate of $1.62.  Given the different capital structures between LKSD and QUAD, we think free cash flow will be the primary focus for investors in the next two years.  The $34 target implies about 10x our 2020 FCF per share estimate of $3.50.  We note that small cap U.S. packaging and logistics peers typically trade at 8x-10x FCF.

Required Disclosures
The Sidoti & Company, LLC (Sidoti) Equity Research rating system consists of BUY and NEUTRAL recommendations. BUY suggests capital appreciation of at least 25% from initiation of coverage over the next 12 months, while NEUTRAL denotes that a stock is not likely to provide similar gains over a 12-month period. As of 11/06/18, Sidoti provides research on 191 companies, of which 130 (68%) are rated BUY and 48 (32%) are rated NEUTRAL. Of the BUYS, Sidoti has received investment banking income from 4 companies (3.08%). Of the NEUTRALS, Sidoti has received investment banking income from 1 company (2.08%). Of the NEUTRALS, 19 trade above our price targets. A risk to our price target is that the analyst's estimates or forecasts may not be met. This report contains forward-looking statements, which involve risks and uncertainties. Actual results may differ significantly from such forward-looking statements. Factors that may cause such a difference include, but are not limited to, those discussed in the "Risk Factors" section in the SEC filings available in electronic format through SEC Edgar filings at www.sec.gov. The research analyst certifies that this report accurately reflects his/her personal views about the subject securities and issuers and that none of the research analyst's compensation was, is or will be directly or indirectly related to the analyst's specific recommendations or views contained in this research report. Sidoti research analysts seek to have management of their covered companies meet with investors during non-deal road shows. Analysts' compensation may be related to their success in scheduling non-deal road shows. Sidoti research analysts generally do not cover (or continue to cover) those companies that limit access to their senior executives by not participating in Sidoti-sponsored conferences and non-deal roadshows. A possible effect of this view may be that continued coverage decisions are made, in part, based on the willingness of management of covered companies to participate in such meetings. This approach could be viewed as presenting potential conflicts of interest. Sidoti does NOT own securities of the issues described herein. Sidoti policy does not allow an analyst or a member of their household to own shares in any company that he/she covers. Sidoti policy does not allow employees or household members to serve as an officer or director of a covered company. Sidoti does not make a market in any securities. Sidoti has non-research employees that will seek compensation for investment banking services from this company and trading revenue in connection with trading the securities of this company. Investment banking services, as defined under FINRA Rule 2241, includes, among other things,

## APPENDIX CONTINUED

acting as an underwriter in or as a member of the selling group in a securities underwriting. Sidoti's role in any investment banking transaction can be viewed on this company's filings at www.sec.gov. Sidoti employees, including research analysts, receive compensation that is based in part upon the overall performance of the firm, including revenues generated by Sidoti's investment banking and brokerage activities, but compensation is not directly related to investment banking or brokerage revenues. Sidoti also provides an additional research product called Company Sponsored Research.  The analysts providing Company Sponsored Research will be the same Sidoti analysts covering the relevant sector and some or all analysts will work on both products.

Other Disclosures

This report is for information purposes only and is not intended as an offer to sell or a solicitation to buy securities. Sidoti does not maintain a predetermined schedule for publication of research and will not necessarily update this report. The stock rating on this report reflects the analyst's recommendation based on a 12 month period. Information contained herein is based on sources we believe to be reliable but we do not guarantee their accuracy. Prices and opinions concerning the composition of market sectors included in this report reflect the judgments as of this date and are subject to change without notice. It should be presumed that the analyst who authored this report has had discussions with the subject company to ensure factual accuracy prior to publication. This report was prepared for market professionals and institutional investor customers. Market professionals and institutional investors should consider this report as only a single factor in making their investment decisions. This research report is not a substitute for the exercise of your independent judgment. At times, Sidoti may be in possession of material non-public information, none of which is used in the preparation of our research. Sidoti maintains and enforces written policies and procedures reasonably designed to prevent any controlling persons, officers (or persons performing similar functions), or employees of Sidoti from influencing the activities of research analysts and the content of research reports prepared by the research analyst. Reprints of Sidoti & Company, LLC reports are prohibited without permission. Additional information is available upon request.

Source
Key Statistics data is sourced from FactSet Research Systems