# EXHIBIT R

February 8, 2019 | Morning Meeting Note
Earnings Preview

**Sidoti & Company, LLC**

Equity Research



# Quad/Graphics Inc.  (QUAD)

## Maintain BUY Rating And $34 Target Ahead Of 4Q:18 EPS Results; Our Focus Remains The LSC Communications Acquisition, Which We Still Expect Will Be Completed Later This Year

| | 2017 | 2018E OLD | NEW | 2019E OLD | NEW | 2020E OLD | NEW |
|---|---|---|---|---|---|---|---|
| Mar. | $0.52 | $0.58A | | $0.25 | | $0.33 | |
| June | 0.24 | 0.23A | | 0.29 | | 0.35 | |
| Sep. | 0.46 | 0.45A | | 0.40 | | 0.41 | |
| Dec. | 0.58 | 0.62 | | 0.52 | | 0.56 | |
| EPS | $1.80 | $1.88 | | $1.47 | | $1.65 | |
| P/E | | 7.3x | | 9.4x | | 8.4x | |

Note: *Market capitalization and shares outstanding include 34.7 million Class A and 14.2 million Class B shares (owned by founding family and employees; do not trade; carry 10-to-1 voting rights). EPS exclude restructuring and impairment charges. 2017-2020E include $0.41 in annual stock-based compensation expense. The Russell 2000 Index includes QUAD. Sum of quarterly data may not equal full-year total due to rounding and/or change in share count. NC=Not covered by Sidoti & Co., LLC.

| Year | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018E | 2019E | 2020E |
|---|---|---|---|---|---|---|---|---|---|---|
| Rev.(Mil.) | $4417.9 | $4094.0 | $4795.9 | $4862.4 | $4657.7 | $4329.5 | $4134.4 | $4201.9 | $6211.7 | $8142.1 |
| GAAP EPS | ($1.00) | $1.80 | $0.60 | $0.38 | ($13.40) | $0.87 | $2.06 | $1.18 | $1.47 | $1.65 |

**Description:** Quad/Graphics Inc. (www.qg.com) is the second-largest commercial printer in North America. QUAD prints and helps to design products including magazines, direct mailers, retail inserts, and brochures for commercial customers. The company helps marketers and publishers to monetize print media in a multimedia channel world, and also aims to lower customers' postage and distribution costs. Headquarters are in Sussex, WI. On October 31, 2018 QUAD announced the acquisition of its largest competitor, LSC Communications, (NYSE: LKSD, NC); the transaction is expected to close by mid-2019.

| Release Date | Conference Call | Time (Eastern) | Contact | Co. Guidance | Consensus |
|---|---|---|---|---|---|
| February 20 | February 20 | 10:00 AM | (877) 328-5508 | N/A | $0.59 |

- **We project 4Q:18 EPS increased roughly 7% year over year on about 2% revenue growth and 80 basis points of SG&A improvement.**

- **Following significant labor and working capital cost reductions in 2017 that spurred a 33% increase in operating profit in 2017, we think QUAD was cycling a difficult year over year compare throughout all of 2018, all things considered.**

- **Our focus on the upcoming earnings call will be commentary QUAD likely will provide on the LKSD acquisition, which we expect will close by late June. Incremental commentary on industry margins trends will also be key on the call.**

- **In October 2018, QUAD announced the $1.4 billion acquisition of its largest commercial printing peer LSC Communications (NYSE: LKSD). We project the acquisition will significantly boost QUAD's annual revenue and FCF once completely integrated, starting in 2020.**

- **However, the EPS decline we envision for 2019 reflects the initial integration of LKSD, coupled with gross margin pressure given industry-wide commercial printing volume declines, which we do not expect will ease anytime soon.**

- **QUAD's shift to a more services-based model is encouraging, but we think it is taking longer than expected to "move the needle" of QUAD revenue or margin.**

- **Our $34 price target is based on roughly 21x our 2020 EPS estimate of $1.65. This equates to roughly 10x our 2020 FCF per share projection.**

- **Given the upside implied by the $34 target, we maintain a BUY rating.**

**We project 4Q:18 EPS increased about 7%, year over year.** We assume about a 2%

---

# BUY

Price Target: $34
Price: $13.80

**Daniel Jacome, CFA**
(212) 894-3338
(djacome@sidoti.com)

## Key Statistics

| | |
|---|---|
| **Analysts Covering** | 2 |
| **Market Cap (Mil)** | $710 |
| **Enterprise Value** | $1,797 |
| **52-Week Range (NYSE)** | 31-12 |
| **5-Year EPS CAGR** | 5% |
| **Avg. Daily Trading Volume** | 500,000 |
| **Shares Out (Mil)** | 51.615 |
| **Float Shares (Mil)** | 29.691 |
| **Insider Ownership** | 38% |
| **Institutional Holdings** | 62% |
| **Annualized Dividend** | $1.20 |
| **Dividend Yield** | 8.6% |
| **FCF Per Share (2020E)** | $3.53 |
| **FCF Yield (2020E)** | 25.6% |
| **Net Cash Per Share (2020E)** | ($18.71) |
| **Price to Book Value** | 1.5x |
| **Return on Equity (2020E)** | 5.9% |
| **Total Debt to Capital** | 68% |
| **Interest Coverage Ratio** | 3.1x |
| **Short Interest %** | 11.1% |
| **Short Interest Days To Cover** | 10.3 |
| **Russell 2000** | 1,506 |
| **Russell 2000 – Last 12 Months** | -3.6% |
| **QUAD – Last 12 Months** | -37.1% |



