# EXHIBIT T

December 17, 2018 | Intraday Note
Company Update

**Sidoti & Company, LLC**
Equity Research



# Quad/Graphics Inc. (QUAD)

## "Second Information Request" From Department Of Justice Is Received Relating To Acquisition Of LSC Communications; Estimate Deal Would Enhance FCF; Maintain BUY, $34 Price Target

| | 2017 | 2018E | | 2019E | | 2020E | |
|---|---|---|---|---|---|---|---|
| | | **OLD** | **NEW** | **OLD** | **NEW** | **OLD** | **NEW** |
| Mar. | $0.52 | $0.58A | | $0.25 | | $0.33 | |
| June | 0.24 | 0.23A | | 0.29 | | 0.35 | |
| Sep. | 0.46 | 0.45A | | 0.40 | | 0.41 | |
| Dec. | 0.58 | 0.62 | | 0.52 | | 0.56 | |
| **EPS** | **$1.80** | **$1.88** | | **$1.47** | | **$1.65** | |
| **P/E** | | **7.1x** | | **9.0x** | | **8.0x** | |

Note: *Market capitalization and shares outstanding include 34.7 million Class A and 14.2 million Class B shares (owned by founding family and employees; do not trade; carry 10-to-1 voting rights). EPS exclude restructuring and impairment charges. 2017-2020E include $0.41 in annual stock-based compensation expense. The Russell 2000 Index includes QUAD. Sum of quarterly data may not equal full-year total due to rounding and/or change in share count. NC=Not covered by Sidoti & Co., LLC.

| Year | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018E | 2019E | 2020E |
|---|---|---|---|---|---|---|---|---|---|---|
| Rev.(Mil.) | $4417.9 | $4094.0 | $4795.9 | $4862.4 | $4657.7 | $4329.5 | $4134.4 | $4201.9 | $6211.7 | $8142.1 |
| GAAP EPS | ($1.00) | $1.80 | $0.60 | $0.38 | ($13.40) | $0.87 | $2.06 | $1.18 | $1.47 | $1.65 |

**Description:** Quad/Graphics Inc. (www.qg.com) is the second-largest commercial printer in North America. QUAD prints and helps to design products including magazines, direct mailers, retail inserts, and brochures for commercial customers. The company helps marketers and publishers to monetize print media in a multimedia channel world, and also aims to lower customers' postage and distribution costs. Headquarters are in Sussex, WI. On October 31, 2018 QUAD announced the acquisition of its largest competitor, LSC Communications, (NYSE: LKSD, NC); the transaction is expected to close by mid-2019.

- **On December 14th, after the market close, QUAD announced that the Department of Justice (DOJ) asked for additional information on its proposed acquisition of LSC Communications (NYSE: LKSD, NC) that was announced in October.**
- **Second information requests are common in concentrated industries where a handful of participants have significant market share; given the fragmented industry that QUAD/LKSD operate in, we were surprised by this request.**
- **We think QUAD should be able to respond to the DOJ request within the next 30 days if we are right that the DOJ merely needs more specific market share data regarding customers in the magazine and catalog end markets.**
- **We still expect the deal to close in early 2019 and start contributing to operations in 2H:19.**
- **We think the acquisition of LKSD will significantly boost QUAD's annual revenue and FCF. We estimate FCF per share of $3.15 in 2019 and $3.53 in 2020.**
- **Our $34 price target is based on about 21x our 2020 EPS estimate of $1.65. This equates to roughly 10x our 2020 FCF per share projection.**
- **Given the upside implied by the $34 target, we maintain a BUY rating.**

After the market close on December 14th, management announced that the DOJ requested "additional information" on QUAD's proposed acquisition of LKSD, QUAD's leading competitor in U.S. commercial printing. The DOJ is reviewing the acquisition, which was announced on October 31, 2018. We were a bit surprised by the DOJ request because we estimate that QUAD and LKSD, once the transaction is complete, will control no more than 11% (in year one of the two entities being fully integrated) of the U.S. commercial printing industry. Such market share concentration is typically not indicative of potential anticompetitive business practices. We also project that the U.S. commercial printing industry will remain fragmented even after the QUAD-LKSD combination is complete. This is important because we usually find that the DOJ's main focus in these additional information

## BUY
Price Target: $34
Price: $13.28

**Daniel Jacome, CFA**
(212) 894-3338
(djacome@sidoti.com)

### Key Statistics

| | |
|---|---|
| **Analysts Covering** | 2 |
| **Market Cap (Mil)*** | $690 |
| **Enterprise Value** | $1,754 |
| **52-Week Range (NYSE)** | 31-13 |
| **5-Year EPS CAGR** | 5% |
| **Avg. Daily Trading Volume** | 540,000 |
| **Shares Out (Mil)*** | 51.615 |
| **Float Shares (Mil)** | 30.411 |
| **Insider Ownership** | 38% |
| **Institutional Holdings** | 62% |
| **Annualized Dividend** | $1.20 |
| **Dividend Yield** | 9.2% |
| **FCF Per Share (2020E)** | $3.53 |
| **FCF Yield (2020E)** | 26.6% |
| **Net Cash Per Share (2020E)** | ($18.71) |
| **Price to Book Value** | 1.4x |
| **Return on Equity (2020E)** | 5.9% |
| **Total Debt to Capital** | 68% |
| **Interest Coverage Ratio** | 3.1x |
| **Short Interest %** | 9.0% |
| **Short Interest Days To Cover** | 5.2 |
| **Russell 2000** | 1,416 |
| **Russell 2000 – Last 12 Months** | -8.6% |
| **QUAD – Last 12 Months** | -41.9% |



Source: FactSet Prices

Required disclosures appear in the Appendix
Member FINRA & SIPC

1212 Avenue of the Americas · 15th Floor
New York, NY 10036

Phone: 212-297-0001
www.sidoti.com

QUAD/GRAPHICS INC.

requests is to ensure that the proposed combination does not impede competition in the long term.

