# EXHIBIT U

June 21, 2019 | Intraday Note
Lower Price Target; Lower Earnings Estimates

**Sidoti & Company, LLC**

Equity Research



# Quad/Graphics Inc.  (QUAD)

## DOJ Pushback On LSC Communications Acquisition Is A Setback; Still Think Deal Can Close By Year-End; Cut Estimates And Target To $19 (From $34) To Reflect The Delay

| | 2017 | 2018 OLD | 2018 NEW | 2019E OLD | 2019E NEW | 2020E OLD | 2020E NEW |
|---|---|---|---|---|---|---|---|
| Mar. | $0.52 | $0.58 | | ($0.15)A | | ($0.08) | ($0.15) |
| June | 0.24 | 0.23 | | (0.06) | (0.14) | (0.03) | (0.16) |
| Sep. | 0.46 | 0.45 | | 0.83 | 0.57 | 0.87 | 0.64 |
| Dec. | 0.58 | 0.53 | | 0.85 | 0.40 | 0.89 | 0.62 |
| | | | | | | | |
| EPS | $1.80 | $1.80 | | $1.47 | $0.68 | $1.65 | $0.95 |
| | | | | | | | |
| P/E | | | | | 14.3x | | 10.3x |

Note: *Market capitalization and shares outstanding include 34.7 million Class A and 14.2 million Class B shares (owned by founding family and employees; do not trade; carry 10-to-1 voting rights).  EPS exclude restructuring and impairment charges.  2017-2020E include $0.41 in annual stock-based compensation expense.  The Russell 2000 Index includes QUAD.  Sum of quarterly data may not equal full-year total due to rounding and/or change in share count.  NC=Not covered by Sidoti & Co., LLC.

| Year | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019E | 2020E |
|---|---|---|---|---|---|---|---|---|---|---|
| Rev.(Mil.) | $4417.9 | $4094.0 | $4795.9 | $4862.4 | $4657.7 | $4329.5 | $4134.4 | $4193.7 | $4956.6 | $7689.4 |
| GAAP EPS | ($1.00) | $1.80 | $0.60 | $0.38 | ($13.40) | $0.87 | $2.06 | $0.15 | $0.68 | $0.95 |

**Description:** Quad/Graphics Inc. (www.qg.com) is the second-largest commercial printer in North America.  QUAD prints and helps to design products including magazines, direct mailers, retail inserts, and brochures for commercial customers.  The company helps marketers and publishers to monetize print media in a multimedia channel world, and also aims to lower customers' postage and distribution costs.  Headquarters are in Sussex, WI. On October 31, 2018 QUAD announced the acquisition of largest competitor, LSC Communications, (NYSE: LKSD, NC); the transaction is expected to close by mid-2019.

- **Last night, the Department of Justice (DOJ) filed a civil antitrust lawsuit through the US District Court for the Northern District of Illinois, asking regulators that the proposed $1.4 billion acquisition of LSC Communications (NYSE: LKSD, NC) be enjoined.**

- **Based on our read of the civil lawsuit court documents, it appears the DOJ is concerned that a combined QUAD-LKSD enterprise would give the new company significantly more pricing power and reduce U.S. commercial printing competition.**

- **The combined market share the two companies, specifically across "rotogravure and offset printing", appears to be the DOJ's largest focal point at this point, based on our interpretation of the court documents filed late yesterday.**

- **The news is a clear setback for QUAD, in our view.  We were assuming the transaction, first announced on October 31, 2018, would formally close next week.**

- **LKSD is QUAD's largest competitor in U.S. commercial print market.  The two companies are particularly dominant in long-run, high speed printing of U.S. magazines and catalogs. Catalog share looks to be the DOJ's chief concern.**

- **We think the strategic rationale of acquisition was driven by QUAD and LKSD's desire to better leverage printing costs (labor, logistics, and ink raw materials) as the two face annually declining demand for print jobs in the U.S.**

- **As we read it, the acquisition would likely yield printing efficiencies that benefit customers, including volume purchase discounts.**

- **We still project the LKSD acquisition will significantly boost revenue, EBITDA and FCF once the operations are completely integrated.  However, following yesterday's DOJ news, we think the timing of those benefits has significantly changed.**

