# EXHIBIT V

**IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 19-cv-04153 |
| | ) | |
| QUAD/GRAPHICS, INC., QLC MERGER | ) | |
| SUB., INC., and LSC COMMUNICATIONS | ) | Hon. Charles R. Norgle |
| INC., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On July 10, 2019, the Court entered a Scheduling and Case Management Order setting this matter for bench trial starting November 14, 2019. However, the Court notes that there are multiple criminal cases involving incarcerated defendants scheduled for jury trial during the fall of 2019; in the event of a scheduling conflict, these criminal trials may take priority over the bench trial in this matter.

ENTER:

_____
CHARLES RONALD NORGLE, Judge
United States District Court

DATE: July 10, 2019