# EXHIBIT CC

Table of Contents

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

**FORM 10-Q**

☒ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
**For the quarterly period ended September 30, 2019**
**or**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
**For the transition period from to**
**Commission File Number 001-34806**

**Quad/Graphics, Inc.**

(Exact name of registrant as specified in its charter)

| **Wisconsin** | **39-1152983** |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

**N61 W23044 Harry's Way, Sussex, Wisconsin 53089-3995**
(Address of principal executive offices) (Zip Code)
**(414) 566-6000**
(Registrant's telephone number, including area code)

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Class A Common Stock, par value $0.025 per share | QUAD | The New York Stock Exchange |

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company" and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer | ☒ | Accelerated filer | ☐ |
| Non-accelerated filer | ☐ | Smaller reporting company | ☐ |
| | | Emerging growth company | ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Act). Yes ☐ No ☒

Indicate the number of shares outstanding of each of the issuer's classes of common stock as of the latest practicable date.

| **Class** | **Outstanding as of October 25, 2019** |
|---|---|
| Class A Common Stock | 39,239,588 |
| Class B Common Stock | 13,556,858 |
| Class C Common Stock | - |

Table of Contents

**QUAD/GRAPHICS, INC.**
**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS (UNAUDITED)**
**FOR THE THREE AND NINE MONTHS ENDED SEPTEMBER 30, 2019**
**(In millions, except share and per share data and unless otherwise indicated)**

**Note 9.**
**Commitments and Contingencies**

*Litigation*

The Company is named as a defendant in various lawsuits in which claims are asserted against the Company in the normal course of business. The liabilities, if any, which ultimately result from such lawsuits are not expected by management to have a material impact on the condensed consolidated financial statements of the Company.

Beginning in April 2016, the Company self-reported to the SEC and to the United States Department of Justice ("DOJ") certain Foreign Corrupt Practices Act ("FCPA") issues arising from its operations managed from Peru, and from Quad/Tech China. Also, during the course of its internal investigation of these matters, the Company identified and informed the Office of Foreign Assets Control ("OFAC"), the DOJ and the SEC of certain transactions involving Cuba arising from the Company's operations managed from Peru. During the third quarter of 2019, the Company and the SEC entered into a resolution of these matters and the Company paid $ 9.9 million to the SEC in October 2019. The DOJ declined to bring any action against the Company, citing the Company's voluntary and prompt self-reporting, cooperation and full remediation.

During the third quarter of 2019, the Company and the Peruvian antitrust authority, INDECOPI, entered into a resolution regarding INDECOPI's investigation into certain competition law issues with regard to private sector clients and the Company agreed to pay a total of $3.2 million over the next four years, beginning in January 2020.

*Environmental Reserves*

The Company is subject to various laws, regulations and government policies relating to health and safety, to the generation, storage, transportation, and disposal of hazardous substances, and to environmental protection in general. The Company provides for expenses associated with environmental remediation obligations when such amounts are probable and can be reasonably estimated. Such reserves are adjusted as new information develops or as circumstances change. The environmental reserves are not discounted. The Company believes it is in compliance with such laws, regulations and government policies in all material respects. Furthermore, the Company does not anticipate that maintaining compliance with such environmental statutes will have a material impact upon the Company's condensed consolidated financial position.

**Note 10.**
**Debt**

The components of long-term debt as of September 30, 2019, and December 31, 2018, were as follows:

| | September 30, 2019 | | December 31, 2018 | |
|---|---|---|---|---|
| Master note and security agreement | $ | 74.5 | $ | 96.2 |
| Term Loan A | | 814.7 | | 281.3 |
| Term Loan B | | - | | 279.5 |
| Revolving credit facility | | 19.4 | | - |
| Senior unsecured notes | | 243.5 | | 243.5 |
| International term loans | | 17.3 | | 17.8 |
| International revolving credit facilities | | 3.3 | | 11.8 |
| Other | | 2.1 | | 2.6 |
| Debt issuance costs | | (9.9) | | (7.2) |
| Total debt | $ | 1,164.9 | $ | 925.5 |
| Less: short-term debt and current portion of long-term debt | | (66.0) | | (42.9) |
| Long-term debt | $ | 1,098.9 | $ | 882.6 |