05-Feb-2016 to 06-Feb-2019 (Daily)    Price

Quad/Graphics, Inc. Class A

Source: FactSet Prices

Required disclosures appear in the Appendix
Member FINRA & SIPC

1212 Avenue of the Americas · 15th Floor
New York, NY 10036

Phone: 212-297-0001
www.sidoti.com

revenue increase and an 80-basis point improvement in the SG&A ratio as two critical EPS growth drivers.  While we assume volume declines across the North America commercial printing industry will not abate anytime soon, we think QUAD is doing a decent job managing labor costs and controlling pricing on larger-scale contracted printing work. Still, we expect gross margins will continue to decline and forecast 160 basis points of pressure in 4Q:18. The commercial printing industry carries significant fixed costs, indicating that just modest changes in volume spill over into large profitability swings. On the plus side, QUAD is making some progress "shifting" its traditional printing business more towards a *services-based* model, we think mix shift benefits are taking longer-than-expected to materialize.  We estimate at the end of 2018 services will represent roughly 17% of annualized revenue, up from 14% at the end of 2016.  The strengthening of the asset base into an integrated marketing platform (including high-touch digital analytics and cross-media consulting services) is a one reason we are bullish on the stock, the other is the LKSD acquisition.

**Our focus remains the LKSD acquisition**.  On October 31, 2018 QUAD announced the acquisition of its largest competitor in U.S. commercial printing.  We think the combined company will be significantly better equipped to serve North America customers across all media channels; QUAD and LKSD have a significant overlap in magazine and catalog customers, so there should be immediate cost and revenue synergies.  We also find the acquisition will substantially increase QUAD's presence in book publishing and fulfillment (includes book trimming and binding style production).  Book publishing represents about 28% of LKSD's annual revenue and LKSD prints for all 10 of the top U.S. book publishers and 8 of the top 10 largest worldwide book publishers, including customers in the educational book industry, including softcover and traditional case-bound textbooks utilized by both K-12 and college students.  LKSD provides mass production of color and page counts, while also servicing trim size and binding style.  Trade books are typically produced using enhanced digital printing processes and bound in a variety of formats; thus, they require significant machine capabilities and printing jobs that smaller commercial printers in the U.S. are often not able to process at the speed desired by customers. Lastly, we posit the combination of LKSD and QUAD should provide scale and warehousing capabilities so that the two can more efficiently meet the end-to-end supply chain management needs of the educational book industry.  We contend the acquisition  will yield transaction-specific distribution and printing efficiencies that will benefit customers, including future volume purchase discounts, which could significantly curb mailing and distribution costs across the U.S. printing supply chain.

**Looking at our model, the 21% EPS decline we project in 2019 represents the initial integration of the LKSD acquisition, as well as gross margin pressures stemming from fixed cost deleveraging associated with soft industry printing volumes**. On the upcoming conference call this month, we will be evaluating closely any commentary on projected cost synergies QUAD management thinks it may be able to achieve by way of this rather large-scale acquisition. If the commentary is more positive than we currently anticipate, we can quickly revisit our 2019 forecasts.

**By 2020, we expect EPS growth to resume, but *only* if the LKSD acquisition integration runs nearly perfectly.**  We project 13% growth in 2020. Here too, we may need to revisit our assumptions after QUAD provides a long-term revenue growth forecast during the call. Our bullish thesis assumes wide-scale improvement in printing unit economics that we think, for now, the integration of LKSD could bring to the combined entity. In light of steady mid-single digit annual *declines* in U.S. commercial printing volumes, we contend profitability improvement is a critical factor the investment community will scrutinizing this year and next.

**We maintain a BUY rating and $34 price target.**  QUAD stock trades at roughly 8x our 2020 EPS estimate of $1.65.  We find the valuation investors are currently according QUAD stock does not fully capture the upside potential of the combined company after the LSC Communications acquisition is integrated later this year.  Our $34 target is based on roughly 21x the 2020 EPS projection.  Given the different capital structures between LKSD and QUAD, we posit free cash flow will be the *primary* focus for investors in the next two years.  To that end, we note the $34 target implies about 10x our 2020 FCF per share estimate of $3.53.

**Exhibit 1: Quad Graphics 4Q:18 Earnings Preview**  (numbers in millions except EPS)

|  | 4Q:18E | 4Q:17A | $ change | % change |
|---|---|---|---|---|
| **Revenue** | $1,189,812 | $1,164,200 | $25,612.4 | 2.2% |
| Gross profit | $220,710 | $235,700 | (14989.8) | (6.4%) |
| Gross margin % | 18.6% | 20.2% | - | - |
| SG&A | $103,514 | $110,800 | (7286.3) | (6.6%) |
| SG&A ratio % | 8.7% | 9.5% | - | - |
| EBITDA | $117,197 | $124,900 | (7703.5) | (6.2%) |
| EBITDA margin % | 9.9% | 10.7% | - | - |
| **EPS** | $0.62 | $0.58 | 0.04 | 6.6% |

Sources:  Company reports and Sidoti & Company, LLC estimates.

| **Key Risks** | Concentrated stock ownership | Changes to USPS postal system | Weaker printing volumes |
|---|---|---|---|

QUAD/GRAPHICS INC.