**We do not think the DOJ's request necessarily indicates that the deal is in trouble.**  As we understand it, the DOJ investigates the competitive effects a proposed transaction will yield.  Once the DOJ begins its actual investigation, one of three things typically occurs: 1) the DOJ can terminate the waiting period and allow the parties to consummate the transaction rather quickly; 2) the waiting period expires, which allows the parties to consummate the transaction; or 3) if the initial review raises competition issues, the FTC and DOJ extend the review and ask the transaction parties to turn over "more information" so that the agencies can take a closer look at how the proposed transaction will affect competition (a "second request").  The vast majority of deals reviewed by the FTC are allowed to proceed after the *first* review.  A second request usually requires the parties to provide substantial documents and data regarding potential markets that may be affected by the proposed transaction.  Once the additional information is received, the DOJ typically has 30 days to complete its review of the transaction and at that point: 1) allow the proposed transaction to close; 2) allow the transaction to proceed, but only after making a settlement with the DOJ, including, but not limited to, asset divestitures or other concessions; or 3) through federal court, try to block the deal from proceeding.  We think QUAD should be able to respond to the DOJ request within the next 30 days.  We think in the coming weeks, QUAD will present to the DOJ incremental information on how it thinks the acquisition of LKSD will yield transaction-specific distribution and printing efficiencies that will ultimately benefit customers.  In a best-case scenario, QUAD could potentially consummate the merger as early as 30 days after complying with the DOJ's second request, but we are not assuming such a rosy scenario just yet.

**We still expect QUAD's acquisition of LSC Communications will close by mid-2019, in an all-stock deal valued at $1.4 billion**.  Although the consolidation of the two largest commercial printers in the U.S. is fraught with integration risk, we think this is already expressed in QUAD's depressed valuation.  More importantly, we think the combined company will be significantly better equipped to serve North America customers across all media channels; QUAD and LKSD have significant overlap in magazine and catalog customers, so there should be immediate cost and revenue synergies.  Further, the acquisition will substantially increase QUAD's presence in book publishing and fulfillment (includes book trimming and binding style production).  Book publishing represents about 28% of LKSD's annual revenue and LKSD prints for all 10 of the top U.S. book publishers and 8 of the top 10 largest worldwide book publishers, including customers in the educational book industry, including softcover and traditional case-bound textbooks utilized by both K-12 and college students.  LKSD provides mass production of color and page counts, while also servicing trim size and other critical binding styles jobs, as well as freight.  Trade books are typically produced using enhanced digital printing processes and bound in a variety of formats; thus, they require significant machine capabilities and printing jobs that smaller commercial printers in the U.S. are often not able to process at the speed desired by customers.  The combination of LKSD and QUAD should provide scale and warehousing capabilities so that the two can more efficiently meet the end-to-end supply chain management needs of the educational book industry.  Customers should benefit as well, assuming the combined company starts to pass along some of these incremental cost efficiencies, through volume purchase discounts thereby lowering mailing and distribution costs for customers in the book publishing, magazine and catalog end markets.  We project LKSD will take QUAD's market share in the U.S. commercial print industry to almost 11%, from just under 6% (Exhibit 1).

**We maintain a BUY rating and $34 price target.**  QUAD trades at less than 10x our 2020 EPS estimate of $1.65.  We find this valuation does not adequately capture the upside potential of the combined company after both the LSC Communications and Periscope acquisitions close next year, which is what we expect, for now.  The $34 target is based on about 21x our 2020 EPS estimate of $1.65.  Given the different capital structures between LKSD and QUAD, we think free cash flow will be the primary focus for investors in the next two years.  To that end, we note the $34 target implies about 10x our 2020 FCF per share estimate of $3.53.  As a point of reference, we find small cap U.S. paper packaging distributor peers typically trade at 8x-10x FCF.

| **Key Risks** | Concentrated stock ownership | Changes to USPS postal system | Weaker printing volumes |

QUAD/GRAPHICS INC.

Exhibit 1: The LSC Communications Acquisition Will Nearly Double QUAD's Market Share in U.S Commercial Printing To About 11%, We Estimate



Sources: Company reports, Sidoti & Company LLC estimates.

QUAD/GRAPHICS INC.