### BUY

Price Target: $19
Price: $9.74

**Daniel Jacome, CFA**
(212) 894-3338
(djacome@sidoti.com)

**Key Statistics**

| | |
|---|---|
| **Analysts Covering** | 2 |
| **Market Cap (Mil)** | $500 |
| **Enterprise Value** | $1,632 |
| **52-Week Range (NYSE)** | 25-8 |
| **5-Year EPS CAGR** | 6% |
| **Avg. Daily Trading Volume** | 430,000 |
| **Shares Out (Mil)** | 51.480 |
| **Float Shares (Mil)** | 34.887 |
| **Insider Ownership** | 38% |
| **Institutional Holdings** | 62% |
| **Annualized Dividend** | $1.20 |
| **Dividend Yield** | 12.3% |
| **FCF Per Share (2020E)** | $3.35 |
| **FCF Yield (2020E)** | 34.4% |
| **Net Cash Per Share (2020E)** | ($23.01) |
| **Price to Book Value** | 1.3x |
| **Return on Equity (2020E)** | 5.9% |
| **Total Debt to Capital** | 74% |
| **Interest Coverage Ratio** | 1.9x |
| **Short Interest %** | 16.2% |
| **Short Interest Days To Cover** | 12.8 |
| **Russell 2000** | 1,563 |
| **Russell 2000 – Last 12 Months** | -4.3% |
| **QUAD – Last 12 Months** | -50.7% |



20-Jun-2016 to 20-Jun-2019 (Daily)   Price

— Quad/Graphics, Inc. Class A

Source: FactSet Prices

Required disclosures appear in the Appendix
Member FINRA & SIPC

1212 Avenue of the Americas · 15th Floor
New York, NY 10036

Phone: 212-297-0001
www.sidoti.com

- Given the extension of the expected closing timeframe, we lower our respective 2019 and 2020 EPS estimates to $0.68 (from $1.47) and our 2020 forecast to $0.95 (from $1.65).

- We now assume the transaction closes by September 30th, giving QUAD another three months to negotiate with the DOJ, as it were.

- We have assumed weaker gross profit and revenue versus our earlier forecasts.  Additionally, since we think that once the deal closes, assuming it does, it will take a bit longer to integrate the two companies versus what we initially assumed.

- We still expect the initially sharp increase in both interest expense and diluted share count will weigh heavily on QUAD's adjusted EPS profitability starting late this year and especially throughout next year.

- By 2021 we think adjusted EPS growth can resume, but that is beyond our currently published estimates.

- Prompted by lowered  2019-2020 EPS estimates, we lower our price target to $19 (from $34). We are also tempering the multiple we apply to value shares given the much wider degree of uncertainty now surrounding the timing of a potential transaction completion.

- The $19 price target is based on about 20x our 2020 EPS estimate of $0.95.  This valuation equates to roughly 6x our 2020 FCF per share projection of $3.35, which is reasonable in our view. Previously we assumed about 21x our 2020 EPS estimate of $1.65 to derive a $34 target.

- QUAD stock is currently trading just above 1x its ending 1Q:19 book value of $8.50 per share; for investors who prefer to view QUAD's net assets in such way, we find this valuation compelling.

- We think the investor's interpretation of the merits of the antitrust discussion will quickly pivot towards the past "success rate" the U.S. District Court for the Northern District of Illinois holds in winning antitrust cases, which is an area where we have very limited visibility, however.

- Given the significant upside still implied by the $19 target, we maintain a BUY rating.

Exhibit 1: Example Of What A Rotogravure Printer Looks Like; QUAD and LKSD Have Unique Roto Assets That The US Regulators Appear Very Focused On, For Now, We Learned Yesterday



Source: Dotdash Publishing.

| Key Risks | Concentrated stock ownership | Changes to USPS postal system | Weaker printing volumes |
|---|---|---|---|