22

Table of Contents

**Liquidity and Capital Resources**

The Company utilizes cash flows from operating activities and borrowings under its credit facilities to satisfy its liquidity and capital requirements. At September 30, 2019, the Company had cash and cash equivalents of $18.2 million. In addition to cash and cash equivalents, the Company had $748.1 million of unused capacity under its revolving credit arrangement at September 30, 2019, which was net of $32.5 million of issued letters of credit. The Company believes its expected future cash flows from operating activities, $748.1 million of unused capacity under the revolving credit arrangement and available cash on hand provide sufficient resources to fund ongoing operating requirements and the integration and restructuring requirements related to acquired operations, as well as future capital expenditures, debt and pension service requirements, investments in future growth to create value for its shareholders, shareholder dividends and share repurchases. Borrowings under the $800.0 million revolving credit facility were $19.4 million as of September 30, 2019, and peak borrowings were $425.4 million during the three and nine months ended September 30, 2019.

*Net Cash Provided by Operating Activities*

*Nine Months Ended September 30, 2019, Compared to Nine Months Ended September 30, 2018*

Net cash provided by operating activities decreased $42.5 million, from $46.6 million for the nine months ended September 30, 2018, to $4.1 million for the nine months ended September 30, 2019. This decrease was due to a $140.1 million decrease in cash from earnings, partially offset by a $97.6 million increase in cash flows provided from changes in operating assets and liabilities, primarily due to the reduction in inventories.

*Net Cash Used in Investing Activities*

*Nine Months Ended September 30, 2019, Compared to Nine Months Ended September 30, 2018*

Net cash used in investing activities increased $76.2 million, from $119.6 million for the nine months ended September 30, 2018, to $195.8 million for the nine months ended September 30, 2019. The increase was primarily due to the following: (1) a $49.6 million increase from the acquisition of businesses; (2) a $14.2 million decrease in proceeds from property insurance claims; (3) a $13.5 million increase in purchases of property, plant and equipment; (4) a $5.0 million increase in loan to an unconsolidated entity; and (5) a $5.0 million decrease in proceeds from the sale of property, plant, and equipment. These increases were partially offset by an $11.1 million increase in proceeds from the sale of business.

*Net Cash Provided by Financing Activities*

*Nine Months Ended September 30, 2019, Compared to Nine Months Ended September 30, 2018*

Net cash provided by financing activities increased $123.9 million, from $16.6 million for the nine months ended September 30, 2018, to $140.5 million for the nine months ended September 30, 2019. The increase was primarily due to the following: (1) a $116.1 million increase in net borrowings of debt and lease obligations in 2019 as compared to 2018; (2) a $36.7 million decrease in share repurchases; and (3) a $2.4 million decrease in equity awards redeemed to pay employees' tax obligations. These increases were partially offset by the following: (1) a $20.2 million increase in payments of debt issuance costs and financing fees; (2) a $5.3 million increase in contingent consideration paid for the Ivie acquisition; (3) a $4.1 million decrease in proceeds from stock options exercised; and (4) a $1.7 million increase in payments of cash dividends.

*Free Cash Flow*

Free Cash Flow is defined as net cash provided by operating activities less purchases of property, plant and equipment, plus LSC-related payments.

The Company's management assesses Free Cash Flow as a measure to quantify cash available for (1) strengthening the balance sheet (debt reduction), (2) strategic capital allocation and deployment through investments in the business (acquisitions and strategic investments) and (3) returning capital to the shareholders (dividends and share repurchases). The priorities for capital allocation and deployment will change as circumstances dictate for the business, and Free Cash Flow can be significantly impacted by the Company's restructuring activities and other unusual items.

79

Table of Contents

Free Cash Flow is a non-GAAP financial measure and should not be considered an alternative to cash flows provided by operating activities as a measure of liquidity. Quad's calculation of Free Cash Flow may be different from similar calculations used by other companies, and therefore, comparability may be limited.

Free Cash Flow for the nine months ended September 30, 2019, compared to the nine months ended September 30, 2018, was as follows:

|  | Nine Months Ended September 30, | |
| --- | --- | --- |
|  | 2019 | 2018 |
|  | (dollars in millions) | |
| Net cash provided by operating activities | $ 4.1 | $ 46.6 |
| Less: purchases of property, plant and equipment | (98.5) | (85.0) |
| Plus: LSC-related payments [1] | 59.8 | - |
| Free Cash Flow (non-GAAP) | $ (34.6) | $ (38.4) |

_____

[1]  LSC-related payments include transaction-related costs associated with the proposed, but now terminated, acquisition of LSC, including the $45.0 million reverse termination fee and incremental interest payments associated with the 2019 amended debt refinancing.