Table 1: QUAD/Graphics, Inc. Income Statement
($ in thousands, except per share data)

| | 2016 | 1Q:17 | 2Q:17 | 3Q:17A | 4Q:17 | 2017 | 1Q:18 | 2Q:18 | 3Q:18 | 4Q:18E | 2018E | 1Q:19E | 2Q:19E | 3Q:19E | 4Q:19E | 2019E | 1Q:20E | 2Q:20E | 3Q:20E | 4Q:20E | 2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | $4,329,500 | $998,600 | $963,200 | $1,005,400 | $1,164,200 | $4,131,400 | $967,500 | $1,015,500 | $1,029,100 | $1,189,812 | $4,201,912 | $1,001,363 | $1,056,120 | $1,991,764 | $2,162,474 | $6,211,721 | $1,924,460 | $1,980,312 | 2,031,599 | 2,205,724 | $8,142,095 |
| Cost of sales | 3,394,800 | 781,100 | 765,000 | 784,800 | 928,500 | 3,259,400 | 792,400 | 826,700 | 831,700 | 969,102 | 3,419,902 | 821,936 | 861,669 | 1,651,535 | 1,803,287 | 5,138,427 | 1,605,227 | 1,641,445 | 1,699,193 | 1,851,926 | 6,797,790 |
| Gross profit | 934,700 | 217,500 | 198,200 | 220,600 | 235,700 | 872,000 | 175,100 | 188,800 | 197,400 | 220,710 | 782,010 | 179,426 | 194,451 | 340,229 | 359,187 | 1,073,293 | 319,233 | 338,868 | 332,406 | 353,798 | 1,344,305 |
| Selling, general and administrative expenses | 454,600 | 98,600 | 101,700 | 104,900 | 110,800 | 416,000 | 86,900 | 99,200 | 92,400 | 103,514 | 382,014 | 88,940 | 102,112 | 176,843 | 185,973 | 553,868 | 162,269 | 182,557 | 171,238 | 179,766 | 695,830 |
| Depreciation and amortization | 277,100 | 58,700 | 58,500 | 58,300 | 57,000 | 232,500 | 56,200 | 58,300 | 59,100 | 57,339 | 230,939 | 56,436 | 54,982 | 89,748 | 88,241 | 289,407 | 91,045 | 89,241 | 87,783 | 86,370 | 354,439 |
| Restructuring and impairment charges | 80,600 | 9,200 | 5,300 | 8,000 | 38,700 | 61,200 | 24,900 | 10,400 | 5,300 | 0 | 40,600 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Operating income (loss) | 122,400 | 51,000 | 32,700 | 49,400 | 29,200 | 162,300 | 7,100 | 20,900 | 40,600 | 59,857 | 128,457 | 34,050 | 37,357 | 73,638 | 84,974 | 230,019 | 65,919 | 67,070 | 73,386 | 87,662 | 294,036 |
| EBITDA | 480,100 | 118,900 | 96,500 | 115,700 | 124,900 | 456,000 | 110,500 | 89,600 | 105,000 | 117,197 | 422,297 | 90,486 | 92,339 | 163,386 | 173,214 | 519,425 | 156,964 | 156,311 | 161,169 | 174,032 | 648,475 |
| Interest expense | 77,200 | 18,200 | 17,600 | 17,800 | 17,500 | 71,100 | 17,300 | 18,400 | 18,300 | 18,794 | 72,794 | 19,229 | 19,622 | 36,775 | 36,146 | 111,772 | 35,978 | 35,537 | 35,248 | 34,960 | 141,723 |
| Net pension expense (income) | 0 | (2,600) | 0 | 0 | 0 | (2,600) | (3,100) | (3,100) | (3,100) | (3,100) | (12,400) | (3,100) | (3,100) | (3,100) | (3,100) | (12,400) | (3,100) | (3,100) | (3,100) | (3,100) | (12,400) |
| Loss on debt extinguishment | (14,100) | 2,600 | 0 | 0 | 0 | 2,600 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Pre-tax income | 59,300 | 32,800 | 15,100 | 31,600 | 11,700 | 91,200 | (7,100) | 5,600 | 25,400 | 44,163 | 68,063 | 17,921 | 20,835 | 39,963 | 51,927 | 130,647 | 33,040 | 34,633 | 41,237 | 55,802 | 164,713 |
| Taxes | 13,000 | 6,700 | 8,300 | 11,800 | (42,800) | (16,000) | (3,300) | (3,700) | 3,100 | 12,675 | 8,775 | 5,018 | 5,834 | 11,190 | 14,540 | 36,581 | 9,251 | 9,697 | 11,546 | 15,625 | 46,120 |
| Earnings before equity in earnings of unconsolidated entities | 46,300 | 26,100 | 6,800 | 19,800 | 54,500 | 107,200 | (3,800) | 9,300 | 22,300 | 31,488 | 59,288 | 12,903 | 15,001 | 28,774 | 37,388 | 94,066 | 23,789 | 24,936 | 29,691 | 40,178 | 118,593 |
| Equity in earnings of unconsolidated entities | (1,400) | (700) | (100) | 0 | 800 | 0 | 300 | 200 | 200 | 0 | 700 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Net income to QUAD shareholders | 44,900 | 25,400 | 6,700 | 19,800 | 55,300 | 107,200 | (3,500) | 9,500 | 22,500 | 31,488 | 59,988 | 12,903 | 15,001 | 28,774 | 37,388 | 94,066 | 23,789 | 24,936 | 29,691 | 40,178 | 118,593 |