**Table 1: QUAD/Graphics, Inc. Income Statement**
($ in thousands, except per share data)

| | 2016 | 1Q:17 | 2Q:17 | 3Q:17A | 4Q:17 | 2017 | 1Q:18 | 2Q:18 | 3Q:18 | 4Q:18E | 2018E | 1Q:19E | 2Q:19E | 3Q:19E | 4Q:19E | 2019E | 1Q:20E | 2Q:20E | 3Q:20E | 4Q:20E | 2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | $4,329,500 | $998,600 | $963,200 | $1,005,400 | $1,164,200 | $4,131,400 | $967,500 | $1,015,500 | $1,029,100 | $1,189,812 | $4,201,912 | $1,001,363 | $1,056,120 | $1,991,764 | $2,162,474 | $6,211,721 | $1,924,460 | $1,980,312 | $2,031,599 | $2,205,724 | $8,142,095 |
| Cost of sales | 3,394,800 | 781,100 | 765,000 | 784,800 | 928,500 | 3,259,400 | 792,400 | 826,700 | 831,700 | 969,102 | 3,419,902 | 821,936 | 861,669 | 1,651,535 | 1,803,287 | 5,138,427 | 1,605,227 | 1,641,445 | 1,699,193 | 1,851,926 | 6,797,791 |
| Gross profit | 934,700 | 217,500 | 198,200 | 220,600 | 235,700 | 872,000 | 175,100 | 188,800 | 197,400 | 220,710 | 782,010 | 179,426 | 194,451 | 340,229 | 359,187 | 1,073,293 | 319,233 | 338,868 | 332,406 | 353,798 | 1,344,305 |
| Selling general and administrative expenses | 454,600 | 98,600 | 101,700 | 104,900 | 110,800 | 416,000 | 86,900 | 99,200 | 92,400 | 103,514 | 382,014 | 88,940 | 102,112 | 176,843 | 185,973 | 553,868 | 162,269 | 182,557 | 171,238 | 179,766 | 695,830 |
| Depreciation and amortization | 277,100 | 58,700 | 58,500 | 58,300 | 57,000 | 232,500 | 56,200 | 58,300 | 59,100 | 57,339 | 230,939 | 56,436 | 54,982 | 89,748 | 88,241 | 289,407 | 91,045 | 89,241 | 87,783 | 86,370 | 354,439 |
| Restructuring and impairment charges | 80,600 | 9,200 | 5,300 | 8,000 | 38,700 | 61,200 | 24,900 | 10,400 | 5,300 | 0 | 40,600 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Operating income (loss) | 122,400 | 51,000 | 32,700 | 49,400 | 29,200 | 162,300 | 7,100 | 20,900 | 40,600 | 59,857 | 128,457 | 34,050 | 37,357 | 73,638 | 84,974 | 230,019 | 65,919 | 67,070 | 73,386 | 87,662 | 294,037 |
| EBITDA | 480,100 | 118,900 | 96,500 | 115,700 | 124,900 | 456,000 | 110,500 | 89,600 | 105,000 | 117,197 | 422,297 | 90,486 | 92,339 | 163,386 | 173,214 | 519,425 | 156,964 | 156,311 | 161,169 | 174,032 | 648,476 |
| Interest expense | 77,200 | 18,200 | 17,600 | 17,800 | 17,500 | 71,100 | 17,300 | 18,400 | 18,300 | 18,794 | 72,794 | 19,229 | 19,622 | 36,775 | 36,146 | 111,772 | 35,978 | 35,537 | 35,248 | 34,960 | 141,722 |
| Net pension expense (income) | 0 | (2,600) | 0 | 0 | 0 | (2,600) | (3,100) | (3,100) | (3,100) | (3,100) | (12,400) | (3,100) | (3,100) | (3,100) | (3,100) | (12,400) | (3,100) | (3,100) | (3,100) | (3,100) | (12,400) |
| Loss on debt extinguishment | (14,100) | 2,600 | 0 | 0 | 0 | 2,600 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Pre-tax income | 59,300 | 32,800 | 15,100 | 31,600 | 11,700 | 91,200 | (7,100) | 5,600 | 25,400 | 44,163 | 68,063 | 17,921 | 20,835 | 39,963 | 51,927 | 130,647 | 33,040 | 34,633 | 41,237 | 55,802 | 164,711 |
| Taxes | 13,000 | 6,700 | 8,300 | 11,800 | (42,800) | (16,000) | (3,300) | (3,700) | 3,100 | 12,675 | 8,775 | 5,018 | 5,834 | 11,190 | 14,540 | 36,581 | 9,251 | 9,697 | 11,546 | 15,625 | 46,120 |
| Earnings before equity in earnings of unconsolidated entities | 46,300 | 26,100 | 6,800 | 19,800 | 54,500 | 107,200 | (3,800) | 9,300 | 22,300 | 31,488 | 59,288 | 12,903 | 15,001 | 28,774 | 37,388 | 94,066 | 23,789 | 24,936 | 29,691 | 40,178 | 118,593 |
| Equity in earnings of unconsolidated entities | (1,400) | (700) | (100) | 0 | 800 | 0 | 300 | 200 | 200 | 0 | 700 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Net income to QUAD shareholders | 44,900 | 25,400 | 6,700 | 19,800 | 55,300 | 107,200 | (3,500) | 9,500 | 22,500 | 31,488 | 59,988 | 12,903 | 15,001 | 28,774 | 37,388 | 94,066 | 23,789 | 24,936 | 29,691 | 40,178 | 118,593 |