**Table 1: QUAD/Graphics, Inc. Income Statement**
($ in thousands, except per share data)

| | 2017 | 1Q:18 | 2Q:18 | 3Q:18 | 4Q:18 | 2018 | 1Q:19 | 2Q:19E | 3Q:19E | 4Q:19E | 2019E | 1Q:20E | 2Q:20E | 3Q:20E | 4Q:20E | 2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | $4,131,400 | $967,500 | $1,015,500 | $1,029,100 | $1,181,600 | $4,193,700 | $1,004,700 | $1,025,655 | $1,039,391 | $1,886,916 | $4,956,662 | $1,945,212 | $1,891,248 | $1,909,512 | $1,943,523 | $7,689,495 |
| Cost of sales | 3,259,400 | 792,400 | 826,700 | 831,700 | 978,500 | 3,429,300 | 837,100 | 854,371 | 841,907 | 1,556,706 | 4,090,083 | 1,639,082 | 1,593,263 | 1,554,343 | 1,611,181 | 6,397,869 |
| Gross profit | 872,000 | 175,100 | 188,800 | 197,400 | 203,100 | 764,400 | 167,600 | 171,284 | 197,484 | 330,210 | 866,579 | 306,130 | 297,985 | 355,169 | 332,343 | 1,291,626 |
| Selling, general and administrative expenses | 416,000 | 86,900 | 99,200 | 92,400 | 93,600 | 372,100 | 97,900 | 101,540 | 92,506 | 147,179 | 439,125 | 180,403 | 177,021 | 161,354 | 142,849 | 661,626 |
| Depreciation and amortization | 232,500 | 56,200 | 58,300 | 59,100 | 57,100 | 230,700 | 59,200 | 55,774 | 42,619 | 115,167 | 272,760 | 107,534 | 104,772 | 103,015 | 100,467 | 415,788 |
| Restructuring and impairment charges | 61,200 | 24,900 | 10,400 | 5,300 | 63,000 | 103,600 | 7,600 | 0 | 0 | 0 | 7,600 | 0 | 0 | 0 | 0 | 0 |
| Goodwill impairment | 0 | 0 | 0 | 0 | | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Operating income (loss) | 162,300 | 7,100 | 20,900 | 40,600 | (10,600) | 58,000 | 2,900 | 13,970 | 62,360 | 67,864 | 147,094 | 18,193 | 16,192 | 90,800 | 89,027 | 214,212 |
| EBITDA | 394,800 | 63,300 | 79,200 | 99,700 | 46,500 | 288,700 | 62,100 | 69,745 | 104,978 | 183,031 | 419,854 | 125,727 | 120,964 | 193,815 | 189,494 | 630,000 |
| **Adjusted EBITDA** | **456,000** | **110,500** | **89,600** | **105,000** | **109,500** | **414,600** | **69,700** | **69,745** | **104,978** | **183,031** | **427,454** | **125,727** | **120,964** | **193,815** | **189,494** | **630,000** |
| Interest expense | 71,100 | 17,300 | 18,400 | 18,300 | 19,300 | 73,300 | 21,800 | 25,198 | 25,198 | 43,222 | 115,419 | 45,270 | 44,930 | 44,590 | 44,251 | 179,042 |
| Net pension expense (income) | (2,600) | (3,100) | (3,100) | (3,100) | (3,100) | (12,400) | (1,500) | (1,500) | (1,500) | (13,700) | (18,200) | (13,500) | (13,500) | (13,500) | (13,500) | (54,000) |
| Loss on debt extinguishment | 2,600 | 0 | 0 | 0 | 0 | 0 | 15,900 | 0 | 0 | 0 | 15,900 | 0 | 0 | 0 | 0 | 0 |
| Pre-tax income | 91,200 | (7,100) | 5,600 | 25,400 | (26,800) | (2,900) | (33,300) | (9,728) | 38,662 | 38,341 | 33,975 | (13,577) | (15,238) | 59,710 | 58,276 | 89,170 |
| Taxes | (16,000) | (3,300) | (3,700) | 3,100 | (5,900) | (9,800) | (10,600) | (2,675) | 10,439 | 10,352 | 7,516 | (3,394) | (3,810) | 14,927 | 14,569 | 22,293 |
| Earnings before equity in earnings of unconsolidated entities | 107,200 | (3,800) | 9,300 | 22,300 | (20,900) | 6,900 | (22,700) | (7,053) | 28,223 | 27,989 | 26,460 | (10,183) | (11,429) | 44,782 | 43,707 | 66,878 |