Free Cash Flow increased $3.8 million for the nine months ended September 30, 2019, compared to the nine months ended September 30, 2018, primarily due to a $17.3 million increase in net cash provided by operating activities when excluding $59.8 million in LSC-related payments, partially offset by a $13.5 million increase in capital expenditures. See the "Net Cash Provided by Operating Activities" section above for further explanations of the change in operating cash flows and the "Net Cash Used in Investing Activities" section above for further explanations of the changes in purchases of property, plant and equipment. The above calculation of Free Cash Flow includes the cash flows related to the Book business for all periods presented.

### Debt Leverage Ratio

The Debt Leverage Ratio is defined as total debt and finance lease obligations divided by the trailing twelve months Adjusted EBITDA, comprised of the sum of the following: (1) the last twelve months of EBITDA (see the definition of EBITDA and the reconciliation of net earnings (loss) attributable to Quad common shareholders to EBITDA in the "Results of Operations" section above); (2) restructuring, impairment and transaction-related charges; (3) earnings (loss) from discontinued operations, net of tax; (4) net pension income; (5) employee stock ownership plan contribution; (6) (gain) loss on debt extinguishment; (7) equity in (earnings) loss of unconsolidated entity; (8) Adjusted EBITDA for unconsolidated equity method investments (calculated in a consistent manner with the calculation for Quad); and (9) net earnings (loss) attributable to noncontrolling interests.

The Company uses the Debt Leverage Ratio as a metric to assess liquidity and the flexibility of its balance sheet. Consistent with other liquidity metrics, the Company monitors the Debt Leverage Ratio as a measure to determine the appropriate level of debt the Company believes is optimal to operate its business, and accordingly, to quantify debt capacity available for strategic capital allocation and deployment through investments in the business (capital expenditures, acquisitions and strategic investments), for strengthening the balance sheet (pension liability reduction), and for returning capital to the shareholders (dividends and share repurchases). The priorities for capital allocation and deployment will change as circumstances dictate for the business, and the Debt Leverage Ratio can be significantly impacted by the amount and timing of large expenditures requiring debt financing, as well as changes in profitability.

The Debt Leverage Ratio is a non-GAAP measure and should not be considered an alternative to cash flows provided by operating activities as a measure of liquidity. Quad's calculation of the Debt Leverage Ratio may be different from similar calculations used by other companies and, therefore, comparability may be limited.

Table of Contents

The Debt Leverage Ratio calculated below differs from both the total leverage ratio and the senior secured leverage ratio included in the Company's debt covenant calculations (see Note 10, "Debt," to the condensed consolidated financial statements in Item 1, "Condensed Consolidated Financial Statements (Unaudited)," of this Quarterly Report on Form 10-Q for further information on debt covenants). The total leverage ratio included in the Company's debt covenants includes letters of credit and surety bonds as debt, excludes non-cash stock-based compensation expense from EBITDA and includes the equity in (earnings) loss of unconsolidated entity, the Adjusted EBITDA for unconsolidated equity method investments and net income (loss) attributable to noncontrolling interests in EBITDA. Similarly, the senior secured leverage ratio included in the Company's debt covenants includes and excludes the same adjustments as the total leverage ratio, in addition to the exclusion of the outstanding balance of the Senior Unsecured Notes, surety bonds and domestic unrestricted cash.

The Debt Leverage Ratio at September 30, 2019, and December 31, 2018, was as follows:

|  | September 30, 2019 | December 31, 2018 |
|---|---|---|
|  | (dollars in millions) | |
| Total debt and finance lease obligations on the condensed consolidated balance sheets [1] | $ 1,178.2 | $ 935.8 |
|  |  |  |
| Divided by: |  |  |
| Trailing twelve months Adjusted EBITDA for Quad (non-GAAP) | $ 356.8 | $ 427.8 |
| Pro forma Adjusted EBITDA for acquired companies (non-GAAP) [2] | 3.9 | 2.9 |
| Trailing twelve months Adjusted EBITDA (non-GAAP) | $ 360.7 | $ 430.7 |
|  |  |  |
| Debt Leverage Ratio (non-GAAP) | 3.27x | 2.17x |
|  |  |  |
| Debt Leverage Ratio-net of excess cash (non-GAAP) [3] | 3.24x | 2.03x |

---

[1]   Financial information for the year ended December 31, 2018, is included as reported in the Company's 2018 Annual Report on Form 10-K filed with the SEC on February 20, 2019. Certain financial information related to the Book business has been reclassified to loss from discontinued operations, net of tax.