| Net loss attributable to noncontrolling interests | - | | | | | - | | 100 | (900) | | - | | | | - | | | | | - | |
| GAAP net income | 44,900 | 25,400 | 6,700 | 19,800 | 55,300 | 107,200 | (3,500) | 9,400 | 23,400 | 31,488 | 60,788 | 12,903 | 15,001 | 28,774 | 37,388 | 94,066 | 23,789 | 24,936 | 29,691 | 40,178 | 118,593 |
| Adjusted net income | 75,488 | 26,760 | 12,200 | 23,800 | 30,240 | 93,000 | 30,099 | 12,000 | 23,000 | 31,488 | 96,587 | 12,903 | 15,001 | 28,774 | 37,388 | 94,066 | 23,789 | 24,936 | 29,691 | 40,178 | 118,593 |
| GAAP diluted EPS | $0.87 | $0.49 | $0.13 | $0.38 | $1.06 | $2.06 | ($0.07) | $0.18 | $0.46 | $0.62 | $1.18 | $0.25 | $0.29 | $0.40 | $0.52 | $1.47 | $0.33 | $0.35 | $0.41 | $0.56 | $1.65 |
| **Adjusted diluted EPS** | **$1.49** | **$0.52** | **$0.24** | **$0.46** | **$0.58** | **$1.80** | **$0.58** | **$0.23** | **$0.45** | **$0.62** | **$1.88** | **$0.25** | **$0.29** | **$0.40** | **$0.52** | **$1.47** | **$0.33** | **$0.35** | **$0.41** | **$0.56** | **$1.65** |
| | | | | | | | | | | | | | | | | | | | | | |
| Diluted shares | 49,450 | 51,500 | 51,700 | 51,500 | 52,300 | 51,750 | 50,100 | 52,500 | 51,100 | 51,100 | 51,200 | 51,100 | 51,100 | 71,725 | 71,725 | 61,413 | 71,725 | 71,725 | 71,725 | 71,725 | 71,725 |
| | | | | | | | | | | | | | | | | | | | | | |
| Margin analysis: | | | | | | | | | | | | | | | | | | | | | |
| Gross margins | 21.6% | 21.8% | 20.6% | 21.9% | 20.2% | 21.1% | 18.1% | 18.6% | 19.2% | 18.6% | 18.6% | 17.9% | 18.4% | 17.1% | 16.6% | 17.3% | 16.6% | 17.1% | 16.4% | 16.0% | 16.5% |
| SG&A | 10.5% | 9.9% | 10.6% | 10.4% | 9.5% | 10.1% | 9.0% | 9.8% | 9.0% | 8.7% | 9.1% | 8.9% | 9.7% | 8.9% | 8.6% | 8.9% | 8.4% | 9.2% | 8.4% | 8.2% | 8.5% |
| EBIT | 2.8% | 5.1% | 3.4% | 4.9% | 2.5% | 3.9% | 0.7% | 2.1% | 3.9% | 5.0% | 3.1% | 3.4% | 3.5% | 3.7% | 3.9% | 3.7% | 3.4% | 3.4% | 3.6% | 4.0% | 3.6% |
| EBITDA | 11.1% | 11.9% | 10.0% | 11.5% | 10.7% | 11.0% | 11.4% | 8.8% | 10.2% | 9.9% | 10.1% | 9.0% | 8.7% | 8.2% | 8.0% | 8.4% | 8.2% | 7.9% | 7.9% | 7.9% | 8.0% |
| Tax rate | 21.9% | 20.4% | 55.0% | 37.3% | NM | NM | NM | NM | 12.2% | 28.7% | 20.5% | 28.0% | 28.0% | 28.0% | 28.0% | 28.0% | 28.0% | 28.0% | 28.0% | 28.0% | 28.0% |
| Net margin | 1.7% | 2.7% | NM | 2.4% | 2.6% | 2.3% | 3.1% | NM | 2.2% | 2.6% | 2.3% | 1.3% | NM | 1.4% | 1.7% | 1.5% | 1.2% | NM | 1.5% | 1.8% | 1.5% |
| | | | | | | | | | | | | | | | | | | | | | |
| Year-over-year growth: | | | | | | | | | | | | | | | | | | | | | |
| Revenue | | 9.2% | (6.2%) | (4.7%) | (6.8%) | (4.6%) | (3.1%) | 5.4% | 2.4% | 2.2% | 1.7% | 3.5% | 4.0% | 93.5% | 81.7% | 47.8% | 92.2% | 87.5% | 2.0% | 2.0% | 31.1% |
| Gross profit | 9.2% | (9.0%) | (10.0%) | (4.5%) | (1.7%) | (6.7%) | (19.5%) | (4.7%) | (10.5%) | (6.4%) | (10.3%) | 2.5% | 3.0% | 72.4% | 62.7% | 37.2% | 77.9% | 74.3% | (2.3%) | (1.5%) | 25.3% |
| SG&A | 1.4% | (17.1%) | (10.0%) | (4.5%) | (1.7%) | (8.5%) | (11.9%) | (2.5%) | (11.9%) | (6.6%) | (8.2%) | 2.3% | 2.9% | 91.4% | 79.7% | 45.0% | 82.4% | 78.8% | (3.2%) | (3.3%) | 25.6% |
| EBIT | NM | NM | NM | 46.2% | (53.1%) | 32.6% | (86.1%) | (36.1%) | (17.8%) | NM | (20.9%) | 379.6% | 78.7% | 81.4% | 42.0% | 79.1% | 93.6% | 79.5% | (0.3%) | 3.2% | 27.8% |
| EBITDA | 17.7% | (0.9%) | NM | (4.9%) | (10.9%) | (5.0%) | (7.1%) | (7.2%) | (9.2%) | (6.2%) | (7.4%) | (18.1%) | 3.1% | 55.6% | 47.8% | 23.0% | 73.5% | 69.3% | (1.4%) | 0.5% | 24.8% |
| Net income | NM | NM | NM | (1.6%) | (19.4%) | (19.4%) | 12.5% | (1.6%) | (3.4%) | 4.1% | 4.1% | (57.1%) | 25.0% | 25.1% | 18.7% | 18.7% | 84.4% | 66.2% | 3.2% | 7.5% | 7.5% |
| Adjusted EPS | NM | NM | NM | (3.3%) | (20.9%) | 20.2% | 12.5% | (3.1%) | (2.6%) | 6.6% | 4.6% | (56.8%) | 28.4% | (10.9%) | (15.4%) | (21.9%) | 31.3% | 18.4% | 3.2% | 7.5% | 12.6% |

Sources: Company reports and Sidoti & Company, LLC estimates.