| Net loss attributable to noncontrolling interests | | | | | | | | 100 | (900) | | (800) | | | | | | | | | | |
| GAAP net income | 44,900 | 25,400 | 6,700 | 19,800 | 55,300 | 107,200 | (3,500) | 9,400 | 23,400 | 31,488 | 60,788 | 12,903 | 15,001 | 28,774 | 37,388 | 94,066 | 23,789 | 24,936 | 29,691 | 40,178 | 118,593 |
| Adjusted net income | 75,488 | 26,760 | 12,200 | 23,800 | 30,240 | 93,000 | 30,099 | 12,000 | 23,000 | 31,488 | 96,587 | 12,903 | 15,001 | 28,774 | 37,388 | 94,066 | 23,789 | 24,936 | 29,691 | 40,178 | 118,593 |
| GAAP diluted EPS | $0.87 | $0.49 | $0.13 | $0.38 | $1.06 | $2.06 | $(0.07) | $0.18 | $0.46 | $0.62 | $1.18 | $0.25 | $0.29 | $0.40 | $0.52 | $1.47 | $0.33 | $0.35 | $0.41 | $0.56 | $1.65 |
| Adjusted diluted EPS | $1.49 | $0.52 | $0.24 | $0.46 | $0.58 | $1.80 | $0.58 | $0.23 | $0.45 | $0.62 | $1.88 | $0.25 | $0.29 | $0.40 | $0.52 | $1.47 | $0.33 | $0.35 | $0.41 | $0.56 | $1.65 |
| Diluted shares | 49,450 | 51,500 | 51,700 | 51,500 | 52,300 | 51,750 | 50,100 | 52,500 | 51,100 | 51,100 | 51,200 | 51,100 | 51,100 | 71,725 | 71,725 | 61,413 | 71,725 | 71,725 | 71,725 | 71,725 | 71,725 |
| **Margin analysis:** | | | | | | | | | | | | | | | | | | | | | |
| Gross margins | 21.6% | 21.8% | 20.6% | 21.9% | 20.2% | 21.1% | 18.1% | 18.6% | 19.2% | 18.6% | 18.6% | 17.9% | 18.4% | 17.1% | 16.6% | 17.3% | 16.6% | 17.1% | 16.4% | 16.0% | 16.5% |
| SG&A | 10.5% | 9.9% | 10.6% | 10.4% | 9.5% | 10.1% | 9.0% | 9.8% | 9.0% | 8.7% | 9.1% | 8.9% | 9.7% | 8.9% | 8.6% | 8.9% | 8.4% | 9.2% | 8.4% | 8.2% | 8.5% |
| EBIT | 2.8% | 5.1% | 3.4% | 4.9% | 2.5% | 3.9% | 0.7% | 2.1% | 3.9% | 5.0% | 3.1% | 3.4% | 3.5% | 3.7% | 3.9% | 3.7% | 3.4% | 3.4% | 3.6% | 4.0% | 3.6% |
| EBITDA | 11.1% | 11.9% | 10.0% | 11.5% | 10.7% | 11.0% | 11.4% | 8.8% | 10.2% | 9.9% | 10.1% | 9.0% | 8.7% | 8.2% | 8.0% | 8.4% | 8.2% | 7.9% | 7.9% | 7.9% | 8.0% |
| Tax rate | 21.9% | 20.4% | 55.0% | 37.3% | NM | NM | NM | NM | 12.2% | 28.7% | 20.5% | 28.0% | 28.0% | 28.0% | 28.0% | 28.0% | 28.0% | 28.0% | 28.0% | 28.0% | 28.0% |
| Net margin | 1.7% | 2.7% | NM | 2.4% | 2.6% | 2.3% | 3.1% | NM | 2.2% | 2.6% | 2.3% | 1.3% | NM | 1.4% | 1.7% | 1.5% | 1.2% | NM | 1.5% | 1.8% | 1.5% |
| **Year-over-year growth:** | | | | | | | | | | | | | | | | | | | | | |
| Revenue | 9.2% | (9.0%) | (6.2%) | (4.7%) | (6.8%) | (4.6%) | (3.1%) | 5.4% | 2.4% | 2.2% | 1.7% | 3.5% | 4.0% | 93.5% | 81.7% | 47.8% | 92.2% | 87.5% | 2.0% | 2.0% | 31.1% |
| Gross profit | 1.4% | (17.1%) | (10.0%) | (4.5%) | (1.7%) | (6.7%) | (19.5%) | (4.7%) | (10.5%) | (6.4%) | (10.3%) | 2.5% | 3.0% | 72.4% | 62.7% | 37.2% | 77.9% | 74.3% | (2.3%) | (1.5%) | 25.3% |
| SG&A | NM | NM | 3.4% | 46.2% | (53.1%) | (8.5%) | (11.9%) | (2.5%) | (11.9%) | (6.6%) | (8.2%) | 2.3% | 2.9% | 91.4% | 79.7% | 45.0% | 82.4% | 78.8% | (3.2%) | (3.3%) | 25.6% |
| EBIT | 17.7% | (0.9%) | NM | (4.9%) | 10.9% | 32.6% | (86.1%) | (36.1%) | (17.8%) | NM | (20.9%) | 379.6% | 78.7% | 81.4% | 42.0% | 79.1% | 93.6% | 79.5% | (0.3%) | 3.2% | 27.8% |
| EBITDA | NM | NM | NM | (1.6%) | (19.4%) | (5.0%) | (7.1%) | (7.2%) | (9.2%) | (6.2%) | (7.4%) | (18.1%) | 3.1% | 55.6% | 47.8% | 23.0% | 73.5% | 69.3% | (1.4%) | 0.5% | 24.8% |
| Net income | NM | NM | NM | (1.6%) | (19.4%) | 23.2% | 12.5% | (1.6%) | (3.4%) | 4.1% | 3.9% | (57.1%) | 25.0% | 25.1% | 18.7% | (2.6%) | 84.4% | 66.2% | 3.2% | 7.5% | 26.1% |
| Adjusted EPS | NM | NM | NM | (3.3%) | (20.9%) | 20.2% | 12.5% | (3.1%) | (2.6%) | 6.5% | 4.6% | (56.8%) | 28.4% | (10.9%) | (15.4%) | (21.9%) | 31.3% | 18.4% | 3.2% | 7.5% | 12.6% |