| Equity in earnings of unconsolidated entities | 0 | 300 | 200 | 200 | 300 | 1,000 | (100) | 0 | 0 | 0 | (100) | 0 | 0 | 0 | 0 | 0 |
| Net income to QUAD shareholders | 107,200 | (3,500) | 9,500 | 22,500 | (20,600) | 7,900 | (22,800) | (7,053) | 28,223 | 27,989 | 26,360 | (10,183) | (11,429) | 44,782 | 43,707 | 66,878 |
| Net loss attributable to noncontrolling interests | 0 | 0 | 100 | (900) | 200 | (600) | (300) | 0 | 0 | 0 | (300) | 0 | 0 | 0 | 0 | 0 |
| GAAP net income | 107,200 | (3,500) | 9,400 | 23,400 | (20,800) | 8,500 | (22,500) | (7,053) | 28,223 | 27,989 | 26,660 | (10,183) | (11,429) | 44,782 | 43,707 | 66,878 |
| Adjusted net income | 93,000 | 30,099 | 12,000 | 23,000 | 27,100 | 92,199 | (7,300) | (7,053) | 28,223 | 27,989 | 41,860 | (10,183) | (11,429) | 44,782 | 43,707 | 66,878 |
| GAAP diluted EPS | $2.06 | ($0.07) | $0.18 | $0.46 | ($0.42) | $0.15 | ($0.45) | ($0.14) | $0.57 | $0.40 | $0.37 | ($0.15) | ($0.16) | $0.64 | $0.62 | $0.95 |
| **Adjusted diluted EPS** | **$1.80** | **$0.58** | **$0.23** | **$0.45** | **$0.53** | **$1.80** | **($0.15)** | **($0.14)** | **$0.57** | **$0.40** | **$0.68** | **($0.15)** | **($0.16)** | **$0.64** | **$0.62** | **$0.95** |
| Diluted shares | 51,750 | 50,100 | 52,500 | 51,100 | 49,400 | 50,775 | 49,500 | 49,500 | 49,500 | 70,125 | 54,656 | 70,125 | 70,125 | 70,125 | 70,125 | 70,125 |
| Margin analysis: | | | | | | | | | | | | | | | | |
| Gross margins | 21.1% | 18.1% | 18.6% | 19.2% | 17.2% | 18.2% | 16.7% | 16.7% | 19.0% | 17.5% | 17.5% | 15.7% | 15.8% | 18.6% | 17.1% | 16.8% |
| SG&A | 10.1% | 9.0% | 9.8% | 9.0% | 7.9% | 8.9% | 9.7% | 9.9% | 8.9% | 7.8% | 8.9% | 9.3% | 9.4% | 8.5% | 7.4% | 8.6% |
| EBITDA | 11.0% | 11.4% | 8.8% | 10.2% | 9.3% | 9.9% | 6.9% | 6.8% | 10.1% | 9.7% | 8.6% | 6.5% | 6.4% | 10.2% | 9.8% | 8.2% |
| Tax rate | NM | NM | NM | 12.2% | 22.0% | 17.1% | 31.8% | 27.5% | 27.0% | 27.0% | 22.1% | 25.0% | 25.0% | 25.0% | 25.0% | 25.0% |
| Net margin | 2.3% | 3.1% | NM | 2.2% | 2.3% | 2.2% | (0.7%) | NM | 2.7% | 1.5% | 0.8% | (0.5%) | NM | 2.3% | 2.2% | 0.9% |
| Year-over-year growth: | | | | | | | | | | | | | | | | |
| Revenue | (4.6%) | (3.1%) | 5.4% | 2.4% | 1.5% | 1.5% | 3.8% | 1.0% | 1.0% | 59.7% | 18.2% | 93.6% | 84.4% | 83.7% | 3.0% | 55.1% |
| Gross profit | (6.7%) | (19.5%) | (4.7%) | (10.5%) | (13.8%) | (12.3%) | (4.3%) | (9.3%) | 0.0% | 62.6% | 13.4% | 82.7% | 74.0% | 79.8% | 0.6% | 49.0% |
| SG&A | (8.5%) | (11.9%) | (2.5%) | (11.9%) | (15.5%) | (10.6%) | 12.7% | 2.4% | 0.1% | 57.2% | 18.0% | 84.3% | 74.3% | 74.4% | (2.9%) | 50.7% |
| EBITDA | (5.0%) | (7.1%) | (7.2%) | (9.2%) | (12.3%) | (9.1%) | (36.9%) | (22.2%) | (0.0%) | 67.2% | 3.1% | 80.4% | 73.4% | 84.6% | 3.5% | 47.4% |
| Net income | (19.4%) | 12.5% | (1.6%) | (3.4%) | (10.4%) | (10.4%) | (124.3%) | (158.8%) | 22.7% | 3.3% | 3.3% | 39.5% | 62.0% | 58.7% | 56.2% | 56.2% |
| Adjusted EPS | 20.2% | 12.5% | (3.1%) | (2.6%) | (7.9%) | (0.0%) | (125.2%) | (162.3%) | 26.7% | (25.0%) | (62.2%) | (1.5%) | 14.4% | 12.0% | 56.2% | 40.4% |