[2]   As permitted by the Company's senior secured credit facility, certain pro forma financial information related to the acquisitions of Periscope and Ivie were included in calculating the Debt Leverage Ratio as of September 30, 2019, and December 31, 2018:

(a)    As the acquisition of Periscope was completed on January 3, 2019, the $3.9 million pro forma Adjusted EBITDA represents the period from October 1, 2018, to January 2, 2019. Adjusted EBITDA for Periscope was calculated in a consistent manner with the calculation above for Quad. Periscope's financial information has been consolidated within Quad's financial results since the date of acquisition. If the three months of pro forma Adjusted EBITDA for Periscope was not included in the calculation, the Company's Debt Leverage Ratio would have been 3.30x as of September 30, 2019.

(b)    As the acquisition of Ivie was completed on February 21, 2018, the $2.9 million pro forma Adjusted EBITDA represents the period from January 1, 2018, to February 20, 2018. Adjusted EBITDA for Ivie was calculated in a consistent manner with the calculation above for Quad. Ivie's financial information has been consolidated within Quad's financial results since the date of acquisition. If the two months of pro forma Adjusted EBITDA for Ivie was not included in the calculation, the Company's Debt Leverage Ratio would have been 2.19x as of December 31, 2018.

[3]   The Company had $18 million and $70 million in cash and cash equivalents at September 30, 2019, and December 31, 2018, respectively. Based on the Company's typical year-end cash balance of approximately $10 million, Quad had $8 million and $60 million of excess cash at September 30, 2019, and December 31, 2018, respectively. If the excess cash was used to further pay down debt, the Debt Leverage Ratio would have been 3.24x and 2.03x at September 30, 2019, and December 31, 2018, respectively.

Table of Contents

The calculation of Adjusted EBITDA for the trailing twelve months ended September 30, 2019, and December 31, 2018, was as follows:

| | Year Ended | Add Nine Months Ended | Subtract Nine Months Ended | Trailing Twelve Months Ended |
|---|---|---|---|---|
| | December 31, 2018 [(1)] | September 30, 2019 | September 30, 2018 | September 30, 2019 |
| Net earnings (loss) attributable to Quad common shareholders | $ 8.5 | $ (163.8) | $ 29.3 | $ (184.6) |
| Interest expense | 73.2 | 69.6 | 53.9 | 88.9 |
| Income tax expense (benefit) | (2.4) | (28.0) | 0.2 | (30.6) |
| Depreciation and amortization | 214.9 | 159.3 | 162.0 | 212.2 |
| EBITDA (non-GAAP) | $ 294.2 | $ 37.1 | $ 245.4 | $ 85.9 |
| Restructuring, impairment and transaction-related charges | 103.3 | 73.7 | 40.6 | 136.4 |
| Loss from discontinued operations, net of tax | 22.0 | 101.1 | 12.6 | 110.5 |
| Net pension income | (12.4) | (4.5) | (9.3) | (7.6) |
| Employee stock ownership plan contribution | 22.3 | - | 22.3 | - |
| Loss on debt extinguishment | - | 30.5 | - | 30.5 |
| Other [(2)] | (1.6) | 1.2 | (1.5) | 1.1 |
| Adjusted EBITDA (non-GAAP) | $ 427.8 | $ 239.1 | $ 310.1 | $ 356.8 |

[(1)] Financial information for the year ended December 31, 2018, is included as reported in the Company's 2018 Annual Report on Form 10-K filed with the SEC on February 20, 2019. Certain financial information related to the Book business has been reclassified to loss from discontinued operations, net of tax.

[(2)] Other is comprised of equity in (earnings) loss of unconsolidated entity, Adjusted EBITDA for unconsolidated equity method investments and net earnings (loss) attributable to noncontrolling interests.