**Table 2: QUAD/Graphics, Inc Cash Flow Statement**
($ in thousands, except per share data)

| | 2016 | 1Q:17 | 2Q:17 | 3Q:17 | 4Q:17 | 2017 | 1Q:18 | 2Q:18 | 3Q:18 | 4Q:18E | 2018E | 2019E | 2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Net income (loss) | $44,900 | $25,400 | $6,700 | $19,800 | $55,300 | $107,200 | ($3,500) | $9,500 | $22,500 | $31,488 | $59,988 | $94,066 | $118,593 |
| Adjustments to reconcile net income (loss) to net cash: | - | - | - | - | - | - | - | - | - | | - | - | |
| Depreciation and amortization | 277,100 | 58,700 | 58,500 | 58,300 | 57,000 | 232,500 | 56,200 | 58,300 | 59,100 | 57,339 | 230,939 | 289,107 | 354,439 |
| ESOP plan contribution | - | - | - | - | - | - | - | - | 22,300 | - | 22,300 | - | - |
| Impairment charges | 26,800 | 400 | 300 | 300 | 11,000 | 12,000 | 22,300 | - | (6,300) | - | 16,000 | - | - |
| Goodwill impairment | - | - | - | - | - | - | 7,900 | 3,600 | (11,500) | - | - | - | - |
| Amortization of debt issuance costs | - | - | 1,800 | (1,800) | - | - | - | - | - | - | - | - | - |
| Loss or gain on debt extinguishment | (14,100) | 2,600 | - | - | - | 2,600 | - | - | - | - | - | - | - |
| Stock-based compensation charges | 15,200 | 6,000 | 3,700 | 3,300 | 3,400 | 16,400 | 5,400 | 3,700 | 3,200 | 3,000 | 15,300 | 12,000 | 12,000 |
| Curtailment gain on postretirement benefit plan | - | - | - | - | 800 | 800 | - | - | - | - | - | - | - |
| Gain on disposal of discontinued operations, net of tax | 7,000 | (3,700) | 3,700 | - | (6,900) | (6,900) | - | (18,300) | 7,600 | - | (10,700) | - | - |
| Loss on sales or disposal of property, plant and equipment | (9,000) | - | (7,100) | (200) | 15,000 | 7,700 | (2,200) | 100 | 2,100 | - | - | - | - |
| Deferred income taxes | (26,600) | 3,200 | 3,200 | 9,100 | (38,000) | (22,500) | 900 | 200 | (1,600) | - | (500) | - | - |
| Equity in earnings of unconsolidated entities | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Dividends from unconsolidated entities | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Gain from property insurance claim | - | - | - | - | (5,000) | (5,000) | (17,200) | 17,200 | (18,300) | - | (18,300) | (18,300) | (18,300) |
| Other non-cash adjustments | 5,600 | 1,600 | (5,800) | 2,700 | 5,000 | 3,500 | 600 | 600 | 700 | - | 1,900 | - | - |
| Changes in operating assets & liabilities (working capital) | 25,600 | (30,900) | (16,100) | (24,000) | 66,700 | (4,300) | (68,200) | (36,600) | (73,700) | 172,918 | (5,582) | (27,249) | (33,513) |
| **Net cash provided by operating activities** | **352,500** | **63,300** | **48,900** | **67,500** | **164,300** | **344,000** | **2,200** | **38,300** | **6,100** | **264,745** | **311,345** | **349,623** | **433,220** |
| Purchase of property, plant and equipment | (106,100) | (23,400) | (19,400) | (18,800) | (24,300) | (85,900) | (24,200) | (29,600) | (31,200) | (12,000) | (97,000) | (130,000) | (168,000) |
| Investment in ManipalTech | (9,900) | - | - | - | - | - | - | - | - | - | - | - | - |
| Proceeds from the sale of property, plant and equipment or businesses sold | 25,900 | 10,800 | 11,000 | 1,100 | 15,100 | 38,000 | 4,300 | 4,600 | 13,400 | - | 22,300 | - | - |
| Transfers from restricted cash | 4,400 | 6,300 | 1,800 | - | 1,800 | 9,900 | - | - | - | - | - | - | - |
| Deposit paid related to Vertis acquisition | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Deposit refunded related to business exchange transaction | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Purchase price payments on business exchange transaction | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Acquisition of business (net of cash acquired) & other | 1,300 | 3,000 | (3,000) | 5,000 | (5,000) | - | (73,900) | 2,500 | - | - | (71,400) | - | - |