Sources: Company reports and Sidoti & Company, LLC estimates.

QUAD/GRAPHICS INC.

**Table 2: QUAD/Graphics, Inc Cash Flow Statement**
($ in thousands, except per share data)

| | 2016 | 1Q:17 | 2Q:17 | 3Q:17 | 4Q:17 | 2017 | 1Q:18 | 2Q:18 | 3Q:18 | 4Q:18E | 2018E | 2019E | 2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Net income (loss) | $44,900 | $25,400 | $6,700 | $19,800 | $55,300 | $107,200 | ($3,500) | $9,500 | $22,500 | $31,488 | $59,988 | $94,066 | $118,593 |
| Adjustments to reconcile net income (loss) to net cash: | - | | | | | | | | | | | | |
| Depreciation and amortization | 277,100 | 58,700 | 58,500 | 58,300 | 57,000 | 232,500 | 56,200 | 58,300 | 59,100 | 57,339 | 230,939 | 289,107 | 354,439 |
| ESOP plan contribution | - | - | - | - | - | - | - | - | 22,300 | - | 22,300 | - | - |
| Impairment charges | 26,800 | 400 | 300 | 300 | 11,000 | 12,000 | 22,300 | - | (6,300) | - | 16,000 | - | - |
| Goodwill impairment | - | - | - | - | - | - | 7,900 | 3,600 | (11,500) | - | - | - | - |
| Amortization of debt issuance costs | - | - | 1,800 | (1,800) | - | - | - | - | - | - | - | - | - |
| Loss or gain on debt extinguishment | (14,100) | 2,600 | - | - | - | 2,600 | - | - | - | - | - | - | - |
| Stock-based compensation charges | 15,200 | 6,000 | 3,700 | 3,300 | 3,400 | 16,400 | 5,400 | 3,700 | 3,200 | 3,000 | 15,300 | 12,000 | 12,000 |
| Curtailment gain on postretirement benefit plan | - | - | - | - | 800 | 800 | - | - | - | - | - | - | - |
| Gain on disposal of discontinued operations, net of tax | 7,000 | (3,700) | 3,700 | - | (6,900) | (6,900) | - | (18,300) | 7,600 | - | (10,700) | - | - |
| Loss on sales or disposal of property, plant and equipment | (9,000) | - | (7,100) | (200) | 15,000 | 7,700 | (2,200) | 100 | 2,100 | - | 7,700 | - | - |
| Deferred income taxes | (26,600) | 3,200 | 3,200 | 9,100 | (38,000) | (22,500) | 900 | 200 | (1,600) | - | (500) | - | - |
| Equity in earnings of unconsolidated entities | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Dividends from unconsolidated entities | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Gain from property insurance claim | - | - | - | - | (5,000) | (5,000) | (17,200) | 17,200 | (18,300) | - | (18,300) | (18,300) | (18,300) |
| Other non-cash adjustments | 5,600 | 1,600 | (5,800) | 2,700 | 5,000 | 3,500 | 600 | 600 | 700 | - | 1,900 | - | - |
| Changes in operating assets & liabilities (working capital) | 25,600 | (30,900) | (16,100) | (24,000) | 66,700 | (4,300) | (68,200) | (36,600) | (73,700) | 172,918 | (5,582) | (27,249) | (33,513) |
| **Net cash provided by operating activities** | **352,500** | **63,300** | **48,900** | **67,500** | **164,300** | **344,000** | **2,200** | **38,300** | **6,100** | **264,745** | **311,345** | **349,623** | **433,220** |
| Purchase of property, plant and equipment | (106,100) | (23,400) | (19,400) | (18,800) | (24,300) | (85,900) | (24,200) | (29,600) | (31,200) | (12,000) | (97,000) | (130,000) | (168,000) |
| Investment in ManipalTech | (9,900) | - | - | - | - | - | - | - | - | - | - | - | - |
| Proceeds from the sale of property, plant and equipment or businesses sold | 25,900 | 10,800 | 11,000 | 1,100 | 15,100 | 38,000 | 4,300 | 4,600 | 13,400 | - | 22,300 | - | - |
| Transfers from restricted cash | 4,400 | 6,300 | 1,800 | - | 1,800 | 9,900 | - | - | - | - | - | - | - |
| Deposit paid related to Vertis acquisition | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Deposit refunded related to business exchange transaction | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Purchase price payments on business exchange transaction | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Acquisition of business (net of cash acquired) & other | 1,300 | 3,000 | (3,000) | 5,000 | (5,000) | - | (73,900) | 2,500 | - | - | (71,400) | - | - |