Sources: Company reports and Sidoti & Company, LLC estimates.

Case 1:19-cv-10376-VEC   Document 71-21   Filed 07/14/20   Page 4 of 8

QUAD/GRAPHICS INC.

**Table 2: QUAD/Graphics, Inc Cash Flow Statement**
($ in thousands, except per share data)

| | 2017 | 1Q:18 | 2Q:18 | 3Q:18 | 4Q:18 | 2018 | 2019E | 2020E |
|---|---|---|---|---|---|---|---|---|
| Net income (loss) | 107,200 | (3,500) | 9,500 | 22,500 | (20,600) | 7,900 | 26,660 | 66,878 |
| Adjustments to reconcile net income (loss) to net cash: | | | | | | | | |
| Depreciation and amortization | 232,500 | 56,200 | 58,300 | 59,100 | 57,100 | 230,700 | 272,760 | 415,788 |
| ESOP plan contribution | - | - | - | - | - | - | - | - |
| Impairment charges | 12,000 | 22,300 | - | 22,300 | - | 22,300 | - | - |
| Goodwill impairment | - | 7,900 | 3,600 | (6,300) | 10,500 | 26,500 | 1,700 | - |
| Amortization of debt issuance costs | - | - | - | (11,500) | - | - | - | - |
| Loss or gain on debt extinguishment | 2,600 | - | - | - | - | - | - | - |
| Stock-based compensation charges | 16,400 | 5,400 | 3,700 | 3,200 | 3,300 | 15,600 | 20,000 | 14,000 |
| Curtailment gain on postretirement benefit plan | 800 | - | - | - | - | - | - | - |
| Gain on disposal of discontinued operations, net of tax | (6,900) | - | (18,300) | 7,600 | (7,100) | (17,800) | - | - |
| Loss on sales or disposal of property, plant and equipment | 7,700 | (2,200) | 100 | 2,100 | (18,300) | (18,300) | (3,000) | - |
| Deferred income taxes | (22,500) | 900 | 200 | (1,600) | (14,000) | (14,500) | (10,700) | - |
| Equity in earnings of unconsolidated entities | - | - | - | - | - | - | - | - |
| Dividends from unconsolidated entities | - | - | - | - | - | - | - | - |
| Gain from property insurance claim | (5,000) | (17,200) | 17,200 | (18,300) | 18,300 | - | (1,600) | (1,600) |
| Other non-cash adjustments | 3,500 | 600 | 600 | 700 | 600 | 2,500 | 1,200 | 1,200 |
| Changes in operating assets & liabilities (working capital) | (4,300) | (68,200) | (36,600) | (73,700) | 184,200 | 5,700 | (11,360) | (41,458) |
| **Net cash provided by operating activities** | **344,000** | **2,200** | **38,300** | **6,100** | **214,000** | **260,600** | **311,559** | **453,607** |
| Purchase of property, plant and equipment | (85,900) | (24,200) | (29,600) | (31,200) | (11,300) | (96,300) | (131,300) | (204,458) |
| Investment in ManipalTech | - | - | - | - | - | - | - | - |
| Proceeds from the sale of property, plant and equipment or businesses sold | 38,000 | 4,300 | 4,600 | 13,400 | 10,400 | 32,700 | 7,800 | - |
| Transfers from restricted cash | 9,900 | - | - | - | - | - | - | - |
| Deposit paid related to Vertis acquisition | - | - | - | - | - | - | - | - |
| Deposit refunded related to business exchange transaction | - | - | - | - | - | - | - | - |
| Purchase price payments on business exchange transaction | - | - | - | - | - | - | - | - |