The Debt Leverage Ratio, net of excess cash, as of December 31, 2018, increased 1.21x at September 30, 2019, compared to December 31, 2018, primarily due to a $242.4 million increase in debt and finance lease obligations, primarily related to the cash paid for the Periscope acquisition, the $45.0 million reverse termination fee paid for the termination of the LSC acquisition and a $13.5 million increase in purchases of property, plant and equipment. The Debt Leverage Ratio at September 30, 2019, of 3.27x is above management's desired target Debt Leverage Ratio range of 2.0x to 2.5x; however, the Company operates at times above the Debt Leverage Ratio target range depending on the timing of compelling strategic investment opportunities like the Periscope acquisition, as well as seasonal working capital needs.

*Debt Obligations*

The Company completed the third amendment to the April 28, 2014 Senior Secured Credit Facility on January 31, 2019. This third amendment was completed to provide Quad with the liquidity and structural flexibility to consummate the proposed, but now terminated, acquisition of LSC and to extend existing maturities by (a) increasing the aggregate amount of the existing revolving credit facility from $725.0 million to $800.0 million with a term of five years, maturing on January 31, 2024; (b) increasing the aggregate amount of the existing Term Loan A from $375.0 million to $825.0 million with a delayed draw feature and term of five years, maturing on January 31, 2024; and (c) increasing the aggregate amount of the existing Term Loan B from $300.0 million to $500.0 million with a term of seven years, maturing on January 31, 2026. The Company intended that the loans available under the amended revolving credit facility would be used to repay, refinance, repurchase, redeem, exchange or otherwise terminate LSC's existing indebtedness in connection with the consummation of the merger, and to pay transaction expenses. On July 26, 2019, following the termination of the acquisition of LSC, Quad fully funded the $825.0 million delayed draw Term Loan A to retire the entire amount outstanding on the $500.0 million Term Loan B and reduced the borrowings under the revolving credit facility. The Company recognized a $14.6 million loss on debt extinguishment during the three months ended September 30, 2019, for the retirement of the Term Loan B. The third amendment also amended certain of the quarterly financial covenants to which the Company is subject (all financial terms, numbers and ratios are as defined in the Senior Secured Credit Facility, as amended by the third amendment).

Table of Contents

Borrowings under the revolving credit facility and delayed draw Term Loan A made under the Senior Secured Credit Facility will initially bear interest at 2.50% in excess of reserve adjusted LIBOR, or 1.50% in excess of an alternate base rate at the Company's option.

The Senior Secured Credit Facility remains secured by substantially all of the unencumbered assets of the Company. The Senior Secured Credit Facility also requires the Company to provide additional collateral to the lenders in certain limited circumstances. See Note 10, "Debt," to the condensed consolidated financial statements in Item 1, "Condensed Consolidated Financial Statements (Unaudited)," of this Quarterly Report on Form 10-Q for additional information.

As of September 30, 2019, the Company utilized a combination of debt instruments to fund cash requirements, including the following:

- Senior Secured Credit Facility:

  ◦ Revolving credit facility ($19.4 million outstanding as of September 30, 2019); and

  ◦ Term Loan A ($814.7 million outstanding as of September 30, 2019);

- Senior Unsecured Notes ($243.5 million outstanding as of September 30, 2019); and

- Master Note and Security Agreement ($74.5 million outstanding as of September 30, 2019).

***Covenants and Compliance***

The Company's various lending arrangements include certain financial covenants (all financial terms, numbers and ratios are as defined in the Company's debt agreements). Among these covenants, the Company was required to maintain the following as of September 30, 2019:

- *Total Leverage Ratio.* On a rolling twelve-month basis, the total leverage ratio, defined as total consolidated debt to consolidated EBITDA, shall not exceed 3.75 to 1.00 (for the twelve months ended September 30, 2019, the Company's total leverage ratio was 3.18 to 1.00).

- *Liquidity.* The Company is required to maintain liquidity, defined as unrestricted cash and permitted investments of the Company and its subsidiaries (subject to certain conditions) plus the aggregate amount of the unused revolving credit facility commitments, of not less than $300.0 million at any time during the period from six months prior to the maturity date of the Company's Senior Unsecured Notes until the earlier of the date on which (a) such Senior Unsecured Notes are repaid in full or (b) the maturity date of such Senior Unsecured Notes is extended to a date that is at least 91 days later than the latest maturity date under the Senior Secured Credit Facility. The maturity date of the Company's Senior Unsecured Notes is currently May 1, 2022. As of September 30, 2019, the liquidity covenant is not applicable, as the Company is not within the six month period prior to the May 1, 2022, maturity date of the Senior Unsecured Notes.