| Loss to an unconsolidated entity | - | (5,000) | 5,000 | (5,000) | (2,300) | (7,300) | - | - | - | - | - | - | - |
| Proceeds from property insurance claims | - | - | - | - | 8,000 | 8,000 | 13,400 | 1,100 | - | - | 14,500 | - | - |
| **Net cash provided by (used) by investing activities** | **(84,400)** | **(8,300)** | **(4,600)** | **(17,700)** | **(6,700)** | **(37,300)** | **(80,400)** | **(21,400)** | **(17,800)** | **(12,000)** | **(131,600)** | **(130,000)** | **(168,000)** |
| Proceeds from issuance of long-term debt | 19,700 | 375,000 | - | - | - | 375,000 | - | - | 300 | - | 300 | - | - |
| Payments of long-term debt | (192,000) | (384,000) | (25,200) | (15,100) | (98,600) | (522,900) | (5,000) | (16,500) | (6,300) | (17,000) | (44,800) | (68,000) | (60,000) |
| Payments of capital lease obligations | (9,500) | (2,100) | (2,100) | (1,700) | (1,700) | (7,600) | (1,600) | (1,800) | (1,500) | - | (4,900) | - | - |
| Borrowings on revolving credit facilities | 871,900 | 67,000 | 203,600 | 255,100 | 192,800 | 718,500 | 245,500 | 651,100 | 933,400 | - | 1,830,000 | - | - |
| Payments on revolving credit facilities | (918,000) | (83,800) | (203,600) | (263,000) | (185,600) | (736,000) | (174,000) | (617,900) | (900,000) | - | (1,691,900) | 132,000 | - |
| Payment of debt issuance costs | (100) | (4,600) | (100) | - | - | (4,700) | - | - | - | - | - | (99,000) | (33,000) |
| Bankruptcy claim payments on unsecured notes to be issued | (300) | (4,100) | - | - | 4,100 | - | - | - | - | - | - | - | - |
| Proceeds from stock issuance or share repurchases | (8,800) | - | - | (3,800) | - | (3,800) | 4,000 | (40,700) | - | - | (36,700) | - | - |
| Shares withheld from employees for the tax obligation on equity grants & other | (1,400) | - | (5,900) | - | (100) | (6,000) | (7,500) | - | (1,500) | - | (9,000) | - | - |
| Tax benefit on dividends paid on outstanding stock options & other | 30,300 | (4,600) | 7,000 | - | 200 | 2,600 | - | 4,000 | 100 | - | 4,100 | - | - |
| Payment of cash dividends | (61,100) | (16,800) | (14,900) | (14,800) | (16,000) | (62,500) | (17,200) | (15,000) | (15,300) | (15,400) | (62,900) | (61,600) | (61,600) |
| Payment of tax distributions and other financing activities | - | - | - | - | (4,300) | (4,300) | - | - | - | - | - | - | - |
| **Net cash used in financing activities** | **(269,300)** | **(58,000)** | **(41,200)** | **(43,300)** | **(109,200)** | **(251,700)** | **44,200** | **(36,800)** | **9,200** | **(32,400)** | **(15,800)** | **(96,600)** | **(154,600)** |
| Effect of exchange rate | (600) | 500 | (900) | 200 | 500 | 300 | (200) | (1,400) | (100) | (300) | (2,000) | 18,600 | 18,300 |
| Cash and cash equivalents at beginning of period | 10,800 | 9,000 | 6,500 | 8,700 | 15,400 | 9,000 | 56,300 | 30,200 | 8,900 | 6,300 | 56,300 | 226,345 | 367,969 |
| Net increase (decrease) in cash and cash equivalents | (1,800) | (2,500) | 2,200 | 6,700 | 48,900 | 55,300 | (34,200) | (21,300) | (2,600) | 220,045 | 161,945 | 141,623 | 128,920 |
| Cash and cash equivalents at end of period | 9,000 | 6,500 | 8,700 | 15,400 | 56,300 | 56,300 | 30,200 | 8,900 | 6,300 | 226,345 | 226,345 | 367,969 | 496,888 |
| Free cash flow excluding stock-based comp | 231,200 | 33,900 | 25,800 | 45,400 | 136,600 | 241,700 | (27,400) | 5,000 | (28,300) | 249,745 | 199,045 | 207,623 | 253,220 |
| **Free cash flow per share excluding stock-based comp** | **$4.75** | **$0.66** | **$0.50** | **$0.88** | **$2.61** | **$4.65** | **($0.55)** | **$0.10** | **($0.55)** | **$4.89** | **$3.88** | **$3.15** | **$3.53** |