| Loss to an unconsolidated entity | - | (5,000) | 5,000 | (5,000) | (2,300) | (7,300) | - | - | - | - | - | - | - |
| Proceeds from property insurance claims | - | - | - | - | 8,000 | 8,000 | 13,400 | 1,100 | - | - | 14,500 | - | - |
| **Net cash provided by (used) by investing activities** | **(84,400)** | **(8,300)** | **(4,600)** | **(17,700)** | **(6,700)** | **(37,300)** | **(80,400)** | **(21,400)** | **(17,800)** | **(12,000)** | **(131,600)** | **(130,000)** | **(168,000)** |
| Proceeds from issuance of long-term debt | 19,700 | 375,000 | - | - | - | 375,000 | - | - | 300 | - | 300 | - | - |
| Payments of long-term debt | (192,000) | (384,000) | (25,200) | (15,100) | (98,600) | (522,900) | (5,000) | (16,500) | (6,300) | (17,000) | (44,800) | (68,000) | (60,000) |
| Payments of capital lease obligations | (9,500) | (2,100) | (2,100) | (1,700) | (1,700) | (7,600) | (1,600) | (1,800) | (1,500) | - | (4,900) | - | - |
| Borrowings on revolving credit facilities | 871,900 | 67,000 | 203,600 | 255,100 | 192,800 | 718,500 | 245,500 | 651,100 | 933,400 | - | 1,830,000 | - | - |
| Payments on revolving credit facilities | (918,000) | (83,800) | (203,600) | (263,000) | (185,600) | (736,000) | (174,000) | (617,900) | (900,000) | - | (1,691,900) | 132,000 | - |
| Payment of debt issuance costs | (100) | (4,600) | (100) | - | - | (4,700) | - | - | - | - | - | (99,000) | (33,000) |
| Bankruptcy claim payments on unsecured notes to be issued | (300) | (4,100) | - | - | 4,100 | - | - | - | - | - | - | - | - |
| Proceeds from stock issuance or share repurchases | (8,800) | - | - | (3,800) | - | (3,800) | 4,000 | (40,700) | - | - | (36,700) | - | - |
| Shares withheld from employees for the tax obligation on equity grants & other | (1,400) | - | (5,900) | - | (100) | (6,000) | (7,500) | - | (1,500) | - | (9,000) | - | - |
| Tax benefit on dividends paid on outstanding stock options & other | 30,300 | (4,600) | 7,000 | - | 200 | 2,600 | - | 4,000 | 100 | - | 4,100 | - | - |
| Payment of cash dividends | (61,100) | (16,800) | (14,900) | (14,800) | (16,000) | (62,500) | (17,200) | (15,000) | (15,300) | (15,400) | (62,900) | (61,600) | (61,600) |
| Payment of tax distributions and other financing activities | - | - | - | - | (4,300) | (4,300) | - | - | - | - | - | - | - |
| **Net cash used in financing activities** | **(269,300)** | **(58,000)** | **(41,200)** | **(43,300)** | **(109,200)** | **(251,700)** | **44,200** | **(36,800)** | **9,200** | **(32,400)** | **(15,800)** | **(96,600)** | **(154,600)** |
| Effect of exchange rate | (600) | 500 | (900) | 200 | 500 | 300 | (200) | (1,400) | (100) | (300) | (2,000) | 18,600 | 18,300 |
| Cash and cash equivalents at beginning of period | 10,800 | 9,000 | 6,500 | 8,700 | 15,400 | 9,000 | 56,300 | 30,200 | 8,900 | 6,300 | 56,300 | 226,345 | 367,969 |
| Net increase (decrease) in cash and cash equivalents | (1,800) | (2,500) | 2,200 | 6,700 | 48,900 | 55,300 | (34,200) | (21,300) | (2,600) | 220,045 | 161,945 | 141,623 | 128,920 |
| Cash and cash equivalents at end of period | 9,000 | 6,500 | 8,700 | 15,400 | 56,300 | 56,300 | 30,200 | 8,900 | 6,300 | 226,345 | 226,345 | 367,969 | 496,888 |
| Free cash flow excluding stock-based comp | 231,200 | 33,900 | 25,800 | 45,400 | 136,600 | 241,700 | (27,400) | 5,000 | (28,300) | 249,745 | 199,045 | 207,623 | 253,220 |
| **Free cash flow per share excluding stock-based comp** | **$4.75** | **$0.66** | **$0.50** | **$0.88** | **$2.61** | **$4.65** | **($0.55)** | **$0.10** | **($0.55)** | **$4.89** | **$3.88** | **$3.15** | **$3.53** |