| Acquisition of business (net of cash acquired) & other | (7,300) | (73,900) | 2,500 | - | - | (71,400) | (121,000) | - |
| Loss to an unconsolidated entity | - | - | - | - | - | - | - | - |
| Proceeds from property insurance claims | 8,000 | 13,400 | 1,100 | - | - | 14,500 | 300 | - |
| **Net cash provided by (used) by investing activities** | **(37,300)** | **(80,400)** | **(21,400)** | **(17,800)** | **(900)** | **(120,500)** | **(244,200)** | **(204,500)** |
| Proceeds from issuance of long-term debt | 375,000 | - | - | - | 7,500 | 7,800 | 490,400 | - |
| Payments of long-term debt | (522,900) | (5,000) | (16,500) | (6,300) | (5,400) | (33,200) | (534,300) | (60,000) |
| Payments of capital lease obligations | (7,600) | (1,600) | (1,800) | (1,500) | (1,400) | (6,300) | (1,600) | - |
| Borrowings on revolving credit facilities | 718,500 | 245,500 | 651,100 | 933,400 | 733,700 | 2,563,700 | 1,239,300 | - |
| Payments on revolving credit facilities | (736,000) | (174,000) | (617,900) | (900,000) | (869,200) | (2,561,100) | (990,100) | - |
| Payment of debt issuance costs | (4,700) | - | - | - | - | - | (20,200) | - |
| Bankruptcy claim payments on unsecured notes to be issued | - | - | - | - | - | - | - | - |
| Proceeds from stock issuance or purchase of treasury stock | (3,800) | 4,000 | (40,700) | 300 | - | (36,700) | (6,600) | - |
| Shares withheld from employees for the tax obligation on equity grants & equity awards redeemed to pay emp | (6,000) | (7,500) | - | (1,500) | - | (9,000) | - | - |
| Tax benefit on dividends paid on outstanding stock options & sale of stock for options exercised | 2,600 | - | 4,000 | 100 | 100 | 4,200 | - | - |
| Payment of cash dividends | (62,500) | (17,200) | (15,000) | (15,300) | (15,400) | (62,900) | (65,400) | (61,600) |
| Payment of tax distributions and other financing activities | (4,300) | - | - | - | - | - | - | - |
| **Net cash used in financing activities** | **(251,700)** | **44,200** | **(36,800)** | **9,200** | **(150,100)** | **(133,500)** | **111,500** | **(121,600)** |
| Effect of exchange rate | 300 | (200) | (1,400) | (100) | 200 | (1,500) | - | 1,600 |
| Cash and cash equivalents at the beginning of period | 9,000 | 56,300 | 30,200 | 8,900 | 6,300 | 56,300 | 69,500 | 248,059 |
| Net increase (decrease) in cash and cash equivalents | 55,300 | (34,200) | (21,300) | (2,600) | 63,200 | 5,100 | 178,859 | 129,107 |
| Cash and cash equivalents at end of period | 56,300 | 30,200 | 8,900 | 6,300 | 69,500 | 69,500 | 248,059 | 377,166 |
| Free cash flow excluding stock-based comp | 241,700 | (27,400) | 5,000 | (28,300) | 199,400 | 148,700 | 159,959 | 235,107 |
| **Free cash flow per share excluding stock-based comp** | **$4.65** | **($0.55)** | **$0.10** | **($0.55)** | **$4.04** | **$3.03** | **$3.57** | **$3.35** |