- If there is any amount outstanding on the Revolving Credit Facility or Term Loan A, or if any lender has any revolving credit exposure or Term Loan A credit exposure, the Company is required to maintain the following:

  ◦ *Senior Secured Leverage Ratio.* On a rolling twelve-month basis, the senior secured leverage ratio, defined as senior secured net debt to consolidated EBITDA, shall not exceed 3.50 to 1.00 (for the twelve months ended September 30, 2019, the Company's senior secured leverage ratio was 2.51 to 1.00).

  ◦ *Interest Coverage Ratio.* On a rolling twelve-month basis, the interest coverage ratio, defined as consolidated EBITDA to consolidated cash interest expense, shall not be less than 3.00 to 1.00 (for the twelve months ended September 30, 2019, the Company's interest coverage ratio was 4.85 to 1.00).

83

Table of Contents

The indenture underlying the Senior Unsecured Notes contains various covenants, including, but not limited to, covenants that, subject to certain exceptions, limit the Company's and its restricted subsidiaries' ability to incur and/or guarantee additional debt; pay dividends, repurchase stock or make certain other restricted payments; enter into agreements limiting dividends and certain other restricted payments; prepay, redeem or repurchase subordinated debt; grant liens on assets; enter into sale and leaseback transactions; merge, consolidate, transfer or dispose of substantially all of the Company's consolidated assets; sell, transfer or otherwise dispose of property and assets; and engage in transactions with affiliates.

The Company was in compliance with all financial covenants in its debt agreements as of September 30, 2019. While the Company currently expects to be in compliance in future periods with all of the financial covenants, there can be no assurance that these covenants will continue to be met. The Company's failure to maintain compliance with the covenants could prevent the Company from borrowing additional amounts and could result in a default under any of the debt agreements. Such default could cause the outstanding indebtedness to become immediately due and payable, by virtue of cross-acceleration or cross-default provisions.

In addition to those covenants, the Senior Secured Credit Facility also includes certain limitations on acquisitions, indebtedness, liens, dividends and repurchases of capital stock, including the following:

- If the Company's total leverage ratio is greater than 2.75 to 1.00 (as defined in the Senior Secured Credit Facility), the Company is prohibited from making greater than $120.0 million of annual dividend payments, capital stock repurchases and certain other payments. If the total leverage ratio is less than 2.75 to 1.00, there are no such restrictions. As the Company's total leverage ratio as of September 30, 2019, was 3.18 to 1.00, the limitations described above are currently applicable.

- If the Company's senior secured leverage ratio is greater than 3.00 to 1.00 or the Company's total leverage ratio is greater than 3.50 to 1.00 (these ratios as defined in the Senior Secured Credit Facility), the Company is prohibited from voluntarily prepaying any of the Senior Unsecured Notes and from voluntarily prepaying any other unsecured or subordinated indebtedness, with certain exceptions (including any mandatory prepayments on the Senior Unsecured Notes or any other unsecured or subordinated debt). If the senior secured leverage ratio is less than 3.00 to 1.00 and the total leverage ratio is less than 3.50 to 1.00, there are no such restrictions. The limitations described above are currently not applicable, as the Company's senior secured leverage ratio was 2.51 to 1.00 and total leverage ratio was 3.18 to 1.00, as of September 30, 2019.

### *Risk Management*

For a discussion of the Company's exposure to market risks and management of those market risks, see Item 3, "Quantitative and Qualitative Disclosures About Market Risk," of this Quarterly Report on Form 10-Q.

### *Contractual Obligations and Off-Balance Sheet Arrangements*

As of September 30, 2019, other than the impact to the Company's future debt obligations resulting from the completion of the third amendment to the April 28, 2014 Senior Secured Credit Facility on January 31, 2019, the Company's contractual obligations and off-balance sheet arrangements have not changed materially from that listed in the "Contractual Obligations and Other Commitments" table and related notes to the table listed in the Company's Annual Report on Form 10-K filed on February 20, 2019. See Note 10, "Debt," to the condensed consolidated financial statements in Item 1, "Condensed Consolidated Financial Statements (Unaudited)," of this Quarterly Report on Form 10-Q) for more information on the Company's debt obligations.

### New Accounting Pronouncements

See Note 22, "New Accounting Pronouncements," to the condensed consolidated financial statements in Item 1, "Condensed Consolidated Financial Statements (Unaudited)," of this Quarterly Report on Form 10-Q.