Sources: Company reports and Sidoti & Company, LLC estimates.

Case 1:19-cv-10376-VEC   Document 71-18   Filed 07/14/20   Page 5 of 8

**Table 3: QUAD/Graphics, Inc Balance Sheet**
($ in thousands, except per share data)

| | 2016 | 1Q:17 | 2Q:17 | 3Q:17 | 2017 | 1Q:18 | 2Q:18 | 3Q:18 | 2018E | 2019E | 2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash and cash equivalents | $9,000 | $6,500 | $8,700 | $15,400 | $56,300 | $30,200 | $8,900 | $6,300 | $226,345 | $367,969 | $496,888 |
| Other cash equivalents | - | - | - | - | 8,000 | - | - | - | - | - | - |
| Receivables, less allowance for doubtful accounts | 563,600 | 505,100 | 508,600 | 542,000 | 552,500 | 531,300 | 510,400 | 553,000 | 469,405 | 622,082 | 586,179 |
| Inventory | 265,400 | 269,000 | 264,400 | 308,000 | 246,500 | 269,200 | 290,700 | 354,500 | 252,232 | 479,230 | 568,262 |
| Prepaid expenses and other current assets | 54,400 | 50,900 | 41,700 | 40,700 | 45,100 | 55,400 | 68,100 | 57,600 | 23,796 | 51,899 | 52,937 |
| Deferred income taxes | - | - | - | - | - | - | - | - | - | - | - |
| Short-term restricted cash | 10,200 | 3,800 | 2,000 | 2,000 | 100 | - | - | - | - | - | - |
| Current assets of discontinued operations | - | - | - | - | - | - | - | - | - | - | - |
| Total current assets | 902,600 | 835,300 | 825,400 | 908,100 | 908,500 | 886,100 | 878,100 | 971,400 | 971,779 | 1,521,179 | 1,704,266 |
| Property, plant and equipment | 1,519,900 | 1,487,200 | 1,458,100 | 1,427,400 | 1,377,600 | 1,351,900 | 1,306,800 | 1,284,500 | 1,245,661 | 1,996,554 | 1,810,415 |
| Goodwill | - | - | - | - | - | 88,000 | 56,100 | 55,500 | 55,500 | 55,500 | 55,500 |
| Other intangible assets | 59,700 | 55,400 | 52,000 | 47,800 | 43,400 | 116,600 | 128,500 | 121,700 | 115,200 | 114,900 | 114,600 |
| Long-term restricted cash | - | - | - | - | - | - | - | - | - | - | - |
| Equity method investments in unconsolidated entities | 3,600 | 3,100 | 2,800 | 3,000 | 3,600 | 3,900 | 3,500 | 3,600 | 3,600 | 3,600 | 3,600 |
| Other long-term assets | 84,300 | 89,900 | 93,500 | 91,100 | 119,300 | 96,400 | 96,900 | 97,100 | 97,100 | 97,100 | 97,100 |
| Long-term assets of discontinued operations | - | - | - | - | - | - | - | - | - | - | - |
| **Total assets** | **2,570,100** | **2,470,900** | **2,431,800** | **2,477,400** | **2,452,400** | **2,542,900** | **2,469,900** | **2,533,800** | **2,488,839** | **3,788,833** | **3,785,481** |
| Accounts payable | 323,500 | 304,400 | 299,000 | 344,500 | 381,600 | 388,600 | 396,100 | 432,000 | 385,251 | 765,780 | 786,434 |
| Amounts owing in satisfaction of bankruptcy claims | 2,300 | 2,100 | 2,100 | 2,100 | - | - | - | - | - | - | - |
| Accrued liabilities | 356,700 | 289,500 | 295,300 | 312,700 | 316,700 | 283,200 | 272,100 | 282,700 | 282,700 | 282,700 | 282,700 |
| Purchase price payable on business exchange transaction | - | - | - | - | - | - | - | - | - | - | - |
| Short-term debt and current portion of long-term debt | 84,700 | 71,600 | 68,600 | 66,800 | 42,000 | 43,500 | 36,900 | 42,300 | 42,000 | 75,000 | 42,000 |
| Current portion of capital lease obligations | 7,400 | 7,200 | 6,700 | 6,200 | 5,600 | 5,700 | 5,400 | 5,100 | 5,100 | 5,100 | 5,100 |
| Current liabilities of discontinued operations | - | - | - | - | - | - | - | - | - | - | - |
| Total current liabilities | 774,600 | 674,800 | 671,700 | 732,300 | 745,900 | 721,000 | 710,500 | 762,100 | 715,051 | 1,128,580 | 1,116,234 |
| Long-term debt | 1,019,800 | 1,006,000 | 986,400 | 966,400 | 903,500 | 970,300 | 993,200 | 1,015,900 | 998,900 | 1,840,900 | 1,780,900 |
| Unsecured notes to be issued | 5,400 | 900 | 900 | 900 | - | - | - | - | - | - | - |
| Capital lease obligations | 18,900 | 17,600 | 16,100 | 14,800 | 13,700 | 13,300 | 12,300 | 11,100 | 11,100 | 11,100 | 11,100 |
| Deferred income taxes | 35,300 | 38,600 | 41,500 | 50,700 | 41,900 | 44,700 | 44,900 | 44,000 | 44,000 | 44,000 | 44,000 |
| Other long-term liabilities, including pension liability | 274,600 | 271,900 | 256,400 | 246,300 | 225,000 | 224,900 | 205,700 | 187,500 | 187,500 | 187,500 | 187,500 |
| Long-term liabilities of discontinued operations | - | - | - | - | - | - | - | - | - | - | - |
| Total liabilities | 2,128,600 | 2,009,800 | 1,973,000 | 2,011,400 | 1,930,000 | 1,974,200 | 1,966,600 | 2,020,600 | 1,956,551 | 3,212,080 | 3,139,734 |
| Redeemable equity | - | - | - | - | - | - | - | - | - | - | - |
| Noncontrolling interests | - | - | - | - | - | - | - | - | - | - | - |
| Total shareholders' equity | 441,500 | 461,100 | 458,800 | 466,000 | 522,400 | 568,700 | 503,300 | 513,200 | 532,288 | 576,754 | 645,747 |
| **Total liabilities and shareholders' equity** | **2,570,100** | **2,470,900** | **2,431,800** | **2,477,400** | **2,452,400** | **2,542,900** | **2,469,900** | **2,533,800** | **2,488,839** | **3,788,833** | **3,785,481** |

Sources: Company reports and Sidoti & Company, LLC estimates.