Sources: Company reports and Sidoti & Company, LLC estimates.

**Sidoti & Company, LLC**

Case 1:19-cv-10376-VEC  Document 71-20  Filed 07/14/20  Page 6 of 9

**Table 3: QUAD/Graphics, Inc Balance Sheet**
($ in thousands, except per share data)

| | 2016 | 1Q:17 | 2Q:17 | 3Q:17 | 2017 | 1Q:18 | 2Q:18 | 3Q:18 | 2018E | 2019E | 2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash and cash equivalents | $9,000 | $6,500 | $8,700 | $15,400 | $56,300 | $30,200 | $8,900 | $6,300 | $226,345 | $367,969 | $496,888 |
| Other cash equivalents | - | - | - | - | 8,000 | - | - | - | - | - | - |
| Receivables, less allowance for doubtful accounts | 563,600 | 505,100 | 508,600 | 542,000 | 552,500 | 531,300 | 510,400 | 553,000 | 469,405 | 622,082 | 586,179 |
| Inventory | 265,400 | 269,000 | 264,400 | 308,000 | 246,500 | 269,200 | 290,700 | 354,500 | 252,232 | 479,230 | 568,262 |
| Prepaid expenses and other current assets | 54,400 | 50,900 | 41,700 | 40,700 | 45,100 | 55,400 | 68,100 | 57,600 | 23,796 | 51,899 | 52,937 |
| Deferred income taxes | - | - | - | - | - | - | - | - | - | - | - |
| Short-term restricted cash | 10,200 | 3,800 | 2,000 | 2,000 | 100 | - | - | - | - | - | - |
| Current assets of discontinued operations | - | - | - | - | - | - | - | - | - | - | - |
| Total current assets | 902,600 | 835,300 | 825,400 | 908,100 | 908,500 | 886,100 | 878,100 | 971,400 | 971,779 | 1,521,179 | 1,704,266 |
| Property, plant and equipment | 1,519,900 | 1,487,200 | 1,458,100 | 1,427,400 | 1,377,600 | 1,351,900 | 1,306,800 | 1,284,500 | 1,245,661 | 1,996,554 | 1,810,415 |
| Goodwill | - | - | - | - | - | 88,000 | 56,100 | 55,500 | 55,500 | 55,500 | 55,500 |
| Other intangible assets | 59,700 | 55,400 | 52,000 | 47,800 | 43,400 | 116,600 | 128,500 | 121,700 | 115,200 | 114,900 | 114,600 |
| Long-term restricted cash | - | - | - | - | - | - | - | - | - | - | - |
| Equity method investments in unconsolidated entities | 3,600 | 3,100 | 2,800 | 3,000 | 3,600 | 3,900 | 3,500 | 3,600 | 3,600 | 3,600 | 3,600 |
| Other long-term assets | 84,300 | 89,900 | 93,500 | 91,100 | 119,300 | 96,400 | 96,900 | 97,100 | 97,100 | 97,100 | 97,100 |
| Long-term assets of discontinued operations | - | - | - | - | - | - | - | - | - | - | - |
| **Total assets** | **2,570,100** | **2,470,900** | **2,431,800** | **2,477,400** | **2,452,400** | **2,542,900** | **2,469,900** | **2,533,800** | **2,488,839** | **3,788,833** | **3,785,481** |
| Accounts payable | 323,500 | 304,400 | 299,000 | 344,500 | 381,600 | 388,600 | 396,100 | 432,000 | 385,251 | 765,780 | 786,434 |
| Amounts owing in satisfaction of bankruptcy claims | 2,300 | 2,100 | 2,100 | 2,100 | - | - | - | - | - | - | - |
| Accrued liabilities | 356,700 | 289,500 | 295,300 | 312,700 | 316,700 | 283,200 | 272,100 | 282,700 | 282,700 | 282,700 | 282,700 |
| Purchase price payable on business exchange transaction | - | - | - | - | - | - | - | - | - | - | - |
| Short-term debt and current portion of long-term debt | 84,700 | 71,600 | 68,600 | 66,800 | 42,000 | 43,500 | 36,900 | 42,300 | 42,000 | 75,000 | 42,000 |
| Current portion of capital lease obligations | 7,400 | 7,200 | 6,700 | 6,200 | 5,600 | 5,700 | 5,400 | 5,100 | 5,100 | 5,100 | 5,100 |
| Current liabilities of discontinued operations | - | - | - | - | - | - | - | - | - | - | - |
| Total current liabilities | 774,600 | 674,800 | 671,700 | 732,300 | 745,900 | 721,000 | 710,500 | 762,100 | 715,051 | 1,128,580 | 1,116,234 |
| Long-term debt | 1,019,800 | 1,006,000 | 986,400 | 966,400 | 903,500 | 970,300 | 993,200 | 1,015,900 | 998,900 | 1,840,900 | 1,780,900 |
| Unsecured notes to be issued | 5,400 | 900 | 900 | 900 | 900 | - | - | - | - | - | - |
| Capital lease obligations | 18,900 | 17,600 | 16,100 | 14,800 | 13,700 | 13,300 | 12,300 | 11,100 | 11,100 | 11,100 | 11,100 |
| Deferred income taxes | 35,300 | 38,600 | 41,500 | 50,700 | 41,900 | 44,700 | 44,900 | 44,000 | 44,000 | 44,000 | 44,000 |
| Other long-term liabilities, including pension liability | 274,600 | 271,900 | 256,400 | 246,300 | 225,000 | 224,900 | 205,700 | 187,500 | 187,500 | 187,500 | 187,500 |
| Long-term liabilities of discontinued operations | - | - | - | - | - | - | - | - | - | - | - |
| Total liabilities | 2,128,600 | 2,009,800 | 1,973,000 | 2,011,400 | 1,930,000 | 1,974,200 | 1,966,600 | 2,020,600 | 1,956,551 | 3,212,080 | 3,139,734 |
| Redeemable equity | - | - | - | - | - | - | - | - | - | - | - |
| Noncontrolling interests | - | - | - | - | - | - | - | - | - | - | - |
| Total shareholders' equity | 441,500 | 461,100 | 458,800 | 466,000 | 522,400 | 568,700 | 503,300 | 513,200 | 532,288 | 576,754 | 645,747 |
| **Total liabilities and shareholders' equity** | **2,570,100** | **2,470,900** | **2,431,800** | **2,477,400** | **2,452,400** | **2,542,900** | **2,469,900** | **2,533,800** | **2,488,839** | **3,788,833** | **3,785,481** |

Sources: Company reports and Sidoti & Company, LLC estimates.