Sources: Company reports and Sidoti & Company, LLC estimates.

Case 1:19-cv-10376-VEC   Document 71-21   Filed 07/14/20   Page 5 of 8

**Table 3: QUAD/Graphics, Inc Balance Sheet**
($ in thousands, except per share data)

| | 2017 | 1Q:18 | 2Q:18 | 3Q:18 | 2018 | 2019E | 2020E |
|---|---|---|---|---|---|---|---|
| Cash and cash equivalents | $56,300 | $30,200 | $8,900 | $6,300 | $69,500 | $248,059 | $377,166 |
| Other cash equivalents | 8,000 | - | - | - | - | - | - |
| Receivables, less allowance for doubtful accounts | 552,500 | 531,300 | 510,400 | 553,000 | 528,700 | 527,303 | 527,147 |
| Inventory | 246,500 | 269,200 | 290,700 | 354,500 | 300,600 | 422,230 | 492,359 |
| Prepaid expenses and other current assets | 45,100 | 55,400 | 68,100 | 57,600 | 47,800 | 49,060 | 43,826 |
| Deferred income taxes | - | - | - | - | - | - | - |
| Short-term restricted cash | 100 | - | - | - | - | - | - |
| Current assets of discontinued operations | - | - | - | - | - | - | - |
| Total current assets | 908,500 | 886,100 | 878,100 | 971,400 | 946,600 | 1,246,651 | 1,440,499 |
| Property, plant and equipment | 1,377,600 | 1,351,900 | 1,306,800 | 1,284,500 | 1,257,400 | 2,068,340 | 1,877,453 |
| Operating lease use of assets, net | - | - | - | - | - | 127,300 | 127,300 |
| Goodwill | - | 88,000 | 56,100 | 55,500 | 54,600 | 114,800 | 114,800 |
| Other intangible assets | 43,400 | 116,600 | 128,500 | 121,700 | 112,600 | 122,600 | 102,200 |
| Long-term restricted cash | - | - | - | - | - | - | - |
| Equity method investments in unconsolidated entities | 3,600 | 3,900 | 3,500 | 3,600 | 4,000 | 3,900 | 3,900 |
| Other long-term assets | 119,300 | 96,400 | 96,900 | 97,100 | 93,900 | 92,800 | 92,800 |
| Long-term assets of discontinued operations | - | - | - | - | - | - | - |
| **Total assets** | **2,452,400** | **2,542,900** | **2,469,900** | **2,533,800** | **2,469,100** | **3,776,391** | **3,758,952** |
| Accounts payable | 381,600 | 388,600 | 396,100 | 432,000 | 511,000 | 665,332 | 688,614 |
| Amounts owing in satisfaction of bankruptcy claims | - | - | - | - | - | - | - |
| Accrued liabilities | 316,700 | 283,200 | 272,100 | 282,700 | 292,300 | 247,800 | 247,800 |
| Purchase price payable on business exchange transaction | - | - | - | - | - | - | - |
| Short-term debt and current portion of long-term debt | 42,000 | 43,500 | 36,900 | 42,300 | 42,900 | 52,400 | 52,400 |
| Current portion of capital lease obligations | 5,600 | 5,700 | 5,400 | 5,100 | 5,100 | 5,100 | 5,100 |
| Current portion of operating lease obligations | - | - | - | - | - | 33,600 | 33,600 |
| Current liabilities of discontinued operations | - | - | - | - | - | - | - |
| Total current liabilities | 745,900 | 721,000 | 710,500 | 762,100 | 851,300 | 1,004,232 | 1,027,514 |
| Long-term debt | 903,500 | 970,300 | 993,200 | 1,015,900 | 882,600 | 1,983,700 | 1,923,700 |
| Unsecured notes to be issued | - | - | - | - | - | - | - |
| Capital lease obligations | 13,700 | 13,300 | 12,300 | 11,100 | 10,300 | 9,800 | 9,800 |
| Operating lease obligations | - | - | - | - | - | 97,200 | 97,200 |
| Deferred income taxes | 41,900 | 44,700 | 44,900 | 44,000 | 32,100 | 19,900 | 19,900 |
| Other long-term liabilities, including pension liability | 225,000 | 224,900 | 205,700 | 187,500 | 232,600 | 223,700 | 223,700 |
| Long-term liabilities of discontinued operations | - | - | - | - | - | - | - |
| Total liabilities | 1,930,000 | 1,974,200 | 1,966,600 | 2,020,600 | 2,008,900 | 3,338,532 | 3,301,814 |
| Redeemable equity | - | - | - | - | - | - | - |
| Noncontrolling interests | - | - | - | - | - | - | - |
| Total shareholders' equity | 522,400 | 568,700 | 503,300 | 513,200 | 460,200 | 437,860 | 457,137 |
| **Total liabilities and shareholders' equity** | **2,452,400** | **2,542,900** | **2,469,900** | **2,533,800** | **2,469,100** | **3,776,391** | **3,758,952** |

Sources: Company reports and Sidoti & Company, LLC estimates.

Case 1:19-cv-10376-VEC   Document 71-21   Filed 07/14/20   Page 6 of 8

**Appendix**
Required Disclosures

# Required Disclosures

## Quad/Graphics Inc.  (QUAD-$9.74)    BUY    Price Target: $19    June 21, 2019

Rating and Price Target History Table

| Action | Date | Px | Rating | PT |
|--------|------|------|---------|-----|
| PT | 7/11/16 | 24.2 | | 28 |
| Rating | 7/15/16 | 26.5 | Neutral | 28 |
| Rating | 8/2/16 | 25 | Buy | 32 |
| PT | 8/2/16 | 25 | | 32 |
| PT | 11/25/16 | 27.2 | | 34 |
| PT | 2/23/17 | 24.8 | | 36 |
| PT | 5/2/18 | 24.3 | | 34 |
| PT | 7/27/18 | 20 | | 31 |
| PT | 10/19/18 | 16.9 | | 34 |



Quad/Graphics, Inc. Class A (QUAD)

Source: FactSet Prices

| Key Risks | Concentrated stock ownership | Changes to USPS postal system | Weaker printing volumes |
|-----------|------------------------------|-------------------------------|--------------------------|