**Appendix**
Required Disclosures

# Required Disclosures

## Quad/Graphics Inc.  (QUAD-$13.80)     BUY     Price Target: $34     February 8, 2019

Rating and Price Target History Table

| Action | Date | Px | Rating | PT |
|---|---|---|---|---|
| Rating | 3/4/16 | 12.9 | Suspended | 22 |
| Initiation | 6/8/16 | 20.5 | Buy | 26 |
| PT | 7/11/16 | 24.2 | | 28 |
| Rating | 7/15/16 | 26.5 | Neutral | 28 |
| Rating | 8/2/16 | 25 | Buy | 32 |
| PT | 8/2/16 | 25 | | 32 |
| PT | 11/25/16 | 27.2 | | 34 |
| PT | 2/23/17 | 24.8 | | 36 |
| PT | 5/2/18 | 24.3 | | 34 |
| PT | 7/27/18 | 20 | | 31 |
| PT | 10/19/18 | 16.9 | | 34 |



Quad/Graphics, Inc. Class A (QUAD)
Source: FactSet Prices

| Key Risks | Concentrated stock ownership | Changes to USPS postal system | Weaker printing volumes |
|---|---|---|---|

## Valuation:

**We maintain a BUY rating and $34 price target.**  QUAD stock trades at roughly 8x our 2020 EPS estimate of $1.65.  We find the valuation investors are currently according QUAD stock does not fully capture the upside potential of the combined company after the LSC Communications acquisition is integrated later this year.  Our $34 target is based on roughly 21x the 2020 EPS projection.  Given the different capital structures between LKSD and QUAD, we posit free cash flow will be the *primary* focus for investors in the next two years.  To that end, we note the $34 target implies about 10x our 2020 FCF per share estimate of $3.53.

Required Disclosures
The Sidoti & Company, LLC (Sidoti) Equity Research rating system consists of BUY and NEUTRAL recommendations. BUY suggests capital appreciation of at least 25% from initiation of coverage over the next 12 months, while NEUTRAL denotes that a stock is not likely to provide similar gains over a 12-month period. As of 02/08/19, Sidoti provides research on 200 companies, of which 137 (68%) are rated BUY and 47 (32%) are rated NEUTRAL. Of the BUYS, Sidoti has received investment banking income from 4 companies (2.92%). Of the NEUTRALS, Sidoti has received investment banking income from 1 company (2.13%). Of the NEUTRALS, 16 trade above our price targets. A risk to our price target is that the analyst's estimates or forecasts may not be met. This report contains forward-looking statements, which involve risks and uncertainties. Actual results may differ significantly from such forward-looking statements. Factors that may cause such a difference include, but are not limited to, those discussed in the "Risk Factors" section in the SEC filings available in electronic format through SEC Edgar filings at www.sec.gov. The research analyst certifies that this report accurately reflects his/her personal views about the subject securities and issuers and that none of the research analyst's compensation was, is or will be directly or indirectly related to the analyst's specific recommendations or views contained in this research report. Sidoti research analysts seek to have management of their covered companies meet with investors during non-deal road shows. Analysts' compensation may be related to their success in scheduling non-deal road shows. At any point in time a Sidoti covered Company may make a commitment to pay for corporate access, including attendance at a Sidoti conference or for the provision of Non-Deal Roadshows days with institutional or other investors.  Sidoti research analysts generally do not cover (or continue to cover) those companies that limit access to their senior executives by not participating in Sidoti-sponsored conferences and non-deal roadshows. A possible effect of this view may be that continued coverage decisions are made, in part, based on the willingness of management of covered companies to participate in such meetings. This approach could be viewed as presenting potential conflicts of interest. Sidoti does NOT own securities of the issues described herein. Sidoti policy does not allow an analyst or a member of their household to own shares in any company that he/she covers. Sidoti policy does not allow employees or household members to serve as an officer or director

**APPENDIX CONTINUED**

of a covered company. Sidoti does not make a market in any securities. Sidoti has non-research employees that will seek compensation for investment banking services from this company and trading revenue in connection with trading the securities of this company. Investment banking services, as defined under FINRA Rule 2241, includes, among other things, acting as an underwriter in or as a member of the selling group in a securities underwriting. Sidoti's role in any investment banking transaction can be viewed on this company's filings at www.sec.gov. Sidoti employees, including research analysts, receive compensation that is based in part upon the overall performance of the firm, including revenues generated by Sidoti's investment banking and brokerage activities, but compensation is not directly related to investment banking or brokerage revenues. Sidoti also provides an additional research product called Company Sponsored Research.  The analysts providing Company Sponsored Research will be the same Sidoti analysts covering the relevant sector and some or all analysts will work on both products.  This company has paid a fee to Sidoti & Company, LLC to present at the September 2018 Sidoti Fall Conference.

Other Disclosures
This report is for information purposes only and is not intended as an offer to sell or a solicitation to buy securities. Sidoti does not maintain a predetermined schedule for publication of research and will not necessarily update this report. The stock rating on this report reflects the analyst's recommendation based on a 12 month period. Information contained herein is based on sources we believe to be reliable but we do not guarantee their accuracy. Prices and opinions concerning the composition of market sectors included in this report reflect the judgments as of this date and are subject to change without notice. It should be presumed that the analyst who authored this report has had discussions with the subject company to ensure factual accuracy prior to publication. This report was prepared for market professionals and institutional investor customers. Market professionals and institutional investors should consider this report as only a single factor in making their investment decisions. This research report is not a substitute for the exercise of your independent judgment. At times, Sidoti may be in possession of material non-public information, none of which is used in the preparation of our research. Sidoti maintains and enforces written policies and procedures reasonably designed to prevent any controlling persons, officers (or persons performing similar functions), or employees of Sidoti from influencing the activities of research analysts and the content of research reports prepared by the research analyst. Reprints of Sidoti & Company, LLC reports are prohibited without permission. Additional information is available upon request.

Source
Key Statistics data is sourced from FactSet Research Systems