Case 1:19-cv-10376-VEC   Document 71-20   Filed 07/14/20   Page 7 of 9

**Appendix**
Required Disclosures

# Required Disclosures

## Quad/Graphics Inc.  (QUAD-$13.28)    BUY    Price Target: $34    December 17, 2018

Rating and Price Target History Table

| Action | Date | Px | Rating | PT |
|---|---|---|---|---|
| PT | 1/7/16 | 8.9 | | 22 |
| Rating | 3/4/16 | 12.9 | Suspended | 22 |
| Initiation | 6/8/16 | 20.5 | Buy | 26 |
| PT | 7/11/16 | 24.2 | | 28 |
| Rating | 7/15/16 | 26.5 | Neutral | 28 |
| Rating | 8/2/16 | 25 | Buy | 32 |
| PT | 8/2/16 | 25 | | 32 |
| PT | 11/25/16 | 27.2 | | 34 |
| PT | 2/23/17 | 24.8 | | 36 |
| PT | 5/2/18 | 24.3 | | 34 |
| PT | 7/27/18 | 20 | | 31 |
| PT | 10/19/18 | 16.9 | | 34 |



Quad/Graphics, Inc. Class A (QUAD)

Source: FactSet Prices

| Key Risks | Concentrated stock ownership | Changes to USPS postal system | Weaker printing volumes |
|---|---|---|---|

## Valuation:

**We maintain a BUY rating and $34 price target.**  QUAD trades at less than 10x our 2020 EPS estimate of $1.65.  We find this valuation does not adequately capture the upside potential of the combined company after both the LSC Communications and Periscope acquisitions close next year, which is what we expect, for now.  The $34 target is based on about 21x our 2020 EPS estimate of $1.65.  Given the different capital structures between LKSD and QUAD, we think free cash flow will be the primary focus for investors in the next two years.  To that end, we note the $34 target implies about 10x our 2020 FCF per share estimate of $3.53.  As a point of reference, we find small cap U.S. paper packaging distributor peers typically trade at 8x-10x FCF

Required Disclosures
The Sidoti & Company, LLC (Sidoti) Equity Research rating system consists of BUY and NEUTRAL recommendations. BUY suggests capital appreciation of at least 25% from initiation of coverage over the next 12 months, while NEUTRAL denotes that a stock is not likely to provide similar gains over a 12-month period. As of 12/17/18, Sidoti provides research on 193 companies, of which 131 (67%) are rated BUY and 47 (33%) are rated NEUTRAL. Of the BUYS, Sidoti has received investment banking income from 4 companies (3.05%). Of the NEUTRALS, Sidoti has received investment banking income from 1 company (2.13%). Of the NEUTRALS, 8 trade above our price targets. A risk to our price target is that the analyst's estimates or forecasts may not be met. This report contains forward-looking statements, which involve risks and uncertainties. Actual results may differ significantly from such forward-looking statements. Factors that may cause such a difference include, but are not limited to, those discussed in the "Risk Factors" section in the SEC filings available in electronic format through SEC Edgar filings at www.sec.gov. The research analyst certifies that this report accurately reflects his/her personal views about the subject securities and issuers and that none of the research analyst's compensation was, is or will be directly or indirectly related to the analyst's specific recommendations or views contained in this research report. Sidoti research analysts seek to have management of their covered companies meet with investors during non-deal road shows. Analysts' compensation may be related to their success in scheduling non-deal road shows. At any point in time a Sidoti covered Company may make a commitment to pay for corporate access, including attendance at a Sidoti conference or for the provision of Non-Deal Roadshows days with institutional or other investors.  Sidoti research analysts generally do not cover (or continue to cover) those companies that limit access to their senior executives by not participating in Sidoti-sponsored conferences and non-deal roadshows. A possible effect of this view may be that continued coverage decisions are made, in part, based on the willingness of management of covered companies to participate in such meetings. This approach could be viewed as presenting potential conflicts of interest. Sidoti does NOT own securities of the issues described herein. Sidoti policy does not allow an analyst or a member of their household to own shares in any company that he/she covers. Sidoti policy does not allow employees or household members to serve as an officer or director of a covered company. Sidoti does not make a market in any securities. Sidoti has non-research employees that will seek compensation for

**APPENDIX CONTINUED**

investment banking services from this company and trading revenue in connection with trading the securities of this company. Investment banking services, as defined under FINRA Rule 2241, includes, among other things, acting as an underwriter in or as a member of the selling group in a securities underwriting. Sidoti's role in any investment banking transaction can be viewed on this company's filings at www.sec.gov. Sidoti employees, including research analysts, receive compensation that is based in part upon the overall performance of the firm, including revenues generated by Sidoti's investment banking and brokerage activities, but compensation is not directly related to investment banking or brokerage revenues. Sidoti also provides an additional research product called Company Sponsored Research.  The analysts providing Company Sponsored Research will be the same Sidoti analysts covering the relevant sector and some or all analysts will work on both products.  This company has paid a fee to Sidoti & Company, LLC to present at the September 2018 Sidoti Fall Conference.

Other Disclosures
This report is for information purposes only and is not intended as an offer to sell or a solicitation to buy securities. Sidoti does not maintain a predetermined schedule for publication of research and will not necessarily update this report. The stock rating on this report reflects the analyst's recommendation based on a 12 month period. Information contained herein is based on sources we believe to be reliable but we do not guarantee their accuracy. Prices and opinions concerning the composition of market sectors included in this report reflect the judgments as of this date and are subject to change without notice. It should be presumed that the analyst who authored this report has had discussions with the subject company to ensure factual accuracy prior to publication. This report was prepared for market professionals and institutional investor customers. Market professionals and institutional investors should consider this report as only a single factor in making their investment decisions. This research report is not a substitute for the exercise of your independent judgment. At times, Sidoti may be in possession of material non-public information, none of which is used in the preparation of our research. Sidoti maintains and enforces written policies and procedures reasonably designed to prevent any controlling persons, officers (or persons performing similar functions), or employees of Sidoti from influencing the activities of research analysts and the content of research reports prepared by the research analyst. Reprints of Sidoti & Company, LLC reports are prohibited without permission. Additional information is available upon request.

Source
Key Statistics data is sourced from FactSet Research Systems