**Valuation:**

- **The $19 price target is based on about 20x our 2020 EPS estimate of $0.95.  This valuation equates to roughly 6x our 2020 FCF per share projection of $3.35, which is reasonable in our view. Previously we assumed about 21x our 2020 EPS estimate of $1.65 to derive a $34 target.**

Required Disclosures
The Sidoti & Company, LLC (Sidoti) Equity Research rating system consists of BUY and NEUTRAL recommendations. BUY suggests capital appreciation of at least 25% from initiation of coverage over the next 12 months, while NEUTRAL denotes that a stock is not likely to provide similar gains over a 12-month period. As of 06/21/19, Sidoti provides research on 198 companies, of which 121 (61%) are rated BUY and 58 (39%) are rated NEUTRAL. Of the BUYS, Sidoti has received investment banking income from 4 companies (3.31%). Of the NEUTRALS, Sidoti has received investment banking income from 1 company (1.72%). Of the NEUTRALS, 23 trade above our price targets. A risk to our price target is that the analyst's estimates or forecasts may not be met. This report contains forward-looking statements, which involve risks and uncertainties. Actual results may differ significantly from such forward-looking statements. Factors that may cause such a difference include, but are not limited to, those discussed in the "Risk Factors" section in the SEC filings available in electronic format through SEC Edgar filings at www.sec.gov. The research analyst certifies that this report accurately reflects his/her personal views about the subject securities and issuers and that none of the research analyst's compensation was, is or will be directly or indirectly related to the analyst's specific recommendations or views contained in this research report. Sidoti research analysts seek to have management of their covered companies meet with investors during non-deal road shows. Analysts' compensation may be related to their success in scheduling non-deal road shows. At any point in time a Sidoti covered Company may make a commitment to pay for corporate access, including attendance at a Sidoti conference or for the provision of Non-Deal Roadshows days with institutional or other investors.  Sidoti research analysts generally do not cover (or continue to cover) those companies that limit access to their senior executives by not participating in Sidoti-sponsored conferences and non-deal roadshows. A possible effect of this view may be that continued coverage decisions are made, in part, based on the willingness of management of covered companies to participate in such meetings. This approach could be viewed as presenting potential conflicts of interest. Sidoti does NOT own securities of the issues described herein. Sidoti policy does not allow an analyst or a member of their household to own shares in any company that he/she covers. Sidoti policy does not allow employees or household members to serve as an officer or director of a covered company. Sidoti does not make a market in any securities. Sidoti has non-research employees that will seek compensation for investment banking services from this company and trading revenue in connection with trading the securities of this company. Investment banking services, as defined under FINRA Rule 2241, includes, among other things, acting as an underwriter in or as a member of the selling group in a securities underwriting. Sidoti's role in any investment banking transaction

**APPENDIX CONTINUED**

can be viewed on this company's filings at www.sec.gov. Sidoti employees, including research analysts, receive compensation that is based in part upon the overall performance of the firm, including revenues generated by Sidoti's investment banking and brokerage activities, but compensation is not directly related to investment banking or brokerage revenues. Sidoti also provides an additional research product called Company Sponsored Research.  The analysts providing Company Sponsored Research will be the same Sidoti analysts covering the relevant sector and some or all analysts will work on both products.  This company has paid a fee to Sidoti & Company, LLC to present at the September 2018 Sidoti Fall Conference.

Other Disclosures
This report is for information purposes only and is not intended as an offer to sell or a solicitation to buy securities. Sidoti does not maintain a predetermined schedule for publication of research and will not necessarily update this report. The stock rating on this report reflects the analyst's recommendation based on a 12 month period. Information contained herein is based on sources we believe to be reliable but we do not guarantee their accuracy. Prices and opinions concerning the composition of market sectors included in this report reflect the judgments as of this date and are subject to change without notice. It should be presumed that the analyst who authored this report has had discussions with the subject company to ensure factual accuracy prior to publication. This report was prepared for market professionals and institutional investor customers. Market professionals and institutional investors should consider this report as only a single factor in making their investment decisions. This research report is not a substitute for the exercise of your independent judgment. At times, Sidoti may be in possession of material non-public information, none of which is used in the preparation of our research. Sidoti maintains and enforces written policies and procedures reasonably designed to prevent any controlling persons, officers (or persons performing similar functions), or employees of Sidoti from influencing the activities of research analysts and the content of research reports prepared by the research analyst. Reprints of Sidoti & Company, LLC reports are prohibited without permission. Additional information is available upon request.

Source
Key Statistics data is sourced from FactSet Research